```
                                                        Page 1
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 22-10964-mg

 4   Adv. Case No. 22-01142-mg

 5   - - - - - - - - - - - - - - - - - - - - - - - - - x

 6   In the Matter of:

 7

 8   CELSIUS NETWORK, LLC,

 9

10          Debtor.

11   - - - - - - - - - - - - - - - - - - - - - - - - - x

12   AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS,

13                  Plaintiff,

14          v.

15   CELSIUS NETWORK, LLC, et al.,

16                  Defendants.

17   - - - - - - - - - - - - - - - - - - - - - - - - - x

18                  United States Bankruptcy Court

19                  One Bowling Green

20                  New York, NY  10004

21

22                  November 22, 2022

23                  10:03 a.m.

24

25
```

Page 2

1 | B E F O R E :

2 | HON MARTIN GLENN

3 | U.S. BANKRUPTCY JUDGE

4 |

5 | ECRO:   JONATHAN

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1   HEARING re 22-01142-mg Case Management Conference Using Zoom

2   for Government.   (Doc ## 1 to 4, 6, 7, 8, 12)

3

4   HEARING re Case Management Conference Using Zoom for

5   Government. (Doc## 737, 745, 857, 914, 937, 951, 954, 984,

6   1044, 1192, 1234, 1245, 1288, 1289 to 1293, 1370)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 4

```
 1   A P P E A R A N C E S :

 2

 3   MCCARTER ENGLISH, LLP

 4        Attorneys for Certain Borrowers

 5        245 Park Avenue

 6        New York, NY 10167

 7

 8   BY:  DAVID J. ADLER (TELEPHONICALLY)

 9

10   WHITE CASE LLP

11        Attorneys for the Official Committee of Unsecured

12        Creditors

13        1221 Avenue of the Americas

14        New York, NY 10020

15

16   BY:  SAMUEL P. HERSHEY (TELEPHONICALLY)

17        DAVID TURETSKY (TELEPHONICALLY)

18

19

20

21

22

23

24

25
```

Page 5

1    KIRKLAND ELLIS

2         Attorneys for Celsius Network, LLC

3         300 N LaSalle St

4         Chicago, IL 60654

5

6    BY:  CHRIS KOENIG (TELEPHONICALLY)

7         ROSS M. KWASTENIET (TELEPHONICALLY)

8         TJ MCCARRICK (TELEPHONICALLY)

9

10   TOGUT SEGAL SEGAL LLP

11        Attorneys for Ad Hoc Group of Custodial Account Holders

12        One Penn Plaza, Suite 3335

13        New York, NY 10119

14

15   BY:  BRYAN KOTLIAR (TELEPHONICALLY)

16

17   TROUTMAN PEPPER HAMILTON SANDERS LLP

18        Attorneys for Ad Hoc Group of Withhold Account Holders

19        4000 Town Center, Suite 1800

20        Southfield, MI 48075

21

22   BY:  DEBORAH KOVSKY-APAP (TELEPHONICALLY)

23

24

25

Page 6

```
 1   WALLER LANSDEN DORTCH DAVIS, LLP

 2        Attorneys for RH Montgomery Properties, Inc.

 3        511 Union Street, Suite 2700

 4        Nashville, TN 37219

 5

 6   BY:  TYLER NATHANIEL LAYNE (TELEPHONICALLY)

 7

 8   JENNER BLOCK LLP

 9        Attorneys for Shoba Pillay

10        353 N. Clark Street

11        Chicago, IL 60654

12

13   BY:  VINCENT EDWARD LAZAR (TELEPHONICALLY)

14        SHOBA PILLAY (TELEPHONICALLY)

15

16   MILBANK

17        Attorneys for Series B Preferred Shareholders

18        1850 K St NW

19        Washington, DC 20006

20

21   BY:  ANDREW LEBLANC (TELEPHONICALLY)

22

23

24

25
```

```
 1   OFFICE OF THE UNITED STATES TRUSTEE

 2        Attorneys for the U.S. Trustee

 3        201 Varick Street, Room 1006

 4        New York, NY 10014

 5

 6   BY:  BRIAN S. MASUMOTO (TELEPHONICALLY)

 7

 8   ALSO PRESENT TELEPHONICALLY:

 9   KATHERINE AIZPURU

10   NELLY ALMEIDA

11   ANDREA AMULIC

12   JOEL ANTHONY

13   RICHARD ARCHER

14   JESUS AYALA, JR.

15   STEVEN BAUM

16   CHRIS BECIN

17   OCTAVE J. BOURGEOIS

18   JOHAN BRONGE

19   VERA BROWN

20   JEREMY COHEN HOFFING

21   AARON COLODNY

22   LAFAYETTE COOK

23   KAREN CORDRY

24   SHARA CLAIRE CORNELL

25   CARL J. COTE
```

Page 8

1    CAMERON CREWS

2    TRISTAN DIAZ

3    SCOTT D. DUFFY

4    DENNIS DUNNE

5    WAYNE A. EXUM

6    JAMES ENGEL

7    TIFFANY FONG

8    DEBORAH FRANKEL

9    ARLISHEA FULTON

10    REBECCA GALLAGHER

11    CHRISTOPHER GASTELU

12    VINCENT GOETTEN

13    LUCAS J. HOLCOMB

14    IMMANUEL HERRMANN

15    JOHN HODSON

16    MITCH HURLEY

17    JON IADONISI

18    RAUL JIMENEZ

19    MIKE JOHNSON

20    IVAN KACIR

21    PHILLIP KHEZRI

22    MEI PO KWOK

23    CATHY LAU

24    NICOLE A. LEONARD

25    CHEYENNE LIGON

```
 1   JESSE LUND
 2   SARAH BETH MARONPOT
 3   CHASE MARSH
 4   ERIK MENDELSON
 5   LAYLA MILLIGAN
 6   MICHAEL D. MORRIS
 7   PATRICK JAMES NASH
 8   KYLE J. ORTIZ
 9   DIA PARKER
10   MILIN PATEL
11   GREGORY F. PESCE
12   LUKE PORCARI
13   SHASHANK S. RAI
14   DAMIEN RAYMOND
15   JOHN P. REDING
16   ABIGAIL RYAN
17   AACELI SANCHEZ
18   DANA SANDEFUR
19   DAVID SCHNEIDER
20   NOAH M. SCHOTTENSTEIN
21   RE'NECIA SHERALD
22   JEROME STEWART
23   ROBERT STROMBERG
24   LUCY L. THOMSON
25   STACY TECKLIN
```

Page 10

1    VICTOR UBIERNA DE LAS HERAS

2    HEMANT UPADHYAYA

3    VETON VEJSELI

4    STEPHEN A. VILLAVASO

5    CARL N. WEDOFF

6    KEITH WOFFORD

7    ALAN WOHLMAN

8    MELANIE YANEZ

9    LILY YARBOROUGH

10   ANNE YEILDING

11   JESSE YUAN

12   MAX JACKSON

13   UDAY GORREPATI

14   DIETRICH KNAUTH

15   MATTHEW W. SILVERMAN

16   COURTNEY BURKS STEADMAN

17   SAMMY TANTAWY

18   ARTUR ABREU

19   EMMANUEL ALBINO

20   RENE A. AMAYA

21   SAMUEL ARGIER

22   BRAD J. AXELROD

23   MALCOLM BATES

24   CLAUDE BEAUDRY

25   ROBERT BEAULAC

1   BRIANNA B. BILTER

2   ED G. BIRCH

3   SOMA BISWAS

4   JOHN BONADIES

5   SHIREEN F. BOONE

6   DUSTIN BOROFF

7   JARED C. BORRIELLO

8   KYLE BRAY

9   PHILIP BRENDEL

10   PAUL BREUDER

11   MICHAEL P. BROADHURST

12   CHRISTINA CIANCARELLI

13   AMY CASTOR

14   CAROLYN CHAMBERLAYNE

15   ERIC CHAN

16   RICKIE CHANG

17   ELLE CHOI

18   ROBERT CHRISTIANSEN

19   GEOFFREY CIRKEL

20   HECTOR CLAUDIO

21   SONDA CORI COHEN

22   DAKEN COLEMAN

23   MICHAEL CONLON

24   MIA E. COOPER

25   ERIDSON CUNHA

Page 12

1   VTOR CUNHA

2   DAVID DALHART

3   KENNETH DARSCHEWSKI

4   STEFFAN DAVIES

5   STEVEN J. DEDINA

6   DAVID J. DERAN

7   ROMA N. DESAI

8   JASON DIBATTISTA

9   SCOTT DUFFY

10  DREW DUFFY

11  ALEXANDER DYKE

12  JANELL ECKHARDT

13  BEN R. EADES

14  JANINE EDGERTON-AVIN

15  DANIEL EGGERMANN

16  LIEW ENG CHUAN

17  PAUL FABSIK

18  DAVID AVERY FAHEY

19  MICHAEL FORTWENGLER

20  WILLIAM FOSTER

21  DARIUS GHEORGHE

22  TODD GORDON

23  JASLEIGH GEARY

24  UTSAV GHOSH

25  BRADLEY GIARDIELLO

```
 1   SUSAN D. GOLDEN

 2   RYAN GOLDSTEIN

 3   SIMONE HANRAADS

 4   TAYLOR HARRISON

 5   ALAINA HEINE

 6   ANDREW HINE

 7   DAVID HOLLERITH

 8   KYLE HOLZHAUER

 9   JASON IOVINE

10   ROBERTO JACOBS

11   KRAIG JAKOBSEN

12   VLADIMIR JELISAVCIC

13   BRIAN JENSVOLD

14   AROON JHAMB

15   TIM JOHNSON

16   JAME JUJ

17   GREG KACZKOWSKI

18   DAVID KAHN

19   COLTON KAISER

20   DENISE KALOUDIS

21   DAN KAPLAN

22   JEFF KAPLAN

23   KELLEE KAPLAN

24   LORETA KASH

25   ROBERT M. KAUFMANN
```

Page 14

1 | AISLINN KEELY

2 | MIKAELA KENSINGTON

3 | HEEMOK KIM

4 | CRYSTAL KIM

5 | DIETRICH KNAUTH

6 | JEREMY FRANCIS KOO

7 | RIKI KOULY

8 | ISAAC R. LLEWELLYN

9 | JOSEPH LALIA

10 | HUONG LAM

11 | MARK D. LARRABEE

12 | JAMES F. LATHROP

13 | JEAN-PHILIPPE LATREILLE

14 | CHRISTINE LEE

15 | MIKE LEGGE

16 | JOE LEHR

17 | MARK S. LEONARD

18 | EDMUNDO LOPEZ

19 | RABECA MADSEN

20 | STEVAN MAGLIC

21 | KEVIN M. MANUS

22 | NAKISO MAODZA

23 | DANIEL J. MAREE

24 | JEREMY MARONPOT

25 | RIC MAT

1    ETHAN BUTLER MCLAUGHLIN

2    JAMES MCNAMARA

3    ALEXANDER MCWILLIAMS

4    BRIAN MENDIETA

5    JARED MEZZATESTA

6    ALEX MICHAELS

7    TIMON MITRAKAS

8    MICHAEL MOWRY

9    THOMAS P. MURPHY

10   VIK NAGPAL

11   JASON G. NEW

12   DANIEL NIGGEMANN

13   LIAM NOON

14   MARY O'BRIEN

15   ROBERT ORREN

16   RICHARD E. OSWALD

17   SHANE C. OWENS

18   NICOLAS PIQUEREZ

19   HSIN-CHIEH PAN

20   KATY PAPE

21   JORDYN PAPERNY

22   PETER PATZAK

23   MONICA PERRIGINO

24   KHAI PHAM

25   RICHARD PHILLIPS

Page 16

1    HANS POLZMACHER

2    LALANA PUNDISTO

3    NAZNEN RAHMAN

4    ANNEMARIE V. REILLY

5    TIMOTHY REILLY

6    ANUBHAV RICHARDS

7    LINDA RIFFKIN

8    RICHARD K. ROBISON

9    JONATHAN RODRIGUEZ

10   MICHAEL ROGAWSKI

11   JASON ROSELL

12   JACQUES ROSSOUW

13   ANDREW RUDOLPH

14   NICHOLAS SABATINO

15   CAROLINE SALLS

16   THERESE SCHEUER

17   SHAI SCHMIDT

18   DAVID SENES

19   MICHAEL SHA

20   MUHAMMAD SHIRAZ SHAFQAT

21   SAMI SHAIKH

22   ALEX SHLIVKO

23   MATTHEW W. SILVERMAN

24   ALEXANDER P. SIMMONS

25   DON H. SMITH

Page 17

```
 1   BRAD SORENSEN
 2   CATHERINE STEEGE
 3   HOWARD STEEL
 4   VINCE SULLIVAN
 5   DANIEL H. TABAK
 6   KEYAN TAJI
 7   SAMMY S. TANTAWY
 8   NATASHA TESESE
 9   CHARLES THOMASHOWER
10   BRIAN TICHENOR
11   GREGORY TOLLIS
12   PAIGE TORTORELLI
13   ANHMINH TRAN
14   ELVIN TURNER
15   FEMKE J.M. VESSIES
16   AUSTIN HENRY VINY
17   HEATHER A. WALLER
18   SARAH WEISS
19   MARTIN WILLIAMS
20   HIRAM WILLIAMSON
21   JASON S. WISEMAN
22   ALEX WOLF
23   BENNY YIU WONG
24   TAK YEUNG
25   JESSE YUAN
```

Page 18

1 | KAILA ZAHARIS

2 | DREW ZERDECKI

3 | JARNO BERG

4 | ALEXANDRE DE MELO

5 | AUSTIN STRATTON

6 | ALLAN VAN DER MEER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2              CLERK:  All right.  We are going to be starting

3    the hearing.  Please pay attention to the announcements.

4    All persons are strictly prohibited from making any

5    recording of Court proceedings, whether by video, audio,

6    screenshot or otherwise.  Violation of this prohibition may

7    result in the imposition of monetary and non-monetary

8    sanctions.  The Clerk of the Court maintains an audio

9    recording of all proceedings which constitutes the official

10   record.  Parties must state their name each time they speak

11   on the Court record.  A party must join with a full first

12   and last name to be admitted from the waiting room.  Parties

13   that join with initials, a partial name, a designation such

14   as iPhone, etc., will not be admitted.  Judge, would you

15   like to begin?

16             THE COURT:  Yes, I would.  Thank you and good

17   morning, everybody.  This is Judge Glenn.  We're here in the

18   case management conference.  The date was set in the Joint

19   Stipulation and Agreed Scheduling Order with regard to the

20   custody and withhold issues.  I've got that Stipulation open

21   in front of me.  Let me ask for the -- counsel for the

22   custody holders to begin first and then I'll turn to Ms.

23   Kovsky on behalf of Withhold Account Holders, the Ad Hoc

24   Committee.

25             MR. KOTLIAR:  Hi.  Good morning, Your Honor.  This

Page 20

1    is Bryan Kotliar of Togut Segal & Segal, counsel for the Ad

2    Hoc Group of Custodial Account Holders.  Can you hear me,

3    okay?

4              THE COURT:  Yes, I can.

5              MR. KOTLIAR:  Thank you, Your Honor.  So,

6    currently we filed our Phase 1 Opening Brief in accordance

7    with the Scheduling Order.  All the other parties did so, as

8    well.  The Debtors filed one Declaration regarding certain

9    questions that the Creditors Committee had.  It also

10   answered certain questions that we had, as well.  We, the

11   Creditors Committee, we understand, and the Withhold Group

12   have some follow-up questions for the Debtor's Declarant

13   regarding the contents of that Declaration as it relates to

14   our issues.  We think that, subject to seeing what's in that

15   Supplemental Declaration, and subject to understanding one

16   item about the pending withdrawals, we don't have any

17   factual disputes for which we are expecting depositions or

18   cross-examinations or really any contested evidentiary

19   matters that need to be decided by the Court at the hearing

20   on December 7th.

21             So, with that being said, our expectation, again,

22   subject to seeing the Supplemental Declaration, subject to

23   seeing the parties' responsive briefs, is that, at the

24   hearing on December 7th, we'll be presenting solely legal

25   issues for the Court to determine.  We did meet and confer

Page 21

1    with the other parties last night and I believe that that's

2    consistent with our collective understanding, but I will let

3    them speak for themselves.

4              THE COURT:  Let me ask you a question.  I guess

5    this is a question for everyone, really, whether the

6    Blonstein Declaration is consistent with the Examiner's

7    Report.

8              MR. KOTLIAR:  So, Your Honor, in our view they are

9    consistent.  They are certainly not inconsistent.  And I

10   would say that the way that we view the Blonstein

11   Declaration, and the Examiner Report together is that the

12   Blonstein Declaration says the "what" and the "where," and

13   the Examiner Report, consistent with the Appointment Order,

14   says the "why," "when" and the "how."  And so, it all fits

15   together with one consistent story.  I think the Examiner

16   Report just kind of fills in the gaps about what happened

17   and why.

18             THE COURT:  Okay, and I guess this is also a

19   question for all the counsel in this proceeding.  Is it

20   contemplated that the parties either will stipulate to the

21   Court being able to use the Examiner's Report or that you'll

22   stipulate to admissibility solely for the purpose of this

23   hearing of the Examiner's Report?  Is that something that's

24   been discussed?

25             MR. KOTLIAR:  We have not discussed that yet, Your

Page 22

1    Honor.

2            THE COURT:  Okay.  Ms. Kovsky?

3            MS. KOVSKY:  Good morning, Your Honor.  Deb

4    Kovsky, Troutman Pepper, for the Ad Hoc Group of Withhold

5    Account Holders.  I concur with what Mr. Kotliar just said.

6    We did meet and confer yesterday.  We don't anticipate

7    calling any live witnesses at the hearing, subject of course

8    to seeing the Supplemental Declaration that we anticipate

9    will be forthcoming from Mr. Blonstein.  And with respect to

10   the Examiner's Report, although we did not discuss it, my

11   client certainly would have no issues stipulating to its

12   admissibility for purposes of this hearing.

13           THE COURT:  Mr. Kotliar, do you have a view of

14   that?  I'm not -- I mean, I've read it and obviously, I

15   asked the question, but I went back and read the Blonstein

16   Declaration, as well.  I asked my question about it, are

17   they consistent with each other?  Do you have a view, at

18   this point, on whether you're prepared to stipulate to the

19   admissibility only for the purposes of this hearing of the

20   Examiner's Report?

21           MR. KOTLIAR:  We have not formed a view on that

22   yet.  I think we probably are likely to do that, but I --

23           MS. KOVSKY:  I'm not pressing anybody today for

24   the answer.  What I would request is -- I mean, it is an

25   important -- from the Court's standpoint, it's an important

Page 23

1   piece of information and I do want you all to confer and see

2   whether there is agreement or not.  I'm not trying to force

3   anybody into agreement, but I want to see whether there is

4   agreement, a stipulation to the admissibility for this

5   purpose only.  I'm not -- you know, if there -- if there are

6   Phase 2 issues or anything like that, that have to get

7   resolved, I'm not -- you'll have to -- and if the Report is

8   relevant to that, I'm not -- so, you're agreeing to the

9   admissibility for purposes of Phase 1 will not prejudice

10   your right to object to it as to Phase 2 or any other

11   proceeding.  Just let me leave it at that, okay?

12           MR. KOTLIAR:  Understood, Your Honor.  We'll come

13   back.

14           THE COURT:  Okay.  All right.  Mr. Hershey?

15           MR. HERSHEY:  Good morning, Your Honor.  Sam

16   Hershey from White & Case, for the Official Committee of

17   Unsecured Creditors.  Can Your Honor hear me, okay?

18           THE COURT:  Yes, I can.  Thank you.

19           MR. HERSHEY:  Great.  Thank you, Your Honor.  I

20   have nothing really to add in addition to what Mr. Kotliar

21   has already said.  We reserve the same rights to review the

22   Supplemental Blonstein Declaration, the filings.  The

23   Committee has been viewing the Examiner's Report.  We

24   haven't yet formed a position on it or whether it requires

25   additional discovery on custody.  And we're happy to take

Page 24

1   Your Honor's suggestion to discuss with the other parties

2   whether that's the case and whether we'll agree to admit it

3   for a limited purpose of the hearing.  And we'll certainly

4   do that very quickly after this hearing.

5           THE COURT:  Okay.  I guess I should have asked

6   this, what's the Supplemental Blonstein Declaration supposed

7   to cover?  You're muted, Mr. Hershey.

8           MR. HERSHEY:  Sorry, I muted myself.

9           THE COURT:  That's okay.

10          MR. HERSHEY:  I apologize.  The parties posed a

11  number of supplemental questions to the Debtors just based

12  on what we viewed as open items that hadn't been fully

13  covered in the initial Blonstein Declaration, only a handful

14  of questions.  And the Debtors can address this, but we did

15  not get the sense that it would unduly burdensome or

16  problematic for the Debtors to provide those answers.

17          THE COURT:  And was that, just so we're clear, I

18  guess I should have asked Ms. Kovsky this, as well.  Let me

19  ask Ms. Kovsky first.  You indicated you don't intend -- you

20  don't anticipate calling any witnesses.  Do you anticipate

21  wanting to cross-examine Mr. Blonstein?

22          MS. KOVSKY:  Depending upon the contents, and

23  subject to the review of the Supplemental Declaration, our

24  anticipation is that we would just rely on the written

25  Declarations and not cross-examine.

Page 25

1             THE COURT:  Okay.  Fine.  Same question to you,

2    Mr. Hershey.

3             MR. HERSHEY:  The Committee takes the same

4    position.  We think that we'll be able to avoid any

5    evidentiary presentation at the hearing and just do

6    argument.

7             THE COURT:  Okay.  All right.  Mr. Koenig?

8             MR. KOENIG:  Thank you, Your Honor.  For the

9    record, Chris Koenig, Kirkland & Ellis for the Celsius

10   Debtors.  I'm going to agree with what other counsel has

11   indicated.  We believe that the evidentiary presentation

12   will be very limited, and we can proceed to argument.  One

13   item I did want to raise that I know is important to Ms.

14   Kovsky is, her client submitted some Declarations that she

15   attached to her opening brief.  And the parties met and

16   conferred and have no objection to those being part of the

17   proceeding, as well.  And just to confirm, the Debtors don't

18   anticipate cross-examining any of those individuals and I

19   don't believe that the Committee or the Ad Hoc Group of

20   Custody Holders do, as well.  I just wanted to make sure

21   that that was on the record for Ms. Kovsky.

22             THE COURT:  Okay.  Ms. Kovsky, anything you want

23   to add on that point?

24             MS. KOVSKY:  No, and I apologize for not

25   mentioning that.  Yes, those Declarations were also part of

Page 26

1    our discussion yesterday and I appreciate everyone's

2    accommodation in not deposing and cross-examining.  They're

3    fairly straightforward.

4              THE COURT:  Okay.  Mr. Hershey?

5              MR. HERSHEY:  Completely agree, Your Honor.

6    Nothing to add.

7              THE COURT:  Okay.  Mr. Koenig, maybe you can tell

8    me, what is the likely subject of any supplemental Blonstein

9    Declaration?

10             MR. KOENIG:  Yes, Your Honor.  The parties asked

11   us some questions that were raised that they didn't believe

12   were fully addressed by the initial Blonstein Declaration.

13   I don't have the list in front of me, but as Mr. Hershey

14   indicated, we'll be able to get that done over the next week

15   or so.  Obviously, we have the intervening holidays, but

16   it's not substantially different from what the initial

17   questions were.  It's more follow on questions that the

18   parties had after reviewing the initial Blonstein

19   Declaration that they just wanted to understand a little bit

20   tighter what the issues that were raised in the Declaration

21   were.

22             THE COURT:  All right.  And what is the Debtor's -

23   - does the Debtor have a position at this point on whether

24   it's prepared to stipulate solely for the purpose of this

25   hearing to the admission of the Examiner's Report?

Page 27

1            MR. KOENIG:  Your Honor, we hadn't considered it

2     prior to this hearing.  I don't expect we're going to have

3     an issue but let us take that off-line with the other

4     parties as you suggest.

5            THE COURT:  That's fine, and I would appreciate it

6     if you would all discuss it.  And again, you can put in a

7     reservation of rights that if you all stipulate to the

8     admissibility for purposes of this hearing, it won't be --

9     it's without prejudice to anybody's ability to object to it,

10    any subsequent proceeding.  Let me -- Ms. Kovsky, I think

11    your opening brief briefly addressed the point about -- one

12    takeaway that I got from the Examiner's Report is the

13    shortfall in what assets were transferred to -- and this may

14    be more of a question for Mr. Kotliar.  But when assets were

15    transferred to the custody account, so as a shortfall, it

16    was made up -- they did reconciliations, I'll say

17    irregularly, but not -- it was not automatic, let's put it

18    that way.  And my term, not the report, they "trued up" at

19    various times when there was a shortfall.  It raises the

20    question, at least -- I'm not saying that it's the -- that

21    it would apply in this case under these circumstances, but

22    I'm certainly familiar with prior cases in this Circuit that

23    have applied the lowest intermediate value rule in

24    allocating any shortfall.  I think you briefly addressed it

25    in your brief.  I don't remember seeing it in anybody else's

Page 28

1   brief.  Is that likely to be an issue that the Court is

2   going to have to address in Phase 1?  I called on you first,

3   Ms. Kovsky, on this point, and then I'll give everybody else

4   a chance if they want to address it.

5           MS. KOVSKY:  Your Honor, yes, Deb Kovsky, Troutman

6   & Pepper for the Withhold Group.  I believe that is

7   something that Your Honor will need to look at with respect

8   to Withhold and I can't really speak to the custody issues,

9   but because there wasn't a separate wallet --

10          THE COURT:  It was a separate wallet, yeah.

11          MS. KOVSKY:  -- for Withhold, and it seems that

12   the custody wallet was perhaps not run as tightly as it

13   might have been.  So, one of the questions that we have

14   addressed to the Debtor for the Blonstein Supplemental

15   Declaration is, we've asked that the Debtors provide the

16   lowest intermediate balance on a coin-by-coin basis for,

17   what's in fire blocks (indiscernible), what's there, what's

18   the lowest it dipped?  I mean, the Withhold Group is so

19   small, it seems all but impossible that the total has ever

20   got below the amounts that are owed to the Withhold Account

21   Holders.  But that is one of the factual questions that

22   we're hoping to get an answer to in the next few days or

23   week.

24          THE COURT:  Okay.  Mr. Kotliar, do you want to

25   address that issue, at all?

Page 29

1          MR. KOTLIAR:  Sure, Your Honor.  Again, Bryan

2    Kotliar, counsel for the Ad Hoc Group of Custodial Account

3    Holders.  This does go to the one or two questions we have

4    for Mr. Blonstein for the Supplemental Declaration.  I think

5    the Examiner Report actually gave us comfort on this because

6    there is a line towards the end that says, as of the

7    Petition date, the custody -- the assets in the custody

8    wallets largely met or were consistent with the custody

9    liabilities relating to the custody service.  The questions

10   that we have are, what are the -- and it's very simple, what

11   were the coin assets and liabilities in the custody wallets

12   as of the Petition date and currently?  I think the only

13   shortfall that has arisen, based on what we've read from the

14   Debtors, is that there is this pending withdrawal or

15   cancellation that caused some assets to -- should have left

16   custody and actually gone back to the holders.  They never

17   arrived outside of the platform and since they've now gone

18   back into custody, there is this apparent mismatch, and so,

19   we're going to brief that in our responsive pleading.

20          THE COURT:  All right.  Mr. Hershey?

21          MR. HERSHEY:  So, I think that, obviously, the

22   Committee, as Your Honor is aware, disputes that the

23   Withhold Group has an ownership interest in the assets.  But

24   to the extent Your Honor disagrees that perspective, I think

25   we would have to determine the issue.  And so, that would be

Page 30

1   our position, and the same is true for custody.  If there is

2   going to be a distribution of custody assets, we would need

3   to determine a shortfall.

4           THE COURT:  So, are parties going to address this

5   issue?  And is that under the Schedule, December 2nd is the

6   deadline for parties to file responsive briefs on the Phase

7   1 issues.  Is that something that the Committee intends to

8   address?

9           MR. HERSHEY:  Yes, the Committee intends to

10  address that issue, Your Honor.

11          THE COURT:  Okay.  Mr. Kotliar, are you going to

12  address this issue in your additional brief?

13          MR. KOTLIAR:  Yes, Your Honor.

14          THE COURT:  Okay.  Ms. Kovsky, you've briefly

15  addressed it already.  Are you going to say anything -- is

16  that something you're going to address in your supplemental

17  brief?

18          MS. KOVSKY:  I anticipate that I will, Your Honor.

19  (indiscernible) if we get updated information from Mr.

20  Blonstein.

21          THE COURT:  Okay.  Mr. Koenig?

22          MR. KOENIG:  Your Honor, we will do so, as well.

23  Of course.

24          THE COURT:  Okay.  All right.  If, as it seems

25  now, that no-one is anticipating either calling live

Page 31

1    witnesses or cross-examining the Declarants, I'm very

2    comfortable, we have the two days set aside for the hearing.

3    I'm not going to impose time limits on your individual

4    arguments.  It does seem to me that, unless you disagree

5    now, which I'd like to hear, that the Custody in Withhold

6    counsel should go first and then the Committee and then the

7    Debtor.  I don't know whether you had talked about this, and

8    I'll obviously give people a chance to reply.  I mean, we

9    should be very comfortable with, if in fact, there's no

10   cross-examination of witnesses.  I've already read the

11   papers that have been filed so far.  There's still have a

12   lot more preparation to do and obviously, there's another

13   round of briefs to go.  Let me ask this, does anybody

14   disagree with what I've suggested?  And I would let -- Mr.

15   Kotliar and Ms. Kovsky, I'd have the two of you work out

16   between you who would go first, who would go second.  I

17   don't -- I don't think it's a big deal, frankly, myself.

18   But I want to go into this hearing so that you all know the

19   order in which people are going to go, etc.

20            MR. KOTLIAR:  Your Honor, we -- when we met and

21   conferred last night, this is one of the things that we

22   discussed, but we did not come to an agreement on.  We

23   didn't have a disagreement, but it's just something that we

24   said we would discuss.

25            THE COURT:  Okay.  That's fine.  That's fine.

Page 32

1          MR. KOTLIAR:  I just want to note one thing, which
2    is, whoever goes first, second or third, I think one of the
3    issues that your Court is going to have to consider is, who
4    has the burden on what issues.  And I don't want the
5    process, whoever proceeds in what fashion, to impact who has
6    the burden.

7          THE COURT:  That's fair.  I guess the reason I
8    said that Custody in Withhold ought to go first is, you want
9    the stuff back.  And I'm certainly open to having you -- all
10   of you argue about where you think the burden goes, but at
11   least with the initial going forward, you want the stuff
12   back and the Committee and the Debtor, not so much.  Let's
13   put it that way.  I'll leave it at that, so --

14         MR. KOTLIAR:  Yes, Your Honor.

15         THE COURT:  Okay.  All right.  So, Mr. Kotliar, I
16   don't know whether it is going to be you who is going to be
17   speaking or -- for Custody?

18         MR. KOTLIAR:  It'll be my colleague, Mr. Ortiz.
19   He wasn't able to join this morning because of a medical
20   emergency.  I think we're probably happy to go first, but I
21   think where we left off with the parties is, we would
22   discuss it.

23         THE COURT:  Well, I'll let you discuss it and --
24   so I see we have the Examiner present at the hearing, as
25   well.  Ms. (indiscernible), is there anything that you

Page 33

1   wanted to say at this point?

2          MS. (indiscernible):  Good morning, Your Honor.  I

3   have nothing to add at this point, unless Your Honor has any

4   specific questions for me.

5          THE COURT:  No, I was busy reading, and the Court

6   very much appreciates that you delivered the Report on time

7   and very comprehensive, so -- all right.  So, the open

8   question that I would like an answer to when you've -- if

9   you can reach an agreement about it is whether the parties

10  to this, about stipulating to the admissibility for purposes

11  of this hearing of the Examiner's Report.  When you have a -

12  - if you come to an agreement on it, you can -- somebody can

13  file a status letter just indicating that that's resolved.

14  I don't need to know in advance how you work out the order

15  in which you're all going to argue.  And as I say, I'm not

16  going to set -- we've got plenty -- I'm not -- sometimes

17  less is better, but I'm not going to set any time limits on

18  each of your presentations.  Okay?

19         MR. KOENIG:  Thank you, You Honor.  And just, if I

20  may for a moment --

21         THE COURT:  Go ahead, Mr. Koenig.

22         MR. KOENIG:  When the parties discussed --

23         THE COURT:  You have to identify yourself, Mr.

24  Koenig, each time you speak.

25         MR. KOENIG:  Oh, I'm sorry.  Again, for the

Page 34

1  record, Chris Koenig, Kirkland & Ellis.  The parties

2  discussed dispensing with opening arguments and closing

3  arguments and just getting right into the merits of the

4  arguments, and I assume that that was fine with Your Honor,

5  but we just wanted to confirm.

6           THE COURT:  Absolutely.  Absolutely.  You know,

7  I've read everything more than once already and everything

8  will be read again before the hearing.  There is this one

9  additional round of briefs and there will be another

10  Blonstein Declaration, it appears, and obviously I will have

11  read that, as well.

12           MR. KOENIG:  Right, and Your Honor, how we intend

13  to proceed is, there are three issues.  The property of the

14  estate issue, with respect to Custody, the property of the

15  estate issue with respect to Withhold, and then the further

16  issue of, even if Withhold or Custody is not property of the

17  estate, may the Debtor nonetheless maintain possession and

18  control over those assets?  We would anticipate arguing

19  those three issues in series.

20           THE COURT:  Okay.

21           MR. KOENIG:  And then, of course, Your Honor,

22  there's also the Debtor's Motion to Allow Withdrawals from

23  Custody and Withhold Below Certain Dollar Amounts that we

24  would propose hearing after this issue is argued.  It's the

25  Debtor's Motion, but we would propose having that heard

Page 35

1    later in the day, probably on the 7th, after this argument

2    is wrapped up.  There's a number of objecting parties to

3    that matter, but it was on the calendar for all of this to

4    be tried on the same day, but we would have that heard after

5    argument on these issues with these parties.

6              THE COURT:  Okay.  I need to go back and read

7    that.  My focus has been on -- it's important.  I don't mean

8    to underestimate the importance of it.  How many account

9    holders is it that the Debtor is proposing to return the

10   assets?  I take it that all of the people to whom the Debtor

11   proposes to return assets are below that threshold for

12   preference avoidance actions?

13             MR. KOENIG:  That's largely true, Your Honor.

14   There are some folks that only had custody assets.  It was

15   never in earnest, so there's not a preference with respect

16   to those folks.  The number is something around 40,000

17   individuals.  There are many individuals with small balances

18   on the account, so --

19             THE COURT:  Okay.

20             MR. KOENIG:  -- it affects a great number of

21   people, and we would obviously like, to the extent it is

22   determined by the Court that Custody or Withhold are not

23   property of the estate and the Debtor has no viable

24   preference claim because it's below the dollar threshold, we

25   would like to get dollars out to those customers, obviously,

Page 36

1    as soon as possible.

2            THE COURT:   Okay.   Is the briefing closed on that,

3    Mr. Koenig?

4            MR. KOENIG:   The objections have already been

5    filed.   The Debtor's Reply Brief is due the same day as the

6    secondary briefs on this issue, next Friday, December 2nd.

7            THE COURT:   All right.   Okay.   Does anybody else

8    have anything they want to add for today?   I hope you all

9    have a very nice Thanksgiving.

10           MR. KOENIG:   Happy Thanksgiving, Your Honor.

11           THE COURT:   Okay.

12           MR. HERSHEY:   Happy Thanksgiving, Your Honor.

13           THE COURT:   All right.   We're adjourned.

14           MR. KOENIG:   Thank you.

15           (Whereupon these proceedings were concluded at

16    10:25 AM)

17

18

19

20

21

22

23

24

25

Page 37

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    Sonya M. Ledanski Hyde

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  November 25, 2022

**[& - anne]**                                                                 Page 1

| & | 2700  6:3 | aaron  7:21 | admit  24:2 |
|---|---|---|---|
| **&**  20:1 23:16 25:9 28:6 34:1 | **2nd**  30:5 36:6 | abigail  9:16 | admitted  19:12 19:14 |
| | **3** | ability  27:9 | adv  1:4 |
| **1** | **300**  5:3 37:22 | able  21:21 25:4 26:14 32:19 | advance  33:14 |
| **1**  3:2 20:6 23:9 28:2 30:7 | **330**  37:21 | abreu  10:18 | agree  24:2 25:10 26:5 |
| **10004**  1:20 | **3335**  5:12 | absolutely  34:6 34:6 | agreed  19:19 |
| **10014**  7:4 | **353**  6:10 | accommodation  26:2 | agreeing  23:8 |
| **10020**  4:14 | **37219**  6:4 | account  1:12 5:11,18 19:23 20:2 22:5 27:15 28:20 29:2 35:8 35:18 | agreement  23:2 23:3,4 31:22 33:9,12 |
| **1006**  7:3 | **4** | | ahead  33:21 |
| **10119**  5:13 | **4**  3:2 | | aislinn  14:1 |
| **10167**  4:6 | **40,000**  35:16 | | aizpuru  7:9 |
| **1044**  3:6 | **4000**  5:19 | | al  1:15 |
| **10:03**  1:23 | **48075**  5:20 | accurate  37:4 | alaina  13:5 |
| **10:25**  36:16 | **5** | actions  35:12 | alan  10:7 |
| **11501**  37:23 | **511**  6:3 | ad  1:12 5:11,18 19:23 20:1 22:4 25:19 29:2 | albino  10:19 |
| **1192**  3:6 | **6** | add  23:20 25:23 26:6 33:3 36:8 | alex  15:6 16:22 17:22 |
| **12**  3:2 | **6**  3:2 | addition  23:20 | alexander  12:11 15:3 16:24 |
| **12151**  37:7 | **60654**  5:4 6:11 | additional  23:25 30:12 34:9 | alexandre  18:4 |
| **1221**  4:13 | **7** | address  24:14 28:2,4,25 30:4,8 30:10,12,16 | allan  18:6 |
| **1234**  3:6 | **7**  3:2 | addressed  26:12 27:11,24 28:14 30:15 | allocating  27:24 |
| **1245**  3:6 | **737**  3:5 | | allow  34:22 |
| **1288**  3:6 | **745**  3:5 | | almeida  7:10 |
| **1289**  3:6 | **7th**  20:20,24 35:1 | adjourned  36:13 | amaya  10:20 |
| **1293**  3:6 | **8** | adler  4:8 | americas  4:13 |
| **1370**  3:6 | **8**  3:2 | admissibility  21:22 22:12,19 23:4,9 27:8 33:10 | amounts  28:20 34:23 |
| **1800**  5:19 | **857**  3:5 | | amulic  7:11 |
| **1850**  6:18 | **9** | | amy  11:13 |
| **2** | **914**  3:5 | | andrea  7:11 |
| **2**  23:6,10 | **937**  3:5 | | andrew  6:21 13:6 16:13 |
| **20006**  6:19 | **951**  3:5 | | anhminh  17:13 |
| **201**  7:3 | **954**  3:5 | | anne  10:10 |
| **2022**  1:22 37:25 | **984**  3:5 | | |
| **22**  1:22 | **a** | admission  26:25 | |
| **22-01142**  1:4 3:1 | **a.m.**  1:23 | | |
| **22-10964**  1:3 | **aaceli**  9:17 | | |
| **245**  4:5 | | | |
| **25**  37:25 | | | |

annemarie   16:4
announcements
  19:3
answer   22:24
  28:22 33:8
answered   20:10
answers   24:16
anthony   7:12
anticipate   22:6
  22:8 24:20,20
  25:18 30:18
  34:18
anticipating
  30:25
anticipation
  24:24
anubhav   16:6
anybody   22:23
  23:3 27:25
  31:13 36:7
anybody's   27:9
apap   5:22
apologize   24:10
  25:24
apparent   29:18
appears   34:10
applied   27:23
apply   27:21
appointment
  21:13
appreciate   26:1
  27:5
appreciates   33:6
archer   7:13
argier   10:21
argue   32:10
  33:15
argued   34:24
arguing   34:18

argument   25:6
  25:12 35:1,5
arguments   31:4
  34:2,3,4
arisen   29:13
arlishea   8:9
aroon   13:14
arrived   29:17
artur   10:18
aside   31:2
asked   22:15,16
  24:5,18 26:10
  28:15
assets   27:13,14
  29:7,11,15,23
  30:2 34:18
  35:10,11,14
assume   34:4
attached   25:15
attention   19:3
attorneys   4:4,11
  5:2,11,18 6:2,9
  6:17 7:2
audio   19:5,8
austin   17:16
  18:5
automatic   27:17
avenue   4:5,13
avery   12:18
avin   12:14
avoid   25:4
avoidance   35:12
aware   29:22
axelrod   10:22
ayala   7:14

**b**

b   2:1 6:17 11:1
back   22:15
  23:13 29:16,18

32:9,12 35:6
balance   28:16
balances   35:17
bankruptcy   1:1
  1:18 2:3
based   24:11
  29:13
basis   28:16
bates   10:23
baum   7:15
beaudry   10:24
beaulac   10:25
becin   7:16
behalf   19:23
believe   21:1
  25:11,19 26:11
  28:6
ben   12:13
benny   17:23
berg   18:3
beth   9:2
better   33:17
big   31:17
bilter   11:1
birch   11:2
biswas   11:3
bit   26:19
block   6:8
blocks   28:17
blonstein   21:6
  21:10,12 22:9
  22:15 23:22
  24:6,13,21 26:8
  26:12,18 28:14
  29:4 30:20
  34:10
bonadies   11:4
boone   11:5
boroff   11:6

borriello   11:7
borrowers   4:4
bourgeois   7:17
bowling   1:19
brad   10:22 17:1
bradley   12:25
bray   11:8
brendel   11:9
breuder   11:10
brian   7:6 13:13
  15:4 17:10
brianna   11:1
brief   20:6 25:15
  27:11,25 28:1
  29:19 30:12,17
  36:5
briefing   36:2
briefly   27:11,24
  30:14
briefs   20:23
  30:6 31:13 34:9
  36:6
broadhurst
  11:11
bronge   7:18
brown   7:19
bryan   5:15 20:1
  29:1
burden   32:4,6
  32:10
burdensome
  24:15
burks   10:16
busy   33:5
butler   15:1

**c**

c   4:1 11:7 15:17
  19:1 37:1,1

calendar 35:3
called 28:2
calling 22:7
  24:20 30:25
cameron 8:1
cancellation
  29:15
can't 28:8
carl 7:25 10:5
caroline 16:15
carolyn 11:14
case 1:3,4 3:1,4
  4:10 19:18
  23:16 24:2
  27:21
cases 27:22
castor 11:13
catherine 17:2
cathy 8:23
caused 29:15
celsius 1:8,15
  5:2 25:9
center 5:19
certain 4:4 20:8
  20:10 34:23
certainly 21:9
  22:11 24:3
  27:22 32:9
certified 37:3
chamberlayne
  11:14
chan 11:15
chance 28:4
  31:8
chang 11:16
charles 17:9
chase 9:3
cheyenne 8:25
chicago 5:4 6:11

chieh 15:19
choi 11:17
chris 5:6 7:16
  25:9 34:1
christiansen
  11:18
christina 11:12
christine 14:14
christopher
  8:11
chuan 12:16
ciancarelli
  11:12
circuit 27:22
circumstances
  27:21
cirkel 11:19
claim 35:24
claire 7:24
clark 6:10
claude 10:24
claudio 11:20
clear 24:17
clerk 19:2,8
client 22:11
  25:14
closed 36:2
closing 34:2
cohen 7:20
  11:21
coin 28:16,16
  29:11
coleman 11:22
colleague 32:18
collective 21:2
colodny 7:21
colton 13:19
come 23:12
  31:22 33:12

comfort 29:5
comfortable
  31:2,9
committee 4:11
  19:24 20:9,11
  23:16,23 25:3
  25:19 29:22
  30:7,9 31:6
  32:12
completely 26:5
comprehensive
  33:7
concluded 36:15
concur 22:5
confer 20:25
  22:6 23:1
conference 3:1,4
  19:18
conferred 25:16
  31:21
confirm 25:17
  34:5
conlon 11:23
consider 32:3
considered 27:1
consistent 21:2
  21:6,9,13,15
  22:17 29:8
constitutes 19:9
contemplated
  21:20
contents 20:13
  24:22
contested 20:18
control 34:18
cook 7:22
cooper 11:24
cordry 7:23
cori 11:21

cornell 7:24
cote 7:25
counsel 19:21
  20:1 21:19
  25:10 29:2 31:6
country 37:21
course 22:7
  30:23 34:21
court 1:1,18
  19:5,8,11,16
  20:4,19,25 21:4
  21:18,21 22:2
  22:13 23:14,18
  24:5,9,17 25:1,7
  25:22 26:4,7,22
  27:5 28:1,10,24
  29:20 30:4,11
  30:14,21,24
  31:25 32:3,7,15
  32:23 33:5,5,21
  33:23 34:6,20
  35:6,19,22 36:2
  36:7,11,13
courtney 10:16
court's 22:25
cover 24:7
covered 24:13
creditors 4:12
  20:9,11 23:17
crews 8:1
cross 20:18
  24:21,25 25:18
  26:2 31:1,10
crystal 14:4
cunha 11:25
  12:1
currently 20:6
  29:12
custodial 1:12
  5:11 20:2 29:2

[custody - emmanuel]                                                      Page 4

**custody**   19:20
  19:22 23:25
  25:20 27:15
  28:8,12 29:7,7,8
  29:9,11,16,18
  30:1,2 31:5 32:8
  32:17 34:14,16
  34:23 35:14,22
**customers**   35:25

## d

**d**   8:3 9:6 13:1
  14:11 19:1
**daken**   11:22
**dalhart**   12:2
**damien**   9:14
**dan**   13:21
**dana**   9:18
**daniel**   12:15
  14:23 15:12
  17:5
**darius**   12:21
**darschewski**
  12:3
**date**   19:18 29:7
  29:12 37:25
**david**   4:8,17
  9:19 12:2,6,18
  13:7,18 16:18
**davies**   12:4
**davis**   6:1
**day**   35:1,4 36:5
**days**   28:22 31:2
**dc**   6:19
**de**   10:1 18:4
**deadline**   30:6
**deal**   31:17
**deb**   22:3 28:5
**deborah**   5:22
  8:8

**debtor**   1:10
  26:23 28:14
  31:7 32:12
  34:17 35:9,10
  35:23
**debtors**   20:8
  24:11,14,16
  25:10,17 28:15
  29:14
**debtor's**   20:12
  26:22 34:22,25
  36:5
**december**   20:20
  20:24 30:5 36:6
**decided**   20:19
**declarant**   20:12
**declarants**   31:1
**declaration**   20:8
  20:13,15,22
  21:6,11,12 22:8
  22:16 23:22
  24:6,13,23 26:9
  26:12,19,20
  28:15 29:4
  34:10
**declarations**
  24:25 25:14,25
**dedina**   12:5
**defendants**   1:16
**delivered**   33:6
**denise**   13:20
**dennis**   8:4
**depending**
  24:22
**deposing**   26:2
**depositions**
  20:17
**der**   18:6
**deran**   12:6

**desai**   12:7
**designation**
  19:13
**determine**   20:25
  29:25 30:3
**determined**
  35:22
**dia**   9:9
**diaz**   8:2
**dibattista**   12:8
**didn't**   26:11
  31:23
**dietrich**   10:14
  14:5
**different**   26:16
**dipped**   28:18
**disagree**   31:4,14
**disagreement**
  31:23
**disagrees**   29:24
**discovery**   23:25
**discuss**   22:10
  24:1 27:6 31:24
  32:22,23
**discussed**   21:24
  21:25 31:22
  33:22 34:2
**discussion**   26:1
**dispensing**   34:2
**disputes**   20:17
  29:22
**distribution**
  30:2
**district**   1:2
**doc**   3:2,5
**dollar**   34:23
  35:24
**dollars**   35:25
**don**   16:25

**don't**   20:16 22:6
  24:19,20 25:17
  25:19 26:13
  27:2,25 31:7,17
  31:17 32:4,16
  33:14 35:7
**dortch**   6:1
**drew**   12:10 18:2
**due**   36:5
**duffy**   8:3 12:9
  12:10
**dunne**   8:4
**dustin**   11:6
**dyke**   12:11

## e

**e**   2:1,1 4:1,1
  11:24 15:16
  19:1,1 37:1
**eades**   12:13
**earnest**   35:15
**eckhardt**   12:12
**ecro**   2:5
**ed**   11:2
**edgerton**   12:14
**edmundo**   14:18
**edward**   6:13
**eggermann**
  12:15
**either**   21:20
  30:25
**elle**   11:17
**ellis**   5:1 25:9
  34:1
**else's**   27:25
**elvin**   17:14
**emergency**
  32:20
**emmanuel**
  10:19

[eng - hearing]                                                                Page 5

**eng** 12:16
**engel** 8:6
**english** 4:3
**eric** 11:15
**eridson** 11:25
**erik** 9:4
**estate** 34:14,15
  34:17 35:23
**et** 1:15
**ethan** 15:1
**everybody**
  19:17 28:3
**everyone's** 26:1
**evidentiary**
  20:18 25:5,11
**examination**
  31:10
**examinations**
  20:18
**examine** 24:21
  24:25
**examiner** 21:11
  21:13,15 29:5
  32:24
**examiner's** 21:6
  21:21,23 22:10
  22:20 23:23
  26:25 27:12
  33:11
**examining**
  25:18 26:2 31:1
**expect** 27:2
**expectation**
  20:21
**expecting** 20:17
**extent** 29:24
  35:21
**exum** 8:5

**f**

**f** 2:1 9:11 11:5
  14:12 37:1
**fabsik** 12:17
**fact** 31:9
**factual** 20:17
  28:21
**fahey** 12:18
**fair** 32:7
**fairly** 26:3
**familiar** 27:22
**far** 31:11
**fashion** 32:5
**femke** 17:15
**file** 30:6 33:13
**filed** 20:6,8
  31:11 36:5
**filings** 23:22
**fills** 21:16
**fine** 25:1 27:5
  31:25,25 34:4
**fire** 28:17
**first** 19:11,22
  24:19 28:2 31:6
  31:16 32:2,8,20
**fits** 21:14
**focus** 35:7
**folks** 35:14,16
**follow** 20:12
  26:17
**fong** 8:7
**force** 23:2
**foregoing** 37:3
**formed** 22:21
  23:24
**forthcoming**
  22:9
**fortwengler**
  12:19

**forward** 32:11
**foster** 12:20
**francis** 14:6
**frankel** 8:8
**frankly** 31:17
**friday** 36:6
**front** 19:21
  26:13
**full** 19:11
**fully** 24:12
  26:12
**fulton** 8:9
**further** 34:15

**g**

**g** 11:2 15:11
  19:1
**gallagher** 8:10
**gaps** 21:16
**gastelu** 8:11
**geary** 12:23
**geoffrey** 11:19
**getting** 34:3
**gheorghe** 12:21
**ghosh** 12:24
**giardiello** 12:25
**give** 28:3 31:8
**glenn** 2:2 19:17
**go** 29:3 31:6,13
  31:16,16,18,19
  32:8,20 33:21
  35:6
**goes** 32:2,10
**goetten** 8:12
**going** 19:2 25:10
  27:2 28:2 29:19
  30:2,4,11,15,16
  31:3,19 32:3,11
  32:16,16 33:15
  33:16,17

**golden** 13:1
**goldstein** 13:2
**good** 19:16,25
  22:3 23:15 33:2
**gordon** 12:22
**gorrepati** 10:13
**government** 3:2
  3:5
**great** 23:19
  35:20
**green** 1:19
**greg** 13:17
**gregory** 9:11
  17:11
**group** 1:12 5:11
  5:18 20:2,11
  22:4 25:19 28:6
  28:18 29:2,23
**guess** 21:4,18
  24:5,18 32:7

**h**

**h** 16:25 17:5
**hadn't** 24:12
  27:1
**hamilton** 5:17
**handful** 24:13
**hanraads** 13:3
**hans** 16:1
**happened** 21:16
**happy** 23:25
  32:20 36:10,12
**harrison** 13:4
**haven't** 23:24
**hear** 20:2 23:17
  31:5
**heard** 34:25
  35:4
**hearing** 3:1,4
  19:3 20:19,24

[hearing - jensvold]                                                    Page 6

21:23 22:7,12
22:19 24:3,4
25:5 26:25 27:2
27:8 31:2,18
32:24 33:11
34:8,24
**heather**  17:17
**hector**  11:20
**heemok**  14:3
**heine**  13:5
**hemant**  10:2
**henry**  17:16
**heras**  10:1
**herrmann**  8:14
**hershey**  4:16
23:14,15,16,19
24:7,8,10 25:2,3
26:4,5,13 29:20
29:21 30:9
36:12
**hi**  19:25
**hine**  13:6
**hiram**  17:20
**hoc**  1:12 5:11,18
19:23 20:2 22:4
25:19 29:2
**hodson**  8:15
**hoffing**  7:20
**holcomb**  8:13
**holders**  1:12
5:11,18 19:22
19:23 20:2 22:5
25:20 28:21
29:3,16 35:9
**holidays**  26:15
**hollerith**  13:7
**holzhauer**  13:8
**hon**  2:2
**honor**  19:25
20:5 21:8 22:1,3

23:12,15,17,19
25:8 26:5,10
27:1 28:5,7 29:1
29:22,24 30:10
30:13,18,22
31:20 32:14
33:2,3,19 34:4
34:12,21 35:13
36:10,12
**honor's**  24:1
**hope**  36:8
**hoping**  28:22
**howard**  17:3
**hsin**  15:19
**huong**  14:10
**hurley**  8:16
**hyde**  3:25 37:3,8

**i**

**iadonisi**  8:17
**identify**  33:23
**il**  5:4 6:11
**immanuel**  8:14
**impact**  32:5
**importance**  35:8
**important**  22:25
22:25 25:13
35:7
**impose**  31:3
**imposition**  19:7
**impossible**
28:19
**inconsistent**
21:9
**indicated**  24:19
25:11 26:14
**indicating**  33:13
**indiscernible**
28:17 30:19
32:25 33:2

**individual**  31:3
**individuals**
25:18 35:17,17
**information**
23:1 30:19
**initial**  24:13
26:12,16,18
32:11
**initials**  19:13
**intend**  24:19
34:12
**intends**  30:7,9
**interest**  29:23
**intermediate**
27:23 28:16
**intervening**
26:15
**iovine**  13:9
**iphone**  19:14
**irregularly**
27:17
**isaac**  14:8
**issue**  27:3 28:1
28:25 29:25
30:5,10,12
34:14,15,16,24
36:6
**issues**  19:20
20:14,25 22:11
23:6 26:20 28:8
30:7 32:3,4
34:13,19 35:5
**item**  20:16
25:13
**items**  24:12
**it'll**  32:18
**it's**  22:25 26:16
26:17,24 27:9
27:20 29:10
31:17,23 34:24

35:7,24
**ivan**  8:20
**i'd**  31:5,15
**i'll**  19:22 27:16
28:3 31:8 32:13
32:23
**i'm**  22:14,23
23:2,5,7,8 25:10
27:20,22 31:1,3
32:9 33:15,16
33:17,25
**i've**  19:20 22:14
31:10,14 34:7

**j**

**j**  4:8 7:17,25
8:13 9:8 10:22
12:5,6 14:23
**j.m.**  17:15
**jackson**  10:12
**jacobs**  13:10
**jacques**  16:12
**jakobsen**  13:11
**jame**  13:16
**james**  8:6 9:7
14:12 15:2
**janell**  12:12
**janine**  12:14
**jared**  11:7 15:5
**jarno**  18:3
**jasleigh**  12:23
**jason**  12:8 13:9
15:11 16:11
17:21
**jean**  14:13
**jeff**  13:22
**jelisavcic**  13:12
**jenner**  6:8
**jensvold**  13:13

[jeremy - lund]                                                                 Page 7

jeremy   7:20
  14:6,24
jerome   9:22
jesse   9:1 10:11
  17:25
jesus   7:14
jhamb   13:14
jimenez   8:18
joe   14:16
joel   7:12
johan   7:18
john   8:15 9:15
  11:4
johnson   8:19
  13:15
join   19:11,13
  32:19
joint   19:18
jon   8:17
jonathan   2:5
  16:9
jordyn   15:21
joseph   14:9
jr   7:14
judge   2:3 19:14
  19:17
juj   13:16

**k**

k   6:18 16:8
kacir   8:20
kaczkowski
  13:17
kahn   13:18
kaila   18:1
kaiser   13:19
kaloudis   13:20
kaplan   13:21,22
  13:23

karen   7:23
kash   13:24
katherine   7:9
katy   15:20
kaufmann   13:25
keely   14:1
keith   10:6
kellee   13:23
kenneth   12:3
kensington   14:2
kevin   14:21
keyan   17:6
khai   15:24
khezri   8:21
kim   14:3,4
kind   21:16
kirkland   5:1
  25:9 34:1
knauth   10:14
  14:5
know   23:5 25:13
  31:7,18 32:16
  33:14 34:6
koenig   5:6 25:7
  25:8,9 26:7,10
  27:1 30:21,22
  33:19,21,22,24
  33:25 34:1,12
  34:21 35:13,20
  36:3,4,10,14
koo   14:6
kotliar   5:15
  19:25 20:1,5
  21:8,25 22:5,13
  22:21 23:12,20
  27:14 28:24
  29:1,2 30:11,13
  31:15,20 32:1
  32:14,15,18

kouly   14:7
kovsky   5:22
  19:23 22:2,3,4
  22:23 24:18,19
  24:22 25:14,21
  25:22,24 27:10
  28:3,5,5,11
  30:14,18 31:15
kraig   13:11
kwasteniet   5:7
kwok   8:22
kyle   9:8 11:8
  13:8

**l**

l   9:24
lafayette   7:22
lalana   16:2
lalia   14:9
lam   14:10
lansden   6:1
largely   29:8
  35:13
larrabee   14:11
las   10:1
lasalle   5:3
lathrop   14:12
latreille   14:13
lau   8:23
layla   9:5
layne   6:6
lazar   6:13
leave   23:11
  32:13
leblanc   6:21
ledanski   3:25
  37:3,8
lee   14:14
left   29:15 32:21

legal   20:24
  37:20
legge   14:15
lehr   14:16
leonard   8:24
  14:17
letter   33:13
let's   27:17 32:12
liabilities   29:9
  29:11
liam   15:13
liew   12:16
ligon   8:25
lily   10:9
limited   24:3
  25:12
limits   31:3
  33:17
linda   16:7
line   27:3 29:6
list   26:13
little   26:19
live   22:7 30:25
llc   1:8,15 5:2
llewellyn   14:8
llp   4:3,10 5:10
  5:17 6:1,8
look   28:7
lopez   14:18
loreta   13:24
lot   31:12
lowest   27:23
  28:16,18
lucas   8:13
lucy   9:24
luke   9:12
lund   9:1

| m | |
|---|---|
| **m**  5:7 9:20 13:25 14:21 | |
| **madsen**  14:19 | |
| **maglic**  14:20 | |
| **maintain**  34:17 | |
| **maintains**  19:8 | |
| **making**  19:4 | |
| **malcolm**  10:23 | |
| **management**  3:1,4 19:18 | |
| **manus**  14:21 | |
| **maodza**  14:22 | |
| **maree**  14:23 | |
| **mark**  14:11,17 | |
| **maronpot**  9:2 14:24 | |
| **marsh**  9:3 | |
| **martin**  2:2 17:19 | |
| **mary**  15:14 | |
| **masumoto**  7:6 | |
| **mat**  14:25 | |
| **matter**  1:6 35:3 | |
| **matters**  20:19 | |
| **matthew**  10:15 16:23 | |
| **max**  10:12 | |
| **mccarrick**  5:8 | |
| **mccarter**  4:3 | |
| **mclaughlin**  15:1 | |
| **mcnamara**  15:2 | |
| **mcwilliams**  15:3 | |
| **mean**  22:14,24 28:18 31:8 35:7 | |
| **medical**  32:19 | |
| **meer**  18:6 | |
| **meet**  20:25 22:6 | |
| **mei**  8:22 | |

**melanie**  10:8
**melo**  18:4
**mendelson**  9:4
**mendieta**  15:4
**mentioning**  25:25
**merits**  34:3
**met**  25:15 29:8 31:20
**mezzatesta**  15:5
**mg**  1:3,4 3:1
**mi**  5:20
**mia**  11:24
**michael**  9:6 11:11,23 12:19 15:8 16:10,19
**michaels**  15:6
**mikaela**  14:2
**mike**  8:19 14:15
**milbank**  6:16
**milin**  9:10
**milligan**  9:5
**mineola**  37:23
**mismatch**  29:18
**mitch**  8:16
**mitrakas**  15:7
**moment**  33:20
**monetary**  19:7,7
**monica**  15:23
**montgomery**  6:2
**morning**  19:17 19:25 22:3 23:15 32:19 33:2
**morris**  9:6
**motion**  34:22,25
**mowry**  15:8
**muhammad**  16:20

**murphy**  15:9
**muted**  24:7,8

| n | |
|---|---|
| **n**  4:1 5:3 6:10 10:5 12:7 19:1 37:1 | |

**nagpal**  15:10
**nakiso**  14:22
**name**  19:10,12 19:13
**nash**  9:7
**nashville**  6:4
**natasha**  17:8
**nathaniel**  6:6
**naznen**  16:3
**need**  20:19 28:7 30:2 33:14 35:6
**nelly**  7:10
**network**  1:8,15 5:2
**never**  29:16 35:15
**new**  1:2,20 4:6 4:14 5:13 7:4 15:11
**nice**  36:9
**nicholas**  16:14
**nicolas**  15:18
**nicole**  8:24
**niggemann**  15:12
**night**  21:1 31:21
**noah**  9:20
**non**  19:7
**noon**  15:13
**note**  32:1
**november**  1:22 37:25

**number**  24:11 35:2,16,20
**nw**  6:18
**ny**  1:20 4:6,14 5:13 7:4 37:23

| o | |
|---|---|

**o**  2:1 19:1 37:1
**o'brien**  15:14
**object**  23:10 27:9
**objecting**  35:2
**objection**  25:16
**objections**  36:4
**obviously**  22:14 26:15 29:21 31:8,12 34:10 35:21,25
**octave**  7:17
**office**  7:1
**official**  4:11 19:9 23:16
**oh**  33:25
**okay**  20:3 21:18 22:2 23:11,14 23:17 24:5,9 25:1,7,22 26:4,7 28:24 30:11,14 30:21,24 31:25 32:15 33:18 34:20 35:6,19 36:2,7,11
**old**  37:21
**once**  34:7
**open**  19:20 24:12 32:9 33:7
**opening**  20:6 25:15 27:11 34:2

order   19:19
  20:7 21:13
  31:19 33:14
orren   15:15
ortiz   9:8 32:18
oswald   15:16
ought   32:8
outside   29:17
owed   28:20
owens   15:17
ownership
  29:23

**p**

p   4:1,1,16 9:15
  11:11 15:9
  16:24 19:1
paige   17:12
pan   15:19
pape   15:20
paperny   15:21
papers   31:11
park   4:5
parker   9:9
part   25:16,25
partial   19:13
parties   19:10,12
  20:7 21:1,20
  24:1,10 25:15
  26:10,18 27:4
  30:4,6 32:21
  33:9,22 34:1
  35:2,5
parties'   20:23
party   19:11
patel   9:10
patrick   9:7
patzak   15:22
paul   11:10
  12:17

pay   19:3
pending   20:16
  29:14
penn   5:12
people   31:8,19
  35:10,21
pepper   5:17
  22:4 28:6
perrigino   15:23
persons   19:4
perspective
  29:24
pesce   9:11
peter   15:22
petition   29:7,12
pham   15:24
phase   20:6 23:6
  23:9,10 28:2
  30:6
philip   11:9
philippe   14:13
phillip   8:21
phillips   15:25
piece   23:1
pillay   6:9,14
piquerez   15:18
plaintiff   1:13
platform   29:17
plaza   5:12
pleading   29:19
please   19:3
plenty   33:16
po   8:22
point   22:18
  25:23 26:23
  27:11 28:3 33:1
  33:3
polzmacher
  16:1

porcari   9:12
posed   24:10
position   23:24
  25:4 26:23 30:1
possession
  34:17
possible   36:1
preference
  35:12,15,24
preferred   6:17
prejudice   23:9
  27:9
preparation
  31:12
prepared   22:18
  26:24
present   7:8
  32:24
presentation
  25:5,11
presentations
  33:18
presenting
  20:24
pressing   22:23
prior   27:2,22
probably   22:22
  32:20 35:1
problematic
  24:16
proceed   25:12
  34:13
proceeding
  21:19 23:11
  25:17 27:10
proceedings
  19:5,9 36:15
  37:4
proceeds   32:5

process   32:5
prohibited   19:4
prohibition   19:6
properties   6:2
property   34:13
  34:14,16 35:23
propose   34:24
  34:25
proposes   35:11
proposing   35:9
provide   24:16
  28:15
pundisto   16:2
purpose   21:22
  23:5 24:3 26:24
purposes   22:12
  22:19 23:9 27:8
  33:10
put   27:6,17
  32:13

**q**

question   21:4,5
  21:19 22:15,16
  25:1 27:14,20
  33:8
questions   20:9
  20:10,12 24:11
  24:14 26:11,17
  26:17 28:13,21
  29:3,9 33:4
quickly   24:4

**r**

r   2:1 4:1 12:13
  14:8 19:1 37:1
rabeca   14:19
rahman   16:3
rai   9:13
raise   25:13

raised 26:11,20
raises 27:19
raul 8:18
raymond 9:14
re'necia 9:21
reach 33:9
read 22:14,15
  29:13 31:10
  34:7,8,11 35:6
reading 33:5
really 20:18
  21:5 23:20 28:8
reason 32:7
rebecca 8:10
reconciliations
  27:16
record 19:10,11
  25:9,21 34:1
  37:4
recording 19:5
  19:9
reding 9:15
regard 19:19
regarding 20:8
  20:13
reilly 16:4,5
relates 20:13
relating 29:9
relevant 23:8
rely 24:24
remember
  27:25
rene 10:20
reply 31:8 36:5
report 21:7,11
  21:13,16,21,23
  22:10,20 23:7
  23:23 26:25
  27:12,18 29:5
  33:6,11

request 22:24
requires 23:24
reservation 27:7
reserve 23:21
resolved 23:7
  33:13
respect 22:9
  28:7 34:14,15
  35:15
responsive
  20:23 29:19
  30:6
result 19:7
return 35:9,11
review 23:21
  24:23
reviewing 26:18
rh 6:2
ric 14:25
richard 7:13
  15:16,25 16:8
richards 16:6
rickie 11:16
riffkin 16:7
right 19:2 23:10
  23:14 25:7
  26:22 29:20
  30:24 32:15
  33:7 34:3,12
  36:7,13
rights 23:21
  27:7
riki 14:7
road 37:21
robert 9:23
  10:25 11:18
  13:25 15:15
roberto 13:10
robison 16:8

rodriguez 16:9
rogawski 16:10
roma 12:7
room 7:3 19:12
rosell 16:11
ross 5:7
rossouw 16:12
round 31:13
  34:9
rudolph 16:13
rule 27:23
run 28:12
ryan 9:16 13:2

s

s 4:1 7:6 9:13
  14:17 17:7,21
  19:1
sabatino 16:14
salls 16:15
sam 23:15
sami 16:21
sammy 10:17
  17:7
samuel 4:16
  10:21
sanchez 9:17
sanctions 19:8
sandefur 9:18
sanders 5:17
sarah 9:2 17:18
saying 27:20
says 21:12,14
  29:6
schedule 30:5
scheduling
  19:19 20:7
scheuer 16:16
schmidt 16:17

schneider 9:19
schottenstein
  9:20
scott 8:3 12:9
screenshot 19:6
second 31:16
  32:2
secondary 36:6
see 23:1,3 32:24
seeing 20:14,22
  20:23 22:8
  27:25
segal 5:10,10
  20:1,1
senes 16:18
sense 24:15
separate 28:9,10
series 6:17
  34:19
service 29:9
set 19:18 31:2
  33:16,17
sha 16:19
shafqat 16:20
shai 16:17
shaikh 16:21
shane 15:17
shara 7:24
shareholders
  6:17
shashank 9:13
sherald 9:21
shiraz 16:20
shireen 11:5
shlivko 16:22
shoba 6:9,14
shortfall 27:13
  27:15,19,24
  29:13 30:3

[signature - transcribed]                                                      Page 11

signature   37:7
silverman   10:15
    16:23
simmons   16:24
simone   13:3
simple   29:10
small   28:19
    35:17
smith   16:25
solely   20:24
    21:22 26:24
solutions   37:20
soma   11:3
somebody   33:12
sonda   11:21
sonya   3:25 37:3
    37:8
soon   36:1
sorensen   17:1
sorry   24:8 33:25
southern   1:2
southfield   5:20
speak   19:10
    21:3 28:8 33:24
speaking   32:17
specific   33:4
st   5:3 6:18
stacy   9:25
standpoint
    22:25
starting   19:2
state   19:10
states   1:1,18 7:1
status   33:13
steadman   10:16
steege   17:2
steel   17:3
steffan   12:4
stephen   10:4

stevan   14:20
steven   7:15 12:5
stewart   9:22
stipulate   21:20
    21:22 22:18
    26:24 27:7
stipulating
    22:11 33:10
stipulation
    19:19,20 23:4
story   21:15
straightforward
    26:3
stratton   18:5
street   6:3,10 7:3
strictly   19:4
stromberg   9:23
stuff   32:9,11
subject   20:14,15
    20:22,22 22:7
    24:23 26:8
submitted   25:14
subsequent
    27:10
substantially
    26:16
suggest   27:4
suggested   31:14
suggestion   24:1
suite   5:12,19 6:3
    37:22
sullivan   17:4
supplemental
    20:15,22 22:8
    23:22 24:6,11
    24:23 26:8
    28:14 29:4
    30:16
supposed   24:6

sure   25:20 29:1
susan   13:1

                t

t   37:1,1
tabak   17:5
taji   17:6
tak   17:24
take   23:25 27:3
    35:10
takeaway   27:12
takes   25:3
talked   31:7
tantawy   10:17
    17:7
taylor   13:4
tecklin   9:25
telephonically
    4:8,16,17 5:6,7
    5:8,15,22 6:6,13
    6:14,21 7:6,8
tell   26:7
term   27:18
tesese   17:8
thank   19:16
    20:5 23:18,19
    25:8 33:19
    36:14
thanksgiving
    36:9,10,12
that's   21:1,23
    24:2,9 27:5
    31:25,25 32:7
    33:13 35:13
therese   16:16
there's   31:9,11
    31:12 34:22
    35:2,15
they're   26:2

they've   29:17
thing   32:1
things   31:21
think   20:14
    21:15 22:22
    25:4 27:10,24
    29:4,12,21,24
    31:17 32:2,10
    32:20,21
third   32:2
thomas   15:9
thomashower
    17:9
thomson   9:24
three   34:13,19
threshold   35:11
    35:24
tichenor   17:10
tiffany   8:7
tighter   26:20
tightly   28:12
tim   13:15
time   19:10 31:3
    33:6,17,24
times   27:19
timon   15:7
timothy   16:5
tj   5:8
tn   6:4
today   22:23
    36:8
todd   12:22
togut   5:10 20:1
tollis   17:11
tortorelli   17:12
total   28:19
town   5:19
tran   17:13
transcribed
    3:25

[transcript - yuan]                                                    Page 12

transcript 37:4
transferred
  27:13,15
tried 35:4
tristan 8:2
troutman 5:17
  22:4 28:5
true 30:1 35:13
  37:4
trued 27:18
trustee 7:1,2
trying 23:2
turetsky 4:17
turn 19:22
turner 17:14
two 29:3 31:2,15
tyler 6:6

**u**

u.s. 2:3 7:2
ubierna 10:1
uday 10:13
underestimate
  35:8
understand
  20:11 26:19
understanding
  20:15 21:2
understood
  23:12
unduly 24:15
union 6:3
united 1:1,18
  7:1
unsecured 4:11
  23:17
upadhyaya 10:2
updated 30:19
use 21:21

utsav 12:24

**v**

v 1:14 16:4
value 27:23
van 18:6
varick 7:3
various 27:19
vejseli 10:3
vera 7:19
veritext 37:20
vessies 17:15
veton 10:3
viable 35:23
victor 10:1
video 19:5
view 21:8,10
  22:13,17,21
viewed 24:12
viewing 23:23
vik 15:10
villavaso 10:4
vince 17:4
vincent 6:13
  8:12
viny 17:16
violation 19:6
vladimir 13:12
vtor 12:1

**w**

w 10:15 16:23
waiting 19:12
waller 6:1 17:17
wallet 28:9,10
  28:12
wallets 29:8,11
want 23:1,3
  25:13,22 28:4
  28:24 31:18
  32:1,4,8,11 36:8

wanted 25:20
  26:19 33:1 34:5
wanting 24:21
washington
  6:19
wasn't 28:9
  32:19
way 21:10 27:18
  32:13
wayne 8:5
wedoff 10:5
week 26:14
  28:23
weiss 17:18
went 22:15
we'll 20:24
  23:12 24:2,3
  25:4 26:14
we're 19:17
  23:25 24:17
  27:2 28:22
  29:19 32:20
  36:13
we've 28:15
  29:13 33:16
what's 20:14
  24:6 28:17,17
  28:17
white 4:10 23:16
william 12:20
williams 17:19
williamson
  17:20
wiseman 17:21
withdrawal
  29:14
withdrawals
  20:16 34:22
withhold 5:18
  19:20,23 20:11

22:4 28:6,8,11
  28:18,20 29:23
  31:5 32:8 34:15
  34:16,23 35:22
witnesses 22:7
  24:20 31:1,10
wofford 10:6
wohlman 10:7
wolf 17:22
wong 17:23
won't 27:8
work 31:15
  33:14
wrapped 35:2
written 24:24

**x**

x 1:5,11,17

**y**

yanez 10:8
yarborough
  10:9
yeah 28:10
yeilding 10:10
yesterday 22:6
  26:1
yeung 17:24
yiu 17:23
york 1:2,20 4:6
  4:14 5:13 7:4
you'll 21:21
  23:7
you're 22:18
  23:8 24:7 30:16
  33:15
you've 30:14
  33:8
yuan 10:11
  17:25

**[zaharis - zoom]**                                                          Page 13

| z |
|---|
| **zaharis**   18:1 |
| **zerdecki**   18:2 |
| **zoom**   3:1,4 |