Page 1

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  Case No. 22-10964-mg
4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5  In the Matter of:
6
7  CELSIUS NETWORK LLC,
8
9             Debtor.
10 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
11              United States Bankruptcy Court
12              One Bowling Green
13              New York, NY  10004
14
15              November 9, 2023
16              10:59 AM
17
18
19
20
21 B E F O R E :
22 HON MARTIN GLENN
23 U.S. BANKRUPTCY JUDGE
24
25 ECRO:   UNKNOWN

Page 2

1  HEARING re Status Conference

25  Transcribed by: Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   WHITE & CASE LLP

 4        Attorneys for the Official Committee of Unsecured

 5        Creditors

 6        555 South Flower Street, Suite 2700

 7        Los Angeles, CA 90071

 8

 9   BY:  AARON COLODNY

10

11

12   UNITED STATES DEPARTMENT OF JUSTICE

13        Attorneys for the U.S. Trustee

14        201 Varick Street, Suite 1006

15        New York, NY 10014

16

17   BY:  SHARA CORNELL

18        MARK BRUH

19

20   KIRKLAND & ELLIS LLP

21        Attorneys for the Debtor

22        300 North LaSalle

23        Chicago, IL 60654

24

25   BY:  CHRIS KOENIG
```

Page 4

```
 1                P R O C E E D I N G S
 2              THE COURT:  All right.  Good morning, everybody.
 3    I wanted to have this call today because I think this is
 4    really the last issue that I think I need to resolve.
 5              And, Ms. Cornell, I got your letter that you sent.
 6    Give me a moment here.
 7              I'm not sure whether this is going to satisfy you
 8    entirely, Ms. Cornell.  I agree with much of what you've
 9    said.  But here's what I would propose to -- what I am going
10    to do I think, unless you can persuade me otherwise.  If you
11    look at Paragraph 319 of the confirmation order -- and I
12    understand from one of my clerks, Mr. Koenig, you wanted to
13    add a separate paragraph, and you can't.  What's getting
14    filed has other changes in it, and you're not going to screw
15    up the pagination and numbering of everything else.  Okay.
16              So what I am proposing to do and what I want to
17    give you a chance, Ms. Cornell, to understand and everybody
18    and the Committee and the Debtor to understand is if you
19    look, 319C is the paragraph on exculpated parties.  Do you
20    have it in front of you, Ms. Cornell?  Okay.
21              MS. CORNELL:  Yes.  I'm sorry.  Yes, I do.  Thank
22    you.
23              THE COURT:  Mr. Colodny, do you have it as well?
24    And Mr. Koenig.  You both can -- you all can unmute.
25    There's only three of us.
```

1        MR. COLODNY:  Good morning Your Honor.

2        MR. KOENIG:  I'm pulling it up, Your Honor.

3        THE COURT:  Okay.  You know, it amends the plan on

4   exculpated parties and it says what they mean, what it

5   means.  And it has subparagraphs A through O.  O is any

6   other person or entity identified in the schedule of

7   released and exculpated parties.  I then proposed to add the

8   following sentence.  I'll read it slowly and if you want me

9   to read it again, I will.

10       "The Debtors shall file a revised schedule of

11  released and exculpated parties containing the identities of

12  the parties released and exculpated as distribution agents

13  no later than 14 days prior to the effective date."

14       What you had circulated was seven days.  It's not

15  enough time.  Okay, 14 days.  And then it goes on.

16       "The Debtors shall attach to the revised schedule

17  one or more declarations setting forth the reasons why each

18  such party should be released and exculpated as distribution

19  agents.  The U.S. Trustee shall have seven days after the

20  Debtors file such revised schedule of released and

21  exculpated parties to file any responsive pleading to the

22  release and exculpation of such distribution agent parties,

23  which shall be resolved by the Bankruptcy Court if

24  necessary."

25       And then it goes on from what the Debtor

Page 6

1  circulated.  If the U.S. Trustee does not timely file a
2  responsive pleading or revised schedule shall be deemed
3  incorporated.
4       Essentially the point you made in your letter, Ms.
5  Cornell, I agree with.  I mean, I don't want to quibble with
6  whether they should be able to identify them now.  I mean, a
7  lot could happen between now and the effective date.  I
8  don't even know whether, you know, we'll go forward with the
9  plan.  It may go to the orderly winddown.  I don't know.  So
10 a lot could change before then.
11      So I could understand the uncertainty about who
12 all are the distribution parties.  I want to know who they
13 are.  I want to know why they were added.  That's why I've
14 added the sentence about requiring one or more declarations.
15 And I want to give the U.S. Trustee sufficient time to
16 object.  And so that's what I -- you know, that may not
17 resolve your concerns entirely, Ms. Cornell, but I am trying
18 to -- you know, I agree with the issue you raised.  What I
19 don't want to do is block you in.  They said seven days.
20 They give you a list.  You don't know who these people are.
21 There ought to be an explanation of who they are.  And it
22 gives you enough time so if you still have questions, you'll
23 deal with them.  And if you file an objection, I'm going to
24 work it out.
25      I don't know.  That's not entirely -- I tried to

1   meet the thrust of what your concern was, Ms. Cornell,

2   because I agree with it.  Okay.

3           Now, I don't know whether Mr. Koenig saying you've

4   got to do this 14 days before, I think that's plenty of

5   time.  We're not rushing to the effective date at this

6   point.  There's a lot of things that have to get done.

7           MR. KOENIG:  Yeah, no.  Your Honor, good morning,

8   Chris Koenig, Kirkland & Ellis, for Celsius.  We obviously

9   have to talk to the distribution agents.  That seems fine to

10  me.  The thing about this case is you never know exactly

11  when the effective date is going to occur.

12          THE COURT:  I know.

13          MR. KOENIG:  And that's my only hesitation.  But

14  frankly, it tends to be pushed out later rather than get

15  moved up.  Right?

16          THE COURT:  Yes.  It should only happen that --

17  you know.

18          MR. KOENIG:  Right.  No.  So we understand the

19  point.  And what I was most concerned about was the timing.

20  Because as you pointed out, we don't know exactly what

21  enemies -- we're still working through -- I have three

22  distribution calls a week to try to coordinate all of this.

23  And we just don't know exactly which legal entities are

24  going to be involved at this moment.  I think two weeks

25  before the effective date, we will.

1           THE COURT:  Okay.  Look, if you want to avoid a
2   problem with the UST, give them -- you know, these
3   declarations have a full explanation of who these people are
4   and why.
5           MR. KOENIG:  Of course.
6           THE COURT:  And then if you have to, you'll work
7   it out with Ms. Cornell.
8           MR. KOENIG:  Right.  Here are the legal entities
9   that are related to PayPal who were making the --
10          THE COURT:  Right.
11          MR. KOENIG:  This legal entity is involved in KYC,
12  or whatever.
13          THE COURT:  Okay.  Mr. Colodny, do you want to be
14  heard?
15          MR. COLODNY:  Your Honor, I would just ask that
16  the Committee be added to the parties that may object to
17  that.  I don't anticipate -- I anticipate working with Mr.
18  Koenig and Ms. Cornell --
19          THE COURT:  I will change it to the U.S. Trustee
20  and the Committee.
21          MR. COLODNY:  Thank you, Your Honor.
22          THE COURT:  Remind me, is Committee a defined term
23  in here?
24          MR. COLODNY:  It is, Your Honor.  It's in that
25  paragraph.  It's in E.  You can see that it's a capitalized

1    defined term.

2            THE COURT:  Okay.  All right.  So I'm just

3    changing it to the U.S. Trustee and the Committee shall have

4    seven days.  If the U.S. Trustee and Committee does not

5    timely, you know -- okay.  Let me just make sure.

6            Okay.  So the changes I'm making now -- so it will

7    say what the Debtor has to file and then it's going to --

8    the U.S. Trustee and the Committee shall have seven days

9    after the Debtors file such revised schedule of released and

10   exculpated parties to file any response to pleading.  If the

11   U.S. Trustee and -- I should say or Committee.  If the U.S.

12   Trustee or Committee does not timely file a responsive

13   pleading, the revised schedule of released and exculpated

14   parties shall be deemed incorporated into the plan.  For

15   avoidance of doubt, if the U.S. Trustee of the Committee

16   timely files a responsive pleading, the Debtors agree that

17   the (indiscernible) effective date shall not moot any

18   arguments.  Okay?

19           MR. KOENIG:  That works.

20           THE COURT:  I agree with your point, Mr. Colodny.

21   All right.  No secret.  I am going to -- what I am issuing

22   today is this confirmation order.  And as soon as I have the

23   ECF document number for that, a short opinion is going to be

24   filed as well.  And while the confirmation order tracks

25   fairly closely to what has been submitted, there are changes

1   to it without changing the paragraph numbers.  I didn't want

2   to have to go through it and do that.  That's why I didn't

3   want to do this as a separate paragraph, Mr. Koenig.

4           MR. KOENIG:  Understood, Your Honor.

5           THE COURT:  But everybody should read it

6   carefully.  It's not -- anyway, nothing super major with it.

7   Okay?  But there are some little changes here and there.

8           MR. KOENIG:  Understood.

9           THE COURT: Okay.  All right.  Ms. Cornell, if you

10  want to -- if you want to put your objection -- continue to

11  object on the record, you can do that.

12          MS. CORNELL:  Well, thank you, Your Honor.  Just

13  for clarity of the record.

14          THE COURT:  Sure.

15          MS. CORNELL:  For the list of the distributing

16  agents, if any work is being done now that would be included

17  in that exculpation negotiating or otherwise if they are

18  intending to be included.  We would request that those

19  parties also be listed, not just the ultimate distributor.

20          MR. KOENIG:  I would say anybody that's going to

21  be covered by the release of the exclamation should be

22  listed.

23          THE COURT:  Yeah.  They'd better be listed in the

24  schedule or they're not going to get the exculpation.

25          MS. CORNELL:  Thank you.  I just wanted it on the

1    record.  Thank you.

2         THE COURT:  Yeah.  But again, I'm not trying to --

3    you had an objection.  If you want to preserve your

4    objection, you can do that.  This is how I've tried to

5    accommodate the U.S. Trustee's concerns because I think they

6    were valid.

7         MS. CORNELL:  Thank you, Your Honor.

8         THE COURT:  Okay.  Anything else for today?

9         MS. CORNELL:  No thank you.

10        THE COURT:  All right.  So hopefully -- since the

11   Court was closed tomorrow, I wanted to get -- I'm desperate

12   to get this out, you know.  All right.  We are adjourned.

13   Thank you very much.

14        (Whereupon these proceedings were concluded.)

15

16

17

18

19

20

21

22

23

24

25

1  C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7   *[Signature: Sonya M. Ledanski Hyde]*

8   **Sonya Ledanski Hyde**

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date: November 14, 2023

**&**

**&** 3:3,20 7:8

**1**

**10004** 1:13
**10014** 3:15
**1006** 3:14
**10:59** 1:16
**11501** 12:23
**12151** 12:7
**14** 5:13,15 7:4
  12:25

**2**

**201** 3:14
**2023** 1:15
  12:25
**22-10964** 1:3
**2700** 3:6

**3**

**300** 3:22 12:22
**319** 4:11
**319c** 4:19
**330** 12:21

**5**

**555** 3:6

**6**

**60654** 3:23

**9**

**9** 1:15
**90071** 3:7

**a**

**aaron** 3:9
**able** 6:6
**accommodate**
  11:5

**accurate** 12:4
**add** 4:13 5:7
**added** 6:13,14
  8:16
**adjourned**
  11:12
**agent** 5:22
**agents** 5:12,19
  7:9 10:16
**agree** 4:8 6:5
  6:18 7:2 9:16
  9:20
**amends** 5:3
**angeles** 3:7
**anticipate** 8:17
  8:17
**anybody** 10:20
**anyway** 10:6
**arguments**
  9:18
**attach** 5:16
**attorneys** 3:4
  3:13,21
**avoid** 8:1
**avoidance** 9:15

**b**

**b** 1:21
**bankruptcy**
  1:1,11,23 5:23
**better** 10:23
**block** 6:19
**bowling** 1:12
**bruh** 3:18

**c**

**c** 3:1 4:1 12:1,1

**ca** 3:7
**call** 4:3
**calls** 7:22
**capitalized**
  8:25
**carefully** 10:6
**case** 1:3 3:3
  7:10
**celsius** 1:7 7:8
**certified** 12:3
**chance** 4:17
**change** 6:10
  8:19
**changes** 4:14
  9:6,25 10:7
**changing** 9:3
  10:1
**chicago** 3:23
**chris** 3:25 7:8
**circulated** 5:14
  6:1
**clarity** 10:13
**clerks** 4:12
**closed** 11:11
**closely** 9:25
**colodny** 3:9
  4:23 5:1 8:13
  8:15,21,24
  9:20
**committee** 3:4
  4:18 8:16,20
  8:22 9:3,4,8,11
  9:12,15
**concern** 7:1
**concerned** 7:19
**concerns** 6:17
  11:5

**concluded**
  11:14
**conference** 2:1
**confirmation**
  4:11 9:22,24
**containing**
  5:11
**continue** 10:10
**coordinate**
  7:22
**cornell** 3:17
  4:5,8,17,20,21
  6:5,17 7:1 8:7
  8:18 10:9,12
  10:15,25 11:7
  11:9
**country** 12:21
**course** 8:5
**court** 1:1,11
  4:2,23 5:3,23
  7:12,16 8:1,6
  8:10,13,19,22
  9:2,20 10:5,9
  10:14,23 11:2
  11:8,10,11
**covered** 10:21
**creditors** 3:5

**d**

**d** 4:1
**date** 5:13 6:7
  7:5,11,25 9:17
  12:25
**days** 5:13,14
  5:15,19 6:19
  7:4 9:4,8
**deal** 6:23

**debtor** 1:9 3:21 4:18 5:25 9:7
**debtors** 5:10 5:16,20 9:9,16
**declarations** 5:17 6:14 8:3
**deemed** 6:2 9:14
**defined** 8:22 9:1
**department** 3:12
**desperate** 11:11
**distributing** 10:15
**distribution** 5:12,18,22 6:12 7:9,22
**distributor** 10:19
**district** 1:2
**document** 9:23
**doubt** 9:15

**e**

**e** 1:21,21 3:1,1 4:1,1 8:25 12:1
**ecf** 9:23
**ecro** 1:25
**effective** 5:13 6:7 7:5,11,25 9:17
**ellis** 3:20 7:8
**enemies** 7:21
**entirely** 4:8 6:17,25

**entities** 7:23 8:8
**entity** 5:6 8:11
**essentially** 6:4
**everybody** 4:2 4:17 10:5
**exactly** 7:10,20 7:23
**exclamation** 10:21
**exculpated** 4:19 5:4,7,11 5:12,18,21 9:10,13
**exculpation** 5:22 10:17,24
**explanation** 6:21 8:3

**f**

**f** 1:21 12:1
**fairly** 9:25
**file** 5:10,20,21 6:1,23 9:7,9,10 9:12
**filed** 4:14 9:24
**files** 9:16
**fine** 7:9
**flower** 3:6
**following** 5:8
**foregoing** 12:3
**forth** 5:17
**forward** 6:8
**frankly** 7:14
**front** 4:20
**full** 8:3

**g**

**g** 4:1
**getting** 4:13
**give** 4:6,17 6:15,20 8:2
**gives** 6:22
**glenn** 1:22
**go** 6:8,9 10:2
**goes** 5:15,25
**going** 4:7,9,14 6:23 7:11,24 9:7,21,23 10:20,24
**good** 4:2 5:1 7:7
**green** 1:12

**h**

**happen** 6:7 7:16
**heard** 8:14
**hearing** 2:1
**hesitation** 7:13
**hon** 1:22
**honor** 5:1,2 7:7 8:15,21,24 10:4,12 11:7
**hopefully** 11:10
**hyde** 2:25 12:3 12:8

**i**

**identified** 5:6
**identify** 6:6
**identities** 5:11
**il** 3:23

**included** 10:16 10:18
**incorporated** 6:3 9:14
**indiscernible** 9:17
**intending** 10:18
**involved** 7:24 8:11
**issue** 4:4 6:18
**issuing** 9:21

**j**

**judge** 1:23
**justice** 3:12

**k**

**kirkland** 3:20 7:8
**know** 5:3 6:8,8 6:9,12,13,16 6:18,20,25 7:3 7:10,12,17,20 7:23 8:2 9:5 11:12
**koenig** 3:25 4:12,24 5:2 7:3 7:7,8,13,18 8:5 8:8,11,18 9:19 10:3,4,8,20
**kyc** 8:11

**l**

**lasalle** 3:22
**ledanski** 2:25 12:3,8
**legal** 7:23 8:8 8:11 12:20

**letter** 4:5 6:4
**list** 6:20 10:15
**listed** 10:19,22
  10:23
**little** 10:7
**llc** 1:7
**llp** 3:3,20
**look** 4:11,19
  8:1
**los** 3:7
**lot** 6:7,10 7:6

**m**

**made** 6:4
**major** 10:6
**make** 9:5
**making** 8:9 9:6
**mark** 3:18
**martin** 1:22
**matter** 1:5
**mean** 5:4 6:5,6
**means** 5:5
**meet** 7:1
**mg** 1:3
**mineola** 12:23
**moment** 4:6
  7:24
**moot** 9:17
**morning** 4:2
  5:1 7:7
**moved** 7:15

**n**

**n** 3:1 4:1 12:1
**necessary** 5:24
**need** 4:4
**negotiating**
  10:17

**network** 1:7
**never** 7:10
**new** 1:2,13
  3:15
**north** 3:22
**november** 1:15
  12:25
**number** 9:23
**numbering**
  4:15
**numbers** 10:1
**ny** 1:13 3:15
  12:23

**o**

**o** 1:21 4:1 5:5,5
  12:1
**object** 6:16
  8:16 10:11
**objection** 6:23
  10:10 11:3,4
**obviously** 7:8
**occur** 7:11
**official** 3:4
**okay** 4:15,20
  5:3,15 7:2 8:1
  8:13 9:2,5,6,18
  10:7,9 11:8
**old** 12:21
**opinion** 9:23
**order** 4:11
  9:22,24
**orderly** 6:9
**ought** 6:21

**p**

**p** 3:1,1 4:1

**pagination**
  4:15
**paragraph**
  4:11,13,19
  8:25 10:1,3
**parties** 4:19
  5:4,7,11,12,21
  5:22 6:12 8:16
  9:10,14 10:19
**party** 5:18
**paypal** 8:9
**people** 6:20 8:3
**person** 5:6
**persuade** 4:10
**plan** 5:3 6:9
  9:14
**pleading** 5:21
  6:2 9:10,13,16
**plenty** 7:4
**point** 6:4 7:6
  7:19 9:20
**pointed** 7:20
**preserve** 11:3
**prior** 5:13
**problem** 8:2
**proceedings**
  11:14 12:4
**propose** 4:9
**proposed** 5:7
**proposing** 4:16
**pulling** 5:2
**pushed** 7:14
**put** 10:10

**q**

**questions** 6:22
**quibble** 6:5

**r**

**r** 1:21 3:1 4:1
  12:1
**raised** 6:18
**rather** 7:14
**read** 5:8,9 10:5
**really** 4:4
**reasons** 5:17
**record** 10:11
  10:13 11:1
  12:4
**related** 8:9
**release** 5:22
  10:21
**released** 5:7,11
  5:12,18,20 9:9
  9:13
**remind** 8:22
**request** 10:18
**requiring** 6:14
**resolve** 4:4
  6:17
**resolved** 5:23
**response** 9:10
**responsive**
  5:21 6:2 9:12
  9:16
**revised** 5:10,16
  5:20 6:2 9:9,13
**right** 4:2 7:15
  7:18 8:8,10 9:2
  9:21 10:9
  11:10,12
**road** 12:21
**rushing** 7:5

**s**

s 3:1 4:1
satisfy 4:7
saying 7:3
says 5:4
schedule 5:6
  5:10,16,20 6:2
  9:9,13 10:24
screw 4:14
secret 9:21
see 8:25
seems 7:9
sent 4:5
sentence 5:8
  6:14
separate 4:13
  10:3
setting 5:17
seven 5:14,19
  6:19 9:4,8
shara 3:17
short 9:23
signature 12:7
slowly 5:8
solutions 12:20
sonya 2:25
  12:3,8
soon 9:22
sorry 4:21
south 3:6
southern 1:2
states 1:1,11
  3:12
status 2:1
street 3:6,14
submitted 9:25

subparagraphs
  5:5
sufficient 6:15
suite 3:6,14
  12:22
super 10:6
sure 4:7 9:5
  10:14

**t**

t 12:1,1
talk 7:9
tends 7:14
term 8:22 9:1
thank 4:21
  8:21 10:12,25
  11:1,7,9,13
thing 7:10
things 7:6
think 4:3,4,10
  7:4,24 11:5
three 4:25 7:21
thrust 7:1
time 5:15 6:15
  6:22 7:5
timely 6:1 9:5
  9:12,16
timing 7:19
today 4:3 9:22
  11:8
tomorrow
  11:11
tracks 9:24
transcribed
  2:25
transcript 12:4
tried 6:25 11:4

true 12:4
trustee 3:13
  5:19 6:1,15
  8:19 9:3,4,8,11
  9:12,15
trustee's 11:5
try 7:22
trying 6:17
  11:2
two 7:24

**u**

u.s. 1:23 3:13
  5:19 6:1,15
  8:19 9:3,4,8,11
  9:11,15 11:5
ultimate 10:19
uncertainty
  6:11
understand
  4:12,17,18
  6:11 7:18
understood
  10:4,8
united 1:1,11
  3:12
unknown 1:25
unmute 4:24
unsecured 3:4
ust 8:2

**v**

valid 11:6
varick 3:14
veritext 12:20

**w**

want 4:16 5:8
  6:5,12,13,15
  6:19 8:1,13
  10:1,3,10,10
  11:3
wanted 4:3,12
  10:25 11:11
week 7:22
weeks 7:24
white 3:3
winddown 6:9
work 6:24 8:6
  10:16
working 7:21
  8:17
works 9:19

**x**

x 1:4,10

**y**

yeah 7:7 10:23
  11:2
york 1:2,13
  3:15