Dear Honorable Judge Glenn,

I lost my life savings inside Celsius platform, and I've been following this case since the beginning. This case has had a tremendous impact on my mental health and wellbeing as it did on everyone elses.

I am writing this letter to kindly ask you to extend the period in which Creditors have time to claim their distribution through their assigned distribution agent. Many people, just like myself have been stuck in the KYC process with Coinbase and couldn't get their accounts to work on time.

In my personal case, Celsius attempted to distribute my cryptocurrency on February 16th. I didn't have an account, but in the meantime I created one and I just completed my KYC. I had to neglect the work and pretty much do a full time job of communicating with Coinbase and bringing them requested documents to finally get my account to work.

I emailed Celsius, Stretto and Coinbase to attempt my distribution again but to no avail.

I'm writing this to prevent the worst case scenario for me and many people who are in the same situation – and that is for Celsius to assign us a different distribution agent that will give us our claims in USD at the prices locked on January 16th.

As you are probably aware, due to the recent price changes, that makes a difference of about 20%-25% in the USD claim size return. In my personal case, that is close to $8000 that I would receive less if Celsius does not allow me additional time or does not attempt my distribution again.

I've been through hell for the past 18 months, and now that we are so close to the distribution I kindly beg you to make Celsius give us extra time with our initial assigned distribution agent.

In their Plan document, they did not specify a time that we have to claim our cryptocurrency with the initial distribution agent. Unless we request the change, I believe it is reasonable that we have at least 90 days to claim our cryptocurrency claim through our initial distribution agent, and I believe that it's reasonable to also request that Celsius attempt that distribution numerous times until it is successful.

Your Honor's support in this time is crucial. None of the creditors want their claims paid in USD on January 16th prices. That is a double haircut for international creditors. While majority of creditors got their crypto back, and are benefiting from the recent rise, international creditors who didn't collect their claims in the first cycle are left alone to stress and wonder what's going to happen next.

The Celsius support has been giving all of us a generic responses. The entire community on Reddit and X couldn't find one instance where the response wasn't generic.

Your Honor, I respectfully ask you to request Celsius to give us additional time to collect our claims through our initial distribution agent.

Sincerely,
Janko Jankovic