Case Celsius Network LLC

Case № 22-10964

Dear Judge Glenn,

Thanks for taking the time to read this letter in reference to mistaken addition to the convenience class for recovery of assets.

I have received the specified amount that those who opted for the convenience class were supposed to receive. I have written to Stretto and opened tickets with them without any solution provided. I have requested a copy or my ballot as I'm unsure of the selections made, they can not provide this I'm led to believe. This ballot must subject to legal proceedings and available when requested by the courts or the creditors who filled them.

I believe, as many do, that the ballot was extremely badly designed and without any follow-up confirmation mail or any information on the Celsius App.

If, like myself, you fell below the $25k limit by a few hundred dollars there was no email sent alerting you of this huge gap in recovery amounts. Many with claims above $25k didn't receive the mail either, meaning I'd have had no guarantee to have been sent it anyway.

I believe that the $25k limit was set without any considered rational behind it and just set arbitrarily by the managers of this distribution. The fact they did this shows that even they consider the process to be inherently flawed. I believe that 80% of the creditors that received and read the mail replied within 10 days stating they wished to no be considered in the convenience class any more.

I hereby request the courts and legal systems support to the creditors who have suffered enough since Celsius filler for Chapter 11, by supporting a motion to have this fully reviewed and the correct amounts paid to the creditors that they are rightly due.

Kind Regards

Martin McNeill