February 14, 2024



Dear Judge Glenn,

Thank you for working through the Celsius case so quickly, but I need help regarding the mishandling of my claim. I am distraught and feel hopeless about this situation because I have been taken advantage of for a second time by the attorneys

I am a retired grandmother living on a fixed income while raising my grandson. I put all of retirement (49 Ethereum) into Celsius, which at this time is worth over $120,000. I realized I wasn't going to get it all back, but the attorneys are only offering me $5,000. Plus, I will not receive any shares in the mining company. The attorneys say that this is due to something called Convenience Class. I do not remember choosing this option on the ballot and even if I accidentally did, why would anyone intentionally choose $5000 over $100,000+? Why would there even be an option to choose a lesser amount on such a ballot? Plus, I only received ONE email regarding the Convenience Class election, which was lost in my emails. I only saw this email recently because I was searching for the claim code redemption email. The attorneys never sent out any postal mail notifications of any kind. I feel as if they did not communicate effectively, especially about the Convenience Class issue. There are many other victims who have been affected by this ballot "selection". There wasn't a way to download the ballot for my records. I assumed when I filled it out that it would be similar to a DocuSign document, and I would receive a copy for my records. I have contacted Kirkland and requested a copy of the ballot, but they will not send me one. They also said there is nothing they can do to remedy this. First, Celsius hoodwinked me and now I feel like the attorneys have failed me by putting unnecessary and confusing wording on the ballot along with inadequate notifications about the loss that could occur if we chose incorrectly. Sending one email that can be lost in a spam folder is simply not enough. I know you're wise and you see my point. This is my livelihood and all that I have. Being that you're an older gentleman and a man of law, you know the importance of postal mail notifications of such legal matters that could have such life altering consequences.

Please give me guidance. I can't afford an attorney and I have been robbed of all my savings. This time by the attorneys and not just Celsius.

I have enclosed the claim amount the attorneys would like me to accept and the amount that is in my Celsius account at this time, so you can see how wrong this is. I will not accept this claim until I hear from you. Please help me and my grandson.

Thank you.

*Carla Moore*

Carla Moore

850-377-2299



## You have a Celsius Claim in BTC available at PayPal or Venmo



Dear CARLA JONES MOORE

You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.**

Please find your claim information in the table below:

| Claim Code* | 6dcddd4d-6682-48ec-9784-9c5aae5e063e |
|---|---|
| Claim Distribution Type | BTC |
| Claim Distribution Amount | 0.04509751 |

*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.

**Important information on the PayPal or Venmo distribution process:**

- You are receiving your claim distribution in cryptocurrency through either PayPal or Venmo. As previously communicated and stated in the Plan, the Celsius platform will not be facilitating your distribution.
- Your claims for cryptocurrency must be completed on the same platform. For example, if you claim your BTC on PayPal, you must also claim your ETH on

# You have a Celsius Claim in ETH available at PayPal or Venmo

Dear CARLA JONES MOORE

You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.**

Please find your claim information in the table below:

| Claim Code* | 931a5676-51dc-4991-b217-f0f7f7dfc538 |
|---|---|
| Claim Distribution Type | ETH |
| Claim Distribution Amount | 0.673924847856761707 |

*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.*

**Important information on the PayPal or Venmo distribution process:**

- You are receiving your claim distribution in cryptocurrency through either PayPal or Venmo. As previously communicated and stated in the Plan, the Celsius platform will not be facilitating your distribution.
- Your claims for cryptocurrency must be completed on the same platform. For example, if you claim your BTC on PayPal, you must also claim your ETH on PayPal. If you claim your BTC on Venmo, you must also claim your ETH on Venmo.
- For security and compliance reasons, you will not be able to access the **Celsius Creditor Claims** distribution at PayPal or Venmo from outside of the country of residence you provided on your Celsius account.

**Instructions to collect your claim**

1. If you do not have an active account at PayPal or Venmo already, please create an account.
2. After logging into your account at PayPal or Venmo, as applicable, navigate to