February 27, 2024

Judge Martin Glenn

US Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408


Dear Honorable Martin Glenn,


My name is Tommy Kusters and I was a Celsius earn customer. On September 22 I voted to help the bankruptcy trial. The ballot documents where very complicated and I did not realize that by voting I have significant loss of my life savings. My claim is for $15.654,36 and somehow I got placed in the convenience class and I received $4302,36. I don't know how this could happen but if I had known that voting would cause this to happen I would not have voted at all. I am extremely discoursed about the amount of lost cryptocurrency, mathematically I feel like this is fraudulent. This is my life savings, and I am asking you to please have mercy on me. Please can you help my request to be placed back in earn? Thank you for your time and consideration.


Respectfully,


Tommy Kusters

Appendix 1: calculation of distribution amount in earn

| Earn Claim | Coin | Petition Value | Quantity | Claim Value | Coin | Petition Value | Quantity | Claim Value | Coin | Petition Value | Quantity | Claim Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BTC | $ 19.881,00 | 0,78 | $ 15.507,18 | CVX | $ 6,0876 | | $ - | SPARK | $ - | | $ - |
| | ETH | $ 1.088,17 | | $ - | DAI | $ 1,00 | | $ - | stETH | $ 1.088,17 | | $ - |
| | USDC | $ 1,00 | | $ - | DASH | $ 41,7996 | | $ - | SUSHI | $ 1,2141 | | $ - |
| | USDT | $ 1,00 | | $ - | DOGE | $ 0,0611 | | $ - | TAUD | $ 0,6748 | | $ - |
| | SOL | $ 34,2417 | | $ - | EOS | $ 0,92936 | | $ - | TCAD | $ 0,7701 | | $ - |
| | MATIC | $ 0,6094 | | $ - | ETC | $ 14,1275 | | $ - | TGBP | $ 1,1881 | | $ - |
| | DOT | $ 6,36078 | | $ - | GUSD | $ 1,00 | | $ - | GHKD | $ 0,1274 | | $ - |
| | AAVE | $ 78,2429 | | $ - | KNC | $ 1,2634 | | $ - | TUSD | $ 1,00 | 35 | $ 35,43 |
| | ADA | $ 0,4270 | | $ - | LINK | $ 6,0772 | | $ - | UMA | $ 2,4874 | | $ - |
| | 1INCH | $ 0,5817 | | $ - | LPT | $ 8,0336 | | $ - | UNI | $ 6,0145 | | $ - |
| | AVAX | $ 18,4904 | | $ - | LTC | $ 48,7560 | | $ - | UST | $ 0,0395 | | $ - |
| | BADGER | $ 3,2854 | | $ - | LUNC | $ 0,0001 | | $ - | WBTC | $ 19.852,24 | | $ - |
| | BAT | $ 0,3762 | | $ - | MANA | $ 0,8004 | | $ - | WDGLD | $ 168,0000 | | $ - |
| | BCH | $ 100,5469 | | $ - | MKR | $ 839,8922 | | $ - | XAUT | $ 1.741,39 | | $ - |
| | BNB | $ 226,9261 | | $ - | OMG | $ 1,7196 | | $ - | XLM | $ 0,1042 | | $ - |
| | BNT | $ 0,4500 | | $ - | ORBS | $ 0,0401 | | $ - | XRP | $ 0,3211 | 348 | $ 111,75 |
| | BSV | $ 50,9902 | | $ - | PAX | $ 1,00 | | $ - | XTZ | $ 1,4832 | | $ - |
| | BTG | $ 50,9902 | | $ - | PAXG | $ 1.738,84 | | $ - | YFI | $ 5.742,19 | | $ - |
| | BUSD | $ 1,00 | | $ - | SGA | $ 1,2146 | | $ - | ZEC | $ 53,5416 | | $ - |
| | CEL | $ 0,2500 | | $ - | SGB | $ 0,0260 | | $ - | ZRX | $ 0,2775 | | $ - |
| | COMP | $ 47,3304 | | $ - | SGR | $ 1,2146 | | $ - | ZUSD | $ 1,00 | | $ - |
| | CRV | $ 1,0328 | | $ - | SNX | $ 2,4659 | | $ - | wETH | $ 1.088,17 | | $ - |

|  | Total Claim Value: | $ | 15.654,36 |
|---|---|---|---|
|  | Total Claim Value +5%: | $ | 16.437,08 |

| | | | | Petition Date Prices | | Effective Date Price | |
|---|---|---|---|---|---|---|---|
| Liquid Crypto Distributions (57.9%) | | | | BTC | $ 19.881,00 | BTC | $ 42.973,00 |
| BTC Distribution (28.95%): | 0,110733 | BTC | | ETH | $ 1.088,00 | ETH | $ 2.577,00 |
| ETH Distribtuion (28.95%): | 1,846540 | ETH |

| ShitCo Stock (14.9%) | | |
|---|---|---|
| Cash Value: | $ | 2.449,125 |
| Shares: | | 122,46 shares |

| Illiquid Assets Recovery (6.4%) | $ | 1.051,973 |
|---|---|---|

Appendix 2: proof of claim amount:



Date Filed: 05/02/2023
Claim No: 29107

## Celsius Network LLC, et al. Case Number: 22-10964 (MG)

**Southern District of New York**

Your Proof of Claim has been received and your reference number is CEL-29130

**Claim Details**

Debtor
All Debtors – Customer Claim

Creditor Name: Tommy Kusters
Other names used with the debtor: [No Response]
Has this claim been acquired from someone else: false
Claimed from who: [No Response]

Where should notices be sent:
Notice Name: [Redacted]
Notice Address One: [Redacted]
Notice Address Two: [Redacted]
Notice Address City: [Redacted]
Notice Address State: [Redacted]
Notice Address Zip: [Redacted]
Notice Address Country: [Redacted]
Phone: [Redacted]
Celsius Email: [Redacted]

Where should payments be sent: [Redacted]
Payment Address Address One: [Redacted]
Payment Address Address Two: [Redacted]
Payment Address City: [Redacted]
Payment Address State:[Redacted]
Payment Address Zip: [Redacted]
Payment Address Country: [Redacted]
Payment Phone: [Redacted]
Payment Contact Email: [Redacted]

Does this claim amend one already filed: false
Do you know if anyone else has filed a proof of claim for this claim: false

Do you have any number to identify the debtor: false

List the number of each type of coin held in your account as of the date the case was filed:

1. Currency: Bitcoin (BTC)
- Earn: 0.786399
- Withheld:
- Custody:



- Collateral:

2. Currency: Ripple (XRP)
- Earn: 348.535448
- Withheld:
- Custody:
- Collateral:

3. Currency: Tether (USDT)
- Earn: 35.433152
- Withheld:
- Custody:
- Collateral:


Does this include interest or other charges: false

Is all or part of the claim secured: false
Nature of Property: [No Response]
Basis for Perfection: [No Response]
Value of Property: [No Response]
Amount of the claim that is secured: [No Response]
Amount of the claim that is unsecured: [No Response]
Amount necessary to cure any default as of the date of the petition: [No Response]
Annual Interest Rate: [No Response]
Annual Interest Rate Type: [No Response]

Is the claim based on a lease: false
Amount necessary to cure any default as of the date of the petition: [No Response]

Is the claim subject to a right of setoff: false
Identify the property: [No Response]

Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? false
Domestic support obligations: [No Response]
Deposits toward purchase, lease or rental of property or services for personal, family or
household use: [No Response]
Wages, salaries, or commissions: [No Response]
Taxes or penalties owed to governmental units: [No Response]
Contributions to an employee benefit plan: [No Response]
Other: [No Response]

Is all or part of the claim entitled to administrative priority:
Administrative Amount: [No Response]


Filer Type: Filed as Creditor

Signed on: 2023-05-03
Signed by: Tommy Kusters
First Name: Tommy
Middle Name: [No Response]
Last Name: Kusters

Title: [No Response]
Company: [No Response]

Address Street: [Redacted]
Address City: [Redacted]
Address State: [Redacted]
Address Zip: [Redacted]
Address Country: [Redacted]
Contact Phone: [Redacted]
Contact Email: [Redacted]
Supporting Documents Uploaded: [No Documents Uploaded]


Appendix 3: proof of actualy amount received by coinbase:



# Your Celsius Claim Distribution in BTC was received at Coinbase

**SN**

## Stretto Celsius Network

To: tkusters@hotmail.com

Fri 2/16/2024 10:58 AM

···

Dear TOMMY JOHANNES MARIA KUSTERS

You are receiving this email to confirm that your claim distribution of cryptocurrency was **successfully completed at Coinbase.**

| Claim Distribution Type | BTC |
|---|---|
| Claim Distribution Amount | 0.04509751 |

If you did not receive this claim distribution please immediately contact Stretto for support at cases.stretto.com/celsius.

**If you have questions or need further support**

We *strongly suggest* you refer to our Distributions FAQ if you have questions or need further assistance before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

## Your Celsius Claim Distribution in ETH was received at Coinbase



**Stretto Celsius Network**

To: tkusters@hotmail.com

Fri 2/16/2024 4:38 AM

Dear TOMMY JOHANNES MARIA KUSTERS

You are receiving this email to confirm that your claim distribution of cryptocurrency was **successfully completed at Coinbase.**

| Claim Distribution Type | ETH |
|---|---|
| Claim Distribution Amount | 0.67392484 |

If you did not receive this claim distribution please immediately contact Stretto for support at cases.stretto.com/celsius.

**If you have questions or need further support**

We strongly suggest you refer to our Distributions FAQ if you have questions or need further assistance before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe