February 20, 2024



Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE: Celsius Network LLC, et al. Case Number: 22-10964

Dear Chief Judge Glenn,

I'm writing to you as a result of an error that has been made with the improper handling of my claim as a creditor but also appears to be a widespread issue with other creditors.

In reference to Court Docket 4319 Filed 2/15/24, a serious error has been made by placing my claim in the "convenience class". There has been a very large number of spam email messages that creditors have been receiving stemming from this case. We have been repeatedly warned of ongoing phishing email messages and not to click or respond to suspicious looking messages.

Given the amount of my claim, I never would have knowingly elected any type of "convenience class" handling of my claim and as a result, this email looked extremely suspicious.

There currently is no effective method in place for communicating with anyone about correcting this issue. Every one of my tickets or email messages submitted resulted in the same standard form letter response with a link to FAQ that didn't answer my questions.

For something as serious as this matter and the magnitude of claims, there should have been registered letters sent out to creditors physical addresses. Email without confirmation of receipt by the creditor is not a reliable communication source.

I had received an email on Nov 19, 2022 specifically stating that if I agreed with the type and amount of my claim listed in the email, no further action was required. Given the daily spam emails I've been receiving since the beginning of this case it is easy to see why the January email was considered to be spam.

Given the fact that as a creditor I had no real opportunity to correct the error, I respectfully request that this issue be re-addressed by the court and consideration be given to this situation.

Best Regards,

Marc Iafrate

