Celsius Network LLC., et al.

Case No. 22-10964

Letter To the Honorable Judge Martin Glenn To Compel A Forensic Accountant to Review Celsius' Accounting Records and Distribute the Funds

Dear Judge Glenn,

I applaud your efforts in attempting to resolve this case in an amicable manner to appease justice; however, I also feel the overwhelming empathy for all these letters attempting to explain that despite the ruling that you have given, it is not being properly followed. Furthermore, the case that was supposed to be completed, still seems to have unresolved and overlooked matters as this multimillion dollar corporation continues to take advantage of their situation while WE as VICTIMS are STILL being VICTIMIZED and WRONGED. We ALL lost a lot of money when the market crashed. I personally lost HALF of my house down-payment. I'm a single mother and that's all of the money that I had. I'm not the only one in this situation, we ALL are. Additionally, we are NOT receiving the money that we are theoretically to receive from our accounts that were frozen for almost ONE YEAR. When we question Stretto, or Celsius, we receive a reply that, "we will look into this and get back to you". Meanwhile, I see the money in my Celsius account increasing as crypto rises. Where is THAT money going to?

Considering all I received was a THIRD of what is in my Celsius account.

However, when you rendered your decision, there was $24,000 in my Celsius account and 1 week later, $8,000 was transferred to my PayPal account when I was instructed to follow the email that was sent. I then check my Celsius account and when Bitcoin increased so did the money in my Celsius account. Does Celsius get to keep that money and rob us further of our hard earned money? The crypto deposited in my PayPal was not the correct tokens that I originally purchased either. I feel that this is a HUGE miscarriage of injustice and just because we only hold thousands of dollars and they hold millions, they shouldn't have an advantage over us. We are unable as individuals to hire expensive attorneys to battle this huge corporation that continues to defraud us under your ruling because they feel no one is verifying whether all of the rules and procedures are being properly followed. I beg of you your honor, please help us who have been and who are STILL being exploited. Please be OUR voice of justice as we as individuals have only a tiny influence on this matter but, this matter can make a VERY HUGE impact on ALL of our lives. I thank you in advance for your time and consideration.

Respectfully,

Leinaala Richardson

# Transaction Details

**D Pending**

# 1,010.67435754 SPARK

$0.00

| | |
|---|---|
| Date: | 12 Dec 2020 |
| Time: | 12:00 AM (UTC) |

**Return to Account**

# Finances

**Balance**  **Savings**  **Crypto**

Now you can schedule how often and how much crypto you want to buy.

**Get started**

## Your crypto


Bitcoin   $5,132.11
↑ $19.95 (19.47%)

Ethereum   $3,995.27

 / 

Have a Celsius claim code? You can redeem it here.

 Home   **Finances**   Payments   Deals   Wallet





# Welcome LEINAALA NOHOLANI RACIMO

**Polygon**    **$4,376.94**
5,197.381656 MATIC

| Custody | 0 MATIC / **$0.00** |
| Earn | 5,197.381656 MATIC / **$4,376.95** |

**Ripple**    **$528.73**
1,020.620924 XRP

| Custody | 0 XRP / **$0.00** |
| Earn | 1,020.620924 XRP / **$528.73** |

**MANA**    **$523.96**
1,157.448730 MANA

| Custody | 0 MANA / **$0.00** |
| Earn | 1,157.448730 MANA / **$523.97** |

**Cardano**    **$128.68**
241.024964 ADA

| Custody | 0 ADA / **$0.00** |
| Earn | 241.024964 ADA / **$128.68** |



Portfolio    Transfer    Buy    Swap    Borrow



# Welcome LEINAALA NOHOLANI RACIMO

**Portfolio Balance**

**$31,125.80**

**Coins** | Available Coins

### Bitcoin — $24,378.12
0.428310 BTC

| Custody | 0 BTC / **$0.00** |
| Earn | 0.428310 BTC / **$24,378.12** |

### Polygon — $5,353.30
5,197.381656 MATIC

| Custody | 0 MATIC / **$0.00** |
| Earn | 5,197.381656 MATIC / **$5,353.30** |

### MANA — $643.85
1,157.448730 MANA

Custody　　　0 MANA / $0.00


 Transfer
 Buy
 Swap
 Borrow



# Welcome LEINAALA NOHOLANI RACIMO

## MANA — $645.54
1,157.448730 MANA

| | |
|---|---|
| Custody | 0 MANA / **$0.00** |
| Earn | 1,157.448730 MANA / **$645.54** |

## Ripple — $597.78
1,020.620924 XRP

| | |
|---|---|
| Custody | 0 XRP / **$0.00** |
| Earn | 1,020.620924 XRP / **$597.79** |

## Cardano — $150.66
241.024964 ADA

| | |
|---|---|
| Custody | 0 ADA / **$0.00** |
| Earn | 241.024964 ADA / **$150.66** |

## Songbird — $2.60
156.025102 SGB

| | |
|---|---|
| Custody | 0 SGB / **$0.00** |
| Earn | 156.025102 SGB / **$2.60** |

Portfolio | Transfer | Buy | Swap | Borrow