Respected Sir
Judge Glen

I am a non US ( Indian) celsius creditor,
I have my entire life saving stuck in Celsius.
After long process I was expecting some releif
My family is completely distressed with the financial loss,

However as india does not support coinbase, wire transfer is causing exponential financial loss to me including tax implications.

Request you to please allow in kind distribution instead of wire transfer. That would mean a world to us.

Thank you and having full faith in justice system 

Deep karan Singh
+919915000352

deepkaranpadda@gmail.com