To the attention of:

The honourable Martin Glenn
Celsius case
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Phone 212.668.2870
USA

**RECEIVED FEB 28 2024 U.S BANKRUPTCY COURT**

London, 10th February 2024,

Your Honor,

My name is Alexandre (Skander) Fontaine and I am one of the numerous outstanding creditors and who has still not been able to withdraw my funds from the app or from any other indicated mean.

First of all, I would like to officially present my frustration with the misleading and somehow contradictory instructions and information I have been receiving during the last few weeks in the Celsius app and from the affiliated companies (Stretto and Kirkland) with regards to the progress of my claim.

I have witnessed a recent letter addressed to the court from another frustrated creditor last 6th February and decided that it is time to also take action as time is ticking and the app scheduled to shut end of this month.

I was notified by email end of December about my eligibility for the collection of my outstanding digital assets through Coinbase as designated partner (enclosed copy fyi).

However, I was also asked to update any incorrect personal details (address, NI number, etc) through the app in the meantime. There was a tiny bit of information I asked to be changed on the Celsius app through a contact us link and filling a form. I have done this two to three times but never ever received a notification or response. This was just to change a letter in my national insurance number which corresponds to my tax status in the UK.

In parallel, I did also email Stretto/Kirkland quite a few times since November and most recently last 12th January. The latest response I received was that I should not worry and that the distribution of my outstanding assets should actually start by the end of February. However since all communications have also stated that Celsius has managed to file out of chapter 11 for bankruptcy and that the app will shut in just less than three weeks from now, I am getting worried as there is absolutely no proactive, clear and precise response neither from Celsius customer service nor from the affiliated companies.

In addition to this, the process with Coinbase has been extremely frustrating. it has been impossible to get anyone on the phone nor to chat directly with an agent from end of December nor January. I have just been able to open an account recently under the same email address and contact details registered on the Celsius app (enclosed copy of my account) with the exception of the NI number still has a wrong character than needs to be updated on the Celsius app (PX817174C is the correct one).

Since we do not have any control on the process and can't speak to anyone and that my last resort now is to notify you in writing I would like this distribution to happen as soon as possible as I am based out of the US jurisdiction (UK) and that crypto assets being very volatile of some of these assets could soon be worthless as well as Celsius operations due to cease very soon.

Would you be so kind, your honour, to help me recover my assets ASAP?

Kind regards,

Alexandre S. Fontaine
email: alexfontaine@hotmail.com
Tel: 0044-7578049202
2 Kimberley road
N17 9BD, London
UK



Profile

### Alex Fontaine
alexfontaine@hotmail.com

Edit profile photo

## Contact info

| | |
|---|---|
| Display name | Alex Fontaine > |
| Email address | alexfontaine@hotmail.com > |
| Crypto addresses<br>For Individual and Exchange accounts |  > |

## Personal info

| | |
|---|---|
| Legal name | Alexandre Skander Fontaine > |
| Date of birth | 19XX |

🗑 Delete    🗄 Archive    ⊘ Report ⌄    ↩ Reply ⌄    ⊕ Zoom    ✉ Read / Unread    🏷 Catego

## Update on Celsius Distributions to Creditors

**From:** Celsius <hello@celsius.network>
**Sent:** Friday, December 29, 2023 12:44 AM
**To:** alexfontaine@hotmail.com
**Subject:** Update on Celsius Distributions to Creditors



Dear Customer,

You are receiving this email because we have identified that you are a creditor eligible to receive distributions, according to the Plan, which was approved by the enters into force, unless otherwise communicated to you.

**What you need to know:**

- **Distributions:** As stated in the Plan, Celsius is working with its distribution partners - Coinbase and PayPal - to help facilitate the distribution of cryptocurr specific instructions at a later date on how those funds will be made available to you.
- **Celsius Mobile & Web App:** Celsius will wind down its operations, including discontinuing the Celsius mobile and web apps. Beginning on or around Feb transaction history.

**How to prepare for your claim distributions:**

1. **Confirm Your Personal Information:** In order to avoid delays in collecting your distribution and prior to the discontinuation of the Celsius mobile and web Account - including your full legal name, contact email, and date of birth. This information will be used to match your identity for your claim distribut

2. **Update Your Residency Information:** If you have moved, please update your mailing address. Instructions for doing so can be found here.

3. **Check Your Email:** Soon you will receive further instructions from Stretto about next steps and any actions you need to take. Please pay close attention t

4. **Stay Informed:** We encourage you to stay informed by opening and reviewing email communications from Stretto and Celsius, which will contain importa receive your distribution.

5. **Stay Alert:** Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact yo record instruction by the Court.

**If You Need Support:**

12:44



# Welcome ALEXANDRE SKANDER

| Earn Account Balance | Rewards |
|---|---|
| $9,406.16 | $352.36 |

**Coins** | Available Coins


**Bitcoin**
N/A
$5,993.53
0.126662 BTC


**Ethereum**
N/A
$2,091.29
0.789153 ETH


**Chainlink**
N/A
$469.26
30.294447 LINK

**Prepare for your Celsius Claim Distribution through Coinbase**

Sent: Tuesday, January 2, 2024 5:47 PM
To: Celsius Inquiries <celsiusinquiries@stretto.com>
Cc: celsiussolicitation@stretto.com
Subject: Prepare for your Celsius Claim Distribution through Coinbase
Importance: High

Good afternoon (morning for you),

First of all let me wish you a very happy new year!

Thanks for the email resolution below however as based in the UK (Europe), I would like to raise the following points and ask the following questions:

- Is this email below legit? I have been receiving quite a few warning messages against scams recently that I am not sure anymore.

- Coinbase does not offer cash out services, meaning we can't convert our cryptos into FIAT money directly on their platform and certainly can't send it back to a linked bank account (although you are allowed to fund your Coinbase accounts in FIAT....). Why can't we use send this out to another eligible crypto account or to a LEDGER instead? I just don't want to be stuck with cryptos held onto another account which I can't sell.

- I went onto the app and despite one message saying that the plan for bankruptcy has been approved, it still says clearly on the app that withdrawals are still not possible atm. As there is a withdrawal deadline set to next 24th February and obviously thousands of people experiencing the same issue, how can we be sure that we will be able to withdraw on time?

Finally I have emailed the Celsius platform to update my contact details but again any idea of whether this will be dealt with in time...

I look forward to receiving your response soon!

Alex Fontaine

**From:** Celsius Network Restructuring **On Behalf Of** no-reply@cases-cr.stretto-services.com
**Sent:** Saturday, December 30, 2023 6:44 PM
**To:** alexfontaine@hotmail.com
**Subject:** Prepare for your Celsius Claim Distribution through Coinbase

> Dear ALEXANDRE SKANDER FONTAINE
>
> You are receiving this email because on or shortly after Celsius' Effective Date, **your distribution of cryptocurrency will be sent to you through Coinbase.**
>
> **How to prepare to receive your claim distribution through Coinbase**
>
> 1. In order to avoid delays in collecting your distribution, ensure **your personal information is up to date and accurate in your Celsius Account - including your full name, and date of birth. This information will be used to verify**

Prepare for your Celsius Claim Distribution through Coinbase

**From:** Celsius Network Restructuring **On Behalf Of** no-reply@cases-cr.stretto-services.com
**Sent:** Saturday, December 30, 2023 6:44 PM
**To:** alexfontaine@hotmail.com
**Subject:** Prepare for your Celsius Claim Distribution through Coinbase

Dear ALEXANDRE SKANDER FONTAINE

You are receiving this email because on or shortly after Celsius' Effective Date, **your distribution of cryptocurrency will be sent to you through Coinbase.**

**How to prepare to receive your claim distribution through Coinbase**

1. In order to avoid delays in collecting your distribution, ensure **your personal information is up to date and accurate in your Celsius Account - including your full name, and date of birth. This information will be used to verify your identity for your claim distribution with your Coinbase account, and must match your government issued ID.**
2. **Ensure you have an active account at Coinbase using the same email address used for your Celsius account.**

   a. If you do not already have an account at Coinbase, please create an account.
   b. If you already have an existing Coinbase account, but the email address is different from the email associated with your Celsius account, you will need to change your email address. How to change your email address on Coinbase.

**Please note that due to the ongoing high volume of support emails being sent to Celsius, you may experience extended delays if you request to change the email address you use with your Celsius account. If the email addresses used for your Coinbase and Celsius accounts do not match, changing your email address at Coinbase is recommended.**

How to change your email address at Coinbase
How to change your email address at Celsius

**Reminder: The Celsius mobile & web apps are shutting down**
As previously communicated and stated in the Plan, the Celsius platform will not be facilitating your distribution. The Celsius mobile and web apps will no longer be available beginning on or around February 27th, 2024. Access to the Celsius platform and the records it contains will therefore only be available for a limited period of time. How to download your transaction history.

**Stay Alert**



# You do not currently have assets eligible for withdrawal

For more information, please visit <u>our FAQ</u>

8:28  ... ® .ill .ill 🛜 72



# The Plan is Confirmed

The Joint Chapter 11 Plan of Celsius Network LLC and its Affiliates has been confirmed by the bankruptcy court, after a successful vote from creditors and Plan Confirmation hearings. **Learn more**

It is important that all users understand that access to the Celsius platform and the records it contains will only be available for a limited period of time. It's advisable that you save copies of personal records of information you may find useful.

Eligible Custody Account holders who have coins available are strongly encouraged to withdraw as soon as possible.



# Update Your Personal Information

We strongly encourage you to confirm that your personal information is up to date and accurate in your account profile.

These updates will help streamline any identification required for creditor claim distributions once the Plan becomes effective.

For questions or more information, please contact Celsius Support.

Continue