February 23, 2034

To the Honorable Martin Glenn
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408500



Dear Chief Judge Glenn,

I am writing as I am a concerned creditor in the Celsius case.  To date, though we are over 3 weeks receiving notification of the start of distributions to creditors, I have not received any claim codes from Stretto or Celsius.

As instructed by the distribution notice, I have submitted a support ticket to Stretto, first on February 1st, again on February 9th, and most recently on February 20th.  In the case of the first two inquires, I received a response, indicating codes would be sent to me shortly.  My latest submission has received no response to date.

I have both Paypal and Venmo accounts, and these have been in place long before the distribution and use the same email as my Celsius account.  Interestingly, I did receive an email on 2/15 regarding the shares of Ionic Digital and was able to claim those.

Without knowing or receiving updates on the process, I wanted to be on the record as to not receiving the claim codes and therefore not being able to act.  I am concerned that I will be told that the window to receive my rightful claim is no longer valid due to an expired time window, which would be adding insult to injury.

Would you please help so that the right outcome will take place?

I appreciate your help in this matter.

Sincerely,


Michael Carow

February 25, 2024

To the Honorable Martin Glenn
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Chief Judge Glenn,

I am writing [illegible] weeks receiving notifications of the start of distributions to creditors. I have not received any claim codes from Stretto or Celsius.

I was notified by the distribution emails. I have submitted a support ticket to Stretto, first on February 1st, again on February 9th, and most recently on February 20th. In the case of the first two inquiries, I received a response, indicating codes would be sent to me shortly. My latest submission has received no response to date.

I have both PayPal and Venmo accounts, and these have been in place long before the distribution and use the same email as my Celsius account. Interestingly, I did receive an email on 2/15 regarding the shares of Ionic Digital and was able to claim those.

Without knowing or receiving updates on the process, I wanted to be on the record as to not receiving the claim codes and therefore not being able to do so. I am concerned that I will be told that the window to receive my distribution is no longer valid due to an expired time window, which would be adding insult to injury.

Thank you [illegible]

I appreciate your help in this matter.

Sincerely,

Michael Ogrow.