Hon. Judge Martin Glenn
US Bankrupcy Court
Southern District of New York
One Bowling Green
New York 10004-1408



Hello sir

I am a Celsius creditor with a large claim in the bankruptcy judgement. I have been put in the "convenience class" although I did not check that box and I am being offered a small fraction about 20% of what I am owed. Stretto and their representatives are not responding to my emails requesting to see my ballot. I am asking for the courts help for myself in my situation. I would like to kindly ask that the court demand Kirkland and Ellis make these ballots available to us. Please compel the team to reach out to us and provide proof there was no human error or if this is malicious miss management.

Respectfully,

*Sourabh Dhawan*

Sourabh Dhawan

Email :- dhawan81@gmail.com

Tel: 2242096164



*From Celsius app*

*Balance at this moment.*

*6.2 Eth*

*0.24 BTC.*

2:07      .ıll LTE 🔋

### Welcome SOURABH

| Coins | Available Coins |
|---|---|
| **Ethereum** | **$18,780.22** <br> 6.284637 ETH |
| Custody | 0 ETH / **$0.00** |
| Earn | 6.284637 ETH / **$18,780.22** |
| **Bitcoin** | **$12,768.12** <br> 0.247126 BTC |
| Custody | 0 BTC / **$0.00** |
| Earn | 0.247126 BTC / **$12,768.13** |
| **Uniswap** | **$2,426.68** <br> 326.781576 UNI |
| Custody | 0 UNI / **$0.00** |
| Earn | 326.781576 UNI / **$2,426.67** |
| **Chainlink** | **$2,425.93** <br> 132.196500 LINK |
| Custody | 0 LINK / **$0.00** |
| Earn | 132.196500 LINK / **$2,425.92** |
| **Litecoin** | **$1,020.77** <br> 14.730605 LTC |



Portfolio    Transfer    Buy    Swap    Borrow

2:07    .ıll LTE 🔋

## Welcome SOURABH

| | |
|---|---|
| Custody | 0 MATIC / **$0.00** |
| Earn | 277.965258 MATIC / **$279.32** |

### Dash    **$225.40**
7.547060 DASH

| | |
|---|---|
| Custody | 0 DASH / **$0.00** |
| Earn | 7.547060 DASH / **$225.40** |

### Zcash    **$200.90**
7.444184 ZEC

| | |
|---|---|
| Custody | 0 ZEC / **$0.00** |
| Earn | 7.444184 ZEC / **$200.90** |

### Kyber Network    **$162.29**
246.253219 KNC

| | |
|---|---|
| Custody | 0 KNC / **$0.00** |
| Earn | 246.253219 KNC / **$162.30** |

### USD Coin    **$37.96**
37.965566 USDC

| | |
|---|---|
| Custody | 0 USDC / **$0.00** |
| Earn | 37.965566 USDC / **$37.97** |

Portfolio    Transfer    Buy    Swap    Borrow

2:07                                                                 .ıll LTE 🔋

### 👤   Welcome SOURABH

---

**🦄  Uniswap**                              **$2,426.68**
                                              326.781576 UNI

Custody                                       0 UNI / **$0.00**
Earn                            326.781576 UNI / **$2,426.67**

---

**⬢  Chainlink**                             **$2,425.93**
                                              132.196500 LINK

Custody                                       0 LINK / **$0.00**
Earn                           132.196500 LINK / **$2,425.92**

---

**Ⓛ  Litecoin**                              **$1,020.77**
                                              14.730605 LTC

Custody                                       0 LTC / **$0.00**
Earn                             14.730605 LTC / **$1,020.78**

---

**✖  Synthetix Network Token**               **$687.98**
                                              193.813701 SNX

Custody                                       0 SNX / **$0.00**
Earn                             193.813701 SNX / **$687.98**

---

**⊘  0x**                                    **$598.32**
                                              1,675.015476 ZRX

Custody                                       0 ZRX / **$0.00**
Earn                       1,675.015476 ZRX / **$598.33**

---

Portfolio    Transfer    Buy    Swap    Borrow

2:07    •ıll LTE

👤  **Welcome SOURABH**

Earn                            14.730605 LTC / **$1,020.78**

 **Synthetix Network Token**    **$687.98**
193.813701 SNX

Custody                         0 SNX / **$0.00**
Earn                            193.813701 SNX / **$687.98**

 **0x**    **$598.32**
1,675.015476 ZRX

Custody                         0 ZRX / **$0.00**
Earn                            1,675.015476 ZRX / **$598.33**

**Polygon**    **$279.32**
277.965258 MATIC

Custody                         0 MATIC / **$0.00**
Earn                            277.965258 MATIC / **$279.32**

**Dash**    **$225.40**
7.547060 DASH

Custody                         0 DASH / **$0.00**
Earn                            7.547060 DASH / **$225.40**

**Zcash**    **$200.90**
7.444184 ZEC

 Portfolio    Transfer    Buy    Swap    Borrow

8:06



# Received 0.12985525 BTC

from
Venmo App

**Status**
Completed

**Transaction details**
February 07, 2024, 11:58 AM

50% of BTc Balance
Recived.

**Type of transaction**
Bitcoin

**Amount received**
0.12985525 BTC

**Transaction ID**
3997741520002999307

**Venmo crypto support**

8:06



# Received 1.94052096 ETH

*From venmo App*

**Status**
Completed

*~ 33% of ETH Received.*

**Transaction details**
February 07, 2024, 8:45 AM

**Type of transaction**
Ethereum

**Amount received**
1.94052096 ETH

**Transaction ID**
3997644384133542633

**Venmo crypto support**