Your Honor,

It is with great urgency that I write this e-mail. My name is Austin Hwang and I am reaching out as creditor in the Celsius crypto bankruptcy case which you have overseen in the past year. I am writing to shed some light on a recent issue that some creditors have encountered with obtaining their distributions.

To get straight to the point, The distribution codes provided to me to receive my crypto assets at Paypal/Venmo do NOT work. I have made multiple attempts to resolve the issue including re-initiating KYC on Paypal and reaching out to both Stretto and Paypal multiple times to no avail. Up until now, I have been unable to access the funds allocated to me.

To put it simply, the amount of the funds is considerable, especially considering my financial position. Thus I am requesting your assistance in resolving matter. I am completely understanding that these issues are quite complex, but I remain hopeful that a solution can be swiftly reached with your assistance.

Please be sure to reach out to me if there are any further steps or any additional information that is required of me.

Warm regards,

Austin Hwang
Austinhwang@gmail.com
7143609251