UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 26, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on QBE Insurance Corporation, Attn: Legal Department at 1 QBE Way, Sun Prairie, WI 53596-0002, pursuant to USPS forwarding instructions:

- **Tenth Notice of Filing of Plan Supplement** (Docket No. 4285)

- **Eleventh Notice of Filing of Plan Supplement** (Docket No. 4297)

Furthermore, on February 27, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Strobilus LLC at a redacted address, pursuant to USPS forwarding instructions:

- **Post-Effective Date Debtors' Supplemental Statement Regarding Initial Distributions** (Docket No. 4306)

Dated: March 5, 2024

_____
Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of March, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.