To: The Honorable Judge Martin Glenn  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408  
U.S.A.

Thursday, 29 February 2024

From: Thomas Joseph Pick  
159/240 Moo 12, Jomtien Beach Road  
Nongprue, Banglamung,  
Chonburi 20150  
THAILAND

Email: pickf@hotmail.com  
Cell phone: +1 414 446 2601  
Social Security number: xxx-xx-5543  
Date of birth: 31 July 1952

*RECEIVED MAR - 4 2024 U.S BANKRUPTCY COURT*

Subject: Case Number: 22-10964 (MG)  
Unable to open a Coinbase account

Dear Your Honor;

Could you please help me get my liquid crypto distribution from Celsius?

I, Thomas Joseph Pick, am a Celsius Earn Creditor. I have a U.S.A. citizenship and passport. At 71 years old, I am retired and am a resident of Thailand.

It appears I am supposed to open a Coinbase account and receive my liquid crypto coin distributions of Bitcoin and Ethereum via a Coinbase account. However, I am unable to open a Coinbase account.

Attorney Aaron Colodny, from White and Case, had communicated with a member that Coinbase was now supported in Thailand. Where did he get that idea? As you can see from my attachments, when I try to create an account, the Coinbase website says things like: Country not supported currently. Invalid credentials. Reset your password. Blocked. I tried to sign into the Help Center, but was unable.

I have heard of people using X twitter. I do not know how to use X. I am afraid I might send them a KYC (know your customer) document on the public forum for all to see. I thought I saw a reading that said do not communicate with a company by a social media platform. X twitter, is a social media platform.

I am unable to get an email address of a human being at Coinbase, so I can email them. I would like a phone number, so I can talk to someone at Coinbase. I would prefer one person I could build a relationship at Coinbase with to handle my case to completion.

If Coinbase cannot service me, due to my living in Thailand, what alternatives can we develop? Binance has KYC. We could transfer the assets there. I have a Ledger hardware wallet. We could transfer my liquid crypto of BTC and ETH there.

If you sent me a $US Dollar check, wired to my Bank of America account in New York, you would need to adjust the amount upwards significantly.
The price of the coins and tokens on January 16, 2024 was:    BTC  $42,972.9948     ETH $2,577.4752
You made your calculations on the 16th of January, but now the price of both assets have gone up, so you have to recalculate and send more money.

Market prices on Thursday, 29 February 2024, at 08:00 pm = 20:00 Thailand time is:
BTC = $62,661.00
ETH = $3,473.28

So, a recalculation must be done to take into account the rise in the price of these crypto currencies.

Celsius already stole from us and bankrupted the company, and committed fraud.  Now, they are trying to swindle us again.  Our payouts are already meager compared to the bulk of my life savings I invested in Celsius.  I believed in Alex Mashinsky and he cheated me!  Now, Celsius is trying to cheat me again!  Let the Earn Creditors try to make back some of our loses.

Simon Dixon spoke before your Honor in December 2023.  Mr. Dixon explained about rug pulls.  He emphasized the Earn Creditors need their liquid crypto back.

If you are going to give us a wire transfer into our bank, it must be at a recomputed price.  We have to go back out on the market and buy back our BTC and ETH at much higher prices, if even possible, and there are additional fees involved.

Please, you Honor, can you help me and the other Earn Creditors get our settlement at a fair price?  Coinbase is not working for me.

It is a long journey.  It has not ended yet.  Thank you for you and your team's efforts you have put in so far.  I am happy we got out of Chapter 11.  Now I would like my settlement, please.

Sincerely,

*Thomas Joseph Pick*

Thomas Joseph Pick- Earn Creditor

Attachments:  letter to Honorable Judge Warren Glenn
Attempts to Log-in to Coinbase to create an account.
Celsius website: Personal Information, Portfolio pages 1 and 2.
Celsius Scheduled Claim letter from: October 13, 2022.
Doc 974-2 page 3177 of 4416 has Thomas Pick name and list of Earn Account assets.











< **Personal Information**

used for communications.

tompick240@gmail.com

TIN

PROFILE DETAILS

ADDRESS INFO

Street address
159 240 Moo 12, Jomtien Beach Road

City
Nongprue, Banglamung, Chonburi

ZIP / Postal Code
20150

Country
Thailand

 **Welcome THOMAS JOSEPH**

| Earn Account Balance → | Rewards → |
|---|---|
| **$744,278.12** | **$76,682.03** |

| Coins | Available Coins |
|---|---|
| **Bitcoin** N/A | **$331,922.28** 6.454744 BTC |
| **TrueUSD** N/A | **$288,749.84** 288,749.850316 TUSD |
| **PAX Gold** N/A | **$71,588.88** 35.763683 PAXG |
| **Ethereum** N/A | **$40,871.79** 13.674710 ETH |

    
Portfolio   Transfer   Buy   Swap   Borrow

 Welcome THOMAS JOSEPH

| | | |
|---|---|---|
| 𝐓 | **TrueUSD**<br>N/A | **$288,749.84**<br>288,749.850316 TUSD |
| ⬢ | **PAX Gold**<br>N/A | **$71,588.88**<br>35.763683 PAXG |
| ◆ | **Ethereum**<br>N/A | **$40,871.79**<br>13.674710 ETH |
| ⬢ | **Paxos Standard**<br>N/A | **$6,796.33**<br>6,796.327106 PAX |
| C | **Celsius**<br>N/A | **$2,773.63**<br>14,681.137700 CEL |
| ⬣ | **Polygon**<br>N/A | **$1,575.35**<br>1,576.658750 MATIC |

 Portfolio    Transfer    Buy    Swap    Borrow

**From:** Celsius Network LLC Restructuring
**Sent:** Thursday, October 13, 2022 2:10 AM
**To:** pickf@hotmail.com
**Subject:** Celsius Network LLC Scheduled Claim Request

To: THOMAS PICK

You are receiving this email because you recently requested your scheduled claim information from Stretto at cases.stretto.com/celsius.

### Step 1: Review the amount of your claim listed in the Schedules of Assets and Liabilities. The details about your claim are here:

Celsius Account Email: pickf@hotmail.com
Creditor Name: THOMAS PICK

Your claim is listed on Schedule **EF Part 2** as a General Unsecured claim comprising of the coin(s) listed in the table below. Your claim is not subject to a setoff.

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Bitcoin (BTC) | 6.45474378752638 | 0 | 0 | 0 |
| CEL | 14681.1377016964 | 0 | 0 | 0 |
| Ethereum (ETH) | 13.6747096727726 | 0 | 0 | 0 |
| Polygon (MATIC) | 1576.65875042749 | 0 | 0 | 0 |
| PAX | 6796.32710592686 | 0 | 0 | 0 |
| PAXG | 35.7636831129887 | 0 | 0 | 0 |
| TrueUSD (TUSD) | 288749.850315904 | 0 | 0 | 0 |

### Step 2: If you agree with the type and amount of your claim listed above, you do not need to file a claim and no further action is required at this time.

[Illegible tabular data: Schedule of Non-Priority Unsecured Retail Customer Claims for Celsius Network LLC, listing creditors Thomas Phelan through Thomas Polos with redacted addresses and cryptocurrency account balances. Page 13199 of 14962.]