James C Roberts
La Caserne
Le Mont de Rozel
St Martin
Jersey
JE3 6AN
Channel Islands

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York
NY 10004-1408
United States

February 29, 2024

**Debtor: Celsius Network LLC**

**Withdrawal of Proof of Claim**

I hereby withdraw my Proof of Claim filed on July 22, 2022 in the case of Celsius Network LLC, listed as Claim No. 1080, and authorize the Debtor's claims agent to reflect this withdrawal on the official claims register.

*James Roberts*

James C Roberts
Executed on February 29, 2024.

