**Judge Martin Glenn**
One Bowling Green
New York, NY 10004-1408

**Dr Sophie Keller**
1107 18th Street #102
Santa Monica
CA 90403



1st March 2024

Case #22-10964 | Cel number: 24310
Name in Celsius: Sophie Keller (Annabelle)
sophie@drsophiekeller.com   Tel: 1-310-800-5206

Dear Honorable Judge Glenn,

I am writing to seek your assistance urgently. Despite numerous attempts, I have not received a claim code and have been unable to recover my cryptocurrency assets. The sum in question, was approximately $360,000, represents crucial funds intended for my son's college education and a down payment on a family home.

As the value of bitcoin rises, my concern deepens due to the lack of communication from the responsible parties. I recognize that I will be getting a fraction of that amount back but would like to have the opportunity to reinvest now, before bitcoin hits an all-time high, so that I can try to recoup my losses and support my family.

The decision to consolidate my digital assets with Celsius was made for simplicity and security, as my roles as a mother, wife, and full-time worker demand considerable attention. Unfortunately, this decision has led to an unforeseen predicament that affects not only our financial stability but also my relationship with my husband, as I feel I have let him down significantly.

It is disheartening to know that others in a similar situation have received their claim codes, yet I remain without any means to proceed. Therefore, I implore you to facilitate contact from the relevant parties so that this matter may be resolved promptly.

Your intervention would be greatly appreciated. Should you require any additional information, please do not hesitate to contact me at 1-310-800-5206.

Thank you for your time and consideration.

Respectfully,

*Dr Sophie Keller*

Sophie Keller
sophie@drsophiekeller.com

Thank you for your time and consideration.

Respectfully,

*[signature: Dr Sophie Keller]*

Sophie Keller
sophie@drsophiekeller.com