UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.,*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of John J. Monaghan, to be admitted *pro hac vice* to represent the Foreign Representatives of Three Arrows Capital, Ltd. in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of Massachusetts, it is hereby:

**ORDERED** that John J. Monaghan is admitted to practice *pro hac vice* in the above-captioned cases to represent the Foreign Representatives of Three Arrows Capital, Ltd. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: March 11, 2023
New York, New York

/S/ MARTIN GLENN
THE HONORABLE CHIEF JUDGE GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFiLLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.