# DELRAY LAW, PLLC
## ATTORNEYS AT LAW

238 NE 1st Ave, Delray Beach, FL  33444         *Richard Rubino, Esq.*
Phone (561) 455-0200
Fax (561) 431-0190

---

**Via Mail Certified**

February 28, 2024

Judge Martin Glenn
One Bowling Green
Courtroom 523
New York, NY 10004

            RE:   My Client   :   Richard Rubino
                   Your Client   :   Celsius

Dear Judge Glenn:

Please be advised that this office has been retained to represent Mr. Rubino in a claim for benefits and compensation owed as a result of the Celsius Bankruptcy.

Mr. Rubino has filed his claim properly and was finally sent claim forms and codes to redeem his money via Paypal for BTC and ETH. After he opened a paypal account and copied the claim codes he was told the codes were not valid and has been denied his money. To make matters worse he has sent numerous emails and left numerous messages at Stretto regarding this matter with no response. Please direct us on how to proceed?

Thank You,

Sincerely,
DELRAY LAW, LLC

*Richard Rubino*

RICHARD L. RUBINO, ESQ.
RLR/bw


RECEIVED MAR - 5 2024 U.S BANKRUPTCY COURT