Orlando Gonzalez Vazquez
Urb. El Pilar D17 calle
Quebrada Arenas
San Juan, PR 00926
orgonzal510@gmail.com

Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408

Chambers: (212) 284-4551

Courtroom: 523

Case No.22-10964

Dear Judge Martin Glenn,

I am writing to address an issue regarding my Celsius BTC distribution claim. On February 8, 2024, I received two separate emails from Stretto. One email indicating that I had a Celsius Claim in BTC available at PayPal or Venmo and another email indicating that I had a Celsius Claim in ETH available at PayPal or Venmo.

Upon several attempts of claiming my BTC and ETH distribution in PayPal, I wrote to Stretto to notify the problem and requesting a solution but so far, I have only received automated messages from Stretto. I also wrote to PayPal and asked them to verify my personal information and they verified that my identity information was correct.

Finally on February 25, 2024, I decided to try claiming my distribution using Venmo, did the KYC process and I was able to successfully make my ETH claim which is already in my account. Regretfully, I'm still unable to claim my BTC distribution. I keep getting the same error message that they could not verify the code or date of birth provided. Having successfully claimed by ETH distribution, I'm 100% certain that Venmo has my correct date of birth. I had also verified that Celsius had my correct date of birth as well. Given that my identity information is correct, there must be a problem with the BTC code provided for my claim. If Stretto was able to service my ETH claim through Venmo, there must be no problem to service my BTC claim as well.

I wrote again to Stretto notifying them that I had successfully claimed my ETH distribution at Venmo and inform them that I keep getting the same error in my BTC. I also requested Stretto to provide me with a new BTC code. I'm still getting the same automated response from Stretto which is a generic reply to my emails and fail to address my specific issues with the BTC distribution that I'm entitled to receive.

This matter is of utmost importance, as it affects the savings I once held at Celsius and the expected amount of recovery from this loss. It is important that Stretto address each claim issue with a specific reply and make all the necessary effort to solve these problems in an

expedited manner.  Stretto should be able to provide creditors with new claim codes if the original claim code is invalid.

Attached for your reference are the emails received from Stretto and Venmo/PayPal along with evidence of the successful ETH distribution receipt.

I kindly request that this issue with the claim distribution be rectified urgently.  Your prompt attention to this matter is greatly appreciated.

Warm regards,
Orlando Gonzalez Vazquez



# Redeem your BTC or ETH Celsius claim

Enter your Celsius claim code and date of birth to get started. For help locating your code, **contact Stretto.**



We could not verify the code or date of birth you provided. Correct your data and try again. If you believe there is an error, contact Stretto.



We could not verify the code or date of birth you provided. Correct your data and try again. If you believe there is an error, contact Stretto.

you believe there is an error, contact Stretto.

**Distribution terms apply**

Say hello to crypto on Venmo

**Redeem Celsius claim**

Cancel



Orlando Gonzalez

## Your Celsius Claim distribution in ETH was received at PayPal or Venmo

**Stretto Celsius Network** &lt;no-reply@cases-cr.stretto-services.com&gt;   Wed, Mar 6, 2024 at 3:49 AM
To:

Dear ORLANDO GONZALEZ VAZQUEZ

You are receiving this email to confirm that your claim distribution of cryptocurrency was **successfully completed** at PayPal or Venmo

| Claim Distribution Type | ETH |
|---|---|
| Claim Distribution Amount | 30.286438397142258153 |

If you did not receive this claim distribution please immediately contact Stretto for support at cases.stretto.com/celsius.

**If you have questions or need further support**
We *strongly* suggest you refer to the Distributions FAQ if you have questions or need further assistance before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe



## Re: I'm unable to redeem my BTC and ETH code in Paypal
1 message

**Celsius Distribution** <celsiusdistribution@stretto.com>　　　　　　　　　　　　　　　Tue, Feb 13, 2024 at 7:21 PM
Reply-To: Celsius Distribution <celsiusdistribution@stretto.com>
To:

Hello,

Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible. PayPal and Venmo are also actively working on the Celsius claims distributions, and we continue to notify them of open creditor inquiries.

There are a few reasons why you might be receiving an error at PayPal or Venmo, but please first review the following:

- **Confirm the Claim Code and your Date of Birth were entered into the form correctly.** Check for errant spaces or characters when adding your information into the form.
- **Ensure you are using the latest version of the mobile application.** If you are using the mobile app, please make sure you are using the latest version.
- **Do not try to bounce between PayPal and Venmo platforms.** If you attempt to collect your claim on PayPal or Venmo, an error may occur when you attempt to claim your code on the other platform. This is true regardless of whether you are attempting one or more claim codes.

For other error messages, PayPal suggests trying the following troubleshooting tips:

- **Retrigger the KYC process for enabling crypto on your account.** If your account is missing information, you can trigger the verification process by clicking on "Buy" under the Crypto section of PayPal (under Finances) or Venmo. *Note: you do not need to purchase crypto to complete this process.* The KYC validation process may take up to 48 hours to be completed.
- **If you are using PayPal, ensure your tax information is correct.** If your account is missing information, you may need to add or update your tax information. You can review your PayPal account by clicking here: Review in your account.
- **Confirm your Date of Birth is correct.** If your Date of Birth is incorrect, this will impact your ability to move forward. Your date of birth must be correct in both Celsius and PayPal or Venmo when you attempt to redeem your claim code.

If for any reason PayPal or Venmo cannot service your claim, you will be notified that your distribution "cannot be serviced through PayPal or Venmo".

We strongly suggest you **continue to review the Distributions FAQ**, as we are updating this FAQ often. Due to the high volume of creditor inquiries to our support team, you may be able to receive answers to your questions more quickly by referencing the FAQ.

If your error persists, please reopen this support ticket and we will continue to provide you with support.

Regards,
Stretto



Orlando Gonzalez

## You have an update from Venmo

**Bernadette M. 🌺 (Team Venmo)** <support@venmo.com>  
Reply-To: Team Venmo <support@venmo.com>  
To: Orlando Gonzalez

Wed, Mar 6, 2024 at 5:56 PM



You have a new message from Venmo regarding request #▇▇▇▇▇▇ To respond, simply reply to this email.

Hi there, Orlando 👋!

I hope this email finds you well— Bernadette from Venmo Support here. I'd be happy to be of assistance!

Yes, I see that you successfully claimed the ETH crypto. I can confirm we still have the correct information on file.

Historically, Venmo users have resolved this issue by attempting the following:

1. Confirm that you are not connected to a VPN, if so, try a different wifi network without a VPN
2. Try this on a wifi network if on cellular data - or attempt the action on cellular data if on a wifi network
3. Sign out of your account, and sign back in
4. Restart your mobile device
5. Delete the Venmo app, reinstall it, and then sign back into your account (note: this will not affect your Venmo account or your funds in Venmo)
6. Try the same action using a computer's browser by accessing your account on Venmo.com
7. Come back later. At this point in your troubleshooting, the error message is almost certainly an issue with either your ISP/cellular network

Note 📝: Venmo can only be used successfully while physically in the U.S.

I hope this solves the issue, but if you continue to run into problems, please let me know! Thank you for your understanding and cooperation during this time. We are grateful for your continued business with Venmo. Have a great rest of your day and stay safe! 🌻

Best,
Bernadette M. | Venmo Support

**Venmo is a service of PayPal, Inc., a licensed provider of money transfer services. All money transmission is provided by PayPal, Inc. pursuant to PayPal, Inc.'s licenses.**

**PayPal is located at 2211 North First Street, San Jose, CA 95131**

[7LG416-JXG65]



Orlando Gonzalez <■■■■■■■■■■■■■■■■■■■>

# Re: In re: Celsius Network LLC, et al. – Inquiry
1 message

**Celsius Distribution** <celsiusdistribution@stretto.com>   Thu, Mar 7, 2024 at 8:33 PM
Reply-To: Celsius Distribution <celsiusdistribution@stretto.com>
To: ■■■■■■■■■■■■■■■■■■■

Hello,

Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible. PayPal and Venmo are also actively working on the Celsius claims distributions and we continue to notify them of open creditor inquiries.

There are a few reasons why you might be receiving an error at PayPal or Venmo, but please first review the following:

- **Confirm the Claim Code and your Date of Birth were entered into the form correctly.** Check for errant spaces or characters when adding your information into the form.
- **Ensure you are using the latest version of the mobile application.** If you are using the mobile app, please make sure you are using the latest version.
- **Do not try to bounce between PayPal and Venmo platforms.** If you attempt to collect your claim on PayPal or Venmo, an error may occur when you attempt to claim your code on the other platform. This is true regardless of whether you are attempting one or more claim codes.

For other error messages, PayPal suggests trying the following troubleshooting tips:
- **Retrigger the KYC process for enabling crypto on your account.** If your account is missing information, you can trigger the verification process by clicking on "Buy" under the Crypto section of PayPal (under Finances) or Venmo. *Note: you do not need to purchase crypto to complete this process.* The KYC validation process may take up to 48 hours to be completed.
- **If you are using PayPal, ensure your tax information is correct.** If your account is missing information, you may need to add or update your tax information. You can review your PayPal account by clicking here: [Review in your account.](#)
- **Confirm your Date of Birth is correct.** If your Date of Birth is incorrect, this will impact your ability to move forward. Your date of birth must be correct in both Celsius and PayPal or Venmo when you attempt to redeem your claim code.

**If for any reason PayPal or Venmo cannot service your claim, you will be notified that your distribution "cannot be serviced through PayPal or Venmo".**

We strongly suggest you **continue to review the [Distributions FAQ](#),** as we are updating this FAQ often.
Due to the high volume of creditor inquiries to our support team, you may be able to receive answers to your questions more quickly by referencing the FAQ.


Regards,
Stretto



Orlando Gonzalez

## Thank you for your inquiry
1 message

**Celsius Distribution** <celsiusdistribution@stretto.com>  Thu, Mar 7, 2024 at 6:13 PM
Reply-To: Celsius Distribution <celsiusdistribution@stretto.com>
To:

**Thank you for your request.** We *strongly* suggest you refer to our Distributions FAQ if you have questions or need further assistance. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

**Stay Alert**

Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

**Reminder: The Celsius mobile & web apps are shutting down**

Celsius will wind-down its operations, including discontinuing the Celsius mobile and web apps. Beginning on, or around, February 28, 2024, the Celsius app will no longer be available on iOS or Android devices, nor on the web. Access to the Celsius platform and the records it contains will therefore only be available for a limited period of time.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through Celsius' X account (formerly Twitter) @CelsiusNetwork.

Stretto



Orlando Gonzalez

## Re: Verify birthdate and request new claim code for BTC distribution
1 message

**Celsius Distribution** <celsiusdistribution@stretto.com>  Thu, Mar 7, 2024 at 4:01 PM
Reply-To: Celsius Distribution <celsiusdistribution@stretto.com>
To:

Hello,

There are a few reasons why you could be receiving an error at PayPal or Venmo, please first ensure that you:

To receive your cryptocurrency distribution, please ensure you have an active account at PayPal or Venmo using the same personal information used for your Celsius account, including your Name and Date of Birth.

Confirm the Claim Code and Date of Birth was entered into the form correctly. Please ensure there are no errant spaces or characters added into the form.

Ensure you are using the latest version of the mobile application. If you are using the mobile app, please make sure you are using the latest version.

Do not try to bounce between PayPal and Venmo platforms. If you attempt to collect your claim on PayPal or Venmo, an error may occur when you attempt to claim your code on the other platform. This is true regardless of whether you are attempting one or more claim codes.

For other error messages, PayPal suggests the following tips to troubleshoot on your own:

Retrigger the KYC process for enabling crypto on your account. If your account is missing information, you can trigger the verification process by clicking on "Buy" under the Crypto section of PayPal (under Finances) or Venmo. Note: you do not need to purchase to complete this process. The KYC validation process may take up to 48 hours to be completed.

If you are using PayPal, ensure your tax information is correct. If your account is missing information, you may need to add or update your tax information. Review in your account.

Confirm your Date of Birth is correct. If your Date of Birth is incorrect, this will impact your ability to move forward. It must be up to date in both Celsius and PayPal or Venmo when you attempt your claim code. To correct the DOB associated with your Celsius account, please initiate a support inquiry.

**_Please note that if for any reason PayPal or Venmo cannot service your claim, you will be notified that your distribution "cannot be serviced through PayPal or Venmo."_**

We strongly suggest you continue to review the Distributions FAQ, as we are making regular updates. You may be able to receive information more quickly than if you contact our support team due to the high volume of creditor inquiries.

Regards,
Stretto