Re: Celsius Network LLC, et al. – Case No. 22-10964 – Difficulty Receiving Distribution as an Australian Creditor

Your Honor,

I am writing to bring to your attention a situation regarding the distribution of my claim in the Celsius Network LLC bankruptcy case (Case No. 22-10964). As an Australian creditor, I held approximately $45,000 in Celsius at the time of the bankruptcy filing.

According to the court-approved distribution plan, my claim was designated for distribution through Coinbase. However, I have encountered significant delays in receiving my funds due to an unresolved Know Your Customer (KYC) verification process with Coinbase. Despite submitting all necessary documents three months ago, my KYC verification remains incomplete.

While I understand the importance of KYC compliance, the extended delay has caused me significant concern.  On February 16th 2024, I received notification that Coinbase would no longer be used for my distribution.  Unfortunately, I have not received any further communication regarding an alternative distribution method.

Given the substantial value of my claim, I am understandably anxious about receiving my rightful share of the bankruptcy distribution. The lack of communication and the unresolved KYC issue have caused me undue stress and uncertainty.

I respectfully request the Court's intervention to help resolve this matter.  Perhaps an alternative distribution method can be established for Australian creditors encountering similar difficulties with Coinbase.  Additionally, any information regarding the status of my claim or potential next steps would be greatly appreciated.

Thank you for your time and consideration.

Sincerely,

Pooya Sadeghianvarian
Email: a.b.mangore@gmail.com