Dear Honorable Judge Glenn,

I am writing to plead for assistance with my claim with the distribtutions to creditors in the Celsius case No. 22-10964.  I write this letter deeply concerend with the current situation as I have not received my claim or my shares to date. I have completed all the required steps for distribution, and I am unable to get any answer or action from Stretto. I am a creditor with an earn claim, from France, I pay my taxes, I'm compliant, and do everything by the book. There shouldn't be any reason why we're in this situation. I am asking the court to please step up for creditors because we have nowhere else and no one else to turn to

Since January 31st, date the celsius plan went into effect, while some got their claims, many like me still wait in limbo. Some have issues with Paypal, other with coinbase, or directly with Stretto. I believe I'm just another creditor begging for help at this point.

On the 16th of february I received an email stating that there my claim distribution encountered an Error at Coinbase. They claim that my email adress on coinbase and celsius isn't the same. Which was true, but did what they suggest to do : «if you cannot change your email with coinbase, please change it on the celsius app», which I did before even receiving their email. So if all was done cor-reclty celsius/stretto should have been able to match my coinbase account. Why they didn't made the change or why they claim not to have this information is above me.

I have since then sent several emails to Stretto with both email adresses used on both accounts. I have also tried to change my email at coinbase afterwards, but according to coinbase support I cannot change it while there is a bankrupcy procedure : «Coinbase and other platforms may temporarily lock the ability to change important account details like email if there is an ongoing legal/bankruptcy process involving those accounts (like the Celsius situation)». They've told me to keep writing to Stretto, which I did, with no answer whatsoever.

I still haven't received my claim distribution. There's no communication from Stretto. This is highly wrong.

I'll rewrite the main informations I have given both to coinbase and Stretto :

On celsius : alex.morzy@gmail.com
on coinbase : sansanek.mourziouka@gmail.com
My ID has been verified on both platforms and is the same : Alexandre Morzy
So is my passport verification on both platforms.

I've tried to write to Mr Kirkland, to Stretto, to Celsius. Nothing seems to be working, no one seems to be able to help me. It shouldn't be that hard if the both parties have the informations required.

While contacting coinbase, here's what they're saying : «Stretto is the court-appointed claims agent handling the Celsius bankruptcy case. They would be responsible for any distributions, not Coinbase.

You should contact Stretto directly via their website support to inquire about the status of your claim/distribution and clarify any email/account issues on their end.»

When trying to contact Stretto, I get no answer at all.

So here I am writing to you in hope of some help.

I would like to express my concerns about not receiving my distribution, nor receiving any email

whatsoever.

Its been quite some time now and I haven't got back from stretto at all. Coinbase and Mr Kirkland are both saying to talk to them, but they're not answering nor acting.

With the rising price of Bitcoin I am sure you understand that not only is this lack of urgency deeply upsetting and worrisome but the fear of being rug pulled again by this company and being offered a cash settlement instead is causing great anxiety along with other financial issues I have been suffering.

I firmly believe that a resolution through coinbase is within reach. Could you help me get back my hard earned savings accumulated through hard work and dedication and lost when I had trusted celsius with it and was wrongfully deceived.

I don't know if the court will read this email, but I hope it will help solve the current issues.

I need some help with this matter. Please help the creditors get their claim back.

Below you can find the emails exchanged between me and stretto and coinbase.

Thank you in advance

Best

Alexandre Morzy

Dear ALEXANDRE JEAN PIERRE MORZY

You are receiving this email because no Coinbase account was found matching the details on file for you. As such, Coinbase was unable to complete your claim distribution.

**Action Required**

- **Ensure you have an active account at Coinbase using the same email address used for your Celsius account.**
    1. If you do not already have an account at Coinbase, please [create an account](#)
    2. If you already have an existing Coinbase account, ensure the email address matches the email associated with your Celsius account. [How to change your Coinbase account information](#)
- **Ensure your personal information is up to date and accurate in your Celsius Account, including your email and date of birth.** This information will be used to verify your identity for your claim distribution with your Coinbase account, and must match your government issued ID.

**It is recommended that you change the email associated with your Coinbase account to match your Celsius information.** In the event that you cannot change your email address with Coinbase, you can add an email address to your **Profile** within your Celsius App account by adding a new **"Distribution Email."** At this time, the Distribution Email will only be used to match your account to facilitate your claim distributions and **will not** be used for communications, nor will it affect your login credentials for the Celsius App.

**If you have questions or need further support**
We *strongly* suggest you refer to the [Distributions FAQ](#) and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on our Chapter 11 cases are available on [cases.stretto.com/celsius](#) or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

**Alexandre Morzy** <alex.morzy@gmail.com>    lun. 4 mars 11:46 (il y a 8 jours)
À celsiussolicitation, CelsiusCreditorQuestions

Dear celsius / stretto, Mr Kirkland,

I am writing to you today to share my concern that deeply affects my financial and emotional stability. I have been made aware that my claim was accounted for within the very long list of claimants. But I haven't received yet any email notifying me that my claim distribution was ready to be processed. In fact I believe there's some issue regarding my emails, despite my best efforts and numerous hours spent with both celsius and coinbase "support". Even though I have written to you in regard to this matter : the email address I use on both platforms was different, but for some reason coinbase doesn't allow me to change it. So I wrote to celsius so they can change it on their side, and provided both emails, so that they can verify my identity on both ends : For information, here are again both email addresses :

On celsius : alex.morzy@gmail.com
on coinbase : sansanek.mourziouka@gmail.com
My ID has been verified on both platforms and is the same : Alexandre Morzy
So is my passport verification on both platforms.

I firmly believe that a resolution through coinbase is within reach. Could you help me get back my hard earned savings accumulated through hard work and dedication and lost when I had trusted celsius with it and was wrongfully deceived.

I'd like to point out that my identity has been verified and I can at any moment provide any further information you would need, passport etc.... or even go through state channels if needed as I am a European and French citizen.

I'm also writing in regard to the convenient class, and since my claim is around 6500$ (so between 6045 and 9333$ (the optional reelection claimants) I would like to opt out of the convienance class in order for my claim to still be at what it is worth now (6500$ as of writing) and not 5000$ as it doesn't make sense for it to be lower than what it actually is.

I am writing this letter to you to ask you kindly if to extend the period in which creditors such as myself and many others, have time to claim their distribution through their assigned distribution agent.

Many thanks

Regards

Alexandre Morzy

---

**CelsiusCreditorAnswers** <CelsiusCreditorAnswers@kirkland.com>    lun. 4 mars 16:46 (il y a 8 jours)
À moi

Traduire en français

Alexandre,

Please understand that the motion regarding convenience claim elections has not yet been approved by the Court, so we are not able to note your opt-out election at this time. This motion is currently scheduled for consideration at the March 20, 2024 Omnibus Hearing at 10:00 a.m. Please continue to monitor the docket for any updates.

If you have already submitted a request to Stretto through https://cases.stretto.com/Celsius/contact-us/, please continue to be patient and Stretto will respond to your inquiry as soon as possible. **Please understand that Kirkland does not have access to your claim codes, nor does Kirkland have the ability to make your distribution through Coinbase**. For assistance with your distribution, please continue to work with the Stretto distribution team.

Please also understand that you will receive an automatic response after submitting your inquiry, but that **your inquiry has still created a ticket that will be responded to as soon as practicable**. The automatic response is simply to provide relevant information to creditors quickly and is not the only communication you will receive.

Thank you,

KIRKLAND & ELLIS LLP

---

**Alexandre Morzy** <alex.morzy@gmail.com>    lun. 4 mars 17:22 (il y a 8 jours)
À CelsiusCreditorAnswers

Thank you for your response.

I will continue to work with the stretto distribution team.

Many thanks

Regards

Alexandre Morzy

Dear Celsius/stretto

I'm sending you mail after mail, and can't get one email from you.

What is going on ?

I still haven't received my claim distribution. There's no communication from your side. This is highly wrong, as I know some customers were able to get their distribution.

Could you tell me where the situation is at currently ?

I'll rewrite the main informations :

The email address I use on both platforms was different, but for some reason coinbase doesn't allow me to change it. So I wrote to celsius so they can change it on their side, and provided both emails, so that they can verify my identity on both ends : For information, here are again both email addresses :

On celsius : alex.morzy@gmail.com
on coinbase : sansanek.mourziouka@gmail.com
My ID has been verified on both platforms and is the same : Alexandre Morzy
So is my passport verification on both platforms.

I've tried to write to the judge who told me to write to you (with no response), and then to coinbase support team and here's what they told me (basically to write to you) :

"Coinbase and other platforms may temporarily lock the ability to change important account details like email if there is an ongoing legal/bankruptcy process involving those accounts (like the Celsius situation).

Stretto is the court-appointed claims agent handling the Celsius bankruptcy case. They would be responsible for any distributions, not Coinbase.

You should contact Stretto directly via their website support to inquire about the status of your claim/distribution and clarify any email/account issues on their end."

SO here I am writing to you again and again, on both Kirkland and Coinbase councel.

I firmly believe that a resolution through coinbase is within reach. Could you help me get back my hard earned savings accumulated through hard work and dedication and lost when I had trusted celsius with it and was wrongfully deceived.

I need you to act now.

Hi Alexandre, I'm Gaurav. I'm going to take a few moments to review any previous conversations and open your account. In the meantime, if you wish to provide additional details about what you're experiencing, you're more than welcome to do so.
08:41 PM
I am writing to you today regarding an issue with the celsius distribution :

In the previous conversation I had I was supposed to change my email, (even though I've given you at coinbase and at stretto/celsius) both emails I was using on both platforms. I still didn't got back from Stretto. and I still can't change my coinbase email (there's no way to write a new and save it). Is it because you've spoken to stretto, and they're about to send you the distribution ? or is it something else ?
08:43 PM
☐

Thanks for sharing the details. Please allow me a few minutes to review your account.

It's been a while since your last response. Please respond to continue the conversation.
08:48 PM
well I'm waiting
08:48 PM
Just for infrmation, my ID is verified, you both have my emails, just tell me what's going on
08:51 PM
☐

Thank you for waiting. I appreciate your time and patience.

thanks. can you tell me what's going on ?

08:52 PM
☐

It sounds like there may be some confusion or issues with changing your email address associated with your Coinbase and Stretto/Celsius accounts. A few things to note:

Coinbase and other platforms may temporarily lock the ability to change important account details like email if there is an ongoing legal/bankruptcy process involving those accounts (like the Celsius situation).

Stretto is the court-appointed claims agent handling the Celsius bankruptcy case. They would be responsible for any distributions, not Coinbase.

You should contact Stretto directly via their website support to inquire about the status of your claim/distribution and clarify any email/account issues on their end.
08:52 PM
I already did send an email to stretto, but haven't got any response. I did send them the email I use on coinbase, they also have MY ID verified. They're just not responding. I don't know what to do.

Can you guys talk to them ? and get back to us (I believe i'm not the only one in this situation).

Many thanks in advance.

Best


I hope I was able to address all of your concerns today. If there is anything else that I can look into for you, please let me know.
09:01 PM

no that was all. thanks for your help. I hope this situation gets sorted out

I'm glad to have provided all the information that you need,it has been a pleasure assisting you today,Alexandre. Thanks for being part of Coinbase, Have a great day!
09:04 PM