**Dry Dog Investments LLC**
15 Sandstone Cove
Park City, UT 84060
LLC Managing Member: Timothy Tyson Andrus


To Whom It May Concern:

Dry Dog LLC was identified as one of the top 100 corporate creditors and as such was to be received the bankruptcy distribution in crypto (as voted via ballot), per the email from Celsius pasted on pg2.

As one of the largest corporate creditors I take the biggest hit with a cash distribution that I did not ask for. Additionally, My Celsius entity (Dry Dog Investments) has had a Coinbase Institutional account for multiple years. It has been made known that every corporate account would not receive a crypto distribution because Coinbase couldn't accommodate all the creation of new corporate accounts BUT that doesn't even apply to my case, which could've been received crypto at any time since all in KYC and information is accurate and complete.

Please help make my extreme losses less extreme by simply distributing my settlement in the way I was requested and was promised.

Regards,

Timothy Tyson Andrus
Dry Dog Investments – managing member
tandrus07@gsb.columbia.edu

ello@celsius.network>  Thu, Dec 28, 2023, 4:39 PM

 Celsius

Dear Customer,

You are receiving this email because we have identified that you are a creditor eligible to receive distributions, according to the Plan, which was approved by the Bankruptcy Court in November. Distributions are expected to begin on or around the Effective Date, the date the Plan enters into force, unless otherwise communicated to you.

**What you need to know:**

- **Distributions:** As stated in the Plan, Celsius is working with its distribution partners - Coinbase and PayPal - to help facilitate the distribution of cryptocurrency, and distributions will not take place through the Celsius Platform. For those receiving dollars (USD), you will receive specific instructions at a later date on how those funds will be made available to you.
- **Celsius Mobile & Web App:** Celsius will wind down its operations, including discontinuing the Celsius mobile and web apps. Beginning on or around February 27, 2024, the Celsius app will no longer be available on iOS or Android devices and the web. How to download your transaction history

**How to prepare for your claim distributions:**

1. **Confirm Your Personal Information:** In order to avoid delays in collecting your distribution and prior to the discontinuation of the Celsius mobile and web apps, we strongly encourage you to ensure that your personal information is up to date and accurate in your Celsius Account - including your full legal name, contact email, and date of birth. **This information will be used to match your identity for your claim distribution, and must match the information on your government issued ID**. How to manage your personal information

2. **Update Your Residency Information:** If you have moved, please update your mailing address. Instructions for doing so can be found here.

3. **Check Your Email:** Soon you will receive further instructions from Stretto about next steps and any actions you need to take. Please pay close attention to incoming emails in the coming weeks, as they may include important next steps and additional actions required of you.

4. **Stay Informed:** We encourage you to stay informed by opening and reviewing email communications from Stretto and Celsius, which will contain important information on the timeline of distributions, actions required, your specific distribution partner, and instructions for how to receive your distribution.

5. **Stay Alert:** Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will