# My inquiry to Stretto on February 18th, 2024

On Sun, Feb 18 at 1:42 PM , KHOA HUU <khoa.ngo@hotmail.com> wrote:

I have 1.56 BTC in my Celsius custody account.  I only received 0.00034212 BTC from the distribution so far.

Will there be another distribution schedule?  Is there anything you recommend me to do at the moment or do i just wait.

Is there also a stock distribution?

Below is screenshot of my balance on the Celsius App.




**Stretto on February 18th, 2024 Respond to my Inquiry**

**Re: Distribution is significant less than what I have on my Celcius Account**

Celsius Distribution <celsiusdistribution@stretto.com>

Fri 2/23/2024 9:57 AM

To:khoa.ngo@hotmail.com <khoa.ngo@hotmail.com>

Hello,

Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible.

Please refer to the Plan [Docket №4289], the Disclosure Statement [Docket №3332], and the Notice of Effective Date [Docket №4298] for information about the composition of distributions and estimated recoveries. The Notice of Effective Date includes an illustrative recovery for an Earn creditor (see Appendix A).

As indicated in the Disclosure Statement, recovery percentages depend on a number of factors, including the value of BTC and ETH and the implementation of the MiningCo Transaction. As a reminder, creditors hold different Claims (or combinations of Claims) against the Debtors and may have been eligible for different elections and settlements during the voting on the Plan. Accordingly, creditor recoveries are highly individualized and dependent on a variety of factors.

Balance information currently displayed in the Celsius app is not reflective of the value used to calculate your claim. Celsius filed for bankruptcy on July 13, 2022, and the value of your claim was calculated in US dollars based on the assets showing in your Celsius account on the bankruptcy filing date (the Petition Date).

We strongly suggest you **continue to review the Distributions FAQ,** as we are making regular updates. You may be able to receive information more quickly than if you contact our support team due to the high volume of creditor inquiries.

We will be in touch with you if and when we have any more information to provide.

Regards,
Stretto

# Your Celsius Claim distribution in BTC was received at Pay

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.co

Tue 2/13/2024 1:19 AM

To:khoa.ngo@hotmail.com <khoa.ngo@hotmail.com>

Dear KHOA HUU NGO

You are receiving this email to confirm that your claim distribu
was **successfully completed** at PayPal or Venmo

| Claim Distribution Type |
|---|
| Claim Distribution Amount |

If you did not receive this claim distribution please immediate
support at cases.stretto.com/celsius.

**If you have questions or need further support**

We *strongly* suggest you refer to the Distributions FAQ if you
further assistance before contacting support. We are current
number of inquiries, and we appreciate your patience while w

# You have a Celsius Claim in BTC available at PayPal or Venm

Stretto Celsius Network <no-reply@cases-cr.stretto-services.com

Mon 2/12/2024 8:52 AM

To:khoa.ngo@hotmail.com <khoa.ngo@hotmail.com>

Dear KHOA HUU NGO

You are receiving this email because your claim distribution is **collect at PayPal or Venmo.**

Please find your claim information in the table below:

| Claim Code* | 463099a9-5c18-4e4c |
|---|---|
| Claim Distribution Type | BT( |
| Claim Distribution Amount | 0.0003 |

*Note: Each cryptocurrency asset you are entitled to as part o will have a unique claim code. This email includes information you are eligible to receive both BTC and ETH, you will receive your claim information for each asset.

**Important information on the PayPal or Venmo distributio**

- You are receiving your claim distribution in cryptocurren or Venmo. As previously communicated and stated in th platform will not be facilitating your distribution.
- Your claims for cryptocurrency must be completed on th example, if you claim your BTC on PayPal, you must al PayPal. If you claim your BTC on Venmo, you must also

You have a Celsius Claim in BTC available at PayPal

5. Once submitted, PayPal or Venmo will process your cla
identity matches the identification information you have
6. When your claim is confirmed, you will receive an email
notifying you of a deposit into your PayPal or Venmo ac

At this point, you have successfully collected your claim and n required.

Distribution FAQ

**If you have questions or need further support**
We *strongly suggest* you refer to our Distribution FAQ if you h assistance with this process before contacting support. We ar large number of inquiries, and we appreciate your patience wh each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on c or through our X account (formerly Twitter) @CelsiusNetwork

**Stay Alert**