Dear Honorable Chief Judge Martin Glenn,

I am writing, because to this date I have not received my In Kind crypto payment promised by Celsius and described in the plan approved by your court.
After a confirmation email from Celsius saying that I would be paid via Coinbase and despite having matching emails, documentation and living in a clear zone for Coinbase payments,
I have received an email saying that I could not be serviced by Coinbase.
I have contacted Celsius and only received an automated response.
Below you will find the print screens of the emails and the accounts details of Coinbase and Celsius.
Also Honorable Chief Judge Martin Glenn, please take note that my payment was planned to be paid in crypto since then,
It has been an appreciation in value if I am paid in USD so difference of several thousand dollars will be in question, unless the usd view is paired with the crypto.
This has been a painful process, hope this can be resolved and clarified with the help of Honorable Chief Judge Martin Glenn.

Best regards,
Tito Vidinha

## Coinbase account details



## Celsius account details    Note - Same email and personal info



## Email from Celsius saying I cannot be serviced by Coinbase



## Reply Email from Celsius after I questioned about the reason I could not be payed via Coinbase



## Email from Celsius saying I will be payed via Coinbase (hence in crypto)

