Dear Honorable Judge Glenn,

I am a Celsius creditor growing increasingly concerned that I will not see any distributions due to me. I filed a support ticket with Stretto on Feb 20th and only received their standard auto-reply back, my further email communications have not been replied to.

As you can see below, my claim was correctly recorded in the initial filings, but I have not received any communication or emails containing the claim codes or instructions to claim these assets. I have diligently checked my email inbox, including spam and junk folders, but I have not found any correspondence related to these claim codes. I am receiving generic notifications from Stretto about the case and other communications not related to my claim, so I know my email is working for them. But nothing related to my claim so far.

If there are any additional steps or procedures that I need to follow to resolve this matter, please kindly inform me, and I will promptly comply with any requirements. Thank you for your attention to this matter. I appreciate your assistance in ensuring that all creditors, including myself, receive fair treatment and access to their rightful assets in this bankruptcy case.

Sincerely,

Logan Roberts

Debtor Name: Celsius Network LLC   22-10964-mg   Doc 974-1   Filed 10/05/22   Entered
Schedule F
3197 of 5005
Non-Priority Unsecured Retail Customer Claims

| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT |
|---|---|---|---|---|---|
| 3.1.339987 | LOGAN ROACH | ADDRESS REDACTED | | | AAVE 0.000125596082249294<br>ADA 0.0254364027774778<br>BCH 0.000011516557037184<br>BTC 0.000011787999258688<br>CEL 0.106590972513413<br>COMP 0.001830882235233<br>DASH 0.000423913923083237<br>ETH 0.000002546514842355<br>LTC 0.000345373514844274<br>MATIC 0.002819636641418154<br>MCDAI 0.03057465879063<br>OMG 0.00584202115089443<br>SGB 24.0222029771943<br>SNX 7.56092088916785<br>UMA 1.20667104339877<br>UNI 0.0271968923027234<br>XLM 0.0107793652163951<br>XRP 0.152091482194392 |
| 3.1.339988 | LOGAN ROANE | ADDRESS REDACTED | | | AAVE 0.000210294685188819<br>AVAX 0.000288871472070667<br>BTC 0.00047112218887114<br>DOT 0.0370367159734514<br>ETH 0.0514055614727137<br>LTC 0.000665047524553295<br>MATIC 1228.09561017386<br>SNX 0.0061886334073312<br>USDC 0.0351875660584683 |
| 3.1.339989 | LOGAN ROBERT DAVIS | ADDRESS REDACTED | | | BTC 0.00609561780658208<br>ETH 0.017839188298079 |
| 3.1.339990 | LOGAN ROBERTS | ADDRESS REDACTED | | | ADA 0.1855541929192<br>BTC 0.0527518815487745<br>DOT 0.0375331358001671<br>ETH 0.000553855831550163<br>LINK 0.0115518549942997<br>MANA 0.0285792338337686<br>MATIC 517.277261486965<br>USDC 0.000897488785294202<br>XLM 0.250905630114651 |
| 3.1.339991 | LOGAN ROBITAILLE | ADDRESS REDACTED | | | BTC 0.000016218634134144 |