Dear Honorable Martin Glenn,

I am Palita Srisaikham, a Thai citizen and resident who is a creditor of Celsius. I require your assistance in resolving issues encountered while attempting to open an account with Coinbase. Despite the documentation provided by Celsius and Stretto indicating Thailand as a supported nation, it appears that Coinbase does not currently offer its services within the country. My attempts at communication have been unfruitful, and the only contact number provided is affiliated solely with their US branch which has acknowledged its lack of support for Thailand. It seems evident that despite Coinbase's global reach, its operations within the US do not extend extensively enough to encompass Thailand. Moreover, when I contacted Coinbase support on X, they informed me that their support for Thailand is limited; this inconsistency leaves me without any answer or recourse.

Obtaining clear answers on this matter has proven challenging. I am left wondering where Stretto and Celsius obtained information suggesting that Coinbase operates in Thailand. This issue must be resolved promptly, especially considering the appreciating value of BTC since January 15th - a staggering 60% increase - which could result in a loss of over $250,000 if I receive USD instead of coins; my claim through Celsius exceeds $850,000. The fact that Celsius has already taken possession of my coins exacerbates concerns over another potential theft; where is justice and fairness?

Celsius has devoted millions towards facilitating coin distribution but remains limited exclusively to utilizing Coinbase for global investors even though alternative KYC exchanges persist as feasible alternatives.

As international creditors we remain uncertain about how we can obtain our coins securely despite possessing accounts on fully KYC-compliant exchanges such as Binance,Kraken,and Bank To The Future from which delivery ought to be possible. Is there an alternative approach available for creditors to prevent being defrauded of their assets?

Although Celsius has calculated the exact amount of coins owed to me, as they have indicated that I will receive my coins through Coinbase, it is imperative for them to utilize current market prices in their conversion process. This measure will ensure that any potential losses are avoided in case they need to dispense USD instead of the designated coins. Additionally, timely transferal of funds would enable a prompt repurchase without any delay.

Thank you very much for your support ,and i sincerely hope Celsius & Stretto will devise effective solution enabling me obtain my coins.

I will integrate the communications received from Coinbase, albeit without yielding a definitive resolution. Despite dispatching over 40 messages to Coinbase, Celsius and Stretto, their responses remain unaltered - failing to produce any discernible outcomes or elicit any replies.

Best regards,

Palita Srisaikham
Psrisaikham1973@outlook.com
+66867937337 (Thailand)
+12709085016 (USA) Voice Mail



**Yesterday**

I recognized your frustration on this matter, @Clipper1964. I can't imagine how upset I would be in your situation. You deserve far better than this level of service. Unfortunately, as I have checked your case, our team is still working on it. The completion time depends on the details involved in each individual case or account. Once we already have an update available for you, we'll surely let you know.

In the meantime, please let me know how I can assist with anything else.

4:36 AM  

  Start a message

