# Emshwiller Mining Company LLC.

717 Sunflower Ct.
Purcellville, VA 20132
703.517.2443
Adam@emcdigital.io

March 12, 2024

To Honorable Martin Glenn, Chief Judge,

Emshwiller Mining Company LLC. is a Limited Liability Corporation that has a proof of claim associated with the Celsius bankruptcy case, case number 22-10964. We have been notified by email on February 7, 2024 that our claim would be processed and mailed to our address below in the form of a check for U.S. Dollar equivalent.   We have not received a check from Celsius and we have not been notified about its status. I am concerned that the distribution is not going to be fulfilled as dictated by the Bankruptcy courts as there as been no communication from the Celsius team regarding the status of this check.

Best regards,

## Adam Emshwiller

Founder, CEO

