Hello,

My name is Felipe Ferraz Sako, from São Paulo - Brazil.

This is the email from Celsius for all coins that I have:

**Celsius Account Email:** ffsako@gmail.com
**Creditor Name:** FELIPE SAKO
**Address 1:** Rua Rio Grande do Sul 759
**Province:** São Caetano do Sul, 9510021

Your claim is listed on Schedule **EF Part 2** as a General Unsecured claim comprising of the coin(s) listed in the table below. Your claim **IS NOT** subject to an offset.

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|------|--------------|-----------------|------------------|-------------------------------|
| Cardano (ADA) | 0.160483907763773 | 0 | 0 | 0 |
| BNB (BNB) | 0.000234880775609727 | 0 | 0 | 0 |
| Bitcoin (BTC) | 0.334417339655003 | 0 | 0 | 0 |
| Celsius (CEL) | 0.00141567046058926 | 0 | 0 | 0 |
| Ethereum (ETH) | 1.51214719697209 | 0 | 0 | 0 |
| USD Coin (USDC) | 1.79068904784478 | 0 | 0 | 0 |

I haven't receive my distribution claims yet. On the 16th of February, I received this email below saying that: *IMPORTANT: We are unable to process your claim at Coinbase*



Since then, I have been trying to have a solution for Celsius but the only answer that I got was this email on 26th February



Now, it has been almost a month since Celsius started their distribution and they haven't done anything and didn't give any position when I will receive my coins back.

Please I beg for help with my case. I am from Brazil and it's difficult to get information about it from here.

Sincerely
Felipe Sako