Monique D. Jewett-Brewster (State Bar No. 217792)
mjb@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:      (408) 286-9800
Facsimile:       (408) 998-4790

Attorneys for Creditor Jonathan Jerry Shroyer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL**
**FROM SERVICE LISTS AND ELECTRONIC NOTICING**

PLEASE TAKE NOTICE that the law firm of Hopkins & Carley, a Law Corporation, and attorney Monique D. Jewett-Brewster ("Hopkins & Carley"), hereby withdraws its appearance as counsel to Creditor Jonathan Jerry Shroyer ("Shroyer") in the above captioned bankruptcy case. Hopkins & Carley also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

4854-3243-5373.1

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the Southern District of New York remove them from the electronic noticing matrix for the above captioned bankruptcy case.

Dated: March 13, 2024                                HOPKINS & CARLEY

By: */s/ Monique D. Jewett-Brewster*
Monique D. Jewett-Brewster
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Telephone:  (408) 286-9800
Fax:  (408) (408) 998-4790
Email:  mjb@hopkinscarley.com
*Attorneys for Creditor*
*Jonathan Jerry Shroyer*

4854-3243-5373.1

## CERTIFICATE OF SERVICE

I certify that on March 13, 2024, this office caused the within *Notice of Withdrawal of Appearance and Request For Removal From Service Lists and Electronic Noticing* to be served upon all parties via the Court's CM/ECF electronic filing system.

Dated:  March 13, 2024

*/s/ Natalie D. Gonzalez*
Natalie D. Gonzalez

4854-3243-5373.1