Jyotin Lad
1 Geylang East Avenue 2
Sims Edge 10-02
389760

Dear Sir/Madam,

I am writing to let you know that I still have not received my Celcius claims through Coinbase. I received an email from Stretto informing me that a crypto distribution was tried but unsuccessful as my address was not matching. I since fixed it as the address was not completely matching in the way it was written, but have heard nothing since.

I would like to receive my crypto rather than any payout so would prefer if this could be addressed.

Kind Regards,

Jyotin Lad