Dear Honorable Judge Glenn,

I write this letter with concern about how distributions are being handled to creditors in the Celsius case No. 22-10964. I am a creditor with an earn claim. I received 2 emails with claim codes on February 12th, one for BTC and one for ETH. I attempted to receive my distribution through both paypal and venmo, but both companies said they are unable to redeem that code and to contact Stretto for more information. I have submitted multiple tickets to them and attempted to call with no one to answer or respond to messages left. The tickets submitted generate generic auto-reply's that offered no help or way to get what is owed to me. I am concerned that I will not receive any of my investments back from this. My claim is worth close to 6 figures, so this is not a small amount.

I am worried the debtors rushed this process before they were prepared, so that highly paid employees would get their bonuses after causing the bankruptcy in the first place. I guarantee their paychecks are going through while creditors like myself are left holding an empty bag. I also worry that, while I am supposed to receive my claim in crypto, they will try to give me dollars instead at a much lower exchange rate than BTC and ETH are currently trading.

I implore you to try and get the debtors to respond to those of us that have not been able to receive our distributions yet. Please compel the debtors and the plan administrator to do what's right by the creditors.

Thank you,

Brent Meyer