12 March 2024

Dear Judge and/or Officers of the Court:

I am frustrated with this wind down and the return of my crypto assets as a claimant in the Celsius bankruptcy case. I have emailed Stretto several times and have heard nothing in return.

I have received about ½ of my claim and have successfully moved BTC to my personal account with Venmo.

I should have received approx. 1.687936 BTC. I received 0.88969719 BTC. I have been expecting another email for an additional ~.80 BTC or ~14 ETH; however, I have NOT received a separate email for any ETH or additional BTC that is due to me.

My original email I received on 8 February stated the following:
*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.*

This has not happened. According to Celsius/Stretto all emails have been sent. Again, I have NOT received a second email for the balance of my claim.

I believe the court approved $70M for the Wind Down as well as another $165M Priority Admin Claims & Other Emergency Uses. That is $235M allocated to get claimant's claims paid. That is a lot of money to have a settlement process that is not working. No one is returning messages. I am very frustrated. Why does stretto not have a phone number to help with these issues if they are being paid hundreds of millions of dollars?

How or what can I do to resolve this issue? As a very frustrated and disheartened creditor (to say the least), what can I do? Stretto is not responding and Celsius is no longer.

Respectfully frustrated,
Jason

**Earn Claim**

| Coin | Petition Value | Quantity | Claim Value | Coin |
|---|---|---|---|---|
| BTC | $ 19,881.00 | 3.474987 | $ 69,086.22 | CVX |
| ETH | $ 1,088.17 | 26.731151 | $ 29,088.06 | DAI |
| USDC | $ 1.00 | 3810.406953 | $ 3,810.41 | DASH |
| USDT | $ 1.00 | | $ - | DOGE |
| SOL | $ 34.2417 | | $ - | EOS |
| MATIC | $ 0.6094 | | $ - | ETC |
| DOT | $ 6.36078 | | $ - | GUSD |
| AAVE | $ 78.2429 | 12.768477 | $ 999.04 | KNC |
| ADA | $ 0.4270 | | $ - | LINK |
| 1INCH | $ 0.5817 | | $ - | LPT |
| AVAX | $ 18.4904 | 55.421267 | $ 1,024.76 | LTC |
| BADGER | $ 3.2854 | | $ - | LUNC |
| BAT | $ 0.3762 | 5626.368503 | $ 2,116.73 | MANA |
| BCH | $ 100.5469 | 0.002406 | $ 0.24 | MKR |
| BNB | $ 226.9261 | | $ - | OMG |
| BNT | $ 0.4500 | 0.683752 | $ 0.31 | ORBS |
| BSV | $ 50.9902 | 1.138727 | $ 58.06 | PAX |
| BTG | $ 50.9902 | | $ - | PAXG |
| BUSD | $ 1.00 | | $ - | SGA |
| CEL | $ 0.2500 | 263.5749 | $ 65.89 | SGB |
| COMP | $ 47.3304 | 5.975845 | $ 282.84 | SGR |
| CRV | $ 1.0328 | | $ - | SNX |

Total Claim Value: $ 119,311.89
Total Claim Value +5%: $ 125,277.48

| Liquid Crypto Distributions (57.9%) | |
|---|---|
| Total Distribution Value (in $): | $ 72,535.66 |
| BTC Distribution (28.95%): | 0.843968 BTC |
| ETH Distribtuion (28.95%): | 14.073663 ETH |

**ShitCo Stock (14.9%)**
Cash Value:                $ 18,666.345
Shares (Valued $20 each)           933.32 shares

**Illiquid Assets Recovery (6.4%)**  $    8,017.759   *expected to be recovered from sale of illiquid assets over several year

**Petition**
BTC
ETH

**NOTE**
These two numbers should be the s

| To CHECK if you were accurately paid the correct amount: | |
|---|---|
| Amount of BTC Received: | 0.889697 BTC |
| Amount of ETH Received: | 0.000000 ETH |

Total Claim Value Distributed:    $    38,232.96  **This number should match (or be close to) the total distribution valu

| Petition Value | Quantity | Claim Value | Coin | Petition Value | Quantity | Claim Value |
|---:|---:|---:|---|---:|---:|---:|
| $ 6.0876 | | $ - | SPARK | $ - | | $ - |
| $ 1.00 | 31.858728 | $ 31.86 | stETH | $ 1,088.17 | | $ - |
| $ 41.7996 | 10.323076 | $ 431.50 | SUSHI | $ 1.2141 | | $ - |
| $ 0.0611 | | $ - | TAUD | $ 0.6748 | | $ - |
| $ 0.92936 | | $ - | TCAD | $ 0.7701 | | $ - |
| $ 14.1275 | 118.802033 | $ 1,678.38 | TGBP | $ 1.1881 | | $ - |
| $ 1.00 | | $ - | GHKD | $ 0.1274 | | $ - |
| $ 1.2634 | | $ - | TUSD | $ 1.00 | | $ - |
| $ 6.0772 | 950.690543 | $ 5,777.54 | UMA | $ 2.4874 | | $ - |
| $ 8.0336 | | $ - | UNI | $ 6.0145 | 262.51168 | $ 1,578.88 |
| $ 48.7560 | | $ - | UST | $ 0.0395 | | $ - |
| $ 0.0001 | | $ - | WBTC | $ 19,852.24 | | $ - |
| $ 0.8004 | | $ - | WDGLD | $ 168.0000 | | $ - |
| $ 839.8922 | | $ - | XAUT | $ 1,741.39 | | $ - |
| $ 1.7196 | | $ - | XLM | $ 0.1042 | | $ - |
| $ 0.0401 | | $ - | XRP | $ 0.3211 | | $ - |
| $ 1.00 | | $ - | XTZ | $ 1.4832 | | $ - |
| $ 1,738.84 | | $ - | YFI | $ 5,742.19 | | $ - |
| $ 1.2146 | | $ - | ZEC | $ 53.5416 | 16.540651 | $ 885.61 |
| $ 0.0260 | | $ - | ZRX | $ 0.2775 | 7620.313578 | $ 2,114.54 |
| $ 1.2146 | | $ - | ZUSD | $ 1.00 | | $ - |
| $ 2.4659 | 113.957557 | $ 281.01 | wETH | $ 1,088.17 | | $ - |

| Date Prices | | Effective Date Price | |
|---:|---|---:|---|
| $ 19,881.00 | BTC | $ 42,973.00 | |
| $ 1,088.00 | ETH | $ 2,577.00 | |

ame (or at least close). Otherwise your distribution received is not accurate

rs

ie (in $) above

Doc 1420    Filed 11/21/22    Entered 11/21/22 22:11:30    Main Document
Pg 5 of 5

Conversion Table
Petition Date USD Coin Prices as of 8:10 PM ET on 7/13/2022

| Coin | USD Price |
|---|---|
| 1INCH | 0.581744108 |
| AAVE | 78.24291593 |
| ADA | 0.427003308 |
| AVAX | 18.49035408 |
| BADGER | 3.285369715 |
| BAT | 0.37621662 |
| BCH | 100.546894 |
| BNB | 226.92614 |
| BNT | 0.450047559 |
| BSV | 50.99015321 |
| BTC | 19881.00134 |
| BTG | 15.14018234 |
| BUSD | 1 |
| CEL | 0.81565 |
| COMP | 47.33041601 |
| CRV | 1.032841943 |
| CVX | 6.08763006 |
| DAI | 1 |
| DASH | 41.79955662 |
| DOGE | 0.061140905 |
| DOT | 6.360775884 |
| EOS | 0.929357695 |
| ETC | 14.12753443 |
| ETH | 1088.170943 |
| GUSD | 1 |
| KNC | 1.263392739 |
| LINK | 6.077201511 |
| LPT | 8.033566927 |
| LTC | 48.75597218 |
| LUNC | 0.00009241 |
| MANA | 0.80042259 |
| MATIC | 0.609434275 |
| MCDAI | 1 |
| MKR | 839.8922442 |
| OMG | 1.71960007 |
| ORBS | 0.040053336 |
| PAX | 1 |
| PAXG | 1738.836303 |
| SGA | 1.214643649 |
| SGB | 0.026003699 |
| SGR | 1.214643649 |
| SNX | 2.465894386 |
| SOL | 34.24173443 |
| SPARK | 0 |
| SUSHI | 1.214062046 |
| TAUD | 0.6748 |
| TCAD | 0.7701 |
| TGBP | 1.1881 |
| THKD | 0.1274 |
| TUSD | 1 |
| UMA | 2.487366187 |
| UNI | 6.014518833 |
| USDC | 1 |
| USDT ERC20 | 1 |
| UST | 0.039474965 |
| WBTC | 19852.24182 |
| WDGLD | 168 |
| XAUT | 1741.393614 |
| XLM | 0.104188979 |
| XRP | 0.321111953 |
| XTZ | 1.483213139 |
| YFI | 5742.188874 |
| ZEC | 53.54163596 |
| ZRX | 0.277486691 |
| ZUSD | 1 |

22-10964-mg

Celsius Network Inc.
**MiningCo Plan Recovery Waterfall**
*$ in millions*
*Coin prices as of 1/16/2024*
*BTC = $42,973; ETH = $2,577*

BTC
ETH
Fiat
(-) Convenience / Withhold Distributions
**Total Liquid Assets for Initial Distribution**

MiningCo Valuation

**Total Value of Initial Distribution**

Illiquid Assets
**Total Distributable Value**

**Total Estimated Allowed Claims**[1][2][3]

Initial Liquid Cryptocurrency Distribution %
MiningCo Common Stock Recovery %
**Total Initial Distribution Recovery %**

Wind Down Period Illiquid Asset Recovery %
**Total Recovery %**

*(1) Excludes Convenience Claims & the Eligible 1*
*(2) Includes estimates for unliquidated claims re*
    *reserves are released, all remaining value will b*
    *subsequent distributions.*
*(3) Includes a 5% increase to claims where the H*
    *Claim Settlement.*

Doc 4298   Filed 01/31/24   Entered 01/31/24 17:38:30
Pg 12 of 16

|  | As of 1/16 Pricing |  |
|---|---:|---|
| $ | 1,495 | |
|  | 1,309 | |
|  | 269 | |
|  | (199) | |
| $ | 2,873 | [A] |
|  | 740 | [B] |
| $ | 3,613 | [C] |
|  | 318 | [D] |
| $ | 3,932 | [E] |
| $ | 4,966 | [F] |
|  | 57.9% | [A/F] |
|  | 14.9% | [B/F] |
|  | 72.8% | [C/F] |
|  | 6.4% | [D/F] |
|  | 79.2% | [E/F] |

!5% Withhold Distribution.
:serves. As claims are resolved and
be distributed to creditors in

tolder did not opt out of the Class

# Welcome Jason Robert

**$291,625.76**

| Coins | Available Coins |

### Bitcoin — $179,278.07
3.474987 BTC

| | |
|---|---|
| Custody | 0 BTC / **$0.00** |
| Earn | 3.474987 BTC / **$179,278.08** |

### Ethereum — $75,423.81
26.731151 ETH

| | |
|---|---|
| Custody | 0 ETH / **$0.00** |
| Earn | 26.731151 ETH / **$75,423.81** |

### Chainlink — $18,985.29
950.690543 LINK

| | |
|---|---|
| Custody | 0 LINK / **$0.00** |
| Earn | 950.690543 LINK / **$18,985.29** |

Portfolio | Transfer | Buy | Swap | Borrow

# Welcome Jason Robert

### USD Coin — $3,810.40
3,810.406953 USDC

| | |
|---|---|
| Custody | 0 USDC / **$0.00** |
| Earn | 3,810.406953 USDC / **$3,810.41** |



### Ethereum Classic — $3,168.45
118.802033 ETC

| | |
|---|---|
| Custody | 0 ETC / **$0.00** |
| Earn | 118.802033 ETC / **$3,168.45** |



### 0x — $2,588.14
7,620.313578 ZRX

| | |
|---|---|
| Custody | 0 ZRX / **$0.00** |
| Earn | 7,620.313578 ZRX / **$2,588.15** |



### Avalanche — $2,294.99
55.421267 AVAX

| | |
|---|---|
| Custody | 0 AVAX / **$0.00** |
| Earn | 55.421267 AVAX / **$2,294.98** |

Portfolio | Transfer | Buy | Swap | Borrow

# Welcome Jason Robert

**Uniswap**  $1,939.96
262.511680 UNI

| Custody | 0 UNI / $0.00 |
| Earn | 262.511680 UNI / $1,939.96 |

**Basic Attention Token**  $1,359.01
5,626.368503 BAT

| Custody | 0 BAT / $0.00 |
| Earn | 5,626.368503 BAT / $1,359.02 |

**Aave**  $1,171.50
12.768477 AAVE

| Custody | 0 AAVE / $0.00 |
| Earn | 12.768477 AAVE / $1,171.51 |

**Synthetix Network Token**  $418.22
113.957557 SNX

| Custody | 0 SNX / $0.00 |
| Earn | 113.957557 SNX / $418.22 |

Portfolio | Transfer | Buy | Swap | Borrow

## Welcome Jason Robert

### Zcash — $366.37
16.540651 ZEC

| | |
|---|---|
| Custody | 0 ZEC / **$0.00** |
| Earn | 16.540651 ZEC / **$366.38** |

### Compound — $346.41
5.975845 COMP

| | |
|---|---|
| Custody | 0 COMP / **$0.00** |
| Earn | 5.975845 COMP / **$346.42** |

### Dash — $298.33
10.323076 DASH

| | |
|---|---|
| Custody | 0 DASH / **$0.00** |
| Earn | 10.323076 DASH / **$298.33** |

### Bitcoin SV — $91.00
1.138727 BSV

| | |
|---|---|
| Custody | 0 BSV / **$0.00** |
| Earn | 1.138727 BSV / **$91.01** |

Portfolio | Transfer | Buy | Swap | Borrow

