Judge Martin Glenn
One Bowling Greem
New York, NY 10004-1408

Michael Chymbor
45 Shelley Rd.
Meriden, CT 06451

RECEIVED
MAR 1 4 2024
U.S BANKRUPTCY COURT

March 9 2024

Case #22-10964
Name in Celsius Mike Chymbor
mike@chymbor.com
203-213-4923

Dear Judge Glenn:

I have not received a claim code for my assets and been unable to recoup my losses. While not a large investment compared to many other investors, it is a considerable sum to me.

I see from emails that many others have received a claim code. Since the Celsius website has shut down, I implore you to intervene on my behalf.

Please call or email me if you have any questions.

Thank you for your time and consideration.

Sincerely:

Michael Chymbor