**DIPL. ING. WERNER SCHATTENMANN**
1170 Wien Neuwaldeggerstraße 9/2/8

Mobil +43 (0)664 242 09 59
E-Mail: schattenmann@akis.at

DI W.Schattenmann, 1170 Wien Neuwaldeggerstr.9/2/8

United States Bankruptcy Court
Southern District of New York

Honorable Martin Glenn, Chief Judge

**Coinbase Distribution issue**                    March, 13th 2024/judge0046

Dear Judge Glenn,

I opened an account with Coinbase and received my BTC and ETH distribution a few weeks ago. In order to withdraw the coins to my private wallet, Coinbase asked for KYC information.

I provided my passport information multiple times, however my submission was not accepted. I tried multiple times to resolve this issue (thru Coinbase help desk, online chat, phone calls, etc.), however Coinbase did not respond to any of my inqueries and my KYC is still pending approval.

I am turning to you, as I feel, that after more than 1 month trying to get my KYC thru the Coinbase system, I need your support to help resolve this issue so I can finally receive my coins. I would appreciate if you could appoint a Coinbase representative that Celsius customers like myself can contact directly on their issues. The regular Coinbase customer support is obviously not in a position to help resolving my issue.

Best regards

*[signature]*

DI Werner Schattenmann