14 March 2024
Honorable Judge Martin Glenn

Dear Judge Glen,
I am a teacher and my wife is unemployed. We make 60k annually and we have two kids.

We originally deposited 15k on Celsius. All of our savings.  At the time of petition our claim was ~$5990.  We have been put in the convenience class.  I want to express my dissatisfaction with the fact that we are so close to $6045, yet we are not included in ¨Mistaken Convenience Class Motion¨.  In fact, the small difference of ~$50 was spent filing a claim in small claims court against Celsius in June 2022.

In addition to not being included in the "mistaken convenience class", we also have NOT been able to redeem the claims codes we received on Feb 12th, 2024.  We have spent hours on the phone with paypal and also contacted stretto about 10 times.  We have received no help.

Please include us in the "mistaken convenience" class.   We have suffered enough.

Sincerely,

Juan Antonio Freires Abuin