**Allan Candelore**
**940 C Street**
**San Diego, CA 92101**
**(619) 246-9300**
allancando@gmail.com

March 15, 2024

US Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

      Re:   Celsius Bankruptcy (Case No. 22-10964 (MG))
              Claimants number: Account # 108119EBE9

Attn:  The Honorable Martin Glenn

I received instructions regarding the above-named account number from Stretto for both an Ethereum and Bitcoin distribution with claim codes.  However, after several attempts, we, the claimants, have been unsuccessful in receiving coins on either PayPal or Venmo.

Multiple attempts were made to contact Stretto, as follows:

1) Several calls made to both: 800-634-7734 and 800-492-8037 to solve this issue have gone unanswered;
2) Two certified letters mailed to the address at: 410 Exchange Suite 100, Irvine, CA 92602, still have not received a response; And,
3) Emails sent to both celsiusinquiries@stretto.com and Support@Stretto.com regarding this issue, but we have not heard back.

We understand that a hearing has been scheduled for April 24, 2024 in this matter and hope that a resolution is forthcoming at the hearing.

If there is anything that can be done prior to that time, we the claimants in this matter. seek your assistance and guidance to help us successfully complete our claims against Stretto.  Kindly contact me by phone or e-mail so that we may proceed with our claims.

                                  Sincerely,

                                  *Allan Candelore*
                                  Allan Candelore