Subject: Request for Assistance Regarding ETH Claim Code in Celsius Network Bankruptcy Case

Dear Judge Martin Glenn,

I hope this letter finds you well. My name is Araceli Sanchez, and I am writing to you as a creditor in the Celsius Network bankruptcy case. I regret to inform you that I have encountered significant difficulties in obtaining my ETH claim code from Stretto, the claims agent appointed in this matter.

Despite my repeated attempts to contact Stretto, I have received only generic email responses that lack any specific information regarding my claim code. This lack of communication has caused considerable frustration and uncertainty for me, and I am aware that I am not alone in facing these challenges among fellow creditors.

As a creditor of Celsius Network, I have already endured substantial losses, exacerbated by the unfortunate incident where my email address was publicly revealed by Stretto. This breach of privacy resulted in the hacking and subsequent depletion of my Metamask wallet, as well as exposure to numerous scam emails, a distressing ordeal that I have attached images of for your reference.

When I initially became involved with the Celsius platform, I believed in its potential and invested accordingly. However, the actions of certain legal entities have since eroded that trust. It is disheartening to witness the substantial sums from our collective savings being siphoned away to cover exorbitant legal fees, only to find ourselves denied access to what rightfully belongs to us.

I implore you, Judge Glenn, to intervene on behalf of all Celsius creditors who are facing similar hardships. Your assistance in ensuring that we receive fair and timely resolution to our claims would alleviate much of the financial strain and uncertainty that we currently endure. We seek nothing more than equitable treatment and the opportunity to recover what is rightfully ours.

Thank you for your attention to this matter, and I sincerely hope for a favorable resolution under your guidance.

Warm regards,

Araceli Sanchez


