Stephanie Pappas
47A Bridge St.,
Frenchtown, NJ 08825

908-310--9666
stefanipappas@hotmail.com

Honorable Judge Martin Glenn
United States Bankruptcy Court Southern District of New York
One Bowling Green
New York, NY, 10004-1408
Re: Case Number 22-10964

03/12/2024

Dear Honorable Judge Martin Glenn,

I am writing to bring to your attention a matter regarding the bankruptcy proceedings in the above-mentioned case and to request your assistance in resolving an issue concerning the distribution of assets.

My name is Stephanie Pappas, and I am a creditor in the Celsius bankruptcy case.

I am writing to assert that, despite the efforts made by the court to distribute claim codes for my Bitcoin (BTC) and Ethereum (ETH) holdings, as well as for my bitcoin mining stocks with Ionic Digital, I have not received any communication or emails containing the claim codes or instructions to claim these assets.

I have submitted a ticket to Stretto twice, and got a non-personal blanket email in return.
I have also checked the frequently asked questions page as much as possible.

Also, I have diligently checked my email inbox several times daily, including spam and junk folders, but I have not found any correspondence related to these claim codes or the bitcoin mining stocks. Additionally, I have verified that the contact information provided to the court is accurate and up-to-date.

I receive other emails and notifications from Stretto regularly, so there is no problem receiving their emails. However, I have received absolutely nothing from them regarding claim codes or instructions on how to access iconic digital mining stock.

As a creditor in this bankruptcy case, it is crucial for me to receive the necessary information and claim codes to access and claim my assets. Therefore, I respectfully request your assistance in ensuring that I receive the relevant claim codes or instructions promptly.

If there are any additional steps or procedures that I need to follow to resolve this matter, please kindly inform me, and I will promptly comply with any requirements.

Thank you for your attention to this matter. I appreciate your assistance in ensuring that all creditors, including myself, receive fair treatment and access to their rightful assets in this bankruptcy case.

Sincerely,

Stephanie Pappas