Dear Honorable Judge Glenn,

I write this letter with deep concern for the current performance of the post-petition debtors and their distributions to creditors in Celsius Case No. 22- 10964.

I am asking the court to step up for creditors because we have nowhere else to turn. With that said, an alarming level of ineptitude is currently on display post-emergence. The Celsius plan went into effect on January 31st 2024.

I received an email stating that Coinbase is the delivery partner for my claim. However, Coinbase is not available in my resident country (Dubai, United Arab Emirates). I have raised several tickets with Stretto regarding the same, but have received no formal response from their side. Just generic responses. They have also sent me a follow up email mentioning that they can't find my account details in Coinbase. I have raised another ticket regarding this. Zero response.

This is highly alarming, considering that they are readily sending out communications that all claims have been distributed. There was also a press release around this.

No one in Celsius, their lawyers, Stretto or Iconic are responding to victims.

I would like to receive my claim in kind (BTC and ETH). There should be the ability to make the transfer to an exchange that is available in my country. I am happy to pay the transfer charges.

I have a large claim (Nishanth Dsouza, nishanthdsouza23@gmail.com).


I see messages daily on Telegram and X (formerly twitter) from panicked creditors who still have not gotten their distributions. The complaints have been endless. The debtors released a notice that all initial distributions have been completed, yet more and more people come out of the woodwork stating they have yet to receive anything. The docket is full of creditors begging for help. The plan went effective with a BTC price of $42,973 and an ETH price of $2,577. BTC is currently hovering around $70,000, while ETH trades at $3,900 as of 3/12/24, a 55% and 51% increase, respectively. After being defrauded by Mashinsky and dragged through bankruptcy for a year and a half, these creditors are forced to take ANOTHER haircut. And for what? Because they weren't rich enough to be part of the top 100 corporate creditors? How can this be fair and equitable?

I would request that the court please read this message and I am asking you on behalf of all the Celsius victims, please get involved. Please compel the debtors and the plan administrator to do what's right by creditors and get us out of this mess, once and for all.

Thank you for your time.

Nishanth Dsouza
Nishanthdsouza23@gmail.com