**Subject:** Notice of Non-Receipt of Claim from Celsius Network LLC, et al.

Rastgul Kongarsa

36B Moldavia Street, Tuart Hill

Perth, Western Australia, Australia 6060

Email: only1pear@gmail.com

16/Mar/2024

U.S. Bankruptcy Court in the Southern District of New York

1 Bowling Green, New York,

NY 10004, United States

Re: Case Number [22-10964]

Dear Whom It May Concern,

I hope this letter finds you well. I am writing to bring to your attention that I am a party involved in the bankruptcy proceedings of Celsius [Case number 22-10964], and my reference number is CELB-60488. I have not received the distribution through the distribution channel, Coinbase or PayPal, which was expected by this stage of the process.

Despite my diligent efforts to stay informed and up-to-date regarding this matter, I have not received the necessary paperwork or notifications regarding the claim in question. This communication gap may have arisen due to administrative errors or oversight.

Given the critical nature of these proceedings and the importance of ensuring all involved parties have access to relevant information, I respectfully request your assistance in rectifying this issue. Specifically, I kindly ask for guidance on the appropriate steps to take to obtain the claim distribution that I have not yet received.

Please see below the initial amount of my asset in Celsius;

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Bitcoin (BTC) | 0.908483436709666 | 0 | 0 | 0 |
| Celsius (CEL) | 254.082783886593 | 0 | 0 | 0 |
| USDT ERC20 (USDT ERC20) | 647.492746366145 | 0 | 0 | 0 |

My initial address was:

Address 1: Soi 1, Thedsaban 17 Road House Number 59

Province: Sakaeo, 27000

Then I changed to:

36B Moldavia Street, Tuart Hill, Perth,

Western Australia 6060

This change of address was already updated through the Celsius app before it was shut down.

I attached herewith the transaction history report (in a separate file named Transaction History Rastgul Kongarsa) for your kind information.

I am fully committed to participating in these proceedings promptly and responsibly, and I understand the importance of adhering to all legal

requirements and deadlines. Your guidance and assistance in this matter would be greatly appreciated.

Thank you for your attention to this matter. I look forward to your prompt response and any instructions you can provide.

Sincerely,

Rastgul Kongarsa

transactions-export-0a5bd075-c79f-44ac-b0dc-1b67a809c70f

| Internal id | Date and time | Transaction type | Coin type | Coin amount | USD Value | Original Reward Coin | Reward Amount In Original Coin | Confirmed |
|---|---|---|---|---|---|---|---|---|
| c292a766-941c-442c-89d9-e1064da0f907 | July 8, 2022 5:00 AM | Reward | CEL | 16.816075282274300000 | 12.2404930118153 | BTC | 0.000555701826450031 | Yes |
| 73cfd762-141e-4798-82ce-6c3e75084c05 | July 8, 2022 5:00 AM | Reward | CEL | 0.236879568995763000 | 0.172425649877461 | CEL | | Yes |
| ec5356bd-08c7-4ff9-858f-0e5545186946 | July 8, 2022 5:00 AM | Reward | USDT ERC20 | 0.852136843603540000 | 0.852136843603540000 | USDT ERC20 | | Yes |
| bfec77ca-3f27-478f-b533-b645a036f5e9 | July 1, 2022 5:00 AM | Reward | CEL | 0.218639211497102000 | 0.138198346724219 | CEL | | Yes |
| 6b5cdb49-e580-4579-a2ab-30cdd8839f27 | July 1, 2022 5:00 AM | Reward | CEL | 17.096067614371600000 | 10.806150752254 | BTC | 0.000555701826450031 | Yes |
| c1a10859-1ce2-4754-bc73-41f814544ebb | July 1, 2022 5:00 AM | Reward | USDT ERC20 | 0.851014159544110000 | 0.851014159544110000 | USDT ERC20 | | Yes |
| 666e5ac3-a496-4b8f-a205-d578e6717800 | June 24, 2022 5:00 AM | Reward | USDT ERC20 | 0.849892954612717000 | 0.849892954612717000 | USDT ERC20 | | Yes |
| f3b322c7-8ea1-431a-b744-88e9c21456e1 | June 24, 2022 5:00 AM | Reward | CEL | 0.206504901575303000 | 0.213563544959623 | CEL | | Yes |
| 515929e2-e176-42de-8a90-8b0541be7047 | June 24, 2022 5:00 AM | Reward | CEL | 11.311977138107800000 | 11.6986372705326 | BTC | 0.000555701826450031 | Yes |
| 9fb66319-abd2-4e73-bba1-010645ebd6b5 | June 17, 2022 5:00 AM | Reward | CEL | 0.184660073740807000 | 0.102762961716612000000 | CEL | | Yes |
| 93faa4ef-bf9f-4876-a5ab-ac4982a60d4d | June 17, 2022 5:00 AM | Reward | USDT ERC20 | 0.848773226860622000 | 0.848773226860622000 | USDT ERC20 | | Yes |
| 39b654ef-ba92-48f7-ae50-258cb242bae3 | June 17, 2022 5:00 AM | Reward | CEL | 20.551555064291500000 | 11.436899290168100000000 | BTC | 0.000555701826450031 | Yes |
| 605e5b71-cd15-485f-99c1-17d5b9ed61bb | June 10, 2022 5:00 AM | Reward | CEL | 0.155940735772748000 | 0.096196409202021400000 | CEL | | Yes |
| e077f4a4-77a3-4166-ade1-da381643ccfa | June 10, 2022 5:00 AM | Reward | CEL | 27.105956052706400000 | 16.721067957881400000000 | BTC | 0.000555701826450031 | Yes |
| 23eeabac-4022-45c5-b420-a36251651000 | June 10, 2022 5:00 AM | Reward | USDT ERC20 | 0.847654974341651000 | 0.847654974341651000 | USDT ERC20 | | Yes |
| 8bf95e4b-34ca-4c4e-90f0-61db5dd826f75 | June 3, 2022 5:00 AM | Reward | USDT ERC20 | 0.846538195112195000 | 0.846538195112195000 | USDT ERC20 | | Yes |
| 3af2e465-6e4a-4922-94a0-11b575ac2195 | June 3, 2022 5:00 AM | Reward | CEL | 0.133802821498843000 | 0.108533623447501000000 | CEL | | Yes |
| 799cb965-8862-47ef-924d-18b792906dc4 | June 3, 2022 5:00 AM | Reward | CEL | 20.880625643682500000 | 16.937235968370500000000 | BTC | 0.000555701826450031 | Yes |
| cb32d528-fea2-4671-ba4c-7c5d99498414 | May 27, 2022 5:00 AM | Reward | CEL | 27.262839820554500000 | 16.099961004669200000000 | BTC | 0.000555701826450031 | Yes |
| 34cf80c5-e7ab-40ca-a9a1-a4ce14c16d4d | May 27, 2022 5:00 AM | Reward | CEL | 0.104971908841771000 | 0.061990740878872700000 | CEL | | Yes |
| eef300ab-aa44-4d75-9916-f3e9c9dfc0c5 | May 27, 2022 5:00 AM | Reward | USDT ERC20 | 0.845422887231207000 | 0.845422887231207000 | USDT ERC20 | | Yes |
| 9cc9e539-9059-40fc-b32b-2eceec342ee5 | May 20, 2022 5:00 AM | Reward | CEL | 0.083517061857681500 | 0.068820485964829 | CEL | | Yes |
| aec5c65a-f194-4e50-b6e1-a40bab99ccad | May 20, 2022 5:00 AM | Reward | USDT ERC20 | 0.844309047692228000 | 0.844309047692228000 | USDT ERC20 | | Yes |
| 55975fb7-c9c4-434e-9a5b-be1556f58d95 | May 20, 2022 5:00 AM | Reward | CEL | 20.282566661253100000 | 16.7134243374139 | BTC | 0.000555701826450031 | Yes |
| 0cb52659-05e3-4c40-baaa-37ca82fb5304 | May 13, 2022 5:00 AM | Reward | USDT ERC20 | 1.088323821708100000 | 1.088323821708100000 | USDT ERC20 | | Yes |
| eb92422e-6f2d-4d85-abbc-061bbfe67667 | May 13, 2022 5:00 AM | Reward | CEL | 0.073827758794680800 | 0.073164564037428200000 | CEL | | Yes |
| dbe23e3c-2000-4ddf-8a86-a2f33f729434 | May 13, 2022 5:00 AM | Reward | CEL | 9.123774212516010000 | 9.041815348764980000000 | BTC | 0.000296598830531900 | Yes |
| aed2fbcc-1926-44c7-b3e9-e86d62526719 | May 11, 2022 10:18 PM | Collateral | BTC | 0.606715859188530000 | 17649.058760716900000000000000 | | | Yes |
| 146d4fd4-36b4-4561-95d7-18fa0ca86a8f | May 11, 2022 10:18 PM | Loan Principal Payment | USDT ERC20 | -10000 | -10000 | | | Yes |
| 1650f73c-2977-4146-af44-682bc9add278 | May 11, 2022 10:18 PM | Loan Interest Payment | USDT ERC20 | -115.72 | -115.72 | | | Yes |
| 9f50ca5d-51c4-4a22-a347-569ca898c904 | May 11, 2022 10:10 PM | Transfer | USDT ERC20 | 9888.32 | 9888.32 | | | Yes |
| 42ef011b-07de-4165-b761-34b76cabf51d | May 11, 2022 9:49 PM | Transfer | USDT ERC20 | 10 | 10 | | | Yes |
| 6af862b2-888a-4b86-add3-da5ebb766885 | May 6, 2022 5:00 AM | Reward | CEL | 0.069236857784047700 | 0.140304921254944 | CEL | | Yes |
| 34456d30-178d-4039-b957-5d4da407a4d2 | May 6, 2022 5:00 AM | Reward | CEL | 4.288682413152830000 | 8.69079371195133 | BTC | 0.000238692790024025 | Yes |
| 8cb4022e-316b-4dda-b10d-5a1c6ad16052 | May 6, 2022 5:00 AM | Reward | USDT ERC20 | 1.128185728961800000 | 1.128185728961800000 | USDT ERC20 | | Yes |
| 1e0fce73-cc12-4ccf-9914-30c854ba10bc | April 29, 2022 5:00 AM | Reward | USDT ERC20 | 1.171224905827670000 | 1.171224905827670000 | USDT ERC20 | | Yes |
| 926e0e6a-0205-41d8-99c1-5b6e91992e6a7 | April 29, 2022 5:00 AM | Reward | CEL | 4.486083702295650000 | 9.45519524323189 | BTC | 0.000238692790024025 | Yes |
| 8909000e-246c-4d72-afb5-a83356cfcfb0 | April 29, 2022 5:00 AM | Reward | CEL | 0.064443047674553000 | 0.135824839273506 | CEL | | Yes |
| e1e760bf-9b38-4024-ab94-95764d3a758b | April 26, 2022 7:07 AM | Loan Interest Payment | USDT ERC20 | -57.86 | -57.86 | | | Yes |
| 7e592108-bb8e-421b-8076-2e7a15becda8 | April 22, 2022 5:00 AM | Reward | USDT ERC20 | 1.201386399307660000 | 1.201386399307660000 | USDT ERC20 | | Yes |
| 8bddf51b-cdb1-468a-9cac-b5478f7f69b8 | April 22, 2022 5:00 AM | Reward | CEL | 5.984744223515540000 | 12.6525741293686 | BTC | 0.000311516991564127 | Yes |
| f8f7677a-6b6f-4c37-bc3f-ce98082567a7 | April 22, 2022 5:00 AM | Reward | CEL | 0.058077168353899900 | 0.122783138322641 | CEL | | Yes |
| e0892cbb-a74e-42ef-bdfb-69515d28f2b5 | April 15, 2022 5:00 AM | Reward | USDT ERC20 | 1.199803581512790000 | 1.199803581512790000 | USDT ERC20 | | Yes |
| 89fb1483-ec9e-41d7-b538-28957b511ffa | April 15, 2022 5:00 AM | Reward | CEL | 0.051892574086841300 | 0.111569034289289000 | CEL | | Yes |
| c20aa042-7794-4be0-8fde-f95050952687 | April 15, 2022 5:00 AM | Reward | CEL | 5.818847619169930000 | 12.510522381215400000000 | BTC | 0.000311516991564127 | Yes |
| 9d81f9e2-57db-4cfb-b636-642fe5f40d30 | April 8, 2022 5:00 AM | Reward | USDT ERC20 | 1.198222849017190000 | 1.198222849017190000 | USDT ERC20 | | Yes |
| 1d02bcc5-f3e2-4444-828a-c87c7e96ed69 | April 8, 2022 5:00 AM | Reward | CEL | 4.465826813432190000 | 13.614086529828 | BTC | 0.000311516991564127 | Yes |
| d9ce8841-beb9-420b-9986-c563fe5c65ca | April 8, 2022 5:00 AM | Reward | CEL | 0.047138339600865300 | 0.143701370655045 | CEL | | Yes |
| 9aa56d5e-2d02-47d8-a864-186b4d9c5c33 | April 1, 2022 5:00 AM | Reward | USDT ERC20 | 1.208487471779940000 | 1.208487471779940000 | USDT ERC20 | | Yes |
| 2b53cc97-b79d-4dbb-b7d0-350f9f635926 | April 1, 2022 5:00 AM | Reward | CEL | 4.261971611191420000 | 13.936647168595900000000 | BTC | 0.000311516991564127 | Yes |
| c4db7f63-a224-4639-906a-0a1dc8601b5a | April 1, 2022 5:00 AM | Reward | CEL | 0.042603635397663000 | 0.139313887750236000000 | CEL | | Yes |
| 8480ec21-76c6-4375-ab7e-10868fde0cd8 | March 26, 2022 7:06 AM | Loan Interest Payment | USDT ERC20 | -57.86 | -57.86 | | | Yes |
| 3943ca0e-dd2f-456a-8ab2-a9888e17d95f | March 25, 2022 5:00 AM | Reward | CEL | 4.192237532345870000 | 13.708616730771000000000 | BTC | 0.000311516991564127 | Yes |
| f97ee8e6-76e9-4cdc-a706-358b502a55e5 | March 25, 2022 5:00 AM | Reward | CEL | 0.038147088824489100 | 0.124740980456079000000 | CEL | | Yes |
| 4c09cc24-e128-47a1-a28f-bd6d971456b | March 25, 2022 5:00 AM | Reward | USDT ERC20 | 1.271282152669970000 | 1.271282152669070000 | USDT ERC20 | | Yes |
| 73c8af6f-56cf-4d9d-abb1-45b305240d9d | March 18, 2022 5:00 AM | Reward | CEL | 3.932853646293450000 | 12.663788741064900000000 | BTC | 0.000311516991564127 | Yes |
| e1499fe5-fa67-41ae-a28f-d7d4f6a0d201 | March 18, 2022 5:00 AM | Reward | USDT ERC20 | 1.269607247730320000 | 1.269607247730320000 | USDT ERC20 | | Yes |
| d31eebab-4e76-4d7b-8bfa-b8b7e6fa48a2 | March 18, 2022 5:00 AM | Reward | CEL | 0.033968194745974900 | 0.109377587082030900000 | CEL | | Yes |
| db2338c2-8bcd-434c-a3c8-431b0167313b | March 11, 2022 5:00 AM | Reward | CEL | 3.890782576377310000 | 12.0069162585419 | BTC | 0.000311516991564127 | Yes |
| 255d6daf-7c7f-4b18-873e-8edba00e4194 | March 11, 2022 5:00 AM | Reward | CEL | 0.029837969865221600 | 0.0920796776647923 | CEL | | Yes |
| ba4d382f-2de3-440d-a933-a468b96f3cd5 | March 11, 2022 5:00 AM | Reward | USDT ERC20 | 1.267934548361410000 | 1.267934548361410000 | USDT ERC20 | | Yes |
| 6a5fcf66-753a-4d37-8815-3d029d7f21de | March 4, 2022 5:00 AM | Reward | CEL | 0.022840549538900340 | 0.067836432130543/1000 | CEL | | Yes |
| 985b3688-56d2-4911-9934-1afdb0391232 | March 4, 2022 5:00 AM | Reward | USDT ERC20 | 1.519930873961790000 | 1.519930873961790000 | USDT ERC20 | | Yes |
| db5d9372-2793-49ec-b04b-0199aa2b0ff0 | March 4, 2022 5:00 AM | Reward | CEL | 4.451329912092760000 | 13.220449838915500000000 | BTC | 0.000319388540065120 | Yes |
| e4c72bfd-bada-47f1-b950-3758473431d6 | February 26, 2022 7:05 AM | Loan Interest Payment | USDT ERC20 | -57.86 | -57.86 | | | Yes |
| 12881372-25de-4e47-8560-541dc1106d2d | February 25, 2022 5:00 AM | Reward | CEL | 0.018865060080097800 | 0.056595180240293300 | CEL | | Yes |
| aa5d6f54-d8d0-4ef3-aeae-93cdfd0787d7 | February 25, 2022 5:00 AM | Reward | CEL | 4.132248931362520000 | 12.396746794087500000 | BTC | 0.000319388540065120 | Yes |
| 9546c5c9-8ecf-41f0-8d27-c368aa0903c8 | February 25, 2022 5:00 AM | Reward | USDT ERC20 | 1.594122713408490000 | 1.594122713408490000 | USDT ERC20 | | Yes |
| b2af6e1e-ea63-4ccc-a986-b6e35e57744a | February 18, 2022 5:00 AM | Reward | USDT ERC20 | 1.591625086362830000 | 1.591625086362830000 | USDT ERC20 | | Yes |
| f29ff205-26e3-4506-b8f1-48701ce85e76 | February 18, 2022 5:00 AM | Reward | CEL | 0.015034465886685600 | 0.0490123589709510000 | CEL | | Yes |
| 7c29dd4a-bc4b-4136-a82e-c73370493980 | February 18, 2022 5:00 AM | Reward | CEL | 3.984782684923600000 | 12.990391552869700000000 | BTC | 0.000319388540065120 | Yes |
| a67d8cd6-d824-4ab9-a0af-24446e010e2b | February 11, 2022 5:00 AM | Reward | CEL | 4.012602293623600000 | 13.7723353448559 | BTC | 0.000319388540065120 | Yes |
| fdcdfeaa-83e5-44b3-97e4-07cf01a16652 | February 11, 2022 5:00 AM | Reward | CEL | 0.011180917125959000 | 0.0383759288495771 | CEL | | Yes |
| 134e5cc8-7d3e-40b3-b232-af489943c982 | February 11, 2022 5:00 AM | Reward | USDT ERC20 | 1.589131372529620000 | 1.589131372529620000 | USDT ERC20 | | Yes |
| 0fd3fd9d-498a-42d2-9c33-31175383e763 | February 4, 2022 5:00 AM | Reward | CEL | 4.816714027006260000 | 11.945450780697550000000 | BTC | 0.000319388540065120 | Yes |
| c8924748-4893-4ffb-acc9-1f7e5d127df2 | February 4, 2022 5:00 AM | Reward | USDT ERC20 | 1.586641565436420000 | 1.586641565436420000 | USDT ERC20 | | Yes |
| 7be43ac9-7c0f-4938-8fcf-a1a613cbb227 | February 4, 2022 5:00 AM | Reward | CEL | 0.006561702773296390 | 0.016273022877775100000 | CEL | | Yes |
| b5fc1fe3-008f-4cc3-a540-413617db8db0 | January 28, 2022 5:00 AM | Reward | CEL | 0.001845298974742850 | 0.00387775485721256000 | CEL | | Yes |
| 9c915171-4d2d-42b1-ad15-0243866409a3 | January 28, 2022 5:00 AM | Reward | CEL | 4.912477023712780000 | 10.267076979559700000000 | BTC | 0.000276041215775655 | Yes |
| 1bd46bcd-a99a-4228-8e8c-fb689b79fdb5 | January 28, 2022 5:00 AM | Reward | USDT ERC20 | 1.650039183400040000 | 1.650039183400040000 | USDT ERC20 | | Yes |
| 822b1238-2eec-4327-9e54-fd522bede9b9 | January 26, 2022 7:05 AM | Loan Interest Payment | USDT ERC20 | -57.86 | -57.86 | | | Yes |
| d5fac261-b656-42c9-8656-5ad921d4694d | January 24, 2022 8:21 AM | Referred Award | BTC | 0.00142069670966642 | 50.00000000000000 | | | Yes |
| e0cc5baa-fcbf-4b8b-8f6c-2526c5c41219 | January 22, 2022 5:45 AM | Transfer | BTC | 0.27656274 | 9948.79144602 | | | Yes |
| 087072e8-5879-4511-8f10-4497bf4cb6b3 | January 22, 2022 5:14 AM | Transfer | BTC | 0.0005 | 18.1695 | | | Yes |
| 4dbd1437-5d29-40ac-bd32-0abaf91623c4 | January 21, 2022 5:00 AM | Reward | USDT ERC20 | 1.672223860251010000 | 1.672223860251010000 | USDT ERC20 | | Yes |
| 6f1f9629-1540-4370-b347-ed3608481838 | January 21, 2022 5:00 AM | Reward | CEL | 0.345561716883488200 | 1.050524193258040000 | BTC | 0.000026955870708664 | Yes |
| a34f1266-6ef5-406e-bbda-2ebf80d053287 | January 21, 2022 5:00 AM | Reward | CEL | 0.001528935093243810 | 0.004629959268101170000 | CEL | | Yes |
| 58f38608-3e52-475b-a377-a192b16d6128 | January 14, 2022 5:00 AM | Reward | CEL | 0.001195714795686370 | 0.00404745697151471 | CEL | | Yes |
| 3703ccad-6130-4952-a25a-99dfd30b4d4b | January 14, 2022 5:00 AM | Reward | USDT ERC20 | 1.669603866504830000 | 1.669603866504830000 | USDT ERC20 | | Yes |
| 4587f882-f701-4b17-85e0-6b4298557ae6 | January 14, 2022 5:00 AM | Reward | CEL | 0.340436653383911000 | 1.1523673630775 | BTC | 0.000026955870708664 | Yes |
| 80dc6f81-c88b-42af-a2e5-703e16773b2d | January 7, 2022 5:00 AM | Reward | USDT ERC20 | 1.666987964057100000 | 1.666987964055710000 | USDT ERC20 | | Yes |

1

| ID | Date | Type | Currency | Amount | Amount 2 | Currency 2 | Amount 3 | Confirmed |
|---|---|---|---|---|---|---|---|---|
| **3ee8ce08-2782-4136-aaae-cb601dbb8a5c** | January 7, 2022 5:00 AM | Reward | CEL | 0.000861732435977299 | 0.002774778443846900000 | CEL | | Yes |
| **cab44c76-9096-4336-8c8f-fcefbe8ebeb3** | January 7, 2022 5:00 AM | Reward | CEL | 0.347873045744882000 | 1.120151207298520000 | BTC | 0.000026955870708664 | Yes |
| **fe3bb9fe-bb66-42ed-aa44-1292efa85564** | December 31, 2021 5:00 | Reward | USDT ERC20 | 4.296265811355310000 | 4.296265811355310000 | USDT ERC20 | | Yes |
| **01bfc797-5c63-4cba-a978-e35441c43c54** | December 31, 2021 5:00 | Reward | CEL | 0.899803912707091000 | 4.130099995932555000000 | BTC | 0.000087088814931797 | Yes |
| **8459eef0-9398-4ee5-b96d-0f1660731510** | December 28, 2021 4:09 | Withdrawal | USDT ERC20 | -8940 | -8940 | | | Yes |
| **9d56b5a8-e16b-45a8-95d2-6e3435abf503** | December 28, 2021 4:00 | Withdrawal | USDT ERC20 | -2 | -2 | | | Yes |
| **8bccea5b-ea89-402c-bbe0-3812588324d5** | December 26, 2021 1:52 | Loan Principal Payment | USDT ERC20 | 10000 | 10000 | | | Yes |
| **cf2809d3-cd8f-4cca-9244-84e0e295cc42** | December 26, 2021 6:48 | Collateral | BTC | -0.606715859188530000 | -30303.030303030300000000 | | | Yes |
| **444f7ad0-c951-4b19-ae70-a0407bf05096** | December 25, 2021 8:20 | Transfer | BTC | 0.6295 | 32095.687 | | | Yes |
| **ad1a78bc-2437-4f4d-bfad-9ce35c171b27** | December 25, 2021 3:23 | Transfer | BTC | 0.0005 | 25.4775 | | | Yes |

2