**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 18, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Agenda for Hearing to Be Held March 20, 2024, at 10:00 A.M. (Prevailing Eastern Time)** (Docket No. 4712)

Furthermore, on March 18, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Twelfth Notice of Filing of Plan Supplement** (Docket No. 4669)

Dated: March 19, 2024

*Janira Sanabria*
Janira N. Sanabria

| | |
|---|---|
| State of Colorado | ) |
| | ) SS. |
| County of Denver | ) |

Subscribed and sworn before me this 19th day of March 2024 by Janira N. Sanabria.

*Danielle Harnden*

(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **Exhibit A**

STRETTO

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST SUITE 2700 | LOS ANGELES | CA | 90071 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE  FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| MR. PATRICE POUJOL | | | ON FILE |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |

# **Exhibit C**

**STRETTO**

**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| AZTEC MASONRY AND CONCRETE, LLC | | 1847 US-421 | WILMINGTON | NC | 28401 | |
| CCM | | PO BOX 120455 | ARLINGTON | TX | 76012 | |
| CEC CONSTRUCTION | | 15995 N BARKER'S LANDING RD STE 210 | HOUSTON | TX | 77079 | |
| COONROD ELECTRIC CO. | | PO BOX D | SINTON | TX | 78387-0169 | |
| COONROD ELECTRIC CO. | | 2901 S. LOOP 464 RD | MONAHANS | TX | 79756-9500 | |
| CROWNROCK LP | ATTN: GENERAL COUNSEL | 18 DESTA DRIVE | MIDLAND | TX | 79705 | |
| FXSA | | 1130 MONTANA AVE | EL PASO | TX | 79902 | |
| GLOBAL X DIGITAL | | 7725 W RENO AVE SUITE 450 | OKLAHOMA CITY | OK | 73127 | |
| GLOBALIZATION PARTNERS | | 175 FEDERAL ST 17TH FLOOR | BOSTON | MA | 02110 | |
| INTUIT INC. | ATTN: COPYRIGHT AGENT INTUIT INC. | 2700 COAST AVENUE | MOUNTAIN VIEW | CA | 94043 | |
| JSHP TRANSFORMERS CEDARVALE | | 4030 MOORPARK AVE | SAN JOSE | CA | 95117 | |
| LAURENCE A. TOSI | WESTCAP, ATTN: LAURENCE TOSI | 40 10TH AVE | NEW YORK | NY | 10014 | |
| LINKEX | | 3535 N. HOUSTON SCHOOL RD. | LANCASTER | TX | 75134 | |
| UNSLASHED UK LTD. | | SANDERSON HOUSE, 22 STATION ROAD | HORSFORTH | | LS18 5NT | UNITED KINGDOM |