March 19, 2024

Attn. Celsius/Stretto (Case No. 22-10964)
Cc: The Honorable Martin Glenn

The secondary response I received from Celsius/Stretto re: Case No. 22-10964 is **NOT** acceptable. I demand answers and the *FULL* amount of cryptocurrency due me as described in the Celsius bankruptcy lawsuit. I am including The Honorable Martin Glenn, the judge presiding over this case, in this correspondence so he can specifically how frustrated I am regarding the handling of this case by Celsius/Stretto.

I will explain my situation in a specific, time stamped format supported with emails in chronological order. First, however, please answer specifically and precisely these three questions:

1) **Why did I receive four (4) Claim Codes?**
   a. One (1) Claim Code for **0.00018171 BTC** *(approximate value: $11.36)* *[NOTE: this code worked just fine]*
   b. One (1) Claim Code for **0.00271543 ETH** *(approximate value: $8.65)* *[NOTE: this code worked just fine]*
   c. One (1) Claim Code for **0.1636714 BTC** *(approximate value: $10,239.94)* *[NOTE: this code does NOT work]*
   d. One (1) Claim Code for **2.44586019 ETH** *(approximate value: $7,826.75)* *[NOTE: this code does NOT work]*

2) **Why did Claim Codes for two (2) small, negligible claims work just fine, but the Claim Codes for two (2) larger claims don't work at all?**

3) **Why in the email below did you state:** "*We see that both your claim codes were successfully redeemed*" **When in fact you sent me FOUR (4) Claim Codes?**

On Monday, March 18, 2024 at 9:12 AM I received the following email:
*Re: PayPal Distribution*

**Celsius Distribution**
*From:*celsiusdistribution@stretto.com
*To:*dan_eilers@yahoo.com
Mon, Mar 18 at 9:12 AM
Hi Daniel,
We see that both your claim codes were successfully redeemed on PayPal/Venmo.
Should you need further assistance, please let us know.

This began when I first received the following email:
**Cases Cr Stretto Services Noreply**
*You have a **Celsius Claim in BTC** available at PayPal*
**Stretto Celsius Network**
*From:*no-reply@cases-cr.stretto-services.com
*To:*dan_eilers@yahoo.com
Thu, Feb 8 at 4:51 PM

*Dear DANIEL CHARLES EILERS*
*You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.***
*Please find your claim information in the table below:*

| Claim Code* | **Beginning: e424…** |
|---|---|
| Claim Distribution Type | **BTC** |
| Claim Distribution Amount | **0.00018171** |

*\*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.*

Subsequently, I received this email:
**Cases Cr Stretto Services Noreply**
*You have a Celsius Claim in ETH available at PayPal or Venmo*
**Stretto Celsius Network**
*From:*no-reply@cases-cr.stretto-services.com
*To:*dan_eilers@yahoo.com
Thu, Feb 8 at 6:24 PM

> Dear DANIEL CHARLES EILERS
> You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.**
> Please find your claim information in the table below:
>
> | Claim Code* | *Beginning: db22…* |
> |---|---|
> | Claim Distribution Type | *ETH* |
> | Claim Distribution Amount | 0.002715437613387662 |
>
> *Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.

It should be noted that within minutes I correctly received appropriate corresponding transaction ID#'s from PayPay along with a message indicating that "the BTC and ETH Celsius Distributions sent have been added to your crypto holdings."

However, I then received this message:

*From:* **Stretto Celsius Network** <[no-reply@cases-cr.stretto-services.com](no-reply@cases-cr.stretto-services.com)>
*Date: Mon, Feb 12, 2024, 11:48 AM*
*Subject: You have a Celsius Claim in BTC available at PayPal or Venmo*
*To: <[deilersx9@gmail.com](deilersx9@gmail.com)>*
*Dear DANIEL CHARLES EILERS*
*You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.***
*Please find your claim information in the table below:*

| Claim Code* | Beginning: 738… |
|---|---|
| Claim Distribution Type | BTC |
| Claim Distribution Amount | 0.1636714 |

*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information

*for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.*

Then, I received this message:

*From: **Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>*
*Date: Mon, Feb 12, 2024, 12:45 PM*
*Subject: You have a Celsius Claim in ETH available at PayPal or Venmo*
*To: <deilersx9@gmail.com>*

*Dear DANIEL CHARLES EILERS*
*You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.***
*Please find your claim information in the table below:*

| Claim Code* | Beginning: 5add… |
|---|---|
| Claim Distribution Type | ETH |
| Claim Distribution Amount | 2.445860192099485035 |

*\*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.*

I have been more than patient. I realize everyone on all fronts have been working diligently on this case. I just want it resolved fairly. To simplify the process, just send the Claim Codes representing larger claims to my dan_eilers@yahoo.com email.

Thank you for your time.

Enjoy the day!

Dan Eilers
515.707.2405
dan_eilers@yahoo.com