From Name: Tu Tran

Address: 6633 Bellingham Ave

North Hollywood, CA 91606

Email Address: davidtran23@gmail.com

Phone Number: 626.278.7976

Date: 03/16/2024

To the Honorable Martin Glenn

US Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

**Re: Plead for Relief Regarding Mistakenly Sent Cryptocurrency Funds**

**Case Name: Celsius Network LLC, et al**

**Case Number: 22-10964 (MG)**

Your Honor,

I am writing to the court to plead for relief regarding a matter involving cryptocurrency funds that were mistakenly sent to the wrong address. My name is Tu Tran, and I am seeking assistance in rectifying an unfortunate error that has resulted in the loss of valuable assets.

On 03/10/2024, I initiated a cryptocurrency transaction intending to transfer 1,100.8879 ADA tokens (cryptocurrency) to my Ledger wallet. Regrettably, due to an inadvertent error in the input of the recipient's address, the funds were sent to an incorrect address. Despite my immediate realization of the mistake, the nature of cryptocurrency transactions, characterized by their irreversibility and decentralized nature, makes it extremely challenging to recover mistakenly sent funds.

I have taken every possible measure within my capacity to resolve this issue independently. I have attempted to contact Coinbase from which the funds were sent but they could not resolve the issue because the transaction had already been executed. I have also contacted the claims agent Stretto and submitted a proof of claim to the claims agent, but my efforts have been to no avail.

Furthermore, I have sought assistance from cryptocurrency experts and explored various avenues to recover the funds, yet these attempts have been unsuccessful.

The loss of these funds has caused significant distress and financial hardship for me. The value of cryptocurrency is subject to extreme volatility, and the funds lost represent a substantial investment on my part. Given the irreversible nature of cryptocurrency transactions, the loss is particularly devastating as there is no recourse available through traditional financial institutions or regulatory bodies.

Your Honor, I humbly come before the court with humility and a sincere desire for justice. I respectfully plead for relief in this matter. I request the court's assistance in exploring all possible legal avenues to recover the mistakenly sent cryptocurrency funds. I understand the complexities involved in cryptocurrency transactions, but I believe that with the court's intervention, there may be a possibility of reaching a resolution or obtaining compensation for the loss incurred.

I am willing to provide any additional information or documentation required by the court to facilitate the resolution of this matter. I assure the court of my full cooperation and compliance with any directives or procedures deemed necessary. The following are some additional facts related to matter:

**Case:** 22-10964 (MG)

**Date of send:** 03/10/2024

**Address Sent from:** Coinbase (addr1vx49fwgd5w9...7zyp3zn07ct85z0u)

**Address Sent to:** Celsius ADA Custodial Wallet (addr1v8dcppjqpj0gfmkpf5eezwy42h32g0hz2u0rrl7n52nznmg30pvey)

**Amount Sent:** 1,100.8879 ADA via ADA network

Thank you for considering my plea for relief in this matter. I trust in the wisdom and fairness of the court to adjudicate this issue justly and equitably.

Sincerely,

Tu Tran



David Tran <davidtran23@gmail.com>

**You sent 1,100.8879 ADA to addr1v8dcppjqpj0gfmkpf5eezwy42h32g0hz2u0rrl7n52nznmg30pvey**
1 message

**Coinbase** <no-reply@mail.coinbase.com>  Sun, Mar 10, 2024 at 10:33 AM
To: davidtran23@gmail.com

## coinbase

# You sent 1,100.8879 ADA via ADA network

**To:**

addr1v8dcppjqpj0gfmkpf5eezwy42h32g0hz2u0rrl7n52nznmg30pvey

If this wasn't you, lock your account immediately. Then, change your password.

**Lock my account**

**View transaction**

© Coinbase 2024 | Coinbase Inc.
248 3rd St #434 | Oakland CA 94607 | US
NMLS ID: 1163082
Coinbase is licensed to engage in Virtual Currency Business Activity by the New York State Department of Financial Services.

