**Amon Card Limited Letter to the Honourable Judge Martin Glenn**

- Claim #23429 Schedule #3.1.029496 **3165**
- Claim #23431 Schedule #3.1.029497 **3166**

March 26th, 2024

**Dear Honourable Judge Martin Glenn,**

We are a corporate account in Celsius bankruptcy having 2 claims against the Debtors:

1. Proof of Claim #23429 Schedule #3.1.029496 **3165**
2. Proof of Claim #23431 Schedule #3.1.029497 **3166**

Company Name: Amon OU – claims now transferred to Amon Card Limited, claim 23942

Both our claims have WPE over $100,000 and therefore subject to Clawbacks.

1) Proof of Claim #23429 Schedule #3.1.029496 **3165** and

This claim has been settled, and Amon Card Limited on January 26th 2024 has remitted the amount of **$28,875** to the WPE account to settle the case.

After 2 months now, we have not received any of the remaining funds. We have gone through a detailed compliance process with Coinbase which is not over and we do not know if this will be successful.

Coinbase response rate is of over 2 weeks. There are tens of other regulated exchanges and the Debtor could only have one exchange for international creditors.

This is unacceptable where we as creditors have paid over $70M in fees for this messy and ridiculous distribution.

<u>Please force the debtor to have alternatives of crypto regulated exchanges such as Binance or Kraken whose services are way better that Coinbase.</u>

2) Proof of Claim #23431 Schedule #3.1.029497 **3166**.

For this claim, we have identified an inconsistency in the Withdrawal Preference Exposure (WPE). This claim pertains to the Business API Celsius product, where Amon app users deposited funds on the Amon App, subsequently sent directly to Celsius accounts for interest compounding.

Our records, encompassing withdrawals and deposits within the 90 days preceding the petition date (July 14, 2022), reveal a significant discrepancy in WPE, amounting to $19,463. This is notably below the $100,000 threshold for clawbacks.

<u>On January 28th, 2024 we requested a review of the WPE to the Litigations administration. After 2 months we have never received any response.</u>

<u>Also, we have not received any updated settlement offer nor any offer to set-off our claim.</u>

<u>Are you able to force the Administration to response and solve the issues mentioned? Are you able to reduce their compensations for this terrible service and distribution?</u>

Thank you for your time.

**Daniele Izzo**
**Director**
**Amon Card Limited**

…………………..    **March 26th, 2024**