Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**NOTICE OF RESCHEDULING OF**
**OMNIBUS HEARING FROM APRIL 24, 2024 TO MAY 8, 2024**

**PLEASE TAKE NOTICE** that on March 8, 2024, the Post-Effective Date Debtors filed the *Notice of Omnibus Hearing Scheduled for April 24, 2024* [Docket No. 4461], which scheduled an omnibus hearing date and time for matters in the above-captioned chapter 11 cases and related adversary proceedings for April 24, 2024 (the "Omnibus Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing will now begin at **11:00 a.m., prevailing Eastern Time, on Wednesday, May 8, 2024**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing will be held in person before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.  The Omnibus Hearing is not expected to involve the taking of testimony (a "Non-Testimonial Hearing").  With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom.  Any person or entity that is permitted to attend the Omnibus Hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.  Electronic appearances (eCourtAppearances) must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the hearing (*i.e.*, on Tuesday, May 7, 2024)**.

**PLEASE TAKE FURTHER NOTICE** that, with the permission of the Court, the public, including members of the media, may dial-in to Non-Testimonial Hearings remotely using the audio platform made available by the Court.  Any person or entity that is permitted to dial-in to the Omnibus Hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.  Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the hearing (*i.e.*, on Tuesday, May 7, 2024)**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Omnibus Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Omnibus

Hearing remotely at 11:00 a.m., prevailing Eastern Time on May 8, 2024 must connect to the Omnibus Hearing beginning at 10:00 a.m., prevailing Eastern Time on May 8, 2024.  When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Omnibus Hearing.  Parties that type in only their first name, a nickname, or initials will not be admitted into the Omnibus Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room" in the order in which you seek to connect.  Court personnel will admit each person to the Omnibus Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of all pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

<table>
<tr><td>

New York, New York  
Dated: March 26, 2024

</td><td>

*/s/ Joshua A. Sussberg*  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Joshua A. Sussberg, P.C.  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  
Email:    joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  
Email:    patrick.nash@kirkland.com  
             ross.kwasteniet@kirkland.com  
             chris.koenig@kirkland.com  
             dan.latona@kirkland.com

*Counsel to the Post-Effective Date Debtors*

</td></tr>
</table>