**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email: gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Litigation Oversight Committee
and Mohsin Y. Meghji as Litigation Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FRAUDULENT SOCIAL MEDIA
ACCOUNT AND POSSIBLE PHISHING ATTEMPTS RELATED THERETO**

**PLEASE TAKE NOTICE** that on March 25, 2024, the Litigation Administrator[2] became

---

[1] The "Post-Effective Date Debtors" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo*

aware of a fraudulent social media account, as set forth on **Exhibit A**, purporting to belong to the "Celsius LOC Support Team" via the social media platform "X", and claiming that Celsius users can send a direct message for guidance on how to "withdraw their assets."

**PLEASE TAKE FURTHER NOTICE** that this social media account is *not an authorized social media account* belonging to the Post-Effective Date Debtors or the Litigation Oversight Committee and is *strongly suspected to be a phishing scam seeking to obtain full access to any funds held in a user's cryptocurrency wallet or otherwise secure funds from current and former account holders*.

**PLEASE TAKE FURTHER NOTICE** that the sole X social media account associated with the Litigation Oversight Committee exists *only* at https://twitter.com/CelsiusLOC. *Any other social media account on the X website purporting to be from the Litigation Oversight Committee is not an authorized social media account associated with the Litigation Oversight Committee*.

**PLEASE TAKE FURTHER NOTICE** that *the only website domain* associated with the Litigation Oversight Committee is https://cases.stretto.com/CelsiusLOC/.

**PLEASE TAKE FURTHER NOTICE** that, if you see any suspicious website domains or social media accounts or receive any uncorroborated direct messages, email, text message, or telephone call purporting to be from the Litigation Oversight Committee or the Post-Effective Date Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please *immediately* contact the Litigation Administrator at celsiuslitigationadmin@m3-partners.com.

---

*Transaction)* [Docket No. 4289].

Dated:  March 27, 2024               Respectfully submitted,
        New York, New York

                                     */s/ Gregory F. Pesce*
                                     **WHITE & CASE LLP**
                                     Gregory F. Pesce (admitted *pro hac vice*)
                                     111 South Wacker Drive, Suite 5100
                                     Chicago, Illinois 60606
                                     Telephone: (312) 881-5400
                                     Facsimile:  (312) 881-5450
                                     Email:  gregory.pesce@whitecase.com

                                     – and –

                                     **WHITE & CASE LLP**
                                     David M. Turetsky
                                     Samuel P. Hershey
                                     Joshua D. Weedman
                                     1221 Avenue of the Americas
                                     New York, New York 10020
                                     Telephone: (212) 819-8200
                                     Facsimile:  (212) 354-8113
                                     Email: david.turetsky@whitecase.com
                                            sam.hershey@whitecase.com
                                            jweedman@whitecase.com

                                     – and –

                                     **WHITE & CASE LLP**
                                     Keith H. Wofford
                                     Southeast Financial Center
                                     200 South Biscayne Blvd., Suite 4900
                                     Miami, Florida 33131
                                     Telephone: (305) 371-2700
                                     Facsimile:  (305) 358-5744
                                     Email:   kwofford@whitecase.com

                                     – and –

                                     **WHITE & CASE LLP**
                                     Aaron E. Colodny (admitted *pro hac vice*)
                                     555 South Flower Street, Suite 2700
                                     Los Angeles, California 90071
                                     Telephone: (213) 620-7700
                                     Facsimile:  (213) 452-2329
                                     Email:  aaron.colodny@whitecase.com

                                     *Counsel to the Litigation Oversight*
                                     *Committee and Mohsin Y. Meghji as*
                                     *Litigation Administrator*

**Exhibit A**

**Social Media Account Impersonation – Celsius LOC Support Team**



