**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) |
| | ) Case No. 22-10964 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 20, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Twelfth Notice of Filing of Plan Supplement** (Docket No. 4699)

Dated: March 22, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado      )
                                    ) SS.
County of Denver        )

Subscribed and sworn before me this 22nd day of March 2024 by Janira N. Sanabria.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **Exhibit A**

**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA, | 200 PARK AVENUE | | NEW YORK | NY | 10166 | |
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | 2050 M STREET NW | | WASHINGTON | DC | 20036 | |
| CITIGROUP GLOBAL MARKETS INC. | | 388 GREENWICH STREET | | | NEW YORK | NY | 10013 | |
| INSPERITY | | 10500 NE 8TH ST SUITE 1900 | | | BELLEVUE | WA | 98004 | |
| ITERATIVE OTC LLC | | 1209 ORANGE STREET | | | WILMINGTON | DE | 19801 | |
| KFORCE INC. | | PO BOX 277997 | | | ATLANTA | GA | 30384-7997 | |
| LIQUIDITY TECHNOLOGIES LTD | | 25-01 33 WYNDHAM ST | | | HONG KONG | | | HONG KONG |
| LIQUIDITY TECHNOLOGIES LTD | | GLOBAL GATEWAY 8 | RUE DE LA PERLE | | | | | SEYCHELLES |
| LIQUIDITY TECHNOLOGIES LTD D/B/A COINFLEX | | HOUSE OF FRANCES, ROOM 303 | | | ILE DU PORT, MAHE | | | SEYCHELLES |
| NUKE GOLDSTEIN | | ON FILE | | | | | | |
| NUKE GOLDSTEIN | | ON FILE | | | | | | |
| ONCHAIN CUSTODIAN PTE LTD | | ON FILE | | | | | | |
| ONFIDO, INC | | SUITE 633, WERQWISE | 149 NEW MONTGOMERY | | SAN FRANCISCO | CA | 94105 | |
| OPTIMAL ALPHA MASTER FUND LTD | | 94 SOLARIS AVE | CAMANA BAY | | GRAND CAYMAN | | KY1-1108 | CAYMAN ISLANDS |
| PROFLUENT TRADING INC | | 954 AVENIDA PONCE DE LEON | MIRAMAR PLAZA, SUITE 205 | #10111 | SAN JUAN | PR | 00907 | |
| PROFLUENT TRADING INC. | C/O MINTZ AND GOLD LLP | ATTN: ANDREW GOTTESMAN, AMIT SONDHI | 600 THIRD AVENUE | 25TH FLOOR | NEW YORK | NY | 10016 | |
| PROFLUENT TRADING INC. INC | | ON FILE | | | | | | |
| RELIZ LTD | | 401 W. ONTARIO | STE 400 | | CHICAGO | IL | 60605 | |
| RELIZ LTD | | 402 W. ONTARIO | STE 401 | | CHICAGO | IL | 60606 | |
| RELIZ LTD | | 4TH FLOOR CENTURY CARD | CRICKET SQR | GEORGETOWN | GRAND CAYMAN | | KY1-1209 | CAYMAN ISLANDS |
| RELIZ LTD. | | 4TH FLOOR CENTURY YARD | CRICKET SQR. | GEORGETOWN | GRAND CAYMAN ISLAND | | KY1-1209 | CAYMAN ISLANDS |
| ROD BOLGER | | ON FILE | | | | | | |
| RODNEY SUNADA-WONG | | ON FILE | | | | | | |
| RONI COHEN PAVON | | ON FILE | | | | | | |
| S. DANIEL LEON | C/O HOGAN LOVELLS US LLP | ATTN: JOHN D. BECK | 390 MADISON AVENUE | | NEW YORK | NY | 10017 | |
| S. DANIEL LEON | | ON FILE | | | | | | |
| S. DANIEL LEON | | ON FILE | | | | | | |
| SHIRAN KLEIDERMAN | C/O PAUL HASTINGS LLP | 200 PARK AVENUE | ATTN: DANIEL FLIMANN, AVI WEITZMAN, LEO TSAO, AND AVI LUFT | | NEW YORK | NY | 10166 | |
| SHIRAN KLEIDERMAN | | ON FILE | | | | | | |
| SLACK TECHNOLOGIES, LLC | C/O BIALSON, BERGEN AND SCHWAB | ATTN: LAWRENCE SCHWAB/GAYE HECK | 830 MENLO AVE | STE 201 | MENLO PARK | CA | 94025 | |
| SLACK TECHNOLOGIES, LLC | | 50 FREMONT ST | STE 300 | | SAN FRANCISCO | CA | 94105-2231 | |
| SOVOS COMPLIANCE LLC | | 200 BALLARDVALE ST | BUILDING 1, 4TH FLOOR | | WILMINGTON | MA | 01887 | |
| SYMBOLIC CAPITAL PARTNERS LTD | | 30 N. GOULD ST. | STE 2741 | | SHERIDAN | WY | 82801 | |
| SYMBOLIC CAPITAL PARTNERS LTD. | ATTN: LEGAL | 8 THE GREEN STE A | | | DOVER | DE | 19901 | |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ AND GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. AND AMIT SONDHI, ESQ. | 600 THIRD AVE | 25TH FLOOR | NEW YORK | NY | 10016 | |
| TAL BENTOV | C/O HOWARD P MAGALIFF, ESQ. | R3M LAW, LLP | 335 MADISON AVENUE, 9TH FLOOR | | NEW YORK | NY | 10017 | |
| TAL BENTOV | | ON FILE | | | | | | |
| THREE ARROWS CAPITAL LTD. | C/O LIQUIDATOR – FAO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | 3RD FLOOR, BANCO POPULAR BUILDING | ROAD TOWN | | TORTOLA | | VG1110 | VIRGIN ISLANDS |
| TOWER BC LTD | | 3RD FLOOR, TOWER 42 | 25 OLD BROAD STREET | | | | EC2N 1HQ | UNITED KINGDOM |
| TOWER BC LTD | | OFFICE 187/188, 2ND FLOOR | 30 CHURCHILL PLACE | | LONDON | | E14 5RB | UNITED KINGDOM |
| TUSHAR NADKARNI | | ON FILE | | | | | | |
| ZENDESK, INC. | | 1019 MARKET STREET | | | SAN FRANCISCO | CA | 94103 | |

# **Exhibit B**

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA, | AVIWEITZMAN@PAULHASTINGS.COM JOSHUAKAHANE@PAULHASTINGS.COM NATASHANICHOLSONGAVIRIA@PAULHASTINGS.COM |
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | LEOTSAO@PAULHASTINGS.COM |
| ITERATIVE OTC LLC | | | ON FILE |
| LIQUIDITY TECHNOLOGIES LTD | | | ON FILE |
| NUKE GOLDSTEIN | | | ON FILE |
| ONCHAIN CUSTODIAN PTE LTD | | | ON FILE |
| ONCHAIN CUSTODIAN PTE LTD | | | ON FILE |
| OPTIMAL ALPHA MASTER FUND LTD | | | LALA@LALA.COM |
| PROFLUENT TRADING INC | | | BERT@PROFLUENTTRADING.COM |
| PROFLUENT TRADING INC. | C/O MINTZ AND GOLD LLP | ATTN: ANDREW GOTTESMAN, AMIT SONDHI | GOTTESMAN@MINTZANDGOLD.COM SONDHI@MINTZANDGOLD.COM |
| PROFLUENT TRADING INC. INC | | | ON FILE |
| RELIZ LTD | | | NICK@BLOCKFILLS.COM |
| ROD BOLGER | | | ON FILE |
| RODNEY SUNADA-WONG | | | ON FILE |
| RONI COHEN PAVON | | | JEFFREY.BROWN@DECHERT.COM |
| RONI COHEN PAVON | | | ON FILE |
| S. DANIEL LEON | C/O HOGAN LOVELLS US LLP | ATTN: JOHN D. BECK | JOHN.BECK@HOGANLOVELLS.COM |
| SHIRAN KLEIDERMAN | C/O PAUL HASTINGS LLP | | DANFLIMAN@PAULHASTINGS.COM AVIWEITZMAN@PAULHASTINGS.COM LEOTSAO@PAULHASTINGS.COM AVILUFT@PAULHASTINGS.COM |
| SHIRAN KLEIDERMAN | | | ON FILE |
| SLACK TECHNOLOGIES, LLC | C/O BIALSON, BERGEN AND SCHWAB | ATTN: LAWRENCE SCHWAB/GAYE HECK | GHECK@BBSLAW.COM |
| SOVOS COMPLIANCE LLC | | | LEGAL@SOVOS.COM JUSTIN.PENTZ@SOVOS.COM |
| SYMBOLIC CAPITAL PARTNERS LTD | | | COUNTERPARTIES@SYMBOLIC.PARTNERS |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ AND GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. AND AMIT SONDHI, ESQ. | GOTTESMAN@MINTZANDGOLD.COM SONDHI@MINTZANDGOLD.COM |
| TAL BENTOV | C/O HOWARD P MAGALIFF, ESQ. | R3M LAW, LLP | HMAGALIFF@R3MLAW.COM |
| TAL BENTOV | | | ON FILE |
| TAL BENTOV | | | ON FILE |
| THREE ARROWS CAPITAL LTD | | | KYLE@THREEARROWSCAP.COM |
| THREE ARROWS CAPITAL LTD | | | ON FILE |
| THREE ARROWS CAPITAL LTD. | C/O LIQUIDATOR -- FAO RUSSELL CRUMPLER AND CHRISTOPHER FARMER | | 3ACLIQUIDATION@TENEO.COM |
| TITAN MINING POOL | | | INFO@TITAN.IO |
| TOWER BC LTD | | | JAMIE@TOWERBC.IO |