**In support of fair and equitable distributions to creditors**

To: The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, New York, NY 10004

Dear Judge Glenn,

To date, I have only received 20% of the Ethereum I lent to Celsius. I received a small portion of that in Bitcoin even though, I did not lend Bitcoin to Celsius. I cannot get an answer from Stretto about the percentage that should be distributed to the creditors. Can you require the debtor to inform their creditors exactly what percentage of the total amount lent to Celsius is being distributed back to creditors.? I also have read other posts and I agree that the substantial rise in the value of cryptocurrencies should not benefit Celsius, while holding the creditor's cryptocurrencies, especially after the bankruptcy was finalized in December 2023.

Thank you for your kind consideration in this matter

Nicholas Piscatelli

*[signature]* 4/3/24



RECEIVED
APR - 8 2024
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

in support of fair and equitable distributions to creditors

To the Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, New York, NY 10004

Dear Judge Glenn,

To date, I have only received 20% of the Ethereum I lent to Celsius. I received a small portion of that in Bitcoin even though I did not lend Bitcoin to Celsius. [illegible]

Can you require the debtor to inform their creditors exactly what percentage of the total amount lent to Celsius is being distributed back to creditors? I also have read other posts and I agree that the substantial rise in the value of crypto currencies should not benefit Celsius while holding the creditor's cryptocurrencies, especially after the bankruptcy was finalized in December 2023.

Thank you for your kind consideration in this matter.

Nicholas Piscatelli

RECEIVED
U.S. BANKRUPTCY COURT