To the Honourable Judge Glenn.

Stretto didn't attempt a distribution of what remains of my Self Managed Superannuation Fund Celsius Account. This was to be my retirement plan as of next year. The error they say is a Routing problem with the documentation I submitted. Australian banks don't do Routing they do SWIFT international deposits. I visited my local branch yesterday and we rang the Banks International Desk to confirm my details are correct. They are. This is my Corporate Celsius account. I have a second personal account linked to a verified Coinbase account. It too has had no distribution from Stretto. Legal fees have absorbed much of our funds. The implosion of Celsius the majority. The crumbs remaining are yet to be distributed to many of us and the Bitcoin halving is upon us. Please help.

Cringila Collective Super Pty – [badlands75@hotmail.com](mailto:badlands75@hotmail.com)

Peter Stavropoulos – [bulutkz@protonmail.com](mailto:bulutkz@protonmail.com)