

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re Chapter 11
CELSIUS NETWORK LLC, *et al.*,1 Case No. 22-10964 (MG)
Debtors. (Jointly Administered)
-------------------------------------------------------------x

14 April, 2024
The Honorable Martin Glenn
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004-1408
Dear Chief Judge Glenn:

**RE: CELSIUS 1ˢᵗ Crypto Distribution – Still NOTHING from Stretto as of April 14, '24.**

**Celsius defrauded my family of 43 ETH (minus $25K loan), That's a loss of over $100,000 even with this last week's severe correction in the crypto market. That's a substantial portion of our life's savings - in our 70's still working well past when we expected to able to retire.**

**I'm writing to inform you that I have received NOTHING from Stretto about a 1ˢᵗ distribution of crypto. I do a "stretto" search of my email inbox and spam folder daily. NOTHING. I requested the refinance option then wrote a memo to Stretto in early March to switch to set-off option. No reply. No codes for Paypal or Venmo. NOTHING. Even without a memo, the refinance deadline passed weeks ago which should automatically revert to 'set off' treatment and crypto distribution. I'm properly set up with both PayPal and Venmo with correct email and KYC for crypto.**

**Stretto and the lawyers are raking in obscene $millions in profits like a pack of hyenas and being horribly non-responsive and care-less for creditors. They can't even bother to adequately staff relatively low-paid workers to answer emails or process routine matters. They even announced that the 1ˢᵗ distribution was <u>complete</u>, much like George Bush on the navy ship in front of the infamously premature "Mission Accomplished" banner.**

*Please hold their feed to the fire.* **Require them to hire adequate staff and be minimally competent and responsive. Have them report weekly responsiveness metrics and FINE them for their negligence.**

**They treat us like dirt, with impunity, while they contemplate their next fast Porsche or bigger yacht in the case of Celsius' disgusting/greedy lawyers. The little people get crushed while the 'predatory/parasitic bankruptcy-complex-elites plunder.**

**Please fix it – you have the power.**

**Sincerely,**
**Leigh & LeAnne Anderson**
**lcalpaventurespsp@gmail.com <<< Celsius account email, same for Venmo & Paypal.**
**Oregon, USA**
**503-484-7056**

**A month ago debtors wrote this promise to DO BETTER, but I've seen NOTHING:** "The Post-Effective Date
Debtors have heard the feedback from creditors that communications to date have been too generic and that there have not been enough responses to
individual issues. While this is challenging given the number of inquiries received, the
Post-Effective Date Debtors have worked to improve their communications so that going
forward, creditors will receive more frequent and individualized communications. Specifically,

in the next week, the Post-Effective Date Debtors intend to send more targeted email communications to creditors who are eligible to receive distributions now and have not yet successfully collected a distribution with suggested action items or next steps.

--------------copy of one of several re-sends to Stretto-------



And here's the attachment:



3/12/24

TO: Stretto staff

RE: Celsius Distribution

I have not received any distribution for lcalpaventurespsp@gmail.com

I elected by the deadline last month to do refinance option, however…

## I want to change TO the SET-OFF, EARN type distribution, immediately.

Please distribute this crypto to PAYPAL ASAP. I am set up with Paypal already.

I insist that this EARN type **distribution be done with in-kind Crypto!**  ETHEREUM only is preferred but a combination of BTC and ETH if required is acceptable.

A distribution in $USD cash tied to Jan 31st crypto value should be considered theft and immoral, having already inflicted a disastrous haircut on me by having valuation tied to a USD value instead of my crypto assets at bankruptcy filing time - ruining much of my life's savings already.  DO NOT repeat this terrible harm to me TWICE!  Please!

Sincerely,
Leigh Anderson

*Leigh C. Anderson*

lcalpaventurespsp@gmail.com

Oregon, USA
503-484-7056