Re: In re: Celsius Bankruptcy Case No. 22-10964

Dear Judge Glenn,

I am writing to bring to your attention my status as a creditor in the Celsius Bankruptcy proceedings. My name is Jesse Grunther, and I am seeking your assistance in resolving issues I have encountered regarding the distribution of funds owed to me as a creditor.

Since the initiation of the bankruptcy proceedings, I have diligently tried to communicate with Stretto, the appointed entity handling creditor distributions, to obtain updates on the status of my initial distribution. Despite my repeated attempts, I have received only generic responses, leaving me in a state of uncertainty regarding the fate of my investment.

On February 16, 2024, I was informed by Stretto that I needed to complete my "know your customer" verification process to facilitate the distribution of funds. Accordingly, I promptly provided the required information. However, despite my compliance, I have yet to receive any concrete information regarding the progress of my distribution.

On April 12th, 2024, I received an email notification indicating that my email address is not associated with my Celsius account, further complicating matters. Subsequent inquiries with Ionic Digital, the custodian of Celsius accounts, yielded no record of my email or name. This lack of clarity and communication has exacerbated an already distressing situation, as I am grappling with the loss of a significant portion of my life savings.

I understand the complexities involved in bankruptcy proceedings and acknowledge the need for patience. However, the inability to establish reliable communication channels to address these issues has taken a toll on my mental well-being. It is imperative to note that the closure of this case hinges upon the equitable distribution of funds to all creditors, including myself.

Therefore, I respectfully request your intervention in ensuring that I receive timely updates on the status of my distribution and that any obstacles hindering the resolution of this matter are promptly addressed. Your assistance in facilitating communication between Stretto, Ionic Digital, and myself would be greatly appreciated.

Thank you for your attention to this matter. I remain hopeful that with your assistance, we can achieve a resolution that is fair and just for all parties involved.

Sincerely,

Jesse Grunther