Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AGENDA FOR HEARING TO BE HELD**
**MAY 7, 2024, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    May 7, 2024, at 2:00 p.m. (prevailing Eastern Time) (the "Hearing")

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance Instructions:    The Hearing will be held in a hybrid format before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| | Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. |
| | With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on May 6, 2024).** |
| | This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

**I.      Status Update on Distributions and Data Security Incident.**

**II.     Contested Matters.**

   1.   **Motion for Leave to File Adversary Proceeding.** Motion for Leave to File Adversary Proceeding and Request for Permission to Utilize the Electronic Court Filing System (ECF) and Declaration of Jason Voelker in Support of Motion for Leave to File Adversary Proceeding [Docket No. 4825].

        Objection Deadline: The deadline to object was April 30, 2024, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received:

(1)     Joint Objection by Litigation Administrator and Ionic Digital Inc. to Jason Voelker's Motion for Leave to File Adversary Complaint [Docket No. 4843].

Related Documents:

(2)     Notice of Errata to the Honorable United States Bankruptcy Court for the Southern District of New York, The United States Trustee, and to All Interested Parties and Creditors [Docket No. 4841].

**Status**: This matter is going forward.

2.     **Request for Judicial Review of UCC Matter.** Request for Judicial Determination Whether or Not Keith Noyes Acted in Ultra Vires Manner While Serving on the Celsius Unsecured Creditors Committee [Docket No. 4464].

Objection Deadline: The deadline to object was April 30, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Objection of the United States Trustee to the Noyes Letter [Docket No. 4850].[2]

Related Documents:

(1)     Order Directing Parties to Confer Regarding Discovery for Mr. Noyes' Request for Judicial Determination [Docket No. 4701].

(2)     Notice of Hybrid Hearing on Keith Noyes' Motion Request for Judicial Determination Whether or not Keith Noyes Acted in an Ultra Vires Manner While Serving on the Celsius Unsecured Creditors' Committee [Docket No. 4764].

(3)     Notice of Rescheduling of Omnibus Hearing From May 8, 2024 to May 7, 2024 [Docket No. 4797].

(4)     Notice of Hybrid Hearing on Keith Noyes' Request for Judicial Determination Whether or not Keith Noyes Acted in an Ultra Vires Manner While Serving on the Celsius Unsecured Creditors' Committee [Docket No. 4806].

(5)     Joint Letter Requesting a Conference with the Court [Docket No. 4849].

**Status**: This matter is going forward.

---

[2]     This Objection was filed after the Objection Deadline, on May 1, 2024.

### III. Uncontested Matters.

3. **Motion to Distribute Deceased Account Holder Assets.** Post-Effective Date Debtors' Motion Seeking Entry of an Order (I) Approving Procedures for the Distribution of Deceased Account Holder Assets to Their Respective Authorized Representatives, (II) Authorizing Such Distributions, and (III) Granting Related Relief [Docket No. 4815].

   Objection Deadline: The deadline to object was April 30, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents: None.

   **Status**: This matter is going forward.

### IV. Adjourned Matters.

4. **Motion for Reconsideration of Substantial Contribution by Ad Hoc Group of Earn Account Holders.** Motion for Reconsideration by the Ad Hoc Group of Earn Account Holders Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024 of Memorandum Opinion Granting in Part and Denying in Part Its Initial Substantial Contribution Application [Docket No. 4658].

   Objection Deadline: The deadline to object was April 17, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   (1) Response of Ignat Tuganov to Motion for Reconsideration by the Ad Hoc Group of Earn Account Holders of Memorandum Opinion Granting in Part and Denying in Part Substantial Contribution Applications [Docket No. 4816].

   (2) The United States Trustee's Objection to the Motion for Reconsideration by the Ad Hoc Group of Earn Account Holders Pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024 of Memorandum Opinion Granting in Part and Denying in Part Its Initial Substantial Contribution Application [Docket No. 4817].

   Related Documents:

   (3) Memorandum Opinion Granting in Part and Denying in Part Substantial Contribution Applications [Docket No. 4395].

   **Status**: This matter is adjourned. The Court entered the Memorandum Opinion and Order Denying Motion of the Ad Hoc Group of Earn Account Holders for

4

Reconsideration of the Court's Substantial Contribution Opinion [Docket No. 4819].

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: May 3, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>     ross.kwasteniet@kirkland.com<br>     chris.koenig@kirkland.com<br>     dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |