Notice to SDNY Bankruptcy Court regarding case No. 22-10964 MG Update of address.

My name is John R Becker and I have lived in Mexco for a number of years. My address should be updated to.
Avenida Veracruz 35, Chula Vista Norte
Ajijic, Jalisco 45922

This is regarding Celcius Network LLC, et al. Case.

Can I please have confirmation that this has been received and registered?
My email is johnbecker@live.com
My phone number is +52-331-353-5459

Very respectfully,

*John R Becker*
John R Becker



RECEIVED
MAY 17 2024
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

IH-34  Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Kirkland + Ellis LLP

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Celcius Network LLC, Et al,

(List the full name(s) of the defendant(s)/respondent(s).)

Chapter 11
Case No 22-10964 (MG)

____CV_____ (___)(___)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

Becker, John R
Name (Last, First, MI)

AV Veracruz 35, Chula Vista Norte, Ajijic, Jalisco, mexico  45922
Address          City                        State              Zip Code

+52 331-353-5459
Telephone Number

Johnbecker@Live.com
E-mail Address (if available)

5-7-2024
Date

John R Becker
Signature

Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:     (212) 446-4800  
Facsimile:      (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:     (312) 862-2000  
Facsimile:      (312) 862-2200  

*Counsel to the Post-Effective Date Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

NOTICE OF OCCURRENCE
OF EFFECTIVE DATE OF DEBTORS' MODIFIED CHAPTER 11 PLAN
OF REORGANIZATION AND COMMENCEMENT OF DISTRIBUTIONS

**PLEASE TAKE NOTICE** that on November 9, 2023, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3972] (the "Confirmation Order"), pursuant to which the Bankruptcy Court approved and confirmed the *Modified Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3577] (as amended, supplemented, or modified from time to time, the "Plan").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan, the Confirmation Order, and the *Notice to Holders of Retail Borrower Deposit Claims Regarding Forthcoming Notice and Election Form for Repayment or Refinancing of Retail Borrower Deposit Claims* [Docket No. 4206], as applicable.