UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11 Case No. 22-<br>) 10964 (MG)(Jointly<br>) Administered)<br>)<br>)<br>) |

### JOINDER OF MVOZZO SUPER PTY. LTD. IN SUPPORT OF
### MOTION SEEKING ENTRY OF AN ORDER
### (I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF

TO:   THE HONORABLE MARTIN GLENN
      UNITED STATES BANKRUPTCY JUDGE

Mark Vozzo, on behalf of MVozzo Super Pty. Ltd. hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

### STATEMENT

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

of the Plan provides that distributions were to be made as soon as possible after January 31, 2024. However, distributions were not made timely to MVozzo Super Pty. Ltd. No distribution have been received as of filing this Joinder and it is now 130 days after January 31, the date of Debtors' emergence. MVozzo Super Pty. Ltd. has claim no. #3.1.413089. Using a similar calculation to that used by the Faller Creditors, MVozzo Super Pty. Ltd. has been damaged in the sum of $77,238.48 (calculations shown in the table below). By this Joinder, MVozzo Super Pty Ltd seeks compensation in the sum of $77,238.48 from the bankruptcy estate.

| Claimant | Claim Value | Joinder Filed Date | BTC Price on Joinder Filed Date (1) | ETH Price on Joinder Filed Date (2) | Fiat Value of BTC using Joinder Filed Date Prices | Fiat Value of ETH using Joinder Filed Date Prices | Total | Total With Interest (3) | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| MVOZZO SUPER PTY LTD | $85,014.04 | 9-Jun-2024 | $69,373.90 | $3,674.68 | $41,859.20 | $33,209.80 | $75,069.00 | $77,238.48 | $0 | $77,238.48 |

(1) US Dollar price of BTC source - https://finance.yahoo.com/quote/BTC-USD/history/
(2) US Dollar price of ETH source - https://finance.yahoo.com/quote/ETH-USD/history/
(3) Interest based on www.irs.gov/payments/quarterly-interest-rates

MVozzo Super Pty. Ltd. is the trustee for my Australian superannuation fund (which is the equivalent of a 401K), hence this bankruptcy has negatively impacted my retirement. My preference is to receive the distribution as a wire transfer. Judge Glenn, I respectfully request you instruct Stretto/Kirkland to work with creditors to resolve wire transfer errors by providing SWIFT MT103 document for failed wire attempts. This will help creditors work with domestic banks to resolve technical issues. Reason being, many Corporate Bank Accounts and Australian Super Funds will not accept USD bank checks. This will help minimize further delays to creditors.

June 9, 2024

                                        Respectfully submitted,

                                        Mark Vozzo (Sole Director)
                                        MVozzo Super Pty. Ltd.