UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

In re: Celsius Networks LLC, et al.

Case No.: 22-10964 (MG)

Chapter 11

Debtor

--------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

--------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of _Steven T. Mulligan_____, to be admitted, *pro hac vice*, to represent _Joe Breher_____, (the "Client") a _creditor_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _Colorado_____ and, if applicable, the bar of the U.S. District Court for the _____ District of _Colorado_____, it is hereby

**ORDERED**, that _Steven T. Mulligan_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 6/12/24

New York , New York

/s/ _____ **MARTIN GLENN** _____

UNITED STATES BANKRUPTCY JUDGE