RECEIVED JUN 17 2024 U.S BANKRUPTCY COURT

Honorable Martin Glenn,

    I would like to address my stolen funds.  I filed claim a year ago for stolen dunds in the amount of $10,000 or .5 BTC and  3 Eth worth of alt coins.  I did not borrow or lend with Celcius but when  my name was in  their data base and although they have copious records of all they stole fair and square I do not believe they have access to all that was stolen via phishing.

After seeing my damages that were under #10 and if all that I had lost I would have expected my normal three dollar class action settlement.but this was much much more and turned me destitute and penniless and am about to lose my house.

Furthermore, I was indormed that there was a recent data breach that my personal information had not been accessed but that was a month ago, not a year.

I have no wife, kids or anyone with my information.  Thia to me was an irrehensible and I believe Celsius was responsible for this theft and I believe they do not have abundant informatioo concerning the damage the phishing has don.

Thank you for  your consideration,

Steve Bottorf

*sorry for the typos as printer is broken and do not have money to fix so this was typed on my college Smith Corona