# Letter to the Honorable Martin Glenn Re: Celsius / Stretto Case: 22-10964

06/19/2024

Have not yet received any recent correspondence informing me when I might expect to receive said cryptocurrency from Stretto.
Filed by Brooks Duvall

Hello! Despite numerous attempts to reach Stretto and anyone that might've responded from Celsius or Stretto, I still have not yet received what is owed, **2 BTC and 10 ETH.** I realize that you're handling a lot of inquiries regarding this and I cannot thank you enough for your time and effort.

Enclosed are the original deposits:

Sincerely,

Brooks Duvall
215.688.1998
Email: 19hrdlf@gmail.com
Email: better.livin07@gmail.com



