**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:

    CELSIUS NETWORK LLC, et al.,

                  Debtor
------------------------------------------------------------x

                  Plaintiff

          v.

                  Defendant
------------------------------------------------------------x

Case No.:  22-10964 (MG)
Chapter       11

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of    Joseph L. Steinfeld, Jr.                  , to be admitted, ***pro hac vice***, to represent  Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, (the "Client") a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of       Minnesota           and, if applicable, the bar of the U.S. District Court for the _____ District of   Minnesota            ,  it is hereby

      **ORDERED**, that      Joseph L. Steinfeld, Jr.              , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 21, 2024
      New York, New York

                                                  **/s/ Martin Glenn**
                                       UNITED STATES BANKRUPTCY JUDGE