**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. 22-<br>) 10964 (MG)(Jointly<br>) Administered) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

**JOINDER OF JOSEPH SULLIVAN AND XSHABADUX INVESTMENTS LLC IN**
**SUPPORT OF MOTION SEEKING ENTRY OF AN ORDER**
**(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR**
**CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:     THE HONORABLE MARTIN GLENN
          UNITED STATES BANKRUPTCY JUDGE

Joseph Sullivan, on behalf of himself and Xshabadux Investments LLC, hereby

join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of

Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911]

(the "Motion").  In support of their Joinder, which states as follows:

**STATEMENT**

1.    On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and

commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization

of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31. However, distributions were not made in a timely manner to Joseph Sullivan or Xshabadux Investments LLC. In addition, my personal account has been erroneously treated as a corporate account and therefore denied distributions in BTC and ETH. Using a similar calculation to that used by the Faller Creditors, myself and Xshabadux Investments LLC have been damaged in the sums of $66,485.78 and $23,717.48 respectively. By this Joinder, as of today 6/22/2024 Joseph Sullivan and Xshabadux Investments LLC seek additional compensation in the sums of $66,485.78 and $23,717.48 from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Distribution Received | Distribution Received Date | BTC Price on Distribution Received Date | ETH Price on Distribution Received Date | Fiat Value of BTC Using Distribution Received Date Prices** | Fiat Value of ETH Using Distribution Received Date Prices** | Total | Total With Interest* | Celsius Intends to send | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph Sullivan | $ 160,228 | $ 91,330 | 6/11/2024 | $ 69,508.08 | $ 3,666.36 | $ 74,685.55 | $ 71,440.17 | $146,125.72 | $157,815.78 | 0 | $66,485.78 |
| * Interest based on WWW.IRS.gov/payments/quarterly-interest-rates | | | | | | | | | | | |
| ** If bought back in 1/31/24 | | | | | | | | | | | |

| Claimant | Claim Value | Distribution Received | Distribution Received Date | BTC Price on Distribution Received Date | ETH Price on Distribution Received Date | Fiat Value of BTC Using Distribution Received Date Prices** | Fiat Value of ETH Using Distribution Received Date Prices** | Total | Total With Interest* | Celsius Intends to send | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xshabadux Investments LLC | $66,175.00 | $37,720.00 | 4/5/2024 | $ 68,515.76 | $ 3,330.01 | $ 30,088.94 | $ 26,798.54 | $ 56,887.48 | $ 61,438.48 | 0 | $23,718.48 |
| * Interest based on WWW.IRS.gov/payments/quarterly-interest-rates | | | | | | | | | | | |
| ** If bought back in 1/31/24 | | | | | | | | | | | |

Respectfully submitted,


Joseph Sullivan,
Xshabadux Investments LLC