Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**JUNE 28, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| **Time and Date of Hearing:** | **June 28, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")[3]** |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn United States Bankruptcy Court for the Southern District of New York Alexander Hamilton U.S. Custom House One Bowling Green, Courtroom No. 523 New York, New York 10004 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    **Amended items appear in bold.**

[3]    **At request of the Court, this Hearing, which was scheduled for June 27, 2024, at 10:00 a.m. (prevailing Eastern Time), has been adjourned to June 28, 2024, at 10:00 a.m. (prevailing Eastern Time) as provided in the *Notice of Adjournment of Hearing on June 27, 2024* [Docket No. 4994].**

| | |
|---|---|
| Hearing Attendance Instructions: | The Hearing will be held in a hybrid format before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. |
| | No testimony is expected during the Hearing.  With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom.  Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. |
| | With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court.  Any person or entity that is permitted to dial-in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.  Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on June 27, 2024).** |
| | This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

I.    **Status Update on Distributions.**

Related Documents:

(1)    **Notice of Filing of June 27, 2024 Hearing Presentation [Docket No. 4993].**

II.    **Fee Applications.**

1.    **Fee Examiner's Summary Report.**  Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

Related Documents:

(1)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)    Fourth and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from July 1, 2023, Through and Including November 9, 2023 and the (II) Final Fee Period From July 13, 2022    Through    and    Including    November 9, 2023 [Docket No. 4266].

(3)    Fourth Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 1, 2023 Through November 9, 2023 [Docket No. 4252].

(4)    Final Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 13, 2023 Through November 9, 2023 [Docket No. 4253].

(5)    Fourth Interim and Final Fee Application of Perella Weinberg Partners LP for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors [Docket No. 4259].

(6)    Third Interim Application of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from July 13, 2022 Through May 31, 2023 [Docket No. 4249].

(7)    Fourth Interim Application of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC., et al., For the Period of July 1, 2023 Through and Including November 9, 2023 [Docket No. 4236].

(8)    Final Application of Elementus Inc. for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC., et al., for the Period of August 1, 2023 Through and Including November 9, 2023 [Docket No. 4257].

(9)    Combined Fourth Interim and Final Application of Gornitzky & Co. for Compensation for Services Rendered and Reimbursement of Expenses as

Israeli Counsel to the Official Committee of Unsecured Creditors [Docket No. 4258].

(10)    Fourth Interim and Final Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors [Docket No. 4256].

(11)    Second Interim Fee Application of Selendy Gay Elsberg PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of January 8, 2023 Through and Including November 9, 2023 [Docket No. 4263].

(12)    Combined Fourth Interim and Final Fee Application of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 4261].

(13)    Fourth Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2023 Through and Including November 9, 2023 [Docket No. 4242].

(14)    Final Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 13, 2022 Through and Including November 9, 2023 [Docket No. 4250].

(15)    Final Fee Application of KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for the Final Fee Period from June 6, 2023 (Effective as of January 1, 2023) Through and Including November 9, 2023 [Docket No. 4262].

(16)    Fourth Interim and Final Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 13, 2022 Through November 9, 2023 [Docket No. 4260].

(17)    Final Fee Application of Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Services Rendered and Reimbursement of Expenses Incurred from February 21, 2023 Through November 9, 2023 [Docket No. 4265].

(18)    Second Interim and Final Fee Application of A.M. Saccullo Legal, LLC for Compensation for Services Rendered and Reimbursement of Expenses

Incurred as Special Counsel to the Debtors for the Interim Period from March 1, 2023 Through November 9, 2023 and the Final Period from December 1, 2022 Through November 9, 2023 [Docket No. 4254].

(19)     Final Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors for the Final Period from July 13, 2022 Through November 9, 2023 [Docket No. 4268].

(20)     Sixth Monthly Interim and Final Fee Application of Andersen LLP, as UK Tax Services Provider for the Debtors and Debtors in Possession for the (I) Interim Fee Period from November 1, 2023 Through and Including November 9, 2023 and the (II) Final Fee Period From February 13, 2023 Through and Including November 9, 2023 [Docket No. 4271].

(21)     Final Fee Application of Huron Consulting Services LLC as Financial Advisor to the Examiner for the Period from October 10, 2022 Through and Including March 31, 2023 [Docket No. 4270].

(22)     Fourth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2023 Through and Including November 9, 2023 [Docket No. 4251].

(23)     Final Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses of the Final Fee Period from July 13, 2022 Through and Including November 9, 2023 [Docket No. 4273].

(24)     Combined First Interim and Final Fee Application of Willis Towers Watson US LLC for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant for the Debtors [Docket No. 4663].

(25)     Final Fee Application of FBC (Fischer & Co.) for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors from December 7, 2022 Through February 28, 2023 [Docket No. 4829].

2.     **Kirkland & Ellis Fourth Interim and Final Fee Application**.  Fourth and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from July 1, 2023, Through and Including November 9, 2023 and the (II) Final Fee Period From July 13, 2022 Through and Including November 9, 2023 [Docket No. 4266].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Tenth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3637].

(2)     Eleventh Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2023 Through August 30, 2023 [Docket No. 3984].

(3)     Twelfth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2023 Through October 31, 2023 [Docket No. 4105].

(4)     Thirteenth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2023 Through November 9, 2023 [Docket No. 4232].

(5)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(6)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**: This matter is going forward.

3.     **Ernst & Young Fourth Interim Fee Application**.  Fourth Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 1, 2023 Through November 9, 2023 [Docket No. 4252].

Objection Deadline:  The deadline to object was February 7, 2024, at 12:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(1)     Sixth Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 1, 2023 Through July 31, 2023 [Docket No. 3471].

(2)     Seventh Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period August 1, 2023 Through August 31, 2023 [Docket No. 3982].

(3)     Eighth Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period September 1, 2023 Through September 30, 2023 [Docket No. 4198].

(4)     Ninth Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period October 1, 2023 Through October 31, 2023 [Docket No. 4199].

(5)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(6)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

4.     **Ernst & Young Fourth Final Fee Application**.  Final Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 13, 2023 Through November 9, 2023 [Docket No. 4253].

<u>Objection Deadline</u>:  The deadline to object was February 7, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

5.    **Perella Weinberg Fourth Interim and Final Fee Application**.  Fourth Interim and Final Fee Application of Perella Weinberg Partners LP for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors [Docket No. 4259].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

6.    **Latham & Watkins Final Fee Application**.  Third Interim Application of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from July 13, 2022 Through May 31, 2023 [Docket No. 4249].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

<u>Related Documents</u>:

(1)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**: This matter is going forward.

7.    **Elementus Fourth Interim Fee Application**.  Fourth Interim Application of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC., et al., For the Period of July 1, 2023 Through and Including November 9, 2023 [Docket No. 4236].

<u>Objection Deadline</u>:  The deadline to object was February 7, 2024, at 12:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(1)    Twelfth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3397].

(2)    Thirteenth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 3664].

(3)    Fourteenth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 3966].

(4)    Fifteenth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 4023].

(5)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(6)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

8.    **Elementus Final Fee Application**.    Final Application of Elementus Inc. For Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC., et al., for the Period of August 1, 2023 Through and Including November 9, 2023 [Docket No. 4257].

Objection Deadline:  The deadline to object was February 7, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

9.    **Gornitzky & Co. Fourth Interim and Final Fee Application**.    Combined Fourth Interim and Final Application of Gornitzky & Co. for Compensation for Services Rendered and Reimbursement of Expenses as Israeli Counsel to the Official Committee of Unsecured Creditors [Docket No. 4258].

Objection Deadline:  The deadline to object was February 7, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:   This matter is going forward.

10.   **White & Case Fourth Interim and Final Fee Application**.  Fourth Interim and Final Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors [Docket No. 4256].

Objection Deadline:  The deadline to object was February 7, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)   Twelfth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3426].

(2)   Thirteenth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 3709].

(3)   Fourteenth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 3925].

(4)   Fifteenth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 4061].

(5)   Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(6)   Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:   This matter is going forward.

11.   **Selendy Gay Elsberg PLLC Third Interim and Final Fee Application**.  Second Interim Fee Application of Selendy Gay Elsberg PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official

Committee of Unsecured Creditors for the Period of January 8, 2023 Through and Including November 9, 2023 [Docket No. 4263].

Objection Deadline:  The deadline to object was February 7, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Sixth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3481].

(2)    Seventh Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 3549].

(3)    Eighth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 4024].

(4)    Ninth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 4057].

(5)    Tenth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 Through November 9, 2023 [Docket No. 4181].

(6)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(7)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

12.    **M3 Fourth Interim and Final Fee Application**.  Combined Fourth Interim and Final Fee Application of M3 Advisory Partners, LP for Compensation for Services

Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 4261].

Objection Deadline:  The deadline to object was February 7, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Twelfth Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3743].

(2)    Thirteenth Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 3930].

(3)    Fourteenth Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 3931].

(4)    Fifteenth Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 4043].

(5)    Sixteenth Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 Through November 9, 2023 [Docket No. 4155].

(6)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(7)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

13.    **Alvarez & Marsal Fourth Interim Fee Application**.  Fourth Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and

Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2023 Through and Including November 9, 2023 [Docket No. 4242].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Twelfth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3384].

(2)     Thirteenth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 3701].

(3)     Fourteenth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 3970].

(4)     Fifteenth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 4088].

(5)     Sixteenth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through November 9, 2023 [Docket No. 4197].

(6)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(7)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

14

14.     **Alvarez & Marsal Final Fee Application**.  Final Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 13, 2022 Through and Including November 9, 2023 [Docket No. 4250].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

15.     **KE Andrews Final Fee Application**.  Final Fee Application of KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for the Final Fee Period from June 6, 2023 (Effective as of January 1, 2023) Through and Including November 9, 2023 [Docket No. 4262].

Objection Deadline:  The deadline to object was February 7, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Third Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for this Period from July 1, 2023 Through and Including July 31, 2023 [Docket No. 3299].

(2)     Fourth Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for this Period from August 1, 2023 Through and Including August 31, 2023 [Docket No. 3791].

(3)     Fifth Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for this Period from September 1, 2023 Through and Including September 30, 2023 [Docket No. 3895].

(4)     Sixth Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for this Period from October 1, 2023 Through and Including October 31, 2023 [Docket No. 4092].

(5)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(6)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

16.     **Centerview Partners Fourth Interim and Final Fee Application**. Fourth Interim and Final Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period July 13, 2022 Through November 9, 2023 [Docket No. 4260].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

17.     **Stout Final Fee Application**.  Final Fee Application of Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Services Rendered and Reimbursement of Expenses Incurred from February 21, 2023 Through November 9, 2023 [Docket No. 4265].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fifth Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3411].

(2)     Sixth Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 3766].

(3)     Seventh Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 4094].

(4)     Eighth Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 4255].

(5)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(6)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

18.     **Saccullo Second Interim and Final Fee Application**.  Second Interim and Final Fee Application of A.M. Saccullo Legal, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Interim Period from March 1, 2023 Through November 9, 2023 and the Final Period from December 1, 2022 Through November 9, 2023 [Docket No. 4254].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Combined Second Monthly Fee Statement of A.M. Saccullo Legal, LLC for Compensation for Services and Reimbursement of Expenses Incurred as

Special Counsel to the Debtors from March 1,2023 Through November 9, 2023 [Docket No. 4246].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(3)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

19.    **Stretto Final Fee Application**.  Final Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors for the Final Period from July 13, 2022 Through November 9, 2023 [Docket No. 4268].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

20.    **Andersen Sixth Interim and Final Fee Application**.  Sixth Monthly Interim and Final Fee Application of Andersen LLP, as UK Tax Services Provider for the Debtors and Debtors in Possession for the (I) Interim Fee Period from November 1, 2023 Through and Including November 9, 2023 and the (II) Final Fee Period From February 13, 2023 Through and Including November 9, 2023 [Docket No. 4271].

Objection Deadline:  The deadline to object was February 9, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    First Monthly Fee Statement of Services Rendered and Expenses Incurred by Andersen LLP as UK Tax Services Provider for the Debtors, for Compensation and Reimbursement of Expenses for the Period from February 28, 2023 Through June 30, 2023 [Docket No. 3131].

(2)    Second Monthly Fee Statement of Services Rendered and Expenses Incurred by Andersen LLP as UK Tax Services Provider for the Debtors, for Compensation and Reimbursement of Expenses for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3757].

(3)    Third Monthly Fee Statement of Services Rendered and Expenses Incurred by Andersen LLP as UK Tax Services Provider for the Debtors, for Compensation and Reimbursement of Expenses for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 3905].

(4)    Fourth Monthly Fee Statement of Services Rendered and Expenses Incurred by Andersen LLP as UK Tax Services Provider for the Debtors, for Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023 [Docket No. 3980].

(5)    Fifth Monthly Fee Statement of Services Rendered and Expenses Incurred by Andersen LLP as UK Tax Services Provider for the Debtors, for Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 4360].

(6)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(7)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

21.    **Huron Final Fee Application**.  Final Fee Application of Huron Consulting Services LLC as Financial Advisor to the Examiner for the Period from October 10, 2022 Through and Including March 31, 2023 [Docket No. 4270].

Objection Deadline:  The deadline to object was February 9, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

22.     **Akin Gump Fourth Interim Fee Application**.  Fourth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2023 Through and Including November 9, 2023 [Docket No. 4251].

Objection Deadline:  The deadline to object was February 12, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Twelfth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of July 1, 2023 Through July 31, 2023 [Docket No. 3861].

(2)     Thirteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of August 1, 2023 Through August 31, 2023 [Docket No. 3842].

(3)     Fourteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of September 1, 2023 Through September 30, 2023 [Docket No. 4201].

(4)     Fifteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of October 1, 2023 Through October 31, 2023 [Docket No. 4055].

(5)     Sixteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses

20

Incurred as Special Litigation Counsel to the Debtors for the Period of November 1, 2023 Through November 9, 2023 [Docket No. 4224].

(6)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(7)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:    This matter is going forward.

23.    **Akin Gump Final Fee Application**.  Final Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses of the Final Fee Period from July 13, 2022 Through and Including November 9, 2023 [Docket No. 4273].

Objection Deadline:  The deadline to object was February 12, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Supplement to Final Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2023 Through and Including November 9, 2023 [Docket No. 4296].

(2)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(3)    Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

24.    **Willis First Interim and Final Fee Application**.  Combined First Interim and Final Fee Application of Willis Towers Watson US LLC for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant for the Debtors [Docket No. 4663].

Objection Deadline:  The deadline to object was April 4, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

25.     **FBC Final Fee Application**.  Final Fee Application of FBC (Fischer & Co.) for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors from December 7, 2022 Through February 28, 2023 [Docket No. 4829].

Objection Deadline:  The deadline to object was May 14, 2024, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2)     Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:     This matter is going forward.

## III.    **Contested Matters.**

1.     **Motion to Strike Item From the Record on Appeal**.  Litigation Administrator's Motion to Strike Item in Jason Voelker's Designation of Items to Be Included in the Record on Appeal [Docket No. 4926].

Objection Deadline:  The deadline to object was June 20, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Opposition to Claims Administrator's Motion to Strike Portions of the Bankruptcy Record From the Designated Record on Appeal and a Request

that the Court Construe this Objection as a Motion to Augment the Appellate Record [Docket No. 4948].

(2) **Litigation Administrator's Reply in Support of Motion to Strike Item in Jason Voelker's Designation of Items to Be Included in the Record on Appeal [Docket No. 4992].**

Related Documents:

(1) Declaration of Jason Voelker [Docket No. 4903].

(2) Notice of Designation of Record [Docket No. 4904].

(3) Letter to the Honorable Martin Glenn Re: Voelker's Declaration Re: Wyoming Asset (related documents [Docket No. 4903]) [Docket No. 4925].

(4) Litigation Administrator's Counter-Designation of Items to be Included in the Record on Appeal [Docket No. 4927].

**Status**:    This matter is going forward.

## IV.    **Adjourned Matters.**

1. **RSM Final Fee Application**.    Final Fee Application of RSM US LLP for Allowance of Compensation and Reimbursement of Expenses for Certain Audit Services for the Final Period from August 1, 2023 Through November 9, 2023 [Docket No. 4264].

Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1) Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2) Notice of Adjournment of Final Fee Application of RSM US LLC for Allowance of Compensation and Reimbursement of Expenses for Certain Audit Services for the Final Period From August 1, 2023 Through November 9, 2023 [Docket No. 4264] to July 29, 2024 [Docket No. 4960].

(3) Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

**Status**:   This matter has been adjourned to July 29, 2024 at 2:00 p.m. (prevailing Eastern Time).

2.   **Motion to Compel Discovery**.  Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4866].

Objection Deadline:  The deadline to object was June 20, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Dat Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4974].

(2)   Declaration of Jeremy Tilsner in Support of the Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4976].

Related Documents:

(1)   **Notice of Adjournment of Motion Seeking Entry of an Order for a Rule 2004 Examination [Docket No. 4866] to July 29, 2024 [Docket No. 4991].**

**Status**:   This matter has been adjourned to July 29, 2024 at 2:00 p.m. (prevailing Eastern Time).

3.   **Motion for Further Distribution**.   Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 4911].

Objection Deadline:  The deadline to object was June 20, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Dat Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4974].

(2)     Declaration of Jeremy Tilsner in Support of the Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4976].

Related Documents:

(1)     Affidavit of Laura Faller McNeil in Support of Faller Creditors' Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4912].

(2)     Joinder of Clypeum, Inc. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4916].

(3)     Joinder of Jinwes LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4917].

(4)     Joinder of Jones Asset Protection Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4918].

(5)     Joinder of VP Investments & Assets LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4919].

(6)     Joinder of Jukes Property Solutions Limited in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4920].

(7)     Joinder of VP Investments & Assets LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4921].

(8)     Joinder of Siddhartha Super Pty Ltd ATF Colagiuri Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4922].

(9)     Joinder of Get Streamlined Limited / James Matthews in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4923].

(10)    Joinder of PR Crypto Fund-I LP in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4928].

(11)    Joinder of Ibertrade Representaciones SL in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4929].

(12)    Joinder of E & KL Murphy Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4934].

(13)    Joinder of Racecenter Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4935].

(14)    Joinder of DLS Memorial LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4938].

(15)    Joinder of Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4939].

(16)    Joinder of Digitaurus Pty Ltd ATF Vann Family Superannuation Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4940].

(17)    Joinder of Masens Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4944].

(18)    Joinder of Good Forrest Super Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4945].

(19)    Joinder of the Trustee for Simba Discretionary Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan

of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4946].

(20)   Joinder of Karma Organization LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4947].

(21)   Joinder of Art_Rod_LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4950].

(22)   Joinder of Paule Bennett Family Super Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4952].

(23)   Joinder of Deka Andres Ependyoun International Incorporated in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4953].

(24)   Joinder of Wilks SMSF Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4954].

(25)   Amended Joinder of Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4956].

(26)   Joinder of Cvolchko RD LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4958].

(27)   Joinder of Craig Volchko 401k in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4959].

(28)   Joinder of JDW Investment Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4961].

(29)   Joinder of Luke Orr Family Super Fund Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4963].

(30)   Joinder of Dungey Family Super Fund Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4964].

(31)   Joinder of Hermoso Capital Fund LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4966].

(32)   Joinder of Hermoso Capital Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4967].

(33)   Joinder of Project Influencers Capital LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4968].

(34)   Joinder of Hermoso Capital Fund LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4971].

(35)   Joinder of Hermoso Capital Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4972].

(36)   Amended Joinder as a Result of Wire Transfer Being Reversed Five (5) Days Later.  Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4985].

(37)   Joinder of Joseph Sullivan and Xshabadux Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4986].

(38)   Notice of Adjournment of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 4911] to July 29, 2024 [Docket No. 4988].

**Status**:   This matter has been adjourned to July 29, 2024 at 2:00 p.m. (prevailing Eastern Time).

28

New York, New York
Dated:  June 27, 2024

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          joshua.sussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          patrick.nash@kirkland.com
                ross.kwasteniet@kirkland.com
                chris.koenig@kirkland.com
                dan.latona@kirkland.com

*Counsel to the Post-Effective Date Debtors*