UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br>CELSIUS NETWORK LLC, *et al.*,[1] <br><br>Debtors. | ) Chapter 11 Case No. 22-<br>) 10964 (MG)(Jointly<br>) Administered)<br>)<br>)<br>)<br>)<br>) |

**JOINDER OF OEHME FAMILY SUPER PTY LTD ATF OEHME FAMILY SUPERFUND
IN SUPPORT OF
MOTION SEEKING ENTRY OF AN ORDER
(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR
CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:   THE HONORABLE MARTIN GLENN
      UNITED STATES BANKRUPTCY JUDGE

DR DAVID OEHME, on behalf of OEHME FAMILY SUPER PTY LTD ATF OEHME FAMILY SUPERFUND, hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion"). In support of their Joinder, which states as follows:

**STATEMENT**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31. However, distributions were not made timely to OEHME FAMILY SUPER PTY LTD ATF OEHME FAMILY SUPERFUND, as the distribution was not made OR apparently attempted. It is now 145 days after January 31, the date of Debtors' emergence. OEHME FAMILY SUPER PTY LTD ATF OEHME FAMILY SUPERFUND has claim no. 3.1.433081. Using a similar calculation to that used by the Faller Creditors, OEHME FAMILY SUPER PTY LTD ATF OEHME FAMILY SUPERFUND has been damaged in the sum of $61,837.53 USD (calculations shown in the table below). By this Joinder, OEHME FAMILY SUPER PTY LTD ATF OEHME FAMILY SUPERFUND seeks additional compensation in the sum of $61,837.53 USD from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Joinder Filed Date | BTC Price on Joinder Filed Date | ETH Price on Joinder Filed Date | Fiat Value of BTC using Joinder Filed Date | Fiat Value of ETH using Joinder Filed Date | Total | Total With Interest [1] | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| Oehme Family Super Pty Ltd ATF Oehme Family Superfund | $75,832.50 | 06/29/24 | $60,634.49 | $3,382.62 | $32,634.68 | $27,268.71 | $59,903.39 | $61,837.53 | $0.00 | $61,837.53 |

1.) US Dollar price of BTC source - https://finance.yahoo.com/quote/BTC-USD/history/ 2.) US dollar price of ETH source - https://finance.yahoo.com/quote/ETH-USD/history/ 3.) Interest based on www.irs.gov/payments/quarterly-interest-rates

Oehme Super Pty Ltd is the trustee for the Oehme Family Super Fund (equivalent to a 401K for US citizens), hence the delay in receiving distribution has negatively impacted my retirement fund.  Furthermore, as stated by yourself in a recent hearing, there has been a potential breach of the plan by excluding corporate creditors outside of the top 100 from distribution.

June 29 2024

                                               Respectfully submitted,

                                               Dr David Oehme
                                               Director
                                               OEHME FAMILY SUPER PTY LTD ATF
                                               OEHME FAMILY SUPERFUND