**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. 22-<br>) 10964 (MG)(Jointly<br>) Administered) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

**JOINDER OF <u>Flavell Pty Ltd the Trustee for H Flavell Super Fund</u> IN SUPPORT OF**
**MOTION SEEKING ENTRY OF AN ORDER**
**(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR**
**CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:    THE HONORABLE MARTIN GLENN
         UNITED STATES BANKRUPTCY JUDGE

<u>Harrison John Flavell</u>, on behalf of <u>Flavell Pty Ltd the Trustee for H Flavell Super</u>

<u>Fund</u>, hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions

Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief

[ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

**<u>STATEMENT</u>**

1.  On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and

commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31.  However, distributions were not made timely to Flavell Pty Ltd the Trustee for H Flavell Super Fund, as the distribution was not made until 150 days (and still received 0 distribution) after January 31, the date of Debtors' emergence.  Flavell Pty Ltd the Trustee for H Flavell Super Fund has claim no 3.1.185166 Using a similar calculation to that used by the Faller Creditors, Flavell Pty Ltd the Trustee for H Flavell Super Fund has been damaged in the sum of $100,000 USD (calculations shown in the table below).  By this Joinder, Flavell Pty Ltd the Trustee for H Flavell Super Fund seeks additional compensation in the sum of $104,068.04 *USD* from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Joinder filed Date | BTC Price on Distribution Received Date | ETH Price on Distribution Received Date | Fiat Value of BTC using Distribution Received Date | Fiat Value of ETH using Distribution Received Date | Total | Total With Interest [1] | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| Flavell Pty Ltd | $104,068.00 | 29/6/2024 | $67,233.66 | $3,236.66 | $49,660.17 | $35,807.20 | $85,467.37 | $100,000.00 | $0.00 | $100,000.00 |
| 1.) Interest based on www.irs.gov/payments/quarterly-interest-rates | | | | | | | | | | |

29/06/2024

Respectfully submitted,

Harrison John Flavell,
Flavell Pty Ltd the Trustee for H Flavell Super Fund