UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: Celsius Network LLC, et al.,

Case No. 24-CV-04057(LJL)

Related to: Bankruptcy Court Case No.: 22-10964 (MG)

**[ORDER GRANTING PRO SE APPELLANT ACCESS TO THE ELECTRONIC CASE FILING (ECF) SYSTEM**

Upon consideration of the Motion for Pro Se Appellant Access to the Electronic Case Filing (ECF) System filed by Jason Voelker, a pro se Appellant, and for good cause shown, it is hereby **ORDERED:**

1. **Access Granted:** Jason Voelker is granted access to the Electronic Case Filing (ECF) system of this Court for the limited purpose of filing documents in this appeal.

2. **Compliance with Rules and Procedures:** Mr. Voelker shall comply with all applicable rules and procedures governing the use of the ECF system, including the Electronic Case Filing Administrative Procedures of the Southern District of New York and the Court's CM/ECF Policies and Procedures Manual.

3. **Assistance from Clerk of Court:** The Clerk of Court is directed to provide Mr. Voelker with the necessary information and training to access and use the ECF system.

4. **Effective Date:** This Order shall be effective immediately upon issuance.

SO ORDERED.

Dated: July 1, 2024

_____
Hon. Lewis J. Liman
United States District Judge