**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Joint Stipulation and Agreed Order by and Among the Post-Effective Date Debtors, Litigation Administrator, and Professional Solutions Insurance Company, Hudson Excess Insurance Company, Starstone Specialty Insurance Company, and Associated Industries Insurance Company Inc. Granting Limited Relief from the Automatic Stay, if Applicable** (Docket No. 7245)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on July 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Joint Stipulation and Agreed Order by and Among the Post-Effective Date Debtors, Litigation Administrator, and Professional Solutions Insurance Company, Hudson Excess Insurance Company, Starstone Specialty Insurance Company, and Associated Industries Insurance Company Inc. Granting Limited Relief from the Automatic Stay, if Applicable** (Docket No. 7245)

Dated: July 16, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado          )
                          )                    SS.
County of Denver          )

Subscribed and sworn before me this 16th day of July 2024 by Janira N. Sanabria.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 06106 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE  FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | | MIAMI | FL | 33131 |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 03301 |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 08611 |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | | NEW YORK | NY | 10004-1459 |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | | WASHINGTON | DC | 20006-1806 |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 02903 |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | 415 EAST 52ND STREET SUITE 3 | | NEW YORK | NY | 10022 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 |

**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 05609 |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 |

# **Exhibit B**

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | | OAG@DC.GOV |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | | BROSSZER@LAW.GA.GOV |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | ATG.CED@HAWAII.GOV |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL | DEREK SCHMIDT | DEREK.SCHMIDT@AG.KS.GOV |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | | ADMININFO@AG.STATE.LA.US |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

**STRETTO**

**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | BANKRUPTCY@AGUTAH.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |

## **EXHIBIT C**

Served via Electronic Mail

(For unredacted information, please contact Stretto by email at CaseTeam@stretto.com or by telephone at 855-423-1530)

| | |
|---|---|
| 4XP MINING CDXX  LLC | AARON LEE KENNEDY |
| A & JC INVESTMENT PROPERTIES LLC | AARON MICHAEL DRURY |
| A BETTER BOAT  LLC | AARON MICHAEL FREDERICK |
| A. GIOVANNI ZOPPE | AARON MICHAEL SCHOTT |
| AAHEL IYER | AARON MORRIS KELLEY |
| AAKAASH RAVI PATEL | AARON ONEILL STRAKER |
| AARJAB GOUDEL | AARON PHILL WENDELL FERGUSON |
| AARON AUMILLER | AARON RANDALL SCHNIEDER |
| AARON BANKSTON STEARNS | AARON RAY GARNER |
| AARON BENJAMIN CANTU | AARON ROI COHEN |
| AARON BRADFORD ANDERSON | AARON RYAN OVSIENKO |
| AARON C BEACH | AARON SCOTT EPSTEIN |
| AARON CARL JENSEN | AARON SEANA DAVIS |
| AARON CHEN | AARON SPENCER BROCKBANK |
| AARON CHRISTOPHER FEKETE | AARON THOMAS WORD |
| AARON CRAIG MUCZKO | AASIM IMRAN SHAIK |
| AARON DALE HIGBEE | ABACI  LLC |
| AARON DANIEL BENNETT | ABDOOL A AZEEZ |
| AARON ELLSWORTH RAY | ABDUL BAREKZAI |
| AARON GRIFFITH | ABISHEK PUCHALAPALLI REDDY |
| AARON J LIPPY | ABRAHAM ARMEN ABRAMIAN |
| AARON JAMES COZORT | ABRAHAM FUHED SMILOWITZ |
| AARON JAY BASEY | ABRAHAM LAURENCE SIMPSON |
| AARON JOSEPH MCCLURE | ABRAHAM LEVI SALDIVAR |
| AARON JOSEPH ROE | ABRAHAM MATA |
| AARON KANE WILLIAMSON | ABTIN SAMADI |
| AARON KUAN | ACAR RAUF ARY |
| AARON LAVAL TONEY | ADAM AARON MISCHKE |

ADAM AARON NATIV

ADAM ANTHONY STEELE

ADAM BRADLEY NAPOLETANO

ADAM CASSIDY CARTER

ADAM CORY HEISSERER

ADAM D QUANE

ADAM DANIEL BIEDERMAN

ADAM DANIEL JOHNSON

ADAM DANIEL O LEARY

ADAM DANIEL WENIG

ADAM DAVID PEREZ

ADAM DAVID SCHLESINGER

ADAM DAVID STONEHOCKER

ADAM DAYE MAXWELL

ADAM ERICOBERLIN LARSON

ADAM GERARD RICE

ADAM GHOUBALI

ADAM GRAY LACEY

ADAM GREER FLIGSTEN

ADAM H HAKIM

ADAM HIPOLIT SOKOLOWSKI

ADAM INGLE

ADAM J SWIERCZYNSKI

ADAM JAMES LUDDEN

ADAM JAMES WEIGOLD

ADAM JASON STEPHENS

ADAM JON STREETS

ADAM JONATHAN WEIL

ADAM JOSEPH COOK

ADAM JOSEPH STOLER

ADAM K SCHATZ

ADAM LEE HARMON

ADAM LLOYD KITAIN

ADAM MALLEY

ADAM MATHEW BERMAN

ADAM MATTHEW DE WITT

ADAM MITCHELL POMERANTZ

ADAM MUSTAFA

ADAM NARKIEWICZ

ADAM NEAL SUMMERS

ADAM P CARELLI

ADAM PIEGARI

ADAM RANDALL WEISS

ADAM REID WITEK

ADAM RIVERS BLUMER

ADAM ROCKSTAD

ADAM RUDOLPH VUKSICH

ADAM SAMUEL ELROD

ADAM SINGH MARWAH

ADAM STEWART FOX

ADAM TAYLOR FYFFE

ADAM W GRACZYK

ADAM WALLACE MANKE

ADAMS WONG

ADDISON KUO YANG

ADEEL JAVED

ADEL TAWFIQ FAKHOURI

ADHAM M NASSAR

ADHAM NABIL MOMTAZ

ADITYA DARGAN

ADOLF HANNERT

ADONAI PROFESSIONAL SERVICES   INC

ADREAT LE

ADRIAN ALEXANDER WINTHER

ADRIAN ARTURO LOJO ZULUAGA

ADRIAN AUGUS RISH

ADRIAN AYALA ESCONDO

ADRIAN CHARL JONES

ADRIAN FERNANDEZ

ADRIAN JESUS LARREAL MATA

ADRIAN JESUS PHRUKSUKARN

ADRIAN JOSEPH DANKER

ADRIAN PEREZ-SIAM

ADRIAN RICHARD TAPIA

ADRIAN ROBERT TINOCO

ADRIAN RODRIGUEZ

ADRIEN BAPTISTE JULIEN GUILLO

AGNES MACARAIG ALMEIDA

AGUS SANTOSO LIE

AHLAM JAMAL

AHMED ABDULLAH MEJJALLID

AHMED MAHMOUD EID

AHNAF IBNE SALAM

AHSON MOHAMMAD SAIYED

AIDE HERNANDEZ GOMEZ

AITOR MATEO

AKHIL VELURU

AKIKO KANESEKI

AKIL ALI ALEXANDER

ALAN GOODE

ALAN J ROBERT

ALAN JOSEPH LACHAPELLE

ALAN MERLE PARRANTO

ALAN MICHAEL KRAMPF

ALAN NAMAZBAYEV

ALAN SEAN BRACY

ALAN WEI ZHENG

ALBERT C FERREIRA

ALBERT EATON SHAW

ALBERT SANGYUP LEE

ALBERT TSZ JEON LI

ALBERT W EBIA

ALBERTO EUSEBIO

ALBERTO JESUS CARRASQUILLO-
RODRIGUEZ

ALBERTO MARGARITO MARTINEZ

ALBERTO MOISES

ALBERTO WENCE VERDUZCO

ALBIN THOMAS

ALDO LUIGI DAVALOS

ALEC EDWARD STRAIN

ALEC GREGORY ANANIAN

ALEC WILLIAM OWENS

ALEJANDRO ANTONIO MARTINEZ

ALEJANDRO DANIEL GONZALEZ

ALEJANDRO LORENZO SUAREZ-FIGUEROA

ALEJANDRO MIGUEL ARGUETA

ALEJANDRO RODRIGUEZ

ALEJOS ANAYA

ALEKSANDR BORISOVICH RATNER

ALEKSANDR CHIZHIK

ALEKSANDR IGOREVICH ROYTIKH

ALEKSEY PLETNEV

ALESSANDRO DAVID TROMBA

ALESSANDRO PAUL MASTROMATTEI

ALEX ALBERTO GONZALEZ-VINAS

ALEX ARDELL GUILLIEN

ALEX BLUE HERITIER KERBY

ALEX BUSHOY

ALEX CHUN

ALEX CLARK DENNIS

ALEX DAVID HEARN

ALEX ENGEL

ALEX ENRIQUE PAREDES

ALEX FREDERICK HESS

ALEX J GERONIMO

ALEX JIN-HONG OON

ALEX JORDAN

ALEX NICHOLAS WELLS

ALEX NOLAN BARNETT

ALEX Q LIN

ALEX RENE JIMENEZ

ALEX ROBERT ABBENANTE

ALEX ROBERT BRANDS

ALEX ROBERT GRIMES

ALEX RUBILAR

ALEX VITO TOMASIK

ALEXANDER  NASON

ALEXANDER A BIGOTT

ALEXANDER ADAMS

ALEXANDER BABAJIDE OLUBAJO

ALEXANDER BENEDYKT SZYMANSKI

ALEXANDER BLACK FENTON

ALEXANDER BOJIDAROV MOSKOV

ALEXANDER C VONSUMMER 3RD

ALEXANDER CARL SMITH

ALEXANDER CARR BECKER

ALEXANDER CHERNYSHEV

ALEXANDER D CAMBA-BARRERAS

ALEXANDER DAVID GONZALEZ

ALEXANDER DENISON  HEID

ALEXANDER DIXON KATLER

ALEXANDER DMITRY VYSHETSKY

ALEXANDER EDWARD BROWN

ALEXANDER FANCHEONG HUNG

ALEXANDER FRANCIS CARPOUSIS

ALEXANDER FUCHS

ALEXANDER GENO ZAYID

ALEXANDER GEORGEJACZINA BRETON

ALEXANDER HALLORAN

ALEXANDER HONG

ALEXANDER HUYNH

ALEXANDER JAMES CEREN

ALEXANDER JAMES GERDT LOTIER

ALEXANDER JAMES JETER

ALEXANDER JEFFREY KIM

ALEXANDER JOHN KRUSZ

ALEXANDER JOSEPH AZRA

ALEXANDER JOSEPH BENFIELD

ALEXANDER JOSEPH BENNETT BARLOW

ALEXANDER JOSEPH PEREZ

ALEXANDER KOLTUNOV

ALEXANDER KURT HOUGH

ALEXANDER LEE HOAG

ALEXANDER LYUBOMIROV

ALEXANDER MADDEN

ALEXANDER MADISON SCHELTEMA

ALEXANDER MARCUS MAX NAUMANN

ALEXANDER NATE DE CASTRO

ALEXANDER NGUYEN

ALEXANDER P WALCHLI

ALEXANDER PAUL PERGAKIS

ALEXANDER PAUL TURITZIN

ALEXANDER R MASON

ALEXANDER RAPHAEL RANCEL

ALEXANDER ROBERT KLEVEN

ALEXANDER ROBERT PROTHEROE

ALEXANDER SCHECTER

ALEXANDER STATEN FANCHER

ALEXANDER STEFAN MADAR

ALEXANDER THOMAS DECONDE

ALEXANDER THOMAS HUNT

ALEXANDER TSAI

ALEXANDER WILLIAM WOLF

ALEXANDER Y KIM

ALEXANDER YULIEVICH PERLOV

ALEXANDER ZHOU

ALEXANDRA LOZANO FOLMER

ALEXANDRE FREDERIC MORIN

ALEXANDRE GEORGES LOUIS ZUTTRE

ALEXANDRE ZUBAREV

ALEXAS ORION PELRINE FLACCO

ALEXEI V BAZHENOV

ALFONSO LAFUENTE SANGUINTETTI

ALFPHA NEWMAN BAH

ALFRED ANGEL DELOSSANTOS

ALFRED FRAIZ SAMUEL METWASHLA

ALFREDO FLORES

ALI ABRAHIMIA

ALI SAAD SHAMI

ALI SHEIKH

ALI SIADATI

ALI TAHERI

ALICE SUN CHEN

ALICIA ISEN

ALIEN NGUYEN

ALINA JANSSEN

ALINE RAQUEL GRUBER

ALINE THUY LE

ALIREDHA MUNIR WALJI

ALIREZA CHOUBINEH

ALISON TOWNLEY

ALLAN GINSBURG

ALLAN H EDMOND JR

ALLAN J BOURNE

ALLAN JOSEF GRUDSKY

ALLAN MJR BERRY

ALLEN DAVID JEFFERIS

ALLEN EUGENE WHITE

ALLEN J FERRER

ALLEN J YODER

ALLEN RUSSELL ADAMS-ARTIS JR.

ALLEN T D WIGGINS

ALLEN VINCENNCE MCCLURE JR

ALLEN Y CHEN

ALLEN ZHANG

ALLENEFATIMA PERNITO ACOSTA

ALLISON LINDSAY HYLAND

ALLYSON BETH GALLER

ALOKE FRANCIS FERNANDES

ALON SAGGIE

ALPHONSE JOHN BALTES

ALSU SAIFETDINOVA

ALVAND ABDOLSALEHI

ALVAR JOSE ARAGON BERENGENA

ALVARO RUIZ

ALVIN  RODGERS

ALVIN MAGOS ALONZO

ALYSHA DEPP BUSZA

AMANDA BARRIENTEZ

AMANDA CHRISTINE DAVENPORT

AMANDA DANIELS LUNDY

AMANDA ENAYATI

AMANDA KAYE JOHNSON

AMANDA RENEE HUFFMAN

AMANDA YUEN YU

AMANDEEP SINGH KANDOLA

AMAR TALATI

AMARJEET S KAPOOR

AMARSAIKHAN ZORIGT

AMBER K MILLMAN

AMBER REBEKAH BOWLES

AMEET KEDARNATH CHANDAK

AMELIA K KING

AMELIA LUCIA MARTINEZ

AMER YASSER DAMANHOURY

AMINAH MIREMBE WEST

AMIR BOULOS

AMIR DEE HOSSLER

AMIR ELIAV

AMIR HOSSEIN SAGHARI

AMIR HOSSIENDOUST

AMIR JAD NASER

AMIR M NASSAR

AMIR ROY

AMIRHOSSEIN SHAYESTEH

AMISH B MENDAPRA

AMIT BHIKHALAL SOHAGIA

AMIT LELE

AMMER M SOLIMAN

AMOS GRAIFMAN

AMOS NICOLAS UY

AMR HASSAN ABDELAZIZ HASSAN

AMRITPAL SINGH

AMY MARIE BALSAVAGE

AMY MARIE STROHBEHN

AMY MEYER

AMYLI CABILING MCDANIEL

AN EYE TOWARD RETIREMENT  LLC

AN HONG TRONG PHAM

AN QUOC TRAN

AN THOMAS TRAN

ANAND VALLAMSETLA

ANAND VENKATESH NARAYANAPPA

ANATOLIY Y NOVAK

ANDERS RAY FROEHLICH

ANDRE FLOYD HOLLIS

ANDRE NATERA

ANDRE ROALD WYSS

ANDRE V KOSTYLEV

ANDRE VILLANOVA ENCARNACAO

ANDREA PAOLA BEST

ANDREAS DIVARIS

ANDREAS EMINIDIS

ANDREAS GLATZ

ANDREAS JANZEN

ANDREAS KAPETANOS

ANDREAS WOLFRAM KNIEP

ANDREE LOYO GUERRA

ANDREI DARYUSH BEHJAN

ANDRES ALEJANDRO MELIAN NEOPENSI

ANDRES COLON PEREZ

ANDRES FELIPE RESTREPO

ANDRES FELIPE RUIZ

ANDRES FERNANDO FLOREZ

ANDRES RAMIREZ

ANDREW ALAN ABANG

ANDREW ALBENUS HUGGETT

ANDREW ALEXANDER POTOTSCHNIK

ANDREW ALFRED BRAINE

ANDREW ALLEN GRIFFIN

ANDREW ALTSCHULER

ANDREW ANH LAC

ANDREW ANH NGUYEN

ANDREW ARDAVAN MOTAMED VAZIRI

ANDREW AVINASH VINOD

ANDREW BECKER

ANDREW BERESFORD LONG

ANDREW BORG STACH

ANDREW BRADLEY FROOME

ANDREW BRUCE HOFFMAN

ANDREW BRUNO DEER

ANDREW BYRON BECK

ANDREW C EGAN

ANDREW CARLTON AIKEN

ANDREW CHANGMEEN YOON

ANDREW CHEN

ANDREW CLAUSSEN FORRESTER SHIELDS

ANDREW CONARD RUSZKAY

ANDREW CONNOR POWELL

ANDREW CUMMINS

ANDREW D BELLIS

ANDREW E WEBER

ANDREW EDWARD BOUD

ANDREW EUGENE OVERTON

ANDREW FRANK ORAM

ANDREW GAUTHIER MILOT

ANDREW GEORGE WANG

ANDREW GOULET

ANDREW GWYN WEIS

ANDREW HANEY

ANDREW HSUANAN CHEN

ANDREW HYUN CHANG

ANDREW JAMES

ANDREW JAMES LAVEAU

ANDREW JAMES MONCRIEFF

ANDREW JAMES PRINDLE

ANDREW JARIN KOLAR

ANDREW JOHN BARBER

ANDREW JOHN GUSTAFSON

ANDREW JOHN HAMER

ANDREW JOSEPH BACA

ANDREW JOSEPH CANAMELLA

ANDREW JOSEPH LEONE

ANDREW JOSIAH LAKE

ANDREW JUNGSU KIM

ANDREW JUSTIN ARONSON

ANDREW KENT EKLUND

ANDREW KYLE MCLAINE

ANDREW LEWIS GILMORE

ANDREW M MARTINEK

ANDREW M SCHUMANN

ANDREW MATTHEW FOX

ANDREW MATTIE

ANDREW MCCARTOR

ANDREW MICHAEL CITRON

ANDREW MICHAEL LYDON

ANDREW MICHAEL NEY

ANDREW MICHAEL SATORSKI

ANDREW MICHAEL SHIN

ANDREW MICHAEL TOTTA

ANDREW MURRAY MILLER

ANDREW NATHAN POWELLMORSE

ANDREW NGUYEN

ANDREW NORMAN PERLIN

ANDREW ON YEE WONG

ANDREW P KUKUK

ANDREW P SWARD

ANDREW PAUL BERGMAN

ANDREW PAUL WALLACE

ANDREW PHILIP MOY

ANDREW PHILLIP JOHN

ANDREW PORTER METZGER

ANDREW QUOCANH DO

ANDREW ROBERT LARSON

ANDREW ROSCA

ANDREW RYAN KESSEL

ANDREW S OH

ANDREW SAMUEL HANSON

ANDREW SCOTT KATZ

ANDREW SCOTT PERSINGER

ANDREW SCOTT VIGNEAULT

ANDREW STANLEY MCCANDLESS

ANDREW STEVENSON RAY

ANDREW THIEN TAM NGUYEN

ANDREW THOMAS SHAW

ANDREW TODD HAYWARD

ANDREW TRAYLOR

ANDREW TYLER ACOCELLA

ANDREW TYLER HILSEBERG

ANDREW VAUGHAN MERLINO

ANDREW WARNS SPATH

ANDREW WESLEY REISS

ANDREW WESLEY STEINLY

ANDREW YANG

ANDREY KUMANOV

ANDREY P SIDLINSKIY

ANDRIJANA  BORKOVIC

ANDY C FERNG

ANDY CHEN

ANDY DANG HO

ANDY DUC DIEP

ANDY GIANG

ANDY LI

ANDY TRAN

ANDY TUAN TRAN

ANEL DANZA

ANEUDI J LARA PAREDES

ANGEL GABRIEL VELAZQUEZ-DIAZ

ANGEL MANUEL BRIGNONI

ANGELA LEE

ANGELA LIN CHANG

ANGELA LYNEE MELORO ROYBAL

ANGELA MARIE CASEY

ANGELA MARIE CENZON

ANGELINA GUZMAN

ANGELLIE SACHARIE SANTIAGO

ANGELO CHRISTOPOULOS

ANGELO J OCASIO

ANGERONA LOVE

ANGUS YANG

ANHANG ZHU

ANIK S DANG

ANIKO PIRI

ANIL SHRESTHA

ANIMESH GUPTA

ANISE V PARIKH

ANISH BASU

ANISHA MANTRI

ANKIT MATHUR

ANKUSH VERMA

ANN MARIE PUSHIES

ANN MARIE SMITH

ANN MI YOON

ANNA LISE MCCLENDON

ANNA MICHELLE MULSO

ANNALICE YUIROO CHANG

ANNIE SHAN TAM

ANSAR ADEEL

ANSELMO BERARDI

ANSLEY DAWN RUBINSTEIN

ANSON SO

ANSSAR SOUSSI TAMLI

ANTHONY  ABADEIR

ANTHONY  CALDERONE

ANTHONY AUGUSTUS MESSINA

ANTHONY BARRETT KOCH

ANTHONY C MATARANGAS

ANTHONY CABRERA TORRES

ANTHONY CARLO MORRESI

ANTHONY CHRISTOPHER STARCEV

ANTHONY COLIN HOLMES

ANTHONY CRAIG GIANCOLA

ANTHONY DELMAR APONTE

ANTHONY DEON STEPHENS

ANTHONY E BIALY

ANTHONY E FLORIO

ANTHONY E SCRIMA

ANTHONY FATCHHIV CHONG

ANTHONY GALEN BONTRAGER

ANTHONY GEORGE SMITH

ANTHONY HALIM

ANTHONY J COMEROTA

ANTHONY JAMES COSTA

ANTHONY JAMES NELSON

ANTHONY JAMES VASHRO

ANTHONY JOHN DESANTO

ANTHONY JOSEPH CALDERONE

ANTHONY JOSEPH DI VALERIO III

ANTHONY JOSEPH TOMMASINO

ANTHONY K STAVROPOULOS

ANTHONY KEITH CAREY

ANTHONY LE

ANTHONY LEE ALAGNA

ANTHONY MAGGITTI

| | |
|---|---|
| **ANTHONY MARQUI HESTER** | **ANTOLIN MENDOZA** |
| **ANTHONY MARSILIO** | **ANTON PETER ROUSH** |
| **ANTHONY MEONI** | **ANTONELA NILAND** |
| **ANTHONY MICHAEL ACCETTA** | **ANTONINO MUSCO** |
| **ANTHONY MICHAEL NELSON** | **ANTONIO ALEXANDRE NOBRE GOMES** |
| **ANTHONY NICHOLAS ARRIAGA** | **ANTONIO ALVAREZ GARCIA-MON** |
| **ANTHONY NICOLAS WEBBER** | **ANTONIO ANDRADE GARCIA** |
| **ANTHONY OLUWADAMILOLA AWOYELE** | **ANTONIO CHARBEL MANJU** |
| **ANTHONY OSCAR OLEGARIO** | **ANTONIO DEJESUS VERA** |
| **ANTHONY PAUL KOSTUROS** | **ANTONIO DURANA RICO** |
| **ANTHONY PAUL LANGELLO** | **ANTONIO ENRIQUE GUEVARA** |
| **ANTHONY ROBERT AMICUCCI** | **ANTONIO ESCUTIA** |
| **ANTHONY RUTTLER** | **ANTONIO L CASELLAS BOND** |
| **ANTHONY S ELMORE** | **ANUBHAV JAIN** |
| **ANTHONY SALVATORE GULLI** | **ANUJ GUPTA** |
| **ANTHONY SAMIR ZAAROUR** | **ANUJ KAPIL** |
| **ANTHONY SEBASTIAN MONTOYA** | **ANUJ MEHTA** |
| **ANTHONY SPAFFORD PALMIERI** | **ANVIT SHANTHARAM SHETTY** |
| **ANTHONY VICTOR CAMARDA** | **ANYA SARETZKY** |
| **ANTHONY VINCENT WINDER** | **APHICHIT RICHARD JINDAPORNSUK** |
| **ANTHONY VON LENO** | **APOORVE MOHAN** |
| **ANTHONY WANG** | **APPECHHA NEUPANE** |
| **ANTHONY WAYNE ERWIN** | **ARA HOVANESS MINATSAGHANIAN** |
| **ANTIMO RYAN PONTICELLO** | **ARA JOHN THOMPSON** |
| **ANTOINE ANDRE J BRUYNS** | **ARASH SAM FARZAN** |
| **ANTOINE FRANCISCO IZQUIERDO MEJIAS** | **ARAVIND RAJU** |
| **ANTOINE YANNICK G STEIBLEN** | **ARAVIND VENKATACHALAM** |
| **ANTOINETTE NICOLE CINQUINO** | **ARAVINDA TEGGINAMATH** |
| | **ARIA MADANI** |

| | |
|---|---|
| ARIC DAIHAO TAO | ARTHUR MARK LEWIS |
| ARIEL BASCH | ARTHUR NESS WILLSON |
| ARIEL DUBINSKY | ARTUR DE SA NETO |
| ARIK XANDER | ARTURO J LARA LLERENA |
| ARJUN K GANJOO | ARTURO MARTINEZ |
| ARJUN PATEL | ARTURO RAFAEL GAMEZ |
| ARJUN RAJ BHALLA | ARTURO SANCHEZ |
| ARJUNA SAKAE ANDAY | ARUN GUPTA |
| ARKADIUSZ WARNECKI | ARUN KONGOT VASUDEVAN |
| ARKEE LINDEN | ARUN KUMAR |
| ARLENE AMANDA JOSEPH | ARUN SHEKHAR GUPTA |
| ARMAN AHMAD  DEZFULI-ARJOMANDI | ARUN SURYANARAYANA GOLLAPUDI |
| ARMAN RAHIM PRADHAN | ARVIND CHAKRAVARTHY |
| ARMANDO ANTONIO MARTINEZ | ASH ALANKAR |
| ARMANDO CONTRERAS ALFARO | ASHA KIRAN KOTNI |
| ARMANDO PATINO | ASHE WHITENER |
| ARMANDO RAMOS | ASHER BENJAMIN CREPPEL |
| ARMSTRONG RALEIGH MARSHALL | ASHISH HIMANSHU MEHTA |
| ARNOLD THOMAS KAECH | ASHISH MAINI |
| ARNOLDO IXTA AMADOR | ASHITH MYNAHALLI RAJASHEKAR |
| ARON CHARLES YEDERSBERGER | ASHLEY CORRINE EASTON |
| ARSENY LIBON | ASHLEY NICOLE MANSOUR |
| ARSHDEEP SINGH DHILLON | ASHLEY ROCHELLE GENTRY |
| ART MARTLIX C APO | ASHLEY SIDWAY MCKAY |
| ARTEMIZA MORA | ASHRAF ELSHAFEI |
| ARTHUR FREDERICK WEAGEL | ASHRAFUL AHMED |
| ARTHUR JAY SONS | ASHTON THURMAN CONKLIN |
| ARTHUR LEE | ASHTON THURMAN CONKLIN |

ASHWIN SINGH

ASLAN ALYBAEV

ASOKAN DORAISWAMY

ASWATH  SURESH

ASWINI REDDY MUDIREDDY

ATANASIOS EDVARD ENGESAETH

ATIKH MOHAMED BANA

ATRI RAYCHOWDHURY

ATTILA MAK

ATUL AGRAWAL

AUDEL A ACEVEDO

AUDREY A LIND

AUGUST MIKAEL EVERETTE

AURLANDER  PHILLIPS

AUSTAN ROBERT RATH

AUSTEN BRADLEY TALBOT

AUSTEN LEE LOWITZ

AUSTIN ALLOY GLAS

AUSTIN BALTES

AUSTIN BLAIR KIKTA

AUSTIN BUCKLEY

AUSTIN CASWELL COLE

AUSTIN CHARLES WILCOX

AUSTIN DONALD STRATTON

AUSTIN EUGENE SOBCZAK

AUSTIN FREDERICK KNOX

AUSTIN HUNTER BOLT

AUSTIN JAMES BLUNDELL

AUSTIN K LEE

AUSTIN KYLER KLUVER

AUSTIN L STEPHENSON

AUSTIN LAMAR WRIGHT

AUSTIN LEE BARNHILL

AUSTIN MACKINNON DAVIS

AUSTIN MAYHEW SARFAN

AUSTIN MICHAEL ANDERSON

AUSTIN NGO

AUSTIN PATRICK FRAZIER

AUSTIN RIESGRAF CLIFFORD

AUSTIN RUTLAND KIVETT-RIPMASTER

AUSTIN THOMAS BROWN

AUSTIN WYATT ALDERMAN

AVI SUISSA

AW INVESTMENT GROUPS  LLC

AWD INVESTMENTS LLC

AYAD MICHAEL NALU

AYINNA  ONWUZURUIGBO

AZARIAS  MUSTAFA

AZIM MARSELEVICH KULOV

B J MIN

BABAK FARHANG KALYANI

BACHAR BALKAR

BAHRA SELIMAGIC

BAIJU SHAH

BAILEY BROWN SORY

BAKER BLACK LEAVITT

BAKER THOMAS BURCHFIELD

BALAMURUGAN ELANGOVAN

BANANA LEAF  LLC

BAO CHAU LAM TRAN

BARD DANIEL ROCKENBACH

BARKHA RAISONI

BARRY JAMES GOERS

BARRY JOSEPH WAACK

BART AARON JONES

BARTHOLOMEW ANTHONY TERACINO

BARTON KWAN

BAXTER MILES ORR

BEAU BRYSON TURNER

BEAU JUN KEUNG HUNG BRANTON

BEAU MICHAEL TURNER

BEAU MILLER

BEAULIEU TRUST

BECKET SEAN MCGINN

BELISLE JEREMY ADAM

BELKYS J RODRIGUEZ FALCON

BELL ROSE  HOLDINGS

BELLE AND TESSA LLC

BEMATE BOMBOMA

BEN JEROME WINTERMUTE

BEN ZION GOTTFRIED

BENEDICT TIEN CHOU

BENGI MASTROPIERI

BENITO JARED THOMPSON

BENJAMIN AARON GREENBERGER

BENJAMIN AMIRTHARAJ EBENEZER

BENJAMIN ARTHUR GASE

BENJAMIN BRIAN ANTHONY

BENJAMIN CHARLES LAIRD

BENJAMIN CLIFFORD MC CORMICK

BENJAMIN CORHAN MC CLELLAN

BENJAMIN DAVID JOHNSON

BENJAMIN DAVID RICHARDSON

BENJAMIN DAVID VAN HOESEN

BENJAMIN DONNER WILLEN

BENJAMIN DWIGHT EVANS GUILD

BENJAMIN FERRARI

BENJAMIN FOLK

BENJAMIN FOSTER HENWOOD

BENJAMIN FRANKLIN MAUL

BENJAMIN FRIEDRICH FLECK

BENJAMIN GOODE ANDERSON III

BENJAMIN HUBBERT

BENJAMIN IV TAPPAN

BENJAMIN J HABERMAN

BENJAMIN JEREMIAH SASSER

BENJAMIN JOSEPH CAVALLARO

BENJAMIN K BANG

BENJAMIN KITE JOHNSON

BENJAMIN L MARINO

BENJAMIN MARK JADERSTROM

BENJAMIN MERCER JOHNSON

BENJAMIN MICHAEL GOLDBERG

BENJAMIN MICHAEL SCHLEPPENBACH

BENJAMIN MUMMA

BENJAMIN PHILIP JORDAN

BENJAMIN R BENGSTON

BENJAMIN RICHARD ARROYO PUZON

BENJAMIN RICHARD DUBOIS

BENJAMIN ROBERT FINE

BENJAMIN ROCK BALLSTAEDT

BENJAMIN ROSS SCHROEDER

BENJAMIN SCOTT VANDORN

BENJAMIN TEMPLE  SAVILL

BENJAMIN THOMAS STONER

BENJAMIN TYLER HAGOOD

BENJAMIN TYLER HALVERSON

BENJAMIN WAYNE BALSBAUGH

BENJAMIN WILLIAM BASIL

BENJAMIN WU

BENNETT THOMAS BLACK

BENNY CORNELIO OSORIO

BERMAN PROPERTY GROUP LLC

BERNADETTE DIANE SLOWEY

BERNALYN RUIZ

BERNARD ALASKA VICENTE

BERNARD BOAKYE BOATENG

BERNARD EDMUND SWANSON

BERNARD EVANS

BERNARD FRANCIS MARTIN

BERNARDO MEDEIROS DA COSTA

BERT TOSHIO NAKASONE

BERTHOLD FRANZ HALTER

BESJANA  ZEQO

BETH LORENE BUTLER SHAW

BETHANY ANNE CHAN

BETHANY KALLIEL

BETTINA GALVIN

BETTY J SPAIN

BETTY PECKINPAUGH

BEVERLEY GILLIAN LOUISE HARPER

BEVERLY Y R GRANZ

BEYLUL SOLOMON

BHANU PRATAP SINGH

BHARAT SHASHIDHARAMURTHY YADAV

BHASKAR RAPELLI

BHAVANA NAGABANDI

BHUMIKABEN JIGNESH PATEL

BHUVANES KALYANASU

BIAO SHOU

BIJAN ERFAN KHAZIRI

BIJOY SHANKAR KAR

BILAL SHAHID

BILL J JR HAWKS

BILLY JOE KOKENOS

BILLY JUNE CARTER II

BILLY N MAODZA

BINH TRONG VO

BISHOP RAY CLARK

BJ INVESTMENT HOLDINGS LLC

BLAKE ALAN BJORDAHL

BLAKE ALEXANDER MOORE

BLAKE BAIRN CHINELLY

BLAKE HAMBLIN

BLAKE HUGHES STAUFFER

BLAKE LEE BEAUDETTE

BLAKE ROBERT ROBBINS

BLAKE RYAN GALLER

BLAKE SKYLER WIEHE

BLAKE TYLER ORTH

BLANE LEE STROH

BLDJ LLC

BLOCKCHAIN MOMENTUM  LP

BO DOU

BOBBY CHARLES FELICANO

BOBBY WATKINS

BOFUR CAPITAL LLC

BOMANI BILAL SALADIN BUCKHALTER

BORIS CHERNIN

BORIS LIPSMAN

BORIS MUROKH

BORIS TASHLITSKY

BOUNTIFUL SPRINGS INVESTMENTS  LLC

BRAD AARON ROGERS

BRAD ANDREW FARRAR

BRAD DAVID LUSHER

BRAD DOUGLAS SMEDBERG

BRAD JOSEPH SALVATO

BRAD JOSHUA RODRIGUEZ

BRADEN BURGESS SHELDON

BRADEN FINNEY

BRADLEY A DEMERS

BRADLEY ALEXANDER JAHN

BRADLEY AUSTIN DOSTER

BRADLEY CLAIRE NESTE

BRADLEY DAVIDRUSSELL FRONBERRY

BRADLEY ERIC LARSEN

BRADLEY GUY KELLY

BRADLEY J PHILLIPS

BRADLEY JAY DAWSON

BRADLEY JO RUTTEN

BRADLEY JOHN STRAWHORN

BRADLEY JOSEPH BECKER

BRADLEY JOSEPH KENDRICK

BRADLEY JUDSON MELISKA

BRADLEY KEITH LEPAGE

BRADLEY LOUIS FINK

BRADLEY MICHAEL LUSCHER

BRADLEY ROBERT DAVIS

BRADLEY ROBERT GEREN

BRADLEY SCOTT HELLER

BRADLEY THOMAS WATTERUD

BRADY DENNEY TARR

BRADY JACOB PUGLIESE

BRAHAIN EDUARDO ASCENCIO MANCIA

BRANDI NICOLE ODOM

BRANDON ANTHONY COUTRE

BRANDON BOYD

BRANDON BRUCE HALL

BRANDON CASEY MCWARD

BRANDON CHAD DOCKERY

BRANDON CHRISTOPHER RALEY

BRANDON E SLATTERY

BRANDON EDWARD HEATH

BRANDON GENE HINES

BRANDON ISAIA K SOUZA

BRANDON JOHN ALLGYER

BRANDON JOSEPH DOOLEY

BRANDON KEITH BERTRAND

BRANDON KEITH LUNDY

BRANDON L GALINDO

BRANDON L SINGER

BRANDON LAMONT JOPLIN

BRANDON LEE RIBAK

BRANDON LEE VOSS

BRANDON LY

BRANDON MARINO WALBURG

BRANDON MICHAEL HENKE

BRANDON MICHAEL SHERMAN

BRANDON MICHAEL YEAGER

BRANDON P PATTERSON

BRANDON PAUL LILJENQUIST

BRANDON ROBERT SALCIDO

BRANDON SCOTT FETTERS

BRANDON STOWE

BRANDON TAYLOR MINTZ

BRANDON TR GHOLSON

BRANDON TYLER CROCKER

BRANDON TYLER FONG

BRANDON WILLIAMS

BRANDYN ALAN SCHWALM

BRAVEIN AMALAKUHAN

BRAYTON ROBERT SHIRLEY

BRENDA ABBLEY

BRENDA LEE WEBBER

BRENDA P WALENCZYK

BRENDAN C BABIC

BRENDAN E SHAUGHNESSY

BRENDAN J HILLMAN

BRENDAN MICHAELOLEARY CHASE

BRENDAN NATHANIEL ANGELIDES

BRENDAN REILLY CRANE

BRENDAN SCOTT MCCAY

BRENDAN THOMAS ANTHONY

BRENNAN KYLE LAWSON

BRENT ALEXANDER HENRIKSON

BRENT D MAURICE

BRENT ERRINGTON CAMPBELL

BRENT JAY SPRINGER

BRENT JEREMY WISSBROD

BRENT JEROME DANIELSKI

BRENT JOHN BALKARAN

BRENT JONATHAN MAJOR

BRENT MICHAEL CHRISTMAN

BRENT ROYAL CROSBY

BRENT SPENCER DAVIS

BRENT STONE

BRENT THOMAS CARPENTER

BRENT THOMAS HESSE

BRENT THOMAS RECKERT

BREONE GINELLE AIRALL

BRET ARMSTRONG

BRET HAYWOOD HASSLER

BRET L SHERMAN

BRETT ALEXANDER WARD

BRETT ALLEN MCNAMEE

BRETT CHARLES HEATLEY

BRETT CRAIG FUKUMA

BRETT DANIEL WILLIAMS

BRETT EARL MCCURDY

BRETT ISAAC KOSKINEN

BRETT J KALINA

BRETT JAMES RUBE

BRETT JAMES SOMMERFELD

BRETT JONATHAN GWINN

BRETT JULIAN MILLER

BRETT KERBY KITCHEN

BRETT LANIER ANDERSON

BRETT MICHAEL ENGLISH

BRETT STEPHEN NICKERSON

BRETT WARREN BRYANT

BRIAN AGUASVIVAS

BRIAN ALAGHBAND GILMORE

BRIAN ALLAN GENZ

BRIAN ANDREW SHUSHKOVSKY

BRIAN ANTHONY HAGGENMILLER

BRIAN ANTHONY TRAN

BRIAN ANTHONY WILLIAMSON

BRIAN BERTRAM BOSE

BRIAN CAMPBELL MOURE

BRIAN CASEY WEST

BRIAN CHARLES MCCLELLAN

BRIAN CHARLES PERROTT

BRIAN CHIYAN HO

BRIAN CHRISTOPHER CAMERON

BRIAN CHRISTOPHER HANKERSON

BRIAN CHUNG

BRIAN CONLAN MALENICH

BRIAN CUNNINGHAM

BRIAN DAMIAN

BRIAN DAVID DAHL

BRIAN DAVID DODEL

BRIAN DAVID WILSON

BRIAN DOUGLAS LANGSBARD

BRIAN EIJI SADAMOTO

BRIAN ERIC ALLEN

BRIAN F SLUTSKIY

BRIAN FRANCIS MCCREADY

BRIAN GERARDO AYALA ALEJO

BRIAN GRIFFITH

BRIAN HIRSCH ORVEK

BRIAN J KLEIN

BRIAN JACOB BILNOSKI

BRIAN JAMES FREY

BRIAN JAMES OLSON

BRIAN JEFFERSON DILLARD

BRIAN JEFFERY BOYETTE

BRIAN JEFFREY RUBINSTEIN

BRIAN JESSE DUBS

BRIAN JOHN ROBERTSON

BRIAN JONES

BRIAN JOSEPH MORGAN

BRIAN JOSEPH TOBIN

BRIAN K LEJEUNE

BRIAN KEEGAN MARKHARDT

BRIAN KEITH CHIPPI

BRIAN KENNETH BIRKELAND

BRIAN KEVIN TURNER

BRIAN KRIS CHUN

BRIAN KYU HO YOUN

BRIAN LAI

BRIAN LATORRE

BRIAN LEE

BRIAN LEE HILSENHOFF

BRIAN LIM

BRIAN MANUEL TENICELA

BRIAN MARK JONES

BRIAN MENG

BRIAN MICHAEL DAVIS

BRIAN MICHAEL ORR

BRIAN MICHAEL PERMUTT

BRIAN MILLS MOSS

BRIAN NICHOLAS EVANS

BRIAN OWINO ODHIAMBO

BRIAN P DANIELS

BRIAN P KELLY

BRIAN P WEBER

BRIAN PATRICK FOX

BRIAN PAUL  LETOURNEAU

BRIAN PAUL CHIN WAH

BRIAN PAUL NIX

BRIAN PHILIP HEIDER

BRIAN RAMOS

BRIAN REID CORDER

BRIAN RICHARD DRAGON

BRIAN RICHARD HAAS

BRIAN ROBERT TUNNING

BRIAN RUSSELL HANSEN

BRIAN RUSSELL KOPELKE

BRIAN S PORTER

BRIAN SCOTT MICHAUD

BRIAN SEIDO HOSOKAWA

BRIAN SHAW CAMILLI

BRIAN STEVEN BARNES

BRIAN STUART LASONDE

BRIAN T MILO

BRIAN T. SLATER REVOCABLE LIVING TRUST

BRIAN THOMAS LICATA

BRIAN THOMAS MOCCA

BRIAN THOMAS SNYDER

BRIAN TIMOTHY KASPER

BRIAN TRAN

BRIAN VINCENT CHADEZ

BRIAN WILLIAM KORDIK

BRIAN WILLIAM SNEDDEN

BRIAN Y CHO

BRIAN ZACK HEARD

BRIANA STEPHANIE PAREDES DIAZ

BRICE TAYLOR PETTY

BRIE ANN KING

BRIJESH PATEL

BRION ZACHARY ZIMINSKI

BRITTANY MICHELLE CAMPBELL

BRITTANY RENEE DAVIS

BRITTANY SAUER

BRITTANY SHAWN HAMLETT

BROCK M NOSBISCH

BROCK MICHAEL HADLEY

BROCK RYAN JOHNSON

BRODIE DENNIS MOWER

BROE FAMILY DENTAL  LLC

BRONSON JOSEPH BROER

BRONSON KURT BROWN

BROOKE LYNNE VARN

BROOKS JAMES BAILEY

BRUCE COLEMAN LIEBENBERG

BRUCE CONRAD FRANSZEN

BRUCE CRAIG CARR

BRUCE GREENAWALT

BRUCE HAE UNG PARK

BRUCE JOSEPH WAUGH

BRUCE R LEVINE

BRUCE ROBERT FLACHSBART

BRUCE WILLIAM EDGAR

BRUCE WILLIAM PREGLER

BRUCE ZELLER MCLANAHAN

BRUNO LOPEZ

BRYAN A MCGINN

BRYAN A SCHILLO

BRYAN ADAM BROUSSARD

BRYAN ANDREW BERTOGLIO

BRYAN CHAO

BRYAN DANIEL HAUER

BRYAN DOUGLAS WALKER

BRYAN FRANK OTTENS

BRYAN FREDERICK JOHNSON

BRYAN HAN TRIBBLE

BRYAN JESUS RIOS

BRYAN JOSEPH ALVES

BRYAN LINDSEY DAVIDSON

BRYAN LUKE POMRANKY

BRYAN MANNS

BRYAN MCMANDON

BRYAN NATHAN GOMEZ

BRYAN NEAL WALLIS

BRYAN ORTIZ

BRYAN PATRICK GOLDER

BRYAN PHILIP STEPHENS

BRYAN RAVENSCROFT JONES

BRYAN SCOTT AMOS

BRYAN SCOTT WILSON

BRYAN SHIBLEY

BRYAN THOMAS JOHNSON

BRYANT SEWELL

BRYCE ALAN BRADY

BRYCE ALBERT DAUGHERTY

BRYCE JACKSON ZACHARY

BRYCE PALMER

BRYLEE TATE MILLER

BRYNLEE PAIGE TURNER

BRYNSTON MICHAEL REED

BRYON GILBERT STOUT

BRYON HURLEY

BRYSON DEAN HOPFE

BRYSON TAKAODAVID ALEF

BUDDY TOMONORI KOGA

BURAK YILDIRIM

BYRON WHITAKER SMITH

BYTNA LEE LAMB

CADE JAYDA HILDRETH

CADE MICHAEL FLATEN

CAITLIN DAY HUNTRESS

CAITLIN KEELEY SILLS

CALEB BOUCHER

CALEB BUSCH

CALEB CHARLES NGAI

CALEB CRAIG MOLITORIS

CALEB DANIEL WALLER

CALEB FLINT LITTLE

CALEB JOSPEH PEPERA

CALEB MONTOUR

CALEB NEAL WILSON

CALEB SIMONSON PATE

CALLIE ELIZABETH OSTERMAN

CALVIN BENLUP WONG

CALVIN CHRISTOPHER BECERRA

CALVIN EUGENE WHITE

CALVIN GEORGE SMITH

CALVIN SPENCER RAWE

CALVIN WESLEY HARRISON ROTH
INVESTMENT TRUST

CAM TRAN

CAMBIZ MURA

CAMDEN RICHARD WYLIE

CAMERON BENJAMIN MENESES

CAMERON CARROLL FLYNN

CAMERON ISAIAH LEBATO

CAMERON JAY SCHROEDER

CAMERON LEE ARRINGTON

CAMERON M PERRY

CAMERON MICHAEL ZICK

CAMERON REEVES BAILEY

CAMERON SPEER BRADY

CAMERON THOMAS DEHAAN

CAMERON WADE CROPEK

CAMERON WILL BETTIN

CAMIL FARAH SAMAHA

CAMILLE KILLPACK

CAMILO ANDRES MENESES

CAMILO PENA HERNANDEZ

CAMMIE WARNER JONES

CAMRYN CURTIS FREEZE

CANDICEKAYE JUNKO KIYABU HIRONAKA

CARL BENJAMIN YOICHI WAGNER

CARL DAVID BURGESS

CARL DAVID GARVEY

CARL EDWARD REYNOLDS

CARL HERMAN WINKLER

CARL JOSEPH SCHIRO

CARL THOMAS COCHRANE

CARLIN EDWARD SIMMONS

CARLIN VICTORIA PETERSON

CARLO FERNANDO JIBAJA

CARLO JOHN GAROFALO

CARLO LICCIARDI

CARLO RADIN PASQUALI

CARLO VARGAS

CARLOS ACOSTA

CARLOS ALBERTO JR SPINELLI

CARLOS ALEJANDRO IBARRA

CARLOS ALFONSO MORALES

CARLOS ANTHONY MARTINEZ

CARLOS ANTONIO NUNEZ

CARLOS CAESAR MONTELONGO

CARLOS DAMIAN POSSI

CARLOS EDUARDO CARONE FRANCIS

CARLOS EDUARDO MIRABAL CAMINO

CARLOS ENRIQUE FERNANDEZ
CASTELLANO

CARLOS FORMENT

CARLOS JESUS RAY

CARLOS JIMENEZ

CARLOS JONATHAN KOUSTAS

CARLOS MANUEL HERNANDEZ

CARLOS PADILLA

CARLOS R PARRA

CARLOS VILLALOBOS GONZALEZ

CARMEN MORA

CARMICHAEL GREGORY SCOTT

CARMINE POLIANDRO

CAROL ANN MILLER

| | |
|---|---|
| CAROL SUE HIGGINBOTHAM | CESAR AUGUSTO DE LA CRUZ |
| CAROLINA ISABEL BRITO | CESAR GALINDO |
| CAROLINE BROWN BERGH | CESAR GOMEZ |
| CAROLINE WARREN SORY | CESAR GONZALEZ |
| CAROLYN JULIA CHAMBERLAYNE | CESAR SAMUEL MONTANO JR |
| CAROLYN THAO NGUYEN | CHACE ALDEN CLARK |
| CARRETA CAPITAL LLC | CHAD ALAN HIGGINS |
| CARSON HUTCHISON | CHAD ALDEN FELDERHOFF |
| CARY TAYLOR | CHAD ALLEN ARNOLD |
| CARYN ANN WOOLDRIDGE | CHAD ALLEN WALKER |
| CASEY DENNIS FRIEDER | CHAD ARNOLD WAGNER |
| CASEY IAN CATRON | CHAD BARRETT STARKER |
| CASEY JAMES  KELL | CHAD BURTON HEETER |
| CASEY JOHN HAUCK | CHAD DONALD MCCURDY |
| CASEY LEE BOUWHUIS | CHAD EDWARD SHADEL |
| CASEY LEE STEWART | CHAD ELLIOT DEWATER |
| CASEY LORRAINE BLAKELY | CHAD JASON ITZKOVICH |
| CASEY P HOLMQUIST | CHAD JENS |
| CASEY RICHARD JANDRO | CHAD JEROME NICHOLS |
| CASEY SCOTT HALE | CHAD KRINOCK |
| CASPAR LUNG YEN | CHAD LAMONT WISE |
| CASSANDRA JEAN SHAKESPEARE | CHAD LOUIS CORRADINI |
| CATHERINE LOUISE ALLEN | CHAD MICHAEL ENGAN |
| CATHERINE MORTON DENTON | CHAD PATRICK KING |
| CATHERINE YOSHIKO TANAKA KUWATA | CHAD PEDERSEN CHRISTENSEN |
| CATHLEEN LOUISE HART | CHAD R CHRISTENSEN |
| CECIL HAROLD JR TAMEZ | CHAD R COUSINS |
| CECIL RICHARD ROGERS | CHAD RUSSEL FIELDS |

CHAD STEPHEN  HOWARD

CHAD STEPHEN VARGO

CHAD WILLARD YOUNG

CHAD WILLIAM HAGER

CHAD WILLIAM JOHNSON

CHADWICK RICHARD POHLE

CHAIM Y BROWNSTEIN

CHAKRAVARTI RAGHAVAN

CHAMKAUR SINGH

CHANDANA MACHANI

CHANEL FARRELL

CHANG JIN SEO

CHANGYI MAO

CHANON ATMA SINGH

CHAORAN HOU

CHAPMAN BARTO SHALLCROSS

CHARENYA ANANDAN

CHARITY ANN CYPHERS

CHARITY BAW

CHARLES BAXTER WARD

CHARLES BRANDON RASH

CHARLES CODY CHEW

CHARLES DALE FINCHER

CHARLES DAVID GILMORE

CHARLES EDWARD HENRY

CHARLES EMMETTE COFLIN

CHARLES EVAN BURR

CHARLES FRANCIS INMAN

CHARLES H GOIDEL

CHARLES HAROLD SMITH

CHARLES HARTLEY GAFVERT

CHARLES JARELL KELLY

CHARLES JOSEPH BRANDT

CHARLES JOSEPH SAUVE

CHARLES JUAN JUN CHEN

CHARLES JUSTIN HARVEY

CHARLES L. WHITE REVOCABLE LIVING
TRUST U/T/D JULY 14 2006  AND RESTATED
45185

CHARLES LEE

CHARLES LESHER GEER

CHARLES MARK ROBINSON

CHARLES MATTHEW POLSON

CHARLES MATTHEW POLSON

CHARLES MEI CHANG

CHARLES MICHAEL ATANASIO

CHARLES MICHAEL ATKIN

CHARLES PATRICK JOHNSON

CHARLES PAUL THOMASMA

CHARLES QUINN LU

CHARLES REED TAYLOR

CHARLES ROBERT FERRANTE

CHARLES ROSS STEINKE

CHARLES STORM

CHARLES TYLER MAHON

CHARLES WESLEY PARKER

CHARLES WILLIAM GRAZIOLI

| | |
|---|---|
| CHARLES WILLIAM KOELLING | CHOKHA PALAYAMKOTTAI |
| CHARLES WILLIAM MINES | CHONG WOOK SUL |
| CHARLIE BUFFIN | CHRIS  MARTELL |
| CHARLTON MARSHALL GULLEY | CHRIS ANTHONY LOMBARDI |
| CHARLTON TAI LEE | CHRIS BYRON CAMPBELL |
| CHASE ALAN COOPER | CHRIS DAREN LITTLE |
| CHASE ALAN WORTHEN | CHRIS DIXON |
| CHASE FRANK AYRES | CHRIS J VROOMAN |
| CHASE GORDON WALKER | CHRIS JAMES BOGGS |
| CHASE JORDAN JOHNSON | CHRIS RALSTON |
| CHASE MICHAEL BAYLOR | CHRIS RUBIO |
| CHASE RYAN GILLMORE | CHRIS SIMMS |
| CHAYAKIRAN SUBRAMANIAM | CHRIS THOMAS PATTERSON |
| CHAYOT ING-ARAM | CHRIS VAN TRUONG |
| CHENGHAN HSIEH | CHRISTI CHENG |
| CHERKTYEK CONSULTING  LLC | CHRISTIAN A NUNEZ |
| CHERNA CHARLEMAGNE | CHRISTIAN AADAM DEBEVEC |
| CHERRY SHI-CHIN CHEN | CHRISTIAN ALEXANDER BAUER |
| CHESTER CHURCH  BUCKENMAIER 3RD | CHRISTIAN ANDREW NULTY |
| CHETASKUMAR JATINKUMAR MEHTA | CHRISTIAN ANTHONY BATISTA |
| CHEYENNE JOSEPH ADAMSON | CHRISTIAN ANTHONY DIPIETRANTONIO |
| CHI KENG | CHRISTIAN ANTHONY ROLLAND |
| CHIH YAO HUANG | CHRISTIAN DEON HOUSTON |
| CHIH-YIN CHEN | CHRISTIAN EDUARDO GIRALDO |
| CHINH HUU PHAM | CHRISTIAN ERIC ECKHARDT |
| CHIN-HUA KING | CHRISTIAN GAVIN VON UFFEL |
| CHINYERE O IRONDI | CHRISTIAN JAMES CARRIGG |
| CHIRAG RAMJIBHAI SUDANI | CHRISTIAN LEO URIARTE |

| | |
|---|---|
| CHRISTIAN MICHAEL CECH | CHRISTOPHER AYAZI |
| CHRISTIAN WOOTERS | CHRISTOPHER B BURKE |
| CHRISTIAN YU TAN | CHRISTOPHER BLEVINS |
| CHRISTIN JILL BUMMER | CHRISTOPHER BRETT TOBE |
| CHRISTINA HARRIET HELMSDORFER | CHRISTOPHER BROCKMAN ROTTLER |
| CHRISTINA MARIE JAMES | CHRISTOPHER C C HONG |
| CHRISTINA MARIE LODEN | CHRISTOPHER CARL HENNES |
| CHRISTINE ANA SOLARTE | CHRISTOPHER CECIL CHILCOAT |
| CHRISTINE GERTRUDE GROTH | CHRISTOPHER CHEAN BUN |
| CHRISTINE LAVANWAY LEBOR | CHRISTOPHER CHIAHOA YOUNG |
| CHRISTINE MC ELHINEY HAIR | CHRISTOPHER CHUNG |
| CHRISTINE NINA CIERZAN | CHRISTOPHER CHUNG |
| CHRISTINE PEIYU HAN | CHRISTOPHER CLAUDE BEAU |
| CHRISTINZIN E GAJARDO | CHRISTOPHER COLATOS |
| CHRISTOPH J ALUOTTO | CHRISTOPHER COLLIN CARSON |
| CHRISTOPHE ALLEN LAMPEL | CHRISTOPHER DALE WALTON |
| CHRISTOPHER  AARON LASHER | CHRISTOPHER DANIEL TORRES |
| CHRISTOPHER  RICCHETTI | CHRISTOPHER DAVID  VANDERMUELLEN |
| CHRISTOPHER  SHANE SMOOT | CHRISTOPHER DEMERS NOBLE |
| CHRISTOPHER A KALKA | CHRISTOPHER DION ROBINSON |
| CHRISTOPHER ALLEN GREGOR | CHRISTOPHER DONALD MCCULLOUGH |
| CHRISTOPHER ALLEN LEADINGHAM | CHRISTOPHER DONALD OLSON |
| CHRISTOPHER ALLEN MORRIS | CHRISTOPHER DOYLE SIMONS |
| CHRISTOPHER ALLEN RICKARD | CHRISTOPHER DUNCAN GREEN |
| CHRISTOPHER ALLEN SAMPLE | CHRISTOPHER EDWARD WICUS |
| CHRISTOPHER ANDREW KOLASA | CHRISTOPHER EDWARD YUNKER |
| CHRISTOPHER ANDREW LONGE | CHRISTOPHER ERIN BAKER |
| CHRISTOPHER ANTONIO PIMENTEL | CHRISTOPHER EVERETT POWERS |

| | |
|---|---|
| CHRISTOPHER F MARTIN | CHRISTOPHER JON LANGPAUL |
| CHRISTOPHER GALE HAGERMAN | CHRISTOPHER JON MATTESON |
| CHRISTOPHER GUY STEVENS | CHRISTOPHER KELLEY |
| CHRISTOPHER HAMMOND JARECKI | CHRISTOPHER KENT HARVEY |
| CHRISTOPHER HEINZ | CHRISTOPHER KEVIN DAWSON |
| CHRISTOPHER J BLECHSCHMIDT | CHRISTOPHER L ROBERTSON |
| CHRISTOPHER J CALVESBERT | CHRISTOPHER LAWRENCE TOMASZEWSKI |
| CHRISTOPHER J MANION | CHRISTOPHER LEE FETERL |
| CHRISTOPHER JACKSON BATTLE | CHRISTOPHER LEONARD QUIST |
| CHRISTOPHER JAMES BROWNING | CHRISTOPHER LEWIS WYCOFF |
| CHRISTOPHER JAMES GUNNELS | CHRISTOPHER LIM CHO |
| CHRISTOPHER JAMES MAUDLIN | CHRISTOPHER LOUIS REYNOLDS |
| CHRISTOPHER JAMES MCKENZIE | CHRISTOPHER LUCKE |
| CHRISTOPHER JAMES MENG | CHRISTOPHER LUIS CHAVEZ |
| CHRISTOPHER JAMES PEDLEY | CHRISTOPHER LYNNE RUNG |
| CHRISTOPHER JAMES POLLARD | CHRISTOPHER M DAVIS |
| CHRISTOPHER JAMES ROGERS | CHRISTOPHER M LAWRENCE |
| CHRISTOPHER JAMES WELCH | CHRISTOPHER M LIPSKI |
| CHRISTOPHER JERRY WILCOX | CHRISTOPHER M TRANEL |
| CHRISTOPHER JOHN ALDRICH | CHRISTOPHER MARCEL ANDREWS |
| CHRISTOPHER JOHN BOIVIN | CHRISTOPHER MARK FALCY |
| CHRISTOPHER JOHN GLEIZE | CHRISTOPHER MARK KEESLER |
| CHRISTOPHER JOHN LEWIS | CHRISTOPHER MARK WESTRA |
| CHRISTOPHER JOHN MCEWAN | CHRISTOPHER MARTIN MAGER |
| CHRISTOPHER JOHN MITCHELL | CHRISTOPHER MATTHEW BRAL |
| CHRISTOPHER JOHN OSMONT WAHL | CHRISTOPHER MC AULEY MORRIS |
| CHRISTOPHER JOHN SERCU | CHRISTOPHER MICHAEL  SHOFESTALL |
| CHRISTOPHER JOHN WALSH | CHRISTOPHER MICHAEL BECIN |

CHRISTOPHER MICHAEL EURICE

CHRISTOPHER MICHAEL HASSON

CHRISTOPHER MICHAEL MONTES

CHRISTOPHER NEAL LITTRELL

CHRISTOPHER NELSON HALL

CHRISTOPHER P DYSON

CHRISTOPHER P KATSIROUBAS

CHRISTOPHER PATRICK DONAIS

CHRISTOPHER PATRICK MEHERIN

CHRISTOPHER PER BRISTOW

CHRISTOPHER PETER GARILL

CHRISTOPHER PETER MARINO

CHRISTOPHER PETER WANG

CHRISTOPHER R KWIATKOWSKI

CHRISTOPHER RABON HARPER

CHRISTOPHER RAHUL FERNANDES

CHRISTOPHER RAY DENGLER

CHRISTOPHER RAY II THEIS

CHRISTOPHER REID ESHELMAN

CHRISTOPHER REIDAR OTIS

CHRISTOPHER RICHARD CARABALLO

CHRISTOPHER RICHARD FRENCH

CHRISTOPHER ROBERSON

CHRISTOPHER ROBERT HENSLEY

CHRISTOPHER ROBERT MILLER

CHRISTOPHER SHANE GORE

CHRISTOPHER SHANNON STRAND

CHRISTOPHER SHEY-TAU SUN

CHRISTOPHER STEPHEN MURRAY

CHRISTOPHER TAEHEE HAN

CHRISTOPHER TODD CLOUSER

CHRISTOPHER TODD SNOW

CHRISTOPHER TRAN

CHRISTOPHER VINCENT RAUPERS

CHRISTOPHER WARREN STEWART

CHRISTOPHER WASHINGTON

CHRISTOPHER WILLIAM BOUTHILETTE

CHRISTOPHER XIANG REN

CHRISTOPHEREMIL SIMAZ

CHRISTY A BIEKER

CHUKWUEBUKA CYRIL AJAGU

CHUMA JIDEOFO CHIKE-OBI

CHUNG BA NGUYEN

CHUONG VIET MA

CHUTEI VARKEY

CINDY LEE

CINDY LOU HARPER

CINDY NEVAEH TINEO

CINDY YAEWON THYGESON

CLAIR KENNETH SPADY

CLAIRE MONTANA JENCKS

CLARK MERRILL ANDERSON

CLAUDE JEAN LANGEVIN

CLAUDIA MARICELA MEJIA-HENDERSON

CLAUDIAKAIHO LAM CHUANG

CLAUDIO ROBLES

| | |
|---|---|
| CLAY JEREMIAH SCHILE | CODY A DISCH |
| CLAYTON  DIGITAL | CODY ALAN AVERETT |
| CLAYTON ALAN ADLER | CODY BAKER WEEDEN |
| CLAYTON DORRIS | CODY BLOSSOM |
| CLAYTON JACOB WEBER | CODY CARL WHEELER |
| CLAYTON KORNHAUSER | CODY DANIEL FROST |
| CLAYTON MITCHELL HONN | CODY LEE SACKETT |
| CLAYTON PATRICK SMITH | CODY MARK MILES |
| CLAYTON RYAN BURRIS | CODY ZIMMERMAN |
| CLEAN WAVE  LLC | COLBY GRAEME TON |
| CLELIA R DE LIMA | COLBY TODD HARRIS |
| CLIFFORD ADAM GROSS | COLE BROOKS PASCHALL |
| CLIFFORD C COLLINS | COLE DENNIS DESTATTE |
| CLIFFORD FAY CHEW | COLE ROBERT CHADWICK |
| CLIFFORD FRANCIS SABO | COLE TAYLOR |
| CLIFFORD JOHN MERCER | COLE THOMPSON CORNELL |
| CLIFFORD JOSE GARIBAY | COLIN ANDREW BENNETT |
| CLIFFORD P CHENG | COLIN C DELARGY |
| CLIFFORD PAUL GORMAN | COLIN CARL DYER |
| CLIFTON SCOTT HARSKI | COLIN CHASE YURCISIN |
| CLINT COWEN | COLIN DAVID  KELLEY |
| CLINTON ALAN SCHUBERT | COLIN EWING MCNAMARA |
| CLINTON DAVID HAIMERL | COLIN JAMES WALSH |
| CLINTON EDWARD NEUNER | COLIN JOSEPH CABALKA |
| CLINTON ROSS HARRIS | COLIN MATTHEW FEULING |
| CLOVER MORY ZATZMAN | COLIN MATTHEW KNEUCKER |
| CLWHITE SDIRA  LLC | COLIN NEWCOMB RICE-DUBIN |
| CODI LAWRENCE BONNEY | COLIN REED ROBERSON |

**COLIN ROBERT PERKINSON**

**COLIN STUCKERT**

**COLLIN LACROCE HART**

**COLTON CASSIDY HINZ**

**COLTON XAVIER SCHLUMPBERGER**

**COM NIK ANDRE BRYANT**

**CONCEPCION LARA**

**CONDIDO DENO GUADAGNOLI**

**CONNEL WILLIAM PARSONS**

**CONNELL LEON LLOYD**

**CONNER SCOT MARTIN**

**CONNIE RUTH BETTIN**

**CONNIE YOECHI CHEN**

**CONNOR D NOE**

**CONNOR J GELAIS**

**CONNOR JAMES CUMPTON**

**CONNOR MORRELL FLYNN**

**CONNOR NOLAN**

**CONRAD AUBREY BRIGGS**

**CONRAD DANIEL FRAME**

**CONSTANCE KATHLEEN HOFFMAN**

**CONSTANTINE SOTIRIOS YIANNOU**

**CONSULTING OF PALM BEACH  LLC**

**COPPER HILL  INC. DEFINED BENEFIT PLAN**

**CORBIN JOSEPH HUTCHINSON**

**CORDIA ROCHELLE SIMON**

**COREY ANDREW RUSTON**

**COREY EUGENE NORTHCUTT**

**COREY GARDNER GEER**

**COREY JAMES DAVIS**

**COREY LEE CORNELL**

**COREY LOUNSBURY**

**COREY MATTHEW CLARK**

**COREY WILLIS**

**CORMAC THOMAS HAWNEY**

**CORRY DANIEL BURTON**

**CORY A FREEMAN**

**CORY AARON GREENBAUM**

**CORY J SIKDER**

**CORY JACOB FOGEL**

**CORY LANDON NEWSOM**

**CORY LANE TRUNDY**

**CORY LINTHICUM BRYAN**

**CORY MICHAEL APLIN**

**CORY ROSS HENIG**

**CORY STEVEN SEALE**

**CORY THOMAS PYKE**

**CORY TRUCKSESS**

**COSMO YI JIANG**

**COURTNEY TREVAIL FARMER**

**CRAIG A EATON**

**CRAIG ALLAN SPINDLER**

**CRAIG ALLYN PARKIN**

**CRAIG D MEYER**

**CRAIG ELLIS RITTENHOUSE**

CRAIG JAMAL PULLEN

CRAIG JAMES WOLFEL

CRAIG JENNINGS FOSTER

CRAIG L SMITH

CRAIG LAMONT ELLIOTT JR

CRAIG MARTIN PAAUWE

CRAIG MICHAEL YERLY

CRAIG PETER ROBINSON

CRAIG PETER ROBINSON

CRAIG PHILIP CHICCHI

CRAIG R BARRETT

CRAIG ROBERT CAVIEZEL

CRAIG STEVEN HOBSON

CRAIG STEVEN LIPTON

CRIMSON PERMANENT ASSURANCE LLC

CRIS PAVEL

CRISTEL ROSE WILLIAMS

CRISTEN TERESE ELFERDINK

CRISTIAN LASSO DE LA VEGA

CRISTINA D PAVEL

CRISTINA MCGRAW

CRISTOBAL A GONZALEZ RAMIREZ

CRISTON REID MIZE

CRYSTAL L SCHNURR

CRYSTAL MARIE SPITHALER

CUONG LIEN

CUONG MANH NGUYEN

CURTIS BRADLEY SUTHERLAND

CURTIS CLARK GREEN

CURTIS DALE SNIDER

CURTIS JON NISHIMURA

CURTIS MICHAEL LUDWIG

CURTIS PAUL AREND

CURTIS ROBERT GABHART

CURTIS TURCHIN

CYNTHIA BABASA BANAAG

CYNTHIA MARIE RICHARDSON

CYNTHIA MIRANDA BECKER

CYNTHIA VON EBERSTEIN

CYRIL DORSAZ

CYRILLE FLOM

CYRUS PARTOW

DAANISH KHAN

DAKOTA JAMES GALE

DALANDA COBB

DALE CHRISTOPHER WIGGINS

DALE F GIESE

DALE JEFFREY OWENS

DALE ROBERT CASSIDY JR

DALENA QUYEN BUI

DALLAS ALLAN LADD

DALTON BLAKE SEESE

DALVIR SINGH SEKHON

DAMIAN MEDINA

DAMIEN JEDSADA SRITAPAN

DAMINE  LLC

DAMION ST CLAVE JOHNSON

DAMIR FAZIL

DAMON CHRISTOPHER DE MERS

DAMON KRISTOFFER CARNEY

DAMON L ABILOCK

DAMON NEAL WILSON

DAMON S HOLMAN

DAN GREGORY BASTIAN

DAN LIN

DAN MANH AN NGUYEN

DAN MARSHALL

DAN QUOC PHAM

DANA CAMERON RIPLEY

DANA CLAIRE BREWER

DANAE KARIE PACHECO

DANBY PARK KIM

DANE DOUGLAS CASTERSON

DANH CONG HO

DANH T CAT

DANIEL  DUQUE

DANIEL  KIM

DANIEL A GOLDWATER

DANIEL ADAM CLEM

DANIEL ADAM GILORMO

DANIEL ADAM SBAR

DANIEL ADAM TUGENDER

DANIEL ALBERT HILLMER

DANIEL ALEXANDER BRINGHAM

DANIEL ALEXANDER FERNANDEZ

DANIEL ALEXANDER KAUFMANN

DANIEL ALLEN PEIFFER

DANIEL ALLEN TODNEM

DANIEL ALLEN WELTZ

DANIEL ANDRES SAENZ CASTIBLANCO

DANIEL ANDREW CONNER

DANIEL ANDREW DYNAK

DANIEL ANTHONY VALENZUELA

DANIEL ARTHUR CASTRO

DANIEL AUSTIN EVANS

DANIEL BELCHER

DANIEL BRIAN LOMAX

DANIEL BRIAN RASSI

DANIEL BRUNEAU

DANIEL C MARLOW

DANIEL CHARLES TARVER

DANIEL CHEN

DANIEL DALE LAUTERBACH

DANIEL DEJARNATT

DANIEL DOHERTY

DANIEL DONG JUNE HYUN

DANIEL DU PLESSIS

DANIEL EDUARDO URCUYO LLANES

DANIEL EDUARDO VILLATORO

DANIEL EDWARD BLAKELY

DANIEL EDWARD CHILDS

DANIEL ELEAZAR QUINONEZ

| | |
|---|---|
| DANIEL EUGENE MURPHREE | DANIEL KEITH ASBURY |
| DANIEL EYAL BARSKY | DANIEL KELETI |
| DANIEL G GURKA | DANIEL KENNETH LOBUE |
| DANIEL GEORGE FIRTH | DANIEL KIN CHUNG LEE |
| DANIEL GEORGE MAYER | DANIEL L BELLAFRONTE |
| DANIEL GHAZVINI | DANIEL LEE CROSBY |
| DANIEL GODFREY SATHIAKUMAR | DANIEL LEE KONGOS |
| DANIEL GRIMES | DANIEL LEE MARTIN |
| DANIEL HYUNGSU BYUN | DANIEL LEONARD CAIN |
| DANIEL J GOLDWYN | DANIEL LUKE CROZIER |
| DANIEL J WALTZ | DANIEL M KING |
| DANIEL JAMES  THURMAN | DANIEL M ROMANO |
| DANIEL JAMES FAZIO | DANIEL MANHEIM |
| DANIEL JAMES HENRY | DANIEL MARK MC NUTT |
| DANIEL JAMES MUIR | DANIEL MAXWELL BERNAD |
| DANIEL JANINEJAD | DANIEL MENDIOLA |
| DANIEL JASON PUCKETT | DANIEL MONAGLE |
| DANIEL JASON STOJACK | DANIEL MOORE |
| DANIEL JEROME MCCARTHY | DANIEL MOURAD MEZAACHE |
| DANIEL JOHN PAXTON MARSTON | DANIEL OSBORNE |
| DANIEL JOHN TRAINOR | DANIEL P HODAK |
| DANIEL JOHNSON MAXWELL | DANIEL PADIN |
| DANIEL JONES | DANIEL PATRICK CROUSHORE |
| DANIEL JOSEPH BLACKBURN | DANIEL PAUL BARRY |
| DANIEL JOSEPH HAGEN | DANIEL PAUL GAY |
| DANIEL JOSEPH NALON | DANIEL R PUCKETT |
| DANIEL JOSEPH VINAL | DANIEL RAY MCGINNIS |
| DANIEL JUSTIN AGEMY | DANIEL RAYMOND PORTKA |

| | |
|---|---|
| **DANIEL REED OCONNELL** | **DANIEL WILLIAM THOMSON** |
| **DANIEL REUBEN GOLDSTEIN** | **DANIEL YANG** |
| **DANIEL RICHARD MILLER** | **DANIELE DARIO** |
| **DANIEL ROBERT KOLLMORGEN** | **DANIELL WILSON** |
| **DANIEL ROBERT LOSASSO** | **DANIELLE CAVENDER HESKETT** |
| **DANIEL ROBERT SOPER** | **DANIELLE LINDA STONE** |
| **DANIEL ROBERTS** | **DANILO ANTONIO MEJIA CHACON** |
| **DANIEL S LEWIS** | **DANILO BENITO PINEDA** |
| **DANIEL S WOLLIN** | **DANISH UR RAHMAN KHAN** |
| **DANIEL SCARPULLA** | **DANJA STRUMPER GROVES** |
| **DANIEL SCOTT MAGES** | **DANNA MARIE RAHL** |
| **DANIEL SOLTYS** | **DANNY AYBAR** |
| **DANIEL SOO CHOI** | **DANNY CLARK DALTON** |
| **DANIEL SOON RESSLER** | **DANNY TA** |
| **DANIEL SPIELMAN** | **DANNY XAVIER ALCALDE** |
| **DANIEL STEVEN KUHN** | **DANTE ALBERTO GRAZIOLI** |
| **DANIEL STEVEN NELSON** | **DANTE CABRERA** |
| **DANIEL T SCOTTO** | **DANTE CASTILLO** |
| **DANIEL TAMPLIN FEE** | **DANTE LASHAUN THOMAS** |
| **DANIEL THOMAS** | **DANYLO S RAKOWSKY** |
| **DANIEL THOMAS REILLY** | **DAREIOS LEWIS MOORE** |
| **DANIEL TOSHIO KATO** | **DARELL WILLIAM BYSTRY** |
| **DANIEL TROY WHITE** | **DARIN MICHAEL COLLINS** |
| **DANIEL W FOOS** | **DARING CRYPTO VENTURES LLC** |
| **DANIEL WALTERS DUBOIS** | **DARIS EIAN MATTISON** |
| **DANIEL WANG** | **DARIUS CHRISTIAN GARVIN** |
| **DANIEL WEI DA TSE CHYU** | **DARIUS LAMAR JENNINGS** |
| **DANIEL WILLIAM DORMODY** | **DARLENE GAIL KEITH** |

DARON ROBERT STEVENS

DARREL REX DELEON SOLON

DARRELL W CARTER

DARREN ALLEN WEST

DARREN B HICKS

DARREN CAO BUI

DARREN CRUMBLEHOLME

DARREN DAVID WATTS

DARREN KAMEMATSU TOME

DARREN M ORLANDO

DARREN PATRICK OLSON

DARREN RICHARD CAMPBELL

DARREN WILLIAM SWIMMER

DARRICK JONATHAN CHAN

DARRIN MICHAEL MOE

DARRIN RAY SHERRY

DARRYL JOSEPH GRACE

DARRYL WAYNE PAULK

DARSHAN ARNEY

DARSHAN SANJAY PATEL

DARYL WAYNE DOLLAR

DATTA SAI VENKATA PRAVE BOMMI

DAUDI EMMETT LONG

DAVE KUMAR MALHOTRA

DAVED LOUIS DALY

DAVID  IMPERI

DAVID  SHERBO-HUGGINS

DAVID A ANI

DAVID A CRAWFORD

DAVID A DIPAOLO

DAVID A LAING

DAVID A LIEBERMAN

DAVID A ROSEMILL

DAVID ADAM MOORE

DAVID ALAN VANORE

DAVID ALAN WEINTHAL

DAVID ALEXANDER LITTLE

DAVID ALEXANDERHAMILTON LYONS

DAVID ALLEN SCHROEDER

DAVID ALLEN SIMON

DAVID ANDREW FLEMING

DAVID ANTHONY DRAKE

DAVID ARIE SCHNEIDER

DAVID ARTHUR PLUMLEY

DAVID AVERY FAHEY

DAVID BARRETT LYNCH

DAVID BENJAMIN GREER

DAVID BENJAMIN WILLIAMS

DAVID BERTRAND

DAVID BERTRAND

DAVID BLAIR HARMON

DAVID BRIAN GRAVES II

DAVID BRUCE KANE

DAVID BYRON ENSLEY

DAVID BYRON IRVING

DAVID C CHEN

DAVID C TOOLEY

DAVID CAI

DAVID CARSON SCHUL

DAVID CHAIM FEINSTEIN

DAVID CHARLES MCDONALD

DAVID CHARLIE HEILIGER

DAVID CHOI

DAVID CLOPTON

DAVID COLLINS POST

DAVID DE NGO

DAVID DUN HE

DAVID EDWARD GRANZ

DAVID EDWARD POSIADALA

DAVID ELLIOT QUAN

DAVID ERIC BAXLEY

DAVID EUGENE SOMMER

DAVID F MILLER

DAVID FRANKLIN GORDON

DAVID FRANKLIN MORTON

DAVID GARY GILL

DAVID GEORGE BRADLEY

DAVID GEORGE HOYT

DAVID GOLDSTEIN

DAVID H STONE

DAVID HOWARD ROZEFF

DAVID J BOTTON

DAVID J COUGHLIN

DAVID J FIORE

DAVID JACOB ZEILENGA

DAVID JAMES RUPE

DAVID JAMES STEWART

DAVID JASON BRESSLER

DAVID JASON COOK

DAVID JEREMY KEARLEY

DAVID JOHN BRUSKY

DAVID JOHN MERRIMAN

DAVID JOHN RICHARDSON

DAVID JOHN SALAMA

DAVID JON BLANCHARD

DAVID JON FRANK

DAVID JON SCHWEIZER

DAVID JOSEPH HARRINGTON

DAVID JOSEPH KURIN

DAVID JOSEPH SCHWENT

DAVID KANG

DAVID KEVIN HORWITZ

DAVID L GUDEK

DAVID LAFOREST

DAVID LAMAR ELKINS

DAVID LAWRENCE WAECHTER

DAVID LEE RANDALL

DAVID LEO VEKSLER

DAVID LEROY RITTER

DAVID LIU DING

DAVID LIVINGSTON KIRBY

DAVID LORENZO

| | |
|---|---|
| DAVID LYNN JENKINS | DAVID PAUL ZAKHARCHUK |
| DAVID M MORAN | DAVID PETER ATTREED |
| DAVID MACKENZIE SOMERVILLE | DAVID PETER ROBATEAU |
| DAVID MACKENZIE SOMERVILLE | DAVID PHILLIP CAMPANO |
| DAVID MACKLEY | DAVID POLITZER |
| DAVID MANTHE | DAVID PREZNUK |
| DAVID MARK BURR | DAVID R STEPIEN |
| DAVID MATHEW BEACHY | DAVID RAFAEL ABREU |
| DAVID MATTHEW DUGGER | DAVID RAINTON |
| DAVID MATTHEW KURZ | DAVID RAMBARRAN |
| DAVID MAXWELL BLUMENTHAL | DAVID REED |
| DAVID MELO HOUSE | DAVID ROBERT POOLE |
| DAVID MICHAEL EGAN | DAVID ROY DEWESE |
| DAVID MICHAEL MAREZ | DAVID RYAN BRADSHAW |
| DAVID MICHAEL MILLER | DAVID RYAN LONG |
| DAVID MICHAEL ROBERT KECK | DAVID RYAN MAUTZ |
| DAVID MICHAEL SCHLEIGH | DAVID RYAN OLEKSY |
| DAVID MICHAELGARRISON HILL | DAVID SANTIAGO |
| DAVID MIKHAIL ONCHANU | DAVID SEAN ANDERSON |
| DAVID MORGIGNO | DAVID SHALTS |
| DAVID MORRIS TAYLOR III | DAVID SHAW |
| DAVID NOBLE BARRY | DAVID STOLL |
| DAVID OH | DAVID TELFER MCCONAGHAY |
| DAVID OLIVER CARAS | DAVID THOMAS HEASLIP |
| DAVID P GOODWIN | DAVID THOMAS HOSEA |
| DAVID P SCHREINER | DAVID THOMAS RIVIECCIO |
| DAVID PARAG | DAVID THOMAS VAN DE CARR |
| DAVID PAUL DURAN | DAVID TYLER ODOM |

DAVID W MILLER

DAVID WADE EVANS

DAVID WAYNE FAHRNEY

DAVID WAYNE KING

DAVID WAYNE SHAMBLIN

DAVID WESLEY LARSON

DAVID WESLY GOLLINER

DAVID WONG

DAVID YINGXIAN CHUNG

DAVID YORK FONG

DAVIS CHAN

DAVIS SPENCER WINGATE

DAVY TERESA THAING

DAVY YUHSI MAO

DAWAN NASHID OWENS

DAWN ALLISON SMITH

DAWN J BENSON

DAX ARTHUR HERRERA

DAYID BLAS LUNA

DAYNE WOOD

DAYRON DANIEL ARTOLA

DAYTON LEONG

DEAMES DA SILVA ADRIANO

DEAN C CHENARIDES

DEAN SHAWN COLLINS

DEAN THOMAS SANDIN

DEANNA MARIE OVSAK

DEAR BACI

DEBORAH ANNE EDWARDS

DEBORAH CARTER MARTIN

DEBORAH JANE MEDLICOTT-WILSON

DEBORAH PATRICIA BUITRON

DECHAWUTHI DISPANURAT

DECLAN THOMAS WATSON

DEEPAK KUMAR LALMOHAN GHOSH

DEEPAK SRIDHARA

DELMAR GILBERT

DELPHIN ALBERT IMAN

DEMARCUS ALEXANDER EDWARDS

DEMBER ALEXANDER GIRALDEZ

DEMETRIUS  HEGGS

DEMIAN MARC FITZGERALD

DENIS OLEGOVICH ZUEV

DENIS VOROBYOV

DENNIS ALBERT KAISER

DENNIS CHEN

DENNIS CICERO II MERRITT

DENNIS DANG

DENNIS FRANCIS VILLASENOR

DENNIS JAMES CURREN

DENNIS KEITH HOLCOMB

DENNIS KEITH ZELKOWSKI

DENNIS KELSEY HANSON

DENNIS MICAH SALABERRIOS

DENNIS MICHAEL DEMPSEY

DENNIS PAUL HOGG

DENNIS PAUL THOMPSON

DENNIS XIONG

DENTON KALE KLEINER

DEON MARTIN DALTON

DEREK ALEXANDER CIOCCA

DEREK ALEXANDER DIAZ

DEREK CHRISTOPHER CHU

DEREK JAMES STOBER

DEREK KEITH LAURIN

DEREK LE

DEREK LI

DEREK LUCAS CROOKS

DEREK MARK DOYLE

DEREK MICHAEL JOHNSON

DEREK MICHAEL MALIA

DEREK NELSON PAGE

DEREK ROBERT JACOBY

DEREK ROGER KRUEGER

DEREK ROYCE TAYLOR

DEREK S BUTLER

DEREK WAYNE HENDRICK

DERIC DAVID KRAMER

DERIC ROGER WALINTUKAN

DERICK CARLSON

DERRICK L SHARP

DERRICK LINWOOD BOOKER

DERRICK MATHEW CONTRERAS

DERRICK TANNER JOHNSON

DESHAWN DOUGLAS COLLINS

DESI ALBERTO FLORES

DESIREE ANNE SANTIAGO-FOREMAN

DESMOND ANTHONY MORRIS II

DEVARON ALAN RUGGIERO

DEVAUGHN KENNE PEACE II

DEVIN CHRISTIAN MARTINEZ

DEVIN JOHN ABIGT

DEVIN JOHN SPEAR

DEVIN LAMONTE SHEETS

DEVIN MARTY

DEVIN MICHAEL HIGGINS

DEVIN PAUL MIRFASIHI

DEVON BUSER RYAN

DEWAYNE EUGENE CURRY

DEYING JAMES TONG

DHRUVIL HARISH VYAS

DIANA M LORIA

DIANE BEAULIEU

DIANE STOLLE

DIANE SUE MCALLISTER

DIANNA LYNNE ELLIS

DIANNE B CHAMBERS

DIEGO E RODRIGUEZ

DIEP NGO TABOR

DIERK ECKART

DIFIORE TSA IRREVOCABLE GST TRUST

DILIO NUNEZ

**DILIP ADHIKRY**

**DILLON JAMES FORD**

**DILLON JOSEPHLORNE FORESTELL**

**DILLON SOLOMON MAYA**

**DIMITRIOS E KARPOUZIS**

**DIMITRIS ZOURDOS**

**DIMITRY L KIRSANOV**

**DIMITRY THEVENIN**

**DINA STOVALL SNOW**

**DINAKAR CHITTARANJAN MUNAGALA**

**DINESH MALHOTRA**

**DINKA HADZIC**

**DIPANKAR DUTTA**

**DIPTEN DIPAKBHAI PATEL**

**DIRK HENRY HEITE**

**DIRON TAPPIN**

**DIVAKAR CH**

**DJELL FABRICE LOEMBA NDELLO**

**DMITRI SHTILMAN**

**DMITRIJ RIABOKON**

**DMITRY HURIK**

**DOAN NGOC PHAN**

**DOLORES J HANCHETT**

**DOMINIC ANHKHOA TU**

**DOMINIC JOHN DEROSA**

**DOMINIC JOHN RICCI**

**DOMINICK LEE OAKLEY**

**DOMINIQUE CAMILLE FONTENETTE**

**DOMINIQUE CLAESSENS**

**DON HOSEA SMITH**

**DON KIM PHAM**

**DON MICHAEL URGO**

**DON MILLARD CHAMBERLIN**

**DON NGUYEN**

**DON WRIGHT**

**DONALD C HUTCHINSON**

**DONALD CHARLES JOHNSON**

**DONALD CRAIG ERNST**

**DONALD DESANCTIS**

**DONALD DONGSHIN SON**

**DONALD GLENN COLEMAN**

**DONALD IRVING KAUFMAN**

**DONALD JAY VINBERG**

**DONALD KRAMER**

**DONALD LEE PESCHMAN**

**DONALD LEROY SWEET**

**DONALD MCCORMACK**

**DONALD OWEN SMITH**

**DONALD RAY WHITEHORN**

**DONALD THOMAS SAXBY**

**DONALD WAYNE TODD**

**DONG SUN**

**DONIZETE MINCHILLO JR**

**DONNA JESSICA TUDELA**

**DONNA PERNO**

**DONNA SORIANO**

DONNA TONYA CROW

DONNY HOON KIM

DONOVAN ROBERT FEIST

DONY CHOE

DORCAS EVELENE DAVIS

DOROTHY ELLEN SETLIFF

DOROTHY LYNN HENDRICKSON

DOTTIE DENISE SCOTT

DOUGLAS ANDERS COOK

DOUGLAS ANTHONY SHOREY

DOUGLAS CHARLES MILLS

DOUGLAS CHARLES SLEMMER

DOUGLAS CHRISTOPHER KOCH

DOUGLAS DWAIN LANEY

DOUGLAS EDWARD FOX

DOUGLAS EUGENE SMITH

DOUGLAS JAMES FAIRCLOUGH

DOUGLAS MATTHEW FOX

DOUGLAS P MCGREGOR

DOUKOSE THELEMAQUE

DOW ALEXANDER SPAULDING

DOWN THE  RABBIT HOLE LLC

DOYLE RAY MCMAHAN

DRAGAN TRIFUNOSKI

DREW ALEXANDER DUFFINEY

DREW ANTHONY FENSKE

DREW D HARTMAN

DREW DANIEL MITCHELL

DREW J OCONNELL

DREW MALCOLM HERMAN

DREW MICHAEL BOGGIO

DREW MICHAEL SALTARELLI

DREW THOMAS HENDRICKS

DREW WAGNER EDSALL

DROR DAGAN

DSHANT DONALD CASH

DUKE ROSS MONTGOMERY

DUMITRU DEDIU

DUNCAN CRAIG WIERMAN

DUNCAN KILLOCH SATTERLEE

DUNCAN PLEXICO

DUNG L TRAN

DUO ZHAO

DUONG GIA DAO

DUONG THIN VONG

DUONG TRAN

DURGAPRASAD SIVA NAGA CHAVALI

DUSTAN ANDREW DRAKE

DUSTAN COREY SHOWERS

DUSTIN BRYANT BASTIN

DUSTIN GARRETT MARSHALL

DUSTIN JAMES DRAPER

DUSTIN JOSEPH OTTO

DUSTIN LEE BONAR

DUSTIN LEE RUDOLPH

DUSTIN MICHAEL BROWN

**DUSTIN RONALD FORD**

**DUSTIN WADE MASSENGILL**

**DUSTIN WAYNE LEBLEU**

**DWIGHT MORSEL COOPER**

**DYLAN FARRELL**

**DYLAN H MOULTON**

**DYLAN LUCIEN CAPONI**

**DYLAN SCOUT EVELETH**

**DYLAN THOMAS MONAHAN**

**E KELLY REITZ**

**EARL FRANKLIN KELLEY III**

**EBONY M CHATMON**

**ECOMETICS  INC.**

**EDDIE WILLIAM AVEDIKIAN**

**EDEN PIERS KIDNER**

**EDGAR ANTHONY MACHADO**

**EDGAR EDUARDO DELACRUZ**

**EDGAR MANUEL CASILLAS HERRERA**

**EDGAR W XIE**

**EDILBERTO DIZON ATIENZA**

**EDMUND WANGKAI LEE**

**EDNA MARIA HEIRD**

**EDRICK BELTRAN FELICIANO**

**EDUARD FIDLER**

**EDUARD V SHTOGRIN**

**EDUARDO  OLIVA**

**EDUARDO D MARQUEZ-BRUNAL**

**EDUARDO MAXIMO REYES**

**EDUARDO MONTANO**

**EDUARDO NEGRON ROSALY**

**EDWARD  GEORGE**

**EDWARD  STOLYAR**

**EDWARD ALBERTO VILCHIS**

**EDWARD ALLEN WALTON**

**EDWARD ARTHUR WUESTE JR**

**EDWARD BERGER III**

**EDWARD C MCGILLICUDDY**

**EDWARD CHARLES VOSGANIAN**

**EDWARD CHEN**

**EDWARD DUANE PEATS**

**EDWARD E EATON**

**EDWARD E HUNT**

**EDWARD E LEWIS**

**EDWARD EARL CASEBEER**

**EDWARD EVERETT LANSFORD**

**EDWARD GARCIA**

**EDWARD JAMES SLADEK**

**EDWARD JOHN KNOELL**

**EDWARD JOSEPH HUTSON**

**EDWARD KYUNG HO KIM**

**EDWARD LUSSI**

**EDWARD MARKMAN**

**EDWARD QUAN BAO**

**EDWARD RICHARD MORGAN**

**EDWARD SEULKY MOON**

**EDWARD STEVENSON PEREZ**

EDWARD VILLANUEVA

EDWARD WILLIAM CHAMPIGNY

EDWARD WILSON

EDWIN ALBERT SLACK

EDWIN H DANIEL

EDWIN HANDSCHUH

EDWIN HAROLD SAVAY

EDWIN JARED VELDHEER

EDWIN LEE GREENE

EDWIN OMAR GARCIA

EDWIN SHADZEKA

EDWIN SUMMER SUNG

EDWIN T IV LAYNG

EDWIN TRAMAINE BURTON

EFRAIN LOPEZ FLORES

EFRAIN R CAZARES

EFREN CARRILLO

EGBERT DANIEL BAUMGART

EGIDIJUS BLOZE

EILEEN YIULING CHAI

EITAN HAROD

ELADIO M RODRIGUEZ

ELAINE LAUREEN GLATZ

ELAN NADAV NEIGER

ELENA AMBRA SCHETTINI

ELENA B LURIE-MEINHARDT

ELENA DRIES

ELI BENJAMIN SALK

ELI DEREK HUDSON

ELI FRAME

ELI S LOCH

ELI ZARAGOZA

ELIAS ANTOINE FARHAT

ELIAS CRISTIAN JINAR

ELIAS STEPHAN PFEIFER

ELIJAH ABSOLOM ISRAEL

ELIJAH TAEKOO KANG

ELIO CONSTANZA

ELIONEL DIAZ

ELIOT ESTEVAN MENENDEZ

ELIZABETH ANN BOHON

ELIZABETH ANN BOHON

ELIZABETH ANN GERSTENFELD

ELIZABETH C WEISS

ELIZABETH DEL CARMEN CANTON

ELIZABETH JACKSON RATLIFF

ELIZABETH JOIE BOTKIN

ELIZABETH NIKOLE PATRIDGE

ELIZABETH P CRAMPTON

ELIZABETH SMITH STRZELECKI

ELIZABETH YEE MING LO

ELIZABETHTHAO NGUYEN

ELLIOT JEFFREY ANDERSON

ELLIOT SEUNGJOON LEE

ELLIOT SOLOMON LIEF

ELMER DANIEL SALAZAR

| | |
|---|---|
| ELMORE GASSETTE JOHNSON | ERAN MICHAEL ZYLINSKI |
| ELSINA THEODOROU SILVER | ERDENETSETSEG TSAGAAN |
| ELTON E KING | ERIC ALAN BURKGREN |
| ELVIN J AYALA PEREZ | ERIC ALAN JOHNSON |
| ELVIN R TURNER JR | ERIC ALLEN CARRENDER |
| ELY DIAZ | ERIC ALLEN SCHEEL |
| ELYSSE MICHELLE GALLEGOS | ERIC ANDREW COLLISSON |
| EMI YAMADA | ERIC ANTHONY VASQUEZ |
| EMIL JAMES KOHAN | ERIC ARTHUR GIBSON |
| EMIL PILACIK JR | ERIC ARTHUR RITTER |
| EMILE KHALIL MOUSSAED | ERIC AUSTIN MOORMAN |
| EMILY ADAIR INZER | ERIC AUSTIN MOORMAN |
| EMILY DARE COSS | ERIC BENJAMIN MAROTTA |
| EMILY HOLMES CAMPANO | ERIC BENJAMIN POOLE |
| EMILY JAYNE ALLEN | ERIC BLANCO |
| EMILY SARA PORTER | ERIC BRYANT CHAPMAN |
| EMMANUEL IVAN ALBINO | ERIC CARL CHRISTENSEN |
| EMMANUEL JOSEPH VALLECALLE | ERIC CATEN |
| EMMANUEL VIVAR | ERIC CHARLES CASSIDY |
| EMMANUELLIE SINGLETON | ERIC CHARLES NEWTON |
| EMMETT IRWIN DAVIS | ERIC CHRISTOPHER JACOBSON |
| EMMY TRAN BOS | ERIC CHRISTOPHER LUCAS |
| ENRICO IVONE JR | ERIC CHRISTOPHER MCALISTER |
| ENRIQUE  ESPINOSA | ERIC CHUNG |
| ENRIQUE DANIEL PRIMELLES | ERIC D BAEHR |
| ENRIQUE GOMEZ DA SILVA | ERIC DALE KAZEE |
| ENZO KAJIYA | ERIC DARK |
| EPICAURELIUS HAVENS LLC | ERIC DAVID SHANNON |

| | |
|---|---|
| ERIC DOUGLAS WOLF | ERIC MICHAEL WREN |
| ERIC DUANE TAGLE | ERIC MORALES |
| ERIC F TRENTER | ERIC OLSON |
| ERIC HAMILTON SMITH | ERIC P SUGAR |
| ERIC HANS BLIEFERNICH | ERIC PAUL BANAAG |
| ERIC HENRY CRAIG | ERIC PAUL FROST |
| ERIC J GOLDEN | ERIC RAUL CUEVAS |
| ERIC JAMES CARLSON | ERIC ROBERTO DIEZ |
| ERIC JAMES FIORE | ERIC RYAN GRANT |
| ERIC JOHANNES VIERHAUS | ERIC S HORNG |
| ERIC JOHN SANTUCCI | ERIC SCOTT HANSEN |
| ERIC JOSEPH AVILA | ERIC SCOTT UNRUH |
| ERIC K LOR | ERIC SIMON PYLE |
| ERIC KEITH GORDON | ERIC SUN |
| ERIC KENJI YASUI | ERIC TAYLOR GIBB |
| ERIC KIYOSHI WADA | ERIC TODD SORENSEN |
| ERIC L MILLER | ERIC TODD WINCHELL |
| ERIC LE LONG | ERIC VAN |
| ERIC LEE BOWERS | ERIC WAYNE WYATT |
| ERIC LEE CHAPMAN | ERIC WILHELM KISTER |
| ERIC LEE LARSON | ERIC WU |
| ERIC LEONARD SANCHEZ | ERICH PAUL SCHMIDT |
| ERIC LORING WAKEFIELD | ERICH PAUL STRAHM |
| ERIC MARK LINDAU | ERICK ALEXANDER VALDOVINOS |
| ERIC MATTHEW FORNEY | ERICK GONZALO CRUZ |
| ERIC MICHAEL HONG | ERICK MONTENEGRO |
| ERIC MICHAEL KRISMER | ERICKA SOLANO |
| ERIC MICHAEL MEYERS | ERIK ADRIAN LOMAS |

ERIK ALLEN BERGER

ERIK ANDREW PILMANIS

ERIK CONRAD MENK

ERIK DANIEL GEHMAN

ERIK DAVID BRADEN

ERIK ELOF PETERSON

ERIK GEORGE LEPKE

ERIK HORSMAN

ERIK LEE BRANDT

ERIK LEE RASKY

ERIK MICHAEL MCGREGOR

ERIK RANDALL WONG

ERIK RICHARD SALE

ERIK SEAN MENDELSON

ERIK SETH LERNER

ERIK SHELTON LAMB

ERIK WHITE

ERIK WILDFORSTER

ERIK WISSNER

ERIKO YAZAWA

ERIN LYNETTE SUTLEY

ERIO STEPHAN MUSCHINSKI

ERJON RUCI

ERNANDO  SOLIS

ERNEST DOBBINS JOHNSON

ERNEST GONZALEZ BASOCO

ERNEST SHAHBAZIAN

ERNESTO CEJAS PADILLA

ERNESTO FURUKAWA

ERNESTO GUTIERREZ RIOS

ERNESTO RODRIGUEZ JR.

ERVIN EARL HANSON JR.

ERWIN QUITORIANO MASINSIN

ERYAN CHRISTOPHER TANCREDI

ESHED MEIR OHN-BAR

ESTEBAN GONZALES

ESTEFANIA DE ARMERO LOPEZ

ESTEFANO EMILIO ISAIAS

ESTHER JIEUN HWANG

ESTHER TE CHIA YOUNG

ETHAN GARET KAP

ETHAN JOSEPH ANDERSON

ETHAN MICHAEL STEVENSON

ETHAN MILLER MUNSILL

ETHAN PHILIP ZALTA

ETHAN SAMUEL FREUND

ETHAN SHOIHET

EUCLID REALE ROSE

EUFRED HOUNDEGLA

EUGENE CHONGAUN LAU

EUGENE HUNG CHIH CHEN

EUGENE JAMES KIM

EUGENE JESS CROFUT

EUGENE KYLE WEBSTER

EUGENIA M ZENICK

EVAN ALEXANDER BRYAN

EVAN ANTHONY HOLM

EVAN CHENG

EVAN CHRISTOPHER BONNELL

EVAN DRESKIN SCHOENBERG

EVAN ELLIOTTHERMAN PARTCH

EVAN HIKO BROTHERS

EVAN JACOBSON

EVAN JOHN RYPEL

EVAN LAWRENCE WILMER

EVAN LOUIS ALBERT

EVAN MATTHEW HOMOLKA

EVAN MATTHEW TILLER

EVAN MEREDITH SIMPSON

EVAN TAYLOR HERPIN

EVELIN YASMIRA PERLERA

EVELYN HOOVER SWEENEY

EVERETT WAYNE LAFRANCOIS II

EZRA LOUIS VAZQUEZ-DAMICO

FABIAN GONZALEZ

FABRICIO ANDRES HILD

FADI GEORGE AYAT

FAHIM A CHOWDHURY

FAHIR NOYAN ERERMIS

FAISAL M QUADRI

FAISAL MOHAMMED FASEEHUDDIN

FARAMARZ D SALMASSI

FARID REZA SARRAF

FARIDEH ASGARI

FARN KU

FARSHID SEPASSI

FAZLE SADI

FEDERICO ARCINIEGAS JARAMILLO

FEDERICO MARTIN BUCSPUN

FEI HE

FEI WU

FEIZAL SALIM JAFFER

FELIPE JONATHAN CARBAJAL CHAUCA

FELIX ALBERTO OSORIO

FELIX OSVALDO SANTIAGO ROSARIO

FELIX WIDJAJA

FELIX YELOVICH

FERAS MOUSTAFA ABOUGALALA

FERAS OMAR ALMGHRABI

FERDOUS MOHAMMAD HAKIM

FERING ACQUISITIONS

FERNANDO A ROJAS

FERNANDO ADAME

FERNANDO ANTONIO TROCHE VINENT

FERNANDO GARCIA ENRILE

FERNANDO HERRERA

FERNANDO HERRERA

FIDEL BELMONT

FIDELIA JUNG

FILIP SAMMAK

FILIPE JORGE DE CASTRO FERREIRA
MARQUES DE ALMEIDA

FLAVIO ALBERTO BELTRAN

FLORA KAR MAN MA

FOLASHADE ELIZABETH GREEN

FOLASHADE SHOLA ONAFUYE

FORREST J OSTERMAN

FORREST RICHARD ANDERSON

FRANCESCO LONGO

FRANCIS ALLEN LONG

FRANCIS BARRY ANARO

FRANCIS DISANTI

FRANCIS FLOYD GARNER

FRANCIS JOSEPH JOHNSON

FRANCIS JUDE PELRINE ANDRADE

FRANCIS LEE

FRANCIS MICHAEL METKUS

FRANCISCO ANTONIO SOTO

FRANCISCO D GUZMAN

FRANCISCO FRANCO VALIENTE-
RODRIGUEZ

FRANCISCO JAVIER DELGADO

FRANCISCO JAVIER GUTIERREZ MARTOS

FRANCISCO REYES

FRANCISCO VALBUENA DIMACALI

FRANCISCO VARGAS PINTO

FRANCISCUS WILLEM OVERBEEK

FRANCO ALVARADO SANABRIA

FRANK ANTHONY CRESPO

FRANK ANTONIO LERMA

FRANK BENNETT RANDALL

FRANK CHARLES JR RUSSELL

FRANK COSTA NUNES

FRANK COTTER

FRANK DOMINIC BRIZZI

FRANK FEREDONI

FRANK JONATAN SIERRA

FRANK JULIUS SCHIPANI

FRANK LAWRENCE CHEN

FRANK MALCOLM BRADLEY

FRANK NICHOLAS BENEDICT

FRANK SCOTT FALKE KRUEGER

FRANK VIEIRA MONTEIRO III

FRANK VINCENT IV PERRELLI

FRANKIE KWOK HUNG SZE

FRANKLIN JEANTINE

FRANKLIN KASHNER

FRED HENRY SCHLICHTING

FRED J MOLDT

FRED LACEY SWINTON

FRED MIKEL SHANKS

FREDERICK A BOATENG

FREDERICK A SOWEMIMO

FREDERICK ANDREW LEWIS

FREDERICK JAMES WALBURN

FREDERICK JOSEPH JOHNSTON

FREDERICK MCKINLEY THAYER

FREDERICK STEPHEN HELMHOLZ

FREDERICK WILLIAM SANCHEZ

FREDRIC PRICE NADEL

| | |
|---|---|
| FREESTYLE INVESTMENTS  LLC | GALE DEWAYNE WILLIAMS JR |
| FREHIWOT  SAHLU | GALEN F CHUN |
| FRIO  LLC | GALEN MICHEAL MACPHERSON |
| FUNLOLA FRANCESCA FAJINMI | GALINA ILINICHNA LUJAN |
| FUTURE PERFECT LLC | GAMALIEL  GONZALEZ |
| FUTURE POSSIBILITIES LLC | GANESHA BELLE UPADHYAYA |
| G&P INVESTOR GROUP INC | GARLAND WAYNE GROOMS |
| GABOR SIMON | GARO KECHBOULADIAN |
| GABRIEL ALEJANDRO RODRIGUEZ | GARRET C YOST |
| GABRIEL ALEXANDER BARBOUTH | GARRET LEVI LARSON |
| GABRIEL BEAUCHAMP KELLEY | GARRETT ANTHONY BEAVER |
| GABRIEL BEIS | GARRETT DAVID MORGAN |
| GABRIEL BURTON MAIA DE NEEDELL | GARRETT DAVIDRAGER PRIEST |
| GABRIEL G LINDEMEYER | GARRETT JOSEPH BRIGMAN |
| GABRIEL J PASCUALY | GARTH RICHARD ORKNEY |
| GABRIEL JON STEINBERG | GARY ALAN ROBINSON |
| GABRIEL LEWIS PETTY | GARY ALAN TOLSON |
| GABRIEL LO | GARY C KWONG |
| GABRIEL LOKEI LIN | GARY DOBKIN |
| GABRIEL MOKOTOFF JOSEPH | GARY DON SIEBENLIST |
| GABRIEL P OLIVARES | GARY EARL GOREN |
| GABRIEL PAUL LIPSON | GARY GEORGE ENGLER |
| GABRIEL TRIF | GARY KNOX HARPER |
| GADI MICHAELI | GARY LEE GERHARDT |
| GAELLE SANDRA BLANCHE WIZENBERG | GARY LEE NUECHTERLEIN |
| GAGAN JIT SINGH | GARY LEON BOSWELL |
| GAGE DRACKETT OTT | GARY LYNN SENSENIG |
| GALBAS P DOCARMO-JUNIOR | GARY MATTHEW STEGGELL |

GARY MCGOWAN

GARY ROBERT PEIFFER

GARY RYAN BRAME

GARY S KLINE

GASTON MAURICIO WAIDATT BECK

GAURANG PATEL

GAURAV CHANDRAKANT PARIKH

GAUTHAM ARUNKUMAR

GAVIN DINSDALE MCKELVEY

GAVIN E AIKEN

GEDEON TCHUIESSA KAMGA

GEETESH KALE

GENE CHINH NGUYEN

GENE GOLUB

GENE KIM

GENESIS CRYPTO LLC

GENESIS RIVAS

GENESIS SPENDTHRIFT  TRUST

GENEVA MARIE CUSACK

GENNADY FRID

GEOFFREY ALAN ROMINE

GEOFFREY BRIAN GOLDSTEIN

GEOFFREY REEG

GEOFFREY RICHARD GORNIAK

GEOFFREY WILLIS SHAW

GEORGE A TYCHALSKI

GEORGE BOVEL WATT

GEORGE BRADLEY WILSON

GEORGE BRUER

GEORGE CHARLES KRAFT

GEORGE CHRISTOPER RIVERA

GEORGE CLEMENTE CHAVOUS

GEORGE DUCHATELIER

GEORGE E FUNARO JR

GEORGE EROL FOUCHE

GEORGE HADEED

GEORGE HUDSON GILMER

GEORGE ISAAC SACHS

GEORGE LUIS ORTIZ

GEORGE MICHAEL WUTHERICH

GEORGE N ELIOPOULOS

GEORGE QUANG HY

GEORGE RALPH PRIOLEAU

GEORGE RAY SHAPLEY

GEORGE WILLIAM SHIPP IV

GEORGIE GEORGE

GEORGIY ALEKSANDROVICH
LUKYANCHUK

GERAD T SPOERL

GERALD CALVIN LANDEN

GERALD DALE WILHELM

GERALD GERARD MASSIMEI

GERALD GOODRUM

GERALD JAMES SANTIAGO

GERALD JOSEPH MARQUIS

GERARD ANTHONY KELLY

GERARD H LEESON

GERARD S KABORE

GERARDO DE LA CARIDAD CASAL

GERARDO LUEVANO

GERMAN CARRIZOSA

GERRAD WILLIAM BRIGHAM

GERRY BYRON MEEKS

GERSON DAVID SEPIN

GHS PACIFIC HOLDINGS LLC

GIAN IGNACIO LOMBARDI

GIANFRANCO ARMANDO GONZALES

GIANNI ALVAREZ

GIL YAAKOVI

GILA M. ROTHBITS  LLC

GILBERT JONATHAN LOPEZ

GILBERT WOOLLEY CAWLEY

GILL ALBERTO CHOWDHURY

GILL YI GUO

GIOVANNI ANTONIO COLITTI

GIOVANNY C BEGEIN

GLEB NAGORNIY

GLEN BRIAN SLATER

GLENDA DIANE GILMORE

GLENN BUMATAY DOMINGO

GLENN HOMOON HAWKINS

GLENN MICHAEL TAFINI

GLENN STEPHEN LEE

GLYNELL BRADLEY 2ND

GOKHAN CAGRICI

GONG CHEN

GOPY NAREN KAMMILA

GORAN TRTANJ

GORDON ROBERT CARLSON

GORDON SHAO-CHIEN IWAGAKI

GORDON WILLIAM WINTROB

GRACE CHIN WEI LEE

GRACE SUN

GRAHAM DEANE OLTON

GRAHAM EDWARD SAUNDERS

GRAHAM TEBBENS CLARK

GRAHAM THOMAS ROUNDS

GRAND  OGANESYAN

GRANT A JAAX

GRANT ETHERIDGE

GRANT JINSOO RIEW

GRANT JOSEPH KEMPER

GRANT MC HENRY BARTHOLOMEW

GRANT MCFARLAND KIZER

GRANT RAYMOND LASTOVICA

GRANT STEPHAN GEISLER

GRANT WALLACE HERREN

GRAYSON NELDYN FONG

GRAYSON SCOTT CORNWELL

GRAYSON WILLIAM TAYLOR

GREG ALAN PRICE

GREG MICHAEL MERCER

GREG OWEN HENDERSON

GREG STEVEN BILBRO

GREGG A SMITH

GREGG ROBERT POPKIN

GREGOIRE BASILE PEILLERON

GREGOIRE MICHEL WALTER LEHMANN

GREGORIO MISELEWICZ FRANCO

GREGORY ADAM HAPTOR

GREGORY ALAN PRINCE

GREGORY ALAN SCHNEIDER

GREGORY ANDREW HENDERLIGHT

GREGORY ANDUJAR PEPIN

GREGORY BLAIR ESSIG

GREGORY BUCHANAN KLOCK

GREGORY DARRIN GUBNER

GREGORY ERIC WISE

GREGORY EUGENE COLEMAN

GREGORY GEORGE SPROCK

GREGORY JOHN STRAND

GREGORY JOHN SURABIAN

GREGORY MASON

GREGORY NEAL ONSTAD

GREGORY NOLAND DEETER

GREGORY PAUL BOIDY

GREGORY PAUL LAMPHEAR

GREGORY R MAGOON

GREGORY RYAN POMICTER

GREGORY SCOTT BERARD

GREGORY SCOTT FRANK

GREGORY SCOTT HOENES

GREGORY SCOTT SELWYN

GREGORY THOMAS WINTERMEIER

GREGORY WADE NORRIS

GREGORY ZORBA KARABINOS

GRZEGORZ  MISIASZEK

GRZEGORZ WARTAK

GUADALUPE LIZETTE ISLAS

GUILLAUME ANGE MARCEL MARIE LORET

GUILLAUME MAURICE RAYMOND
MATHIEU

GUILLERMO ALVAREZMORPHYCAMOU

GUILLERMO GORI

GUILLERMO MAURICIO KATZ

GUOMING YUN

GURINDER GHAG

GURPREET SINGH KALSI

GURUPRASAD CHANDRAKUMAR
TAHASILDAR

GUS JUNIOR TYSON

GUSTAVO ALBERTO JIMENEZ

GUSTAVO COUTINHO ALVES

GUSTAVO DANIEL LUZARDO

GUTHRIE GINTZLER

GUY ANTHONY PANICO

GUY CHARLES GARANT

GUY EVANS

H ALEXANDER BURNETT

HA JOSEPH NGUYEN

HABTAMU URGESSA BEDASSO

HADRYN AMYTH HOLTON

HAIDER MIRJAT

HAISAM ELSHARKAWI

HAKOB STEPANYAN

HALEY BROOKE OBERON

HALEY LOUISE RICHARDSON

HALUK KONUK

HAMID REZA MOTAHARI NEZHAD

HAMMY HUA

HAN JIN AHN

HAN KI YI

HAN ZHANG

HANH HONG NGUYEN

HANI HENPI HAJJE

HANK SKULSTAD

HANS H ATTYS

HANS JOSEPH THOMAS

HANS JUERGEN HINZ

HANS KRISTOFER NORDQUIST

HANS MICHAEL MCELROY

HANSELL HULSEY SHOOK

HANSLIN JOSEPH PETERSON

HANWEY SHIEH

HAO SHEN HOWARD CHENG

HARDIK RAMAN PATEL

HARI LAKSHMANAN

HARISH JAVAR SINGH

HARJINDER KAUR

HARLEY B BEAVER

HARMONIC FOUNDRY LLC

HAROLD BYRON IRVING

HAROLD F III DWYER

HAROLD JOSEPH KENUI ISEKE

HAROLD MEYERS

HAROLD OTTO MUNS

HARRISON ALOIS SPRAY

HARRISON KYLE INGEMARSON

HARRY ALFRED HANSEN

HARRY BLAIR RICHARDSON

HARRY EGGLESTON

HARRY HAOMIN LI

HARRY TAPPEN

HARRY TON REDDING

HARSHAD SUDHIR SAKHALKAR

HARUE OHBA

HARVEY UNDAZAN CASTILLO

HASHAM ALI

HASNAIN AYUB KHAN

HAUNS FORREST PETER

HAYDEN RANDALL POE

HAYLEY KATHLEEN STOLLE

HEATH AARON LOVELL

HEATH BURRESON

HEAVENLY SCENT PROFESSIONALS  LLC

HECTOR GUERRA

| | |
|---|---|
| HECTOR J MALDONADO | HERBERT G HOLROYD 3RD |
| HECTOR LOZA | HERMAN FOX |
| HECTOR MANUEL HARO AVILA | HERMANN PLANK |
| HEE JUNG SEO | HIEN DINH NGUYEN |
| HEIDI KARLSEN | HIEU NGOC PHAN |
| HEILIGER HOLDINGS LLC | HIMANSHU ARORA |
| HEINRICH MAHLKNECHT | HIMANSHU GOEL |
| HELANA HOLT | HIRAM CHOJIRO WILLIAMSON |
| HELEN ELIZABETH ALLEN | HIREN GHANSHYAMBHAI PATEL |
| HELEN HEESEUNG LEE | HIROKI KOHNO |
| HELEN HSIAOHUACHIANG WANG | HIROKI SHIROTA |
| HEMANG CHAMAKUZHI SUBRAMANIAN | HIROMI DINH WING |
| HEMMALAYA TANN | HIRVINE III FUND LLC |
| HENDRIKA LUBERTHA LIETZ | HO YAN CLEMENT PANG |
| HENRI RICHARD OCONNOR | HOAINAM VIET DUONG |
| HENRY AUSTIN BROWN | HOANG LE BUI |
| HENRY CARLTON LANHAM | HOANG TUAN KHAC PHAM |
| HENRY CHING LIANG CHEN | HOC POENG |
| HENRY CHO BROWN | HODLBERG TRUST |
| HENRY ENG | HOLACRACY ONE LLC |
| HENRY EUGENE BURGESS | HOLLIS JOSEPH WASHINGTON |
| HENRY HUGHES | HOLLY MICHELLE HALL |
| HENRY LOGAN BOWLBY | HOLLY RAE FORSTER-NGUYEN |
| HENRY RENAN BOUCHOT | HOLLY STANFORD |
| HENRY RENE MORALES | HOMAM MAALOUF |
| HENRY SPENCER OLOUGHLIN | HOME 007 LLC |
| HENRY WANG | HON SAC CHUNG |
| HENRY WILLY MONEGRO | HONG WANG |

HONG BIN SHIM

HONGDA YU

HONGZHI LIU

HOUSAM MAJID LUTFI JARRAR

HOWARD KO

HOWARD SIDNEY BLAKE

HRAG HENRY KALEBJIAN

HRISTIYAN Y ATANASOV

HSIN CHUN LIN

HSINHAN CHOU

HSUAN YAO HUANG

HSUEH YING LIU

HUA HAN

HUAN YU

HUBERT FRANCIS LAMELA

HUDSON ALAN POPE

HUEY-LI SHIAO

HUGH FREDERICK MC KINNEY

HUGH SUH

HUGH TRONG NGUYEN

HUGO D PESTANA

HUIJIN ZHANG

HUNDREDFOLD INVESTMENTS LLC

HUNG DAO TRAN

HUNG DINH VU

HUNG LE

HUNG TAN NGUYEN

HUNG TAP QUACH

HUNTER ALEXANDER HAYDEN

HUNTER JACOB BOOTH

HUNTER THOMAS THORNFELDT

HUSSEIN AHMAD RAKINE

HUY TRAN

HYRULE VENTURES  LLC

IAIN TOFT

IALERT SERVICES  LLC

IAN CONANT NORVILLE

IAN DAVID HARRIS

IAN EDWARD SANTULLI

IAN GEORGE BUONO

IAN JAMALL MOULDEN

IAN JAMES MCGUINNESS

IAN JOSEPH GARCIA

IAN KENDALL GAINES

IAN LEITE GURFIELD

IAN LONG

IAN M MARKIND

IAN M MEHOK

IAN MICHAEL HANNON

IAN NEAL JOHNSTON

IAN NORMAN BREHMER

IAN PATRICK WARNER

IAN PAUL VADAS

IAN SELLS

IAN WHITAKER MARSHALL

ICAPITAL MANAGEMENT INC.

IDA BELL HENRY

IDALIA JULIA SARKISSIAN

IDELFY ANIER GOMEZ

IFEANYI UCHENNA EZEH

IGNACIO SALDANO

IGOR BESSON

IGOR N LIVITZ

IGOR OSIPOVICH

IGOR OSTROVSKY

IGOR SHPERUN

IKUKO HONDA

ILAN AMOS GITTER

ILAN L SHEMTOV

ILDEFONSO JAVIER JUAREZ

ILDEFONSO LUIS BAERGA VALENZUELA

ILENE BRENNER BENATOR

ILIE BARDAHAN

ILIYA IVAN PESIC

ILYAS MOHAMED IYOOB

IMANTS EGLITIS

IMTIAZ ZAHEIR MAJEED

INDIE SOURCE  INC

INFINITE CRYPTOFUND LLC

INFOOBJECTS  INC

INKI HONG

INNA HABINET ROWE

INNOCENT D AKE

INVOLUNTARY HOLDINGS LLC

ION  SIMION

ION MURA

IRA BROOKS COCHRAN

IRIS HUNTRESS

IRMA  MOSS-BRYANT

IRMARIE RIVERA HERNANDEZ

ISAAC JEREMY LASHLEY

ISAAC JOHN LANG GALLI

ISAAC KEVELSON

ISAAC KOLB SINNOTT

ISAAC LOSKOVE STOCK

ISAAC ROBERTS

ISAAC SMILOVITS

ISABELLA SUSANNA NEETHLING

ISAIAH D EDMONDS

ISAIAH ELIJAH FRIEDMAN

ISLAM MAHMOUDI ELMENSHAWY

ISMAEL MENDIOLA

ISONGUYO UDOKA

ISRAEL JOHN SMITH

ISRAEL LOPEZ

ISRAEL MADERO

ISSAC LEE

ISTEPAN CIGERCIOGLU

IVAN ANDRES RODRIGUEZ

IVAN ANGUELOV HRISTOV

IVAN CABARCAS

IVAN DANCHEV IVANOV

| | |
|---|---|
| IVAN JEWEL RAHMAN | JACOB  WAYNE WEAVER |
| IVAN LLEWELYN PETERS | JACOB  WEIKART |
| IVAN MONTESINOS CABAN | JACOB ALLEN AUGUSTINI |
| IVAN PAREDES | JACOB ALLEN MURRAY |
| IVAN ROBERT MORALES RUIZ | JACOB AUSTIN DULANEY |
| IVAN VLADIMIROVICH VASILKO | JACOB BENJAMIN FITE |
| IVAYLO IVANOV TODOROV | JACOB BRYON KORNBERG |
| IVY LORRAINE V ILLESCAS | JACOB C HARVEY |
| IYAD ARUSI | JACOB CARL DEXHEIMER |
| J CHRISTOPHER SISK | JACOB CARLTON GOULD |
| J CLEOFAS ROJAS | JACOB CHARLES MCFARLAND |
| J DUSTIN MOWER | JACOB CLARKE POTTER |
| J MICHAEL JAMES EDWARDS TOEPEL | JACOB CLYDE JONES |
| J&D LLC | JACOB DONIVAN GRAFENSTEIN |
| JABES DAVID RIVERA | JACOB HARLAND DAVIS IRISH |
| JACK BENNET TANENBAUM | JACOB JOHN RING |
| JACK CHRIS CHUEH | JACOB JON STEELE |
| JACK DANIEL MALLETTE | JACOB KYLE SUTLEY |
| JACK GRAY SPITZ | JACOB LANCE DICKSTEIN |
| JACK HENRY WALLER | JACOB LEE ZELLNER |
| JACK HUNTER COLE | JACOB LEWIS HYDE |
| JACK ISAAC ABECASSIS | JACOB LIEB SHAPIRO |
| JACK RAYMOND CREAIG | JACOB M WILLNER |
| JACK RYAN LEWIS | JACOB MICHAEL CAPAN |
| JACKSON A DOWNEY | JACOB MICHAEL LUNA |
| JACKSON C MOROSE | JACOB PETER BYL |
| JACKSON ROBERT DEAN | JACOB RICHARD KUNASEK |
| JACKSON YUEN | JACOB ROBERT LINDSAY |

| | |
|---|---|
| JACOB RUSSELL STEWART | JAMES BRANDON JOLLEY |
| JACOB SEBASTIAN BOUDREAU | JAMES BRENDAN MCKENNA |
| JACOB SETZER | JAMES BRYANT DEGLAU |
| JACOB SUSSMAN | JAMES C BIONDO |
| JACOB THADDEUS BECK | JAMES CABALUM |
| JACOB WOUDEN | JAMES CHARLES SCONDRAS |
| JACOPO JOACHIM ANTONUCCI | JAMES CHINGYAO LIN |
| JACQUELINE ANN PENNINGTON | JAMES CHRISTOPHER MEISTER |
| JACQUELINE C BLACK | JAMES COLE STUART |
| JACQUELINE ELOISE JOHNSON | JAMES DANIEL JOHANTGEN |
| JACQUELINE SUE MASSARO | JAMES DANIEL RITCHIE |
| JACQUES ALAIN FERRY | JAMES DANIEL ROELOFS |
| JAE B LEE | JAMES DAVID LEE |
| JAE HOON KIM | JAMES DONALD EPPING |
| JAIMESON BENNETT ENGLISH | JAMES E MELLON |
| JAIRO BERNAL-GOODMAN | JAMES EARL PATTERSON |
| JAIRO RAUL TORRES | JAMES EDWARD FRICKER |
| JAKE BENNETT GREENBAUM | JAMES EDWARD HERMANN |
| JAKE MICHAEL REAVES | JAMES EDWARD INGALLS |
| JAMES ALEXANDER BOOTH | JAMES EDWARD JR PRUES |
| JAMES ALLAN JANEWAY | JAMES EDWARD KIEBALA |
| JAMES ALLEN MUFFLEY | JAMES ELMER NORDQUIST |
| JAMES ANTHONY HENNESSY | JAMES F BEATTY |
| JAMES ANTHONY KOSTRO | JAMES F JR HESTER |
| JAMES ANTONY LARKIN | JAMES FRANCIS MURPHY |
| JAMES AUSTIN | JAMES FRANCIS TANIS |
| JAMES B DAVIS | JAMES FRANK MUSTOE |
| JAMES BRANDON GARNER | JAMES GABRIEL HENDERSON |

JAMES GRAVES

JAMES HALL

JAMES HAMILTON MONTGOMERY

JAMES HAMILTON MOORE

JAMES HAYTER COOK

JAMES HENRY FULLER

JAMES HENRY SIMS

JAMES HOWARD RIVAS

JAMES JAVIER MARCILLA

JAMES JIEN CHONG TSAI

JAMES JOSEPH BLACKBURN

JAMES JOSEPH MULLER

JAMES JUSTIN SHEA

JAMES KAI-TI WANG

JAMES KAZUO MILES

JAMES KEVIN PAWLOWICZ

JAMES LEE TUCKER

JAMES LEWIS II ARNOLD

JAMES MATTHEW CHAUVIN

JAMES MATTHEW MONDSHINE

JAMES MICHAEL ADAMS

JAMES MICHAEL FRYE

JAMES MICHAEL GLASSCOCK

JAMES MICHAEL MUNS

JAMES MICHAEL PERFETTI

JAMES MICHAEL RICHMOND JR

JAMES MICHAEL WILLIAMS

JAMES MICHAEL WOODS

JAMES MONCUR

JAMES MORGAN

JAMES MYUNG HOON KIM

JAMES NICK KORDOMENOS

JAMES NOEL DICK

JAMES PATRICK MCCARTY

JAMES PATRICK MCDOWELL

JAMES PATRICK MCGURK

JAMES PATRICK MURPHEY

JAMES PATRICK SWEENEY

JAMES PATRICK WEBSTER

JAMES PAUL WISNER

JAMES PETER SCOFIELD

JAMES PIER WRIGHT

JAMES POON

JAMES RAY KLINECT

JAMES ROBERT GADWELL

JAMES ROBERT KORAN

JAMES ROBERT MARTLING

JAMES ROBERT MERRY

JAMES RUSH BRIGGS

JAMES RUSSELL CERVIN

JAMES RUSSELL WHITE

JAMES RUSSELL WHITE

JAMES RYAN MAHER

JAMES S WESTON

JAMES SIMONE DIMITROV

JAMES STANLEY TOMASZEWSKI

| | |
|---|---|
| **JAMES STEPHEN DRISCOLL** | **JAN CHRISTIAN SUDDERGAARD ANDERSEN** |
| **JAMES SULLIVAN** | **JAN MAGNE EIDE** |
| **JAMES TAIRYUN KIM** | **JAN VINCENT GRESZTA** |
| **JAMES TARRANT CARTER** | **JANAKI NANDAM** |
| **JAMES THOMAS NELSON** | **JANE CAIRE STENSTROM** |
| **JAMES TODD BURT** | **JANE YINJIN CHIN** |
| **JAMES TRISTAN MOORE** | **JANET ANN AMICK** |
| **JAMES W LARGOZA** | **JANETTE CASTILLO PADUA RADA** |
| **JAMES WAYNE HILSON** | **JANIE OWYANG** |
| **JAMES WHITE BRUSH** | **JANINA ELIZABETH JASKIEWICZ** |
| **JAMES WHITTAKER HARRISON** | **JANIS KWANG JI PARK** |
| **JAMES WILLIAM SNIDER** | **JANSEN P DELVECCHIO** |
| **JAMES WILLIAM VICKERS** | **JANUSZ EUGENIUSZ KRZANOWSKI** |
| **JAMES WILLIAMSON ATHEY** | **JARAD LANDON RICHARDS** |
| **JAMES WORTH MICHAELIS** | **JARAMA  LLC** |
| **JAMES YOUNGCHOON KOO** | **JARED A HAAS** |
| **JAMES415  LLC** | **JARED DUBINSKY** |
| **JAMIE  SUSSMAN** | **JARED JOSEPH HEYMANN** |
| **JAMIE CLAUDE RASH** | **JARED JOSEPH PIAZZA** |
| **JAMIE DEE WILLIAMS** | **JARED LAMONT WARE** |
| **JAMIE HELEN FERRARO** | **JARED LEE THOMPSON** |
| **JAMIE MARTINEZ** | **JARED LEGRAND HUTCHINGS** |
| **JAMIE MICHAEL GARONZIK** | **JARED LEIGHTON BENEDICT** |
| **JAMIE PATRICK MACCOLL LILLYWHITE** | **JARED LYNN BEAR** |
| **JAMIE ROBERT COCHRAN** | **JARED MICHAEL FRANK** |
| **JAMIE T GASPERINI** | **JARED PAUL MARSKE** |
| **JAMIR E FLORES** | **JARED SHOLLY** |
| **JAMISON J GIRO** | **JAREMY LOWE KWOCK** |

| | |
|---|---|
| JARON CLAY MOORE | JASON CARLOS HILLS |
| JARRET RUSSELL LEWIS | JASON CARTER MARTIN |
| JARRETT KEITH SWANK | JASON CHEN |
| JARROD WEBB | JASON CHIN |
| JARROD WESLEY HARVEY | JASON CHRISTOPHER KAUTZ |
| JARRON JACKSON | JASON CHRISTOPHER KEEN |
| JASMINE CRISTINA SAY | JASON D FARLEY |
| JASON A IOVINE | JASON DEAN HEATH |
| JASON ADAM KUHNE | JASON E FORESTER |
| JASON ALAN MILLER | JASON E LEWIS |
| JASON ALAN TODT | JASON E PETERS |
| JASON ALBERT ACEVEDO | JASON EDWARD PAYTON |
| JASON ALBERT YARUSI | JASON EDWARD RAICHERT |
| JASON ALBERTO RIVAS | JASON EDWARDS MANN |
| JASON ALDEN SMITH | JASON ERIC SAUERS |
| JASON ALDEN SMITH | JASON FAUTZ |
| JASON ALLEN HOWELL | JASON FORREST HOGG |
| JASON ANDREW BATT | JASON G PATEL |
| JASON ANDREW CALLEY | JASON GARRETT VOLPE |
| JASON ANDREW KOCH | JASON HOLLAND |
| JASON ANTHONY LEVY | JASON IAN PARRISH |
| JASON ARON CANNON | JASON JAMES LAI |
| JASON B KANTER | JASON JIN |
| JASON BARTH CATO | JASON JINSAE LEE |
| JASON BLAIR MENARD | JASON JOHANN CHANG |
| JASON BRACAMONTE CORONADO | JASON JOHN KOLFLAT |
| JASON BRIAN GRANDY | JASON JOHNSON YEH |
| JASON C THOMAS | JASON KIHEUCK KIM |

| | |
|---|---|
| JASON KWA | JASON RAYMOND STOUT |
| JASON L TALIAFERRO | JASON RICHARD ENSIGN |
| JASON LARRAGOITY | JASON RICHARD KAUFMAN |
| JASON LAVERN MCARTHUR | JASON RICHARD MYERS |
| JASON LEO JENKINS | JASON ROBERT JONES |
| JASON M BALLEK | JASON ROBERT LAVERY |
| JASON M MCCOY | JASON RYAN OWENS |
| JASON M PRESCOTT | JASON S CHOUAKE |
| JASON M TURNIDGE | JASON SAMUEL BENEDICT |
| JASON M WAGONER | JASON SMITH KIZER |
| JASON MARK HILLENBRAND | JASON T KOVILARITCH |
| JASON MARTIN LONG | JASON TAO-CHU CHANG |
| JASON MASARU NAKAFUJI | JASON TERANCE MORAN |
| JASON MERRELL | JASON THOMAS LAW |
| JASON MICHAEL CULBERTSON | JASON TURNER HUGHES |
| JASON MICHAEL ROPETER | JASON TYLER LUONGO |
| JASON N FURBERT | JASON W PANCIS |
| JASON NICHOLAAS LINKES | JASON WISDOM |
| JASON PAUL JOHNSON | JASON WONG |
| JASON PAUL ROBINSON | JAVA OLYMPIA SOLIS |
| JASON PAUL SALCE | JAVEN SPENCER FIGUEROA |
| JASON PAUL WALSH | JAVIER BARAJAS |
| JASON PHILIP LEE | JAVIER DURAN |
| JASON PRITZ | JAVIER GREGORIO LOVERDE |
| JASON PUKALO | JAVIER GUZMAN |
| JASON R ROKEACH | JAVIER VICTOR SETOVICH |
| JASON R SCHMITZ | JAY BRANDON JOHNSON |
| JASON RAFAEL BORRAS | JAY BRIAN RUFFING |

JAY CHAND

JAY HARDIN ROSS

JAY HOUSTON

JAY HOWARD BROOKS

JAY HYUN LEE

JAY J CHO

JAY RAJESHKUMAR KHATRI

JAY SHANNON MILLER

JAY SHEN

JAY SOOBOK MACELHENNEY

JAY WILLIAM CHAGAN BAVISKAR

JAYE C LUTFY

JAYMES ELTON RUSSELL WATERS

JAYNA DERBY THOMPSON

JAYSON DONLEY AREND

JBRAHIM NASHAAT NASER

JEAN CLARICE SAMSON

JEAN CLAUDE CANTAVE

JEAN LEE

JEAN PAUL HOPE MOURET

JEAN PAUL MUPANDA LITTLETON

JEAN THIERRY ANGBA YEPIE

JEAN TO

JEANETTE NGOC HUONG NGUYEN

JEANINE BUTLER

JEANNETTE LOUISE GIESE

JED FLETCHER

JED KENTON WILEY

JEDEDIAH WADE OLES

JEDIDIAH ALLEN SALYARDS

JEDIDIAH JOEL ROBERTS

JEDIDIAH LAUDENSLAYER

JEFF JAMES BILYEU

JEFF RANCILIO

JEFF TODD ROBERTS

JEFF YASUJI IWASAKI

JEFFERSON DAINES VANBLOEM

JEFFERSON ZHANG

JEFFERY DEAN ESTERSOHN

JEFFERY DONALD REINEKE

JEFFERY GIBSON

JEFFERY LYNN  STREITENBERGER

JEFFERY ORD REYNOLDS

JEFFERY PAUL HARRINGTON

JEFFERY PHILIP MYERS

JEFFERY ROBERT SMITH

JEFFERY SCOTT FRY

JEFFREE FRANCISCO HAWK

JEFFREY ALAN CARLSON

JEFFREY ALAN LACERTE

JEFFREY ALAN SCHUGART

JEFFREY ALAN SILVERBERG

JEFFREY ALEXANDER SPIEGEL

JEFFREY ALLAN HEBARD

JEFFREY ALLEN FILKINS

JEFFREY ALLEN LINNER

JEFFREY ALVIN ROSSEL

JEFFREY BATES GROY

JEFFREY BLAKE PALMER

JEFFREY DALE RAGUSA

JEFFREY DAVID POLLARD

JEFFREY DAVID RENNEKE

JEFFREY DAVID RODRIE

JEFFREY DAVIS

JEFFREY DONALD MARTIN

JEFFREY DUSTIN FLEISHMAN

JEFFREY EDWARD SRSIC

JEFFREY EMIRO QUINTERO

JEFFREY HALEY

JEFFREY J GIVENS

JEFFREY JACOB YASALONIS

JEFFREY JAMES BAIETTO

JEFFREY JOEL WICKERSTY

JEFFREY JOHN BRAUNHAUSEN

JEFFREY JOHN SMYTHE

JEFFREY JON VRIEZEMA

JEFFREY KENNETH WOLFE

JEFFREY LEE TAIT

JEFFREY LEWIS RECTOR

JEFFREY LUKE SMITH

JEFFREY LYNN THOMPSON

JEFFREY MARCUS THOMPSON

JEFFREY MARVIN TURNER

JEFFREY MATHEW ABALOS

JEFFREY NEIL EARNEST

JEFFREY PAUL DUPREX

JEFFREY PAUL WEHRMAN

JEFFREY PETER GRAF

JEFFREY REED OAKS

JEFFREY RICHARD BAROWSKI

JEFFREY ROBERT BUTLER

JEFFREY ROBERT FRANKLIN

JEFFREY ROBERT STANGE

JEFFREY RONALD ELWOOD

JEFFREY RONALD SEKINGER

JEFFREY ROY HAGGAR

JEFFREY S RICHMAN

JEFFREY SUMMERLIN

JEFFREY T MANGASARIAN

JEFFREY THOMAS MILLER

JEFFREY THOMAS QUIGLEY

JEFFREY TYLER RIGBY

JEFFREY VINCENT BASTIAN

JEFFREY W SKIMMING REVOCABLE
TRUST

JEFFREY WASKOWIAK

JEFFREY WAYNE HARDING

JEFFREY WELLMAN

JEFFREY WIBERG

JEFFREY YUZO HIGA

JENIFER ANNE ABI HAMAD

JENNA ASHLEY BROWN

JENNI JO BAUER

JENNIE FRANCO

JENNIFER A ZOLD

JENNIFER ANN KATTULA

JENNIFER COBB LANCASTER

JENNIFER DAISY SHAR

JENNIFER JO FANCHER

JENNIFER K CORADI

JENNIFER KATHERINE FLYNN

JENNIFER LEIGH CLAYTON

JENNIFER LOUISE DAVIES

JENNIFER LYNN DUNBAR

JENNIFER MAI LEE

JENNIFER MORAES LOPES

JENNIFER PAIGE SARKANY

JENNIFER SWYER

JENNIFER VU

JENS KAHLER

JERAMY MATTHEW RUMSEY

JEREL LEE CHAMBERLAYNE

JEREMIAH HARRIS

JEREMIAH JAMES RIVERS

JEREMIAH PUCKETT MEINERS

JEREMY AARON JOSEPH

JEREMY ALLEN HALL

JEREMY BASH

JEREMY BLACK

JEREMY BORDERS

JEREMY CARL SHELTRA

JEREMY CARLSON BRISTOL

JEREMY CHAD THIESSEN

JEREMY CURTIS MARCH

JEREMY DANIEL DUBOYS

JEREMY DAVID COX

JEREMY DAVID MECKLEY

JEREMY DAVID RICHARDSON

JEREMY DAVID RODRIGUES

JEREMY DENENBERG

JEREMY GLENN WHITT

JEREMY HELM

JEREMY HUANG

JEREMY ISAAC PEARL

JEREMY JOHN OCCHIPINTI

JEREMY JOHN WELCH

JEREMY KRISTIAN CUPP

JEREMY LEE JOHNSON

JEREMY M SCIARAPPA

JEREMY MICHAEL BARTELS

JEREMY MICHAEL DORY

JEREMY MICHAEL MONTALBANO

JEREMY MICHAEL RIDDELL-KAUFMAN

JEREMY ROBERT GEISEL

JEREMY RYAN LUDWIG

JEREMY RYAN MCKEAN

JEREMY STEVEN SOMMER

JEREMY TODD KATZ

| | |
|---|---|
| JEREMY WARD | JESSE M SHERER |
| JEROME EMIL NELSON | JESSE MCCOY FLORES |
| JEROME JEAN FRANCIS BRECHE | JESSE OSBALDO RUACHO |
| JEROME JOSEPH NICOLAS BERNIER | JESSE ROBERT SMITH-GILLESPIE |
| JEROME KENNETH STREIT | JESSE THOMAS CUEVAS |
| JEROME LEE ROSE | JESSE THOMAS KLINGLER |
| JEROME LEONARD TELLEZ | JESSE TRUESDELL ANTUNES |
| JEROME M STEWART | JESSE WAYNE TAYLOR |
| JERRY CARSON III SUBLETT | JESSICA COLLINS |
| JERRY DEAN WILLIAMS | JESSICA DAWN EHR NORRIS |
| JERRY JOSEPH SPIVAK | JESSICA DORA BRANDWEIN |
| JERRY MYRON KOCKO | JESSICA F HEIBERG |
| JERRY RAY MCDOWELL | JESSICA RAE |
| JERRY RAY SCOGGINS | JESSICA ROBERSON |
| JERRY SKELTON | JESUS ARMANDO SAENZ |
| JERRY SLJUKA | JESUS CARDOSO CARDENAS |
| JERRY WU | JESUS GONZALEZ JR |
| JERRY YU CHING | JESUS PENA |
| JESS S MILLER IV | JHON GUARATE |
| JESSE ALDEN MACNEILL | JI R KIM |
| JESSE COSTOLLOE | JIA HAO WANG |
| JESSE DE LEON BAZA | JIA HAO WANG |
| JESSE GREAVES-SMITH | JIACHENG LIU |
| JESSE HAMPTON | JIAN DANIEL YUMUL SALCEDO |
| JESSE JAMES SZWEDKO | JIAN HUANG |
| JESSE JASON DENEWETH | JIANGLING WANG |
| JESSE KENNETH BILLSON | JIGAR KANNUBHAI SHAH |
| JESSE LEE GROSSMAN | JIGAR S PATEL |

JIMMIE DALE WILSON

JIMMY GALE FUNKHOUSER

JIMMY LEE GRAY JR

JIMMY WILLARD PIERCEY

JIMMY YE ZHU

JIMY TU TRUONG HUYNH

JIN C MEI

JIN HEE KOO-IRVINE

JIN MOO PYO

JIN W WU

JIN WU

JING ZHAO

JINGAN WANG

JIRI OMAR SAMPSON

JIRI SEMBERA

JITINDRA WAYNE SIRJOO

JLA HSA  LLC

JLS  TRUST

JLS PROJECTS  LLC

JO MARSHALL COOPER

JOAKIM LAURI ASPEGREN

JOANN IRENE WOODS

JOANNE EILEEN COLEMAN

JODI JULENE MAINWARING

JODIE LYNN GIESE

JOE ANTOINE DE MADET

JOE BARRY STOVALL

JOE BUZA

JOE MOSED

JOEL CAMERON YOUNG

JOEL D HALFORD

JOEL DANIEL HIGHFILL

JOEL DOUGLAS FEARON

JOEL GARIEPY-SAPER

JOEL GREGORY BURNS

JOEL KELLEY DAUTEN

JOEL MAWUNYO ANTHONY

JOEL MICHAEL CEDERBERG

JOEL NATHAN FRIEDMAN

JOEL RICHARD SMITH

JOEL ROBERT POSEY

JOEL TRAVIS  HENDRYX

JOEL TROCHE TORO

JOEY C TUAN

JOEY CHAO CHIANG LEI

JOEY LK  LLC

JOEY XIN WONG

JOHANN ALEXANDER VILLALVIR MIRANDA

JOHANNES LODEWIKUS SWARTZ

JOHANNES NEUMANN

JOHN A SAUGEN

JOHN AKER

JOHN ALEX GEORGE

JOHN ALEXANDER KIDD

JOHN ALFRED BONIN

JOHN ALLEN ALBERS

JOHN ALLEN CURTIS

JOHN ALPHONSE BOUSQUET

JOHN ALVIN COLE

JOHN ANDREW MONTOYA

JOHN ANDREW SEMAN

JOHN AUSTIN ATNIP

JOHN BABCOCK SKINNER

JOHN BARTLETT

JOHN BENJAMIN MORA

JOHN BERRY GUTHRIE

JOHN BIEDERMAN

JOHN BOYD HANCOCK

JOHN BRANDON MCDOWELL

JOHN BRENT COOLEY

JOHN BRUCE MOREY

JOHN BRYAN STEVENS

JOHN C HANEKAMP

JOHN CALVIN ANDERSON

JOHN CALVIN HAYES

JOHN CARL BURRIS

JOHN CARLOS LESTER

JOHN CEREN

JOHN CHARLES ANKENEY

JOHN CHARLES COX

JOHN CHARLES MATTOS

JOHN COLE

JOHN COMEROUSKI

JOHN D POWERS

JOHN DANIEL HEFFERIN

JOHN DAVID GIBBS JR

JOHN DAVID HOFFMEYER

JOHN DAVID MARTINEZ

JOHN DAVID MITCHELL

JOHN DAVID REES

JOHN DAVID STAPLETON JR

JOHN DAVID STARK

JOHN DYLAN FICKLE

JOHN E SCHULZ

JOHN EARL BUNTING

JOHN EARLE CONNOLLY

JOHN EDWARD DELICH

JOHN EDWARD SLOUGH

JOHN EDWIN HEINRICH

JOHN F CARVALHO

JOHN FREDERICK LESLIE

JOHN FREDERICK REGAN

JOHN GEISER SANDUSKY

JOHN GERARD SIMONS

JOHN GORDON RAWLES

JOHN HART

JOHN HARVEY LANGFORD

JOHN HENDRICKSE

JOHN HERBERT BUSBY

JOHN HWA BARN

JOHN ISAAC LEWIS

JOHN ISAAC NIX

JOHN ISSA ZIYADA JR

JOHN J BOTROS

JOHN J CHANG

JOHN JACK BAUER

JOHN JAMES CHIAKULAS

JOHN JAMES MOLLICA

JOHN JAMES PAPASTAVROU

JOHN JASAN ALOYSIOUS MUNDUR

JOHN JASON FALLOWS

JOHN JAY SHERMAN HANNA

JOHN JEFFREY HOPSON

JOHN JHE-YUN LEE

JOHN JISUK KIM

JOHN JOSEPH GIRARD

JOHN JOSEPH PETELA

JOHN JOSEPH REICHMEIER

JOHN JUSTUS MILLER

JOHN KARL  OSTLUND

JOHN KARL GULDALIAN

JOHN KEEHYEUN LEE

JOHN KENNETH HOLBEN

JOHN KOZHIVALLIL ABRAHAM

JOHN KURT JR LEONARD

JOHN LANDON BUKER

JOHN LAWRENCE HENDERSON

JOHN LAWRENCE LU

JOHN LOUIS COATES

JOHN LYNDON VALENTI

JOHN M MOLA

JOHN M PONSTINGEL

JOHN M SEBIK

JOHN MAGRUDER

JOHN MARCUS DAY

JOHN MARSHALL YOUNG

JOHN MATNEY GORNALL

JOHN MICHAEL BOHLMANN

JOHN MICHAEL BROMFIELD

JOHN MICHAEL OTIS

JOHN MOLINARI

JOHN O PFARR

JOHN ORSON PARKES

JOHN P MCDOWELL

JOHN P NICKELL

JOHN P ORIGEL

JOHN PATRICK LAVELLE

JOHN PATRICK SCOLA

JOHN PAUL GRAYBURN

JOHN PAUL KLABOE

JOHN PAUL MCMINIMEE

JOHN PAUL POLLOCK

JOHN PAUL REILLY

JOHN PAUL ROY

JOHN PEI HAN WU

JOHN PETER QUAKENBUSH

JOHN PETERSON

JOHN PIO DOYLE

JOHN R FILSON

JOHN RICHARD DUCHARME

JOHN ROBERT ARNS

JOHN ROBERT BUZOLITS

JOHN ROBERT MC GHEE

JOHN ROBERT PEARSON

JOHN RYAN WILSON

JOHN SEBASTIAN FUKUYAMA

JOHN SHIM

JOHN STEPHEN KARNER

JOHN STEPHEN KELL

JOHN STUART BEKEN

JOHN SUPCZENSKI

JOHN TAYLOR EIMERS

JOHN THOMAS GABBEY

JOHN THOMAS PULLICINO

JOHN THOMAS ROCHE

JOHN VERNALE

JOHN VICTOR RADCLIFFE

JOHN WARREN SELLS

JOHN WATTERS

JOHN WEICHUNG THI

JOHN WESTLEY BURNS

JOHN WILBERN SPIELMAN

JOHN WILLIAM BUCHER

JOHN WILLIAM DIXON

JOHN WILLIAM IV JONES

JOHN WILLIAM PAGURA

JOHN WILLIAM RONAN

JOHN WOODRUFF

JOHN YEMEN

JOHNATHAN EDWARD THOMPSON

JOHNATHAN WAYNE KEALEN

JOHNATHAN WILLIAM BISLEW

JOHNATHON JOSEPH CASILLAS

JOHNATHON MATTHEW DILL

JOHNDEL LOPEZ BARRETT

JOHNETTA DOLORES WASHINGTON

JOHNNIE EUGENE GREGORY

JOHNNY ANH TRANG

JOHNNY JEN

JOHNNY PHONG LE

JOHNNY PIQUERO

JOHNNY SANG JIN HAN

JOHNNY STEVEN TRUMPS JR

JON BAILEY BRODSTON

JON CHRISTIAN GUNTRUM

JON DAVID ELDER

JON DOUGLAS KOKANOVICH

JON KENDRICK HANCOCK

JON MARTIN OSHEA

JON ROBERT MATTSON

JON WALTER DEMONTREVILLE

JONAH EFREM PERLIN

JONANDRE DIMETROS

JONATHAN ALAN PENNINGTON

JONATHAN ALEXANDER LAZAR

JONATHAN ANDREW CULBERT

JONATHAN ANDREW KUIPERS

JONATHAN ANDREW MILLSTEIN

JONATHAN ARTHUR RUDIGER

JONATHAN AVRAHAM LEVI

JONATHAN B ANDERSON

JONATHAN BEN KAPLAN

JONATHAN BRIAN GRIMES

JONATHAN BRODY FERRELL

JONATHAN C OSBORN

JONATHAN CALEB WINCHESTER

JONATHAN CARL BUSEY

JONATHAN CHAN

JONATHAN CHRISTIAN PICARD

JONATHAN CHRISTOPHER ANDERSON

JONATHAN CHRISTOPHER DEPROSSE

JONATHAN DA FU

JONATHAN DAVID FALOON

JONATHAN DAVID KATZ

JONATHAN DAVID LONG

JONATHAN DAVID RIECK

JONATHAN DAVID SCHROEDER

JONATHAN DAVID WILLS

JONATHAN DAVIS

JONATHAN E BINGHAM

JONATHAN ERNEST LIRA

JONATHAN EZEKIEL PLUMMER

JONATHAN GERARD FISHER

JONATHAN GOMEZ

JONATHAN HAROLD COX

JONATHAN HARVEY WEN

JONATHAN HENRY PETERS

JONATHAN HOWARD TICKTIN COOK

JONATHAN J DAPRILE

JONATHAN JAMES LUTZ

JONATHAN JAMES MILLER

JONATHAN JEFFREY DANDRE

JONATHAN KEITH YURECKO

JONATHAN LUSHER

JONATHAN MA

JONATHAN MARK DAHL

JONATHAN MARTIN WOOLSEY

JONATHAN MICHAEL CAVER

JONATHAN MICHAEL CURSI

JONATHAN NICHOLAS ODOM

JONATHAN PAUL KELLY

JONATHAN PAUL TRAN

JONATHAN PETER RYE

JONATHAN PUN LEE

JONATHAN RB PEDIGO

JONATHAN RICHARD ERICKSON

JONATHAN RICHARD GRONDIN

JONATHAN RIVER KALIN

JONATHAN S REBELO

JONATHAN S SPANGLER

| | |
|---|---|
| JONATHAN SAM WONG | JORDAN MAN WONG |
| JONATHAN STEPHEN KUNS | JORDAN MITCHELL JARRETT |
| JONATHAN T HINKEY | JORDAN MYSKA ALLEN |
| JONATHAN TYLER HUGGINS | JORDAN PATRICK MORIN |
| JONATHAN WHITE | JORDAN ROBERT SOULMAN |
| JONATHAN WILLIAM BUCKLEY | JORDAN SHAFFER OAKES |
| JONATHAN WILLIAM JAMES FOX | JORDAN TIMOTHY  WILLIAMS |
| JONATHAN WILLIAM LAWSON | JORDAN TODD SANDERS |
| JONATHAN WILLIAM SHAFFER | JORDAN WEGSCHEID |
| JONATHAN XUANTRUONG NGUYEN | JORDAN WILDER |
| JONATHAN Y Y TANG | JORDANH ONGAY |
| JONATHON MICHAEL RACANELLI | JORGE ALBERTO MONROY |
| JONATHON PHILLIP HOLMES | JORGE ALBERTO PARRA |
| JONATHON ROBERT PRENDERGAST | JORGE ALBERTO TALAMANTE IGLESIAS |
| JONATHON RUDOLPH | JORGE ANTONIO VALLDEJULI |
| JOO YOUNG JUNG | JORGE ARTURO CAPOTE VALDES |
| JOON HO PARK | JORGE ENRIQUE ORTEGA |
| JOON KI HONG | JORGE GARCIA CASTRO VILLAGRANA |
| JOONAM SOHN | JORGE JUAN ORTIZ LONGO |
| JORDAN ALEXANDER BAKER | JORGE LUCIO CONTRERAS |
| JORDAN ALEXANDER BONILLA | JORGE LUIS LINARES |
| JORDAN CAMERON JOHNSON | JORGE MATIAS SALINAS |
| JORDAN CHANCE WAREHAM | JORGE OMAR PORTILLO |
| JORDAN COLLINS WYATT | JORGE PADILLA POZA |
| JORDAN DANIEL GLASNER | JORGE RAUL PUCHETA |
| JORDAN KING WILLIAMS | JORGE RODRIGUEZ |
| JORDAN LYLE GOSNEY | JORGE TOBIAS LEAL |
| JORDAN M STRAUSS | JOSAN JULIO RUSSO |

| | |
|---|---|
| JOSE ALVARO HERNANDEZ | JOSEPH ANTHONY LUCIA |
| JOSE ANTONIO MUNGUIA | JOSEPH ANTHONY WEITE |
| JOSE ANTONIO RODRIGUEZ JR | JOSEPH ASH SAKULA |
| JOSE DAVID VERGARA | JOSEPH AUSTIN STEWART |
| JOSE DEJESUS ROSALES | JOSEPH BARTHOLOMEW GUIDA |
| JOSE FERNANDO MOLEON | JOSEPH BERNELL GEORGE |
| JOSE GUADALUPE DIAZ | JOSEPH BRETT ADKINS |
| JOSE GUADALUPE VALDEZ | JOSEPH BROOKS |
| JOSE GUTIERREZ | JOSEPH BRYANT MAZZA |
| JOSE LUCAS ZEPEDA | JOSEPH C ROBINSON |
| JOSE LUIS  TORRES | JOSEPH CHARLES PARKER |
| JOSE LUIS FIERRO HERNANDEZ | JOSEPH CHARLES SCHNEIDER |
| JOSE LUIS LUNA ZELAYA | JOSEPH CHARLES STEINMAN |
| JOSE LUIS NAVARRETE | JOSEPH CHRISTOPHER ROMAN |
| JOSE LUIS ROSA | JOSEPH DANIEL HESS |
| JOSE MANUEL ALICEA | JOSEPH DAVID STONE |
| JOSE MARCIAL RODRIGUEZ | JOSEPH DEAN VANHOLLEBEKE |
| JOSE RAFAEL DIAZ | JOSEPH DEMETRIO SMARTO |
| JOSEF AYALA CRUZ | JOSEPH DOWNS |
| JOSEMARIA TAPIA PATERNO | JOSEPH DUNCAN GOELZ |
| JOSEPH  MANZELLA | JOSEPH E LEON |
| JOSEPH A BOULOS | JOSEPH EBARLE NERI |
| JOSEPH ABRAHAM KURIAN | JOSEPH EDWARD CALVEY |
| JOSEPH ADETANO WEEDEN | JOSEPH EDWARD HARRIS |
| JOSEPH ANDREW DEBARTOLO | JOSEPH EDWARD TANNER |
| JOSEPH ANDREW GUGGENHEIM | JOSEPH EDWARD TOLLAND |
| JOSEPH ANTHONY II MURPHY | JOSEPH F VOIGTSBERGER |
| JOSEPH ANTHONY LAMANTIA | JOSEPH FLEMING |

JOSEPH FRANCIS HAMMERBACHER III

JOSEPH FRANCIS HUIBSCH

JOSEPH FRANCIS MAHONEY III

JOSEPH FRED ORT

JOSEPH GABALA

JOSEPH GEORGE JANGIE

JOSEPH H WU

JOSEPH HOLDEN TOSTIGE

JOSEPH HWANG

JOSEPH JOHN MALLAD

JOSEPH JOHN SKERNESS

JOSEPH KYLE BRUMENSCHENKEL

JOSEPH L TOCHKA

JOSEPH LALIA

JOSEPH LEE STASKA

JOSEPH LEWIS KRISBERG

JOSEPH M ROY

JOSEPH MATTHEW DORALE

JOSEPH MATTHEW NESPOLI

JOSEPH MICHAEL BLAKE

JOSEPH MICHAEL SCHULES

JOSEPH NICHOLAS ALTOBELLO

JOSEPH NICHOLAS FERNANDEZ

JOSEPH NOAH NORRIS

JOSEPH PAPOE ADOTEY

JOSEPH PATRICK PASTOR

JOSEPH PAUL HANYON

JOSEPH PETER SAUGEN

JOSEPH PHU FARRELL

JOSEPH R DIPIERNO

JOSEPH RAYMOND RENTERIA

JOSEPH RICHARD HARTMAN

JOSEPH ROGER VELTRI

JOSEPH RUBINI

JOSEPH RYAN TICE

JOSEPH S GIARRUSSO

JOSEPH S MASSETT

JOSEPH SAMUEL MILLER

JOSEPH SEGAL

JOSEPH SEUNGMIN PARK

JOSEPH SUMNER

JOSEPH SURBER

JOSEPH T BURKE

JOSEPH TIMOTHY GILCHRIST

JOSEPH TRIPP

JOSEPH VAN BAKER

JOSEPH W STICKEL

JOSEPH WAGENTI

JOSEPH WAI-YAN WOO

JOSEPH WENDELL FUGITT

JOSEPH WESTEMEYER

JOSEPH WILLIAM  PEIRONNET V

JOSH BUTTRAM

JOSH DOUGLAS BRADBURY

JOSH JACKSON JONES

JOSH KEAN DAUM

| | |
|---|---|
| JOSH LANCE HOWERTON | JOSHUA ERIC AMARAL |
| JOSH TIMOTHY HOUGH | JOSHUA GRANDE BUNGCAYAO |
| JOSHUA AARON CHERKINSKY | JOSHUA GRUBAUGH |
| JOSHUA AARON KEIM | JOSHUA HANY ROMAN |
| JOSHUA ABSALON TAYLOR | JOSHUA IAN VILLARREAL |
| JOSHUA ADAM KLEIN | JOSHUA IRA GOLDBERG |
| JOSHUA ADAM MEAH | JOSHUA ISAAC GARZA |
| JOSHUA ADAM PENNINGTON | JOSHUA JAMES ROMPORTL |
| JOSHUA ALEXANDER FLAUGHER | JOSHUA JAMES WAGNER |
| JOSHUA ALLEN GIBSON | JOSHUA JANHWA CHENG |
| JOSHUA ANDREW MCCARVER | JOSHUA JAY KATZENMEYER |
| JOSHUA ANTHONY ALESSI | JOSHUA JENNINGS FAJARDO FRINK |
| JOSHUA ARNOLD KRISTOWSKI | JOSHUA JOHN-RYAN WALKER |
| JOSHUA BARON SEGEL | JOSHUA KANE WAGNER |
| JOSHUA BODA CRUZ | JOSHUA KEMPER |
| JOSHUA CALEB SMITH | JOSHUA L CURTIS |
| JOSHUA CHANDLER | JOSHUA LANE DAVIS |
| JOSHUA CHARLES MALINA | JOSHUA LAWRENCE HELLER |
| JOSHUA COLEMAN | JOSHUA LEE JOLLEY |
| JOSHUA CURTIS CASTILLO | JOSHUA LEWIS GOLDEN |
| JOSHUA DALE THURMAN | JOSHUA MATTHEW EIDSON |
| JOSHUA DANIEL HATHAWAY | JOSHUA MATTHEW ENABNIT |
| JOSHUA DANIEL HIGLEY | JOSHUA MICHAEL ANDREWS |
| JOSHUA DANIEL WEIKERS | JOSHUA MICHAEL BAXTER |
| JOSHUA DAVID KLEYMEYER | JOSHUA MICHAEL GREINER |
| JOSHUA DAVID KUEHLER | JOSHUA MICHAEL MASSEY |
| JOSHUA DAVID LESINSKI | JOSHUA MICHAEL STEPHENS |
| JOSHUA EDWARD GWINNUP | JOSHUA MICHAEL TAYLOR |

| | |
|---|---|
| JOSHUA PATRICK MARTIN | JOY ASHISH CHAKMA |
| JOSHUA PETER LAWSON MEDLEY | JOY LEE ANDREWS |
| JOSHUA PORPORINO | JOY MARIE PORTER |
| JOSHUA R HADE | JOYCE CHANG HSU |
| JOSHUA ROBERT BYERS | JOYCE ELIENE ARBIC |
| JOSHUA RYAN COLLINS | JOZSEF HAJDU |
| JOSHUA RYAN MINCHEW | JU JEN YEN |
| JOSHUA S REISMAN | JUAN A JORDAN |
| JOSHUA SAUL GOLDMAN | JUAN ALPHONSO MCKENZIE |
| JOSHUA SETH ADLER | JUAN ANGEL GIL |
| JOSHUA SETH MUSCAT | JUAN ARCINIEGAS |
| JOSHUA SINGER SPADARO | JUAN ARGOTE CABANERO |
| JOSHUA STEPHEN | JUAN C PEDREIRA |
| JOSHUA THOMAS BOSWELL | JUAN CAMILO VASQUEZ |
| JOSHUA THOMAS KELLY | JUAN CARLOS DELREAL |
| JOSHUA TYLER  WEIDNER | JUAN CARLOS SAIZARBITORIA |
| JOSHUA WALLACE WOLFINGTON | JUAN CRUZ CACERES |
| JOSHUA WILLIAM BETTS | JUAN DAVID RODRIGUEZ ARIZA |
| JOSHUA WU | JUAN EDGARDO CAMOUCORONA |
| JOSHUA YUAN CHENG | JUAN ENRRIQUE BENAVIDEZ |
| JOSTEIN ALVESTAD | JUAN EUSEVIO BALDERAS |
| JOSUE A CHAVARRIA ROSALES | JUAN FRANSISCO CARDENAS SANCHEZ |
| JOSUE ANTONIO GONZALEZ | JUAN GERARDO VARELA FUENTES |
| JOSUE FIGUEROA | JUAN GUERRERO |
| JOSUE MANUEL JAIME-CARRERO | JUAN GUILLERMO ARCILA FRANCO |
| JOSUE QUILES RIVERA | JUAN IGNACIO VALOIS GARCIA |
| JOUNI PETTERI KERMAN | JUAN JOSE REBOLLEDO SALCEDO |
| JOVANNI TORRES | JUAN LUIS LOPEZ MARCANO |

JUAN MEJIA

JUAN MICHAEL RODRIGUEZ

JUAN VALENTIN GARCIA

JUDE AQUINO SIAPNO

JUDGE LANIER BUDD

JUDITH CHERYL FRANZ

JUDITH EDWINA HARRIS

JUDY CHUNG I CHIEN

JUDY LEE HARMER

JUDY SHARMA

JUHEE LEE

JULIA ROSE WOLFE

JULIAN A CANIZALES

JULIAN ALEXANDER CLAUDINO

JULIAN EUGENE SUASO

JULIAN JASTRZEBSKI

JULIAN SOSA

JULIAN YAMIR HAWKINS

JULIANN NANDI CELE

JULIANNA M OWENS

JULIE A MCLAIN

JULIE ANN TICSAY

JULIE ANNE PUSATERI

JULIE BROOKE PEARNE

JULIE LEE JOHNSON

JULIEN EDWARD CHIEN

JULIET S HILLMER

JULIO ANDRES LUCERO

JULIUS ALEX GASSO

JULIUS JOHN PREITE

JUN LIANG CHEN

JUN SEOB SHIN

JUNA SHRESTHA

JUNE SEUNG YOON

JUNIOR DIEUBON

JUNNEY RICHARD KANG JR

JUNO KOL PAK

JUNYAN HUANG

JUSTIN ALEXANDER PYLE

JUSTIN ANTHONY MCALLISTER

JUSTIN BRADFORD LOVELL

JUSTIN BROOKS LEDESMA

JUSTIN CHUNCHIH WANG

JUSTIN D VIRKLER

JUSTIN DALE LITTON

JUSTIN DAVID ASHCRAFT

JUSTIN DEAN COTTON

JUSTIN DEREK TAYLOR

JUSTIN EDWARD TELLES

JUSTIN EDWARD VAUGHAN

JUSTIN ERROL ZEV

JUSTIN GRAHAM DOCKENDORF

JUSTIN GRANT WESTBROOKS

JUSTIN ISRAEL TEHRANI

JUSTIN J HARMON

JUSTIN JAMES SCHMIDT

JUSTIN JAMES ZABLOCKI

JUSTIN JAY FRANKS

JUSTIN KEITH STARR

JUSTIN KENDRICK KWAN

JUSTIN LEE COOK

JUSTIN LESLIE MELLOTT

JUSTIN LYMAN JEE

JUSTIN M MORROW

JUSTIN MARK OBRIEN

JUSTIN MC NEILL

JUSTIN MICHAEL JONES

JUSTIN MICHAEL MARRAFFA

JUSTIN MICHAEL ODONNELL

JUSTIN MING HSI

JUSTIN MITCHELL KENNEDY

JUSTIN NICHOLAS BROOKS

JUSTIN PAUL BARNWELL

JUSTIN PAUL SHARICK

JUSTIN PETER MCKAY

JUSTIN PHILLIP DENNERY

JUSTIN RANDOLPH LONGENBACH

JUSTIN REED HIDALGO

JUSTIN ROBERT FELTKAMP

JUSTIN ROBERT MONTGOMERY

JUSTIN ROBERT PACK

JUSTIN RYAN ELLIS

JUSTIN S LIAO

JUSTIN SCOTT BEST

JUSTIN TRAVIS WONG

JUSTIN VELO

JUSTINAS MIKALKEVICIUS

JUSTINPAUL MARTINEZ

JUVI GATUSLAO REMITIO

JUWAN HONG

JYAB MUNIR SHAYEB

KAI  S TANG

KAI CAO

KAI HONG YU

KAI-HSIN DORIS WANG

KAILEY ELIZABETH JOHNSON

KAJANI KANAE

KALEB WEGNER

KALLIE ERIN PAHWA

KALYN MARIE COLEMAN

KAMAL HASSANZADEH

KAMALJIT ANAND

KAMIL BRUNON GONDEK

KAMRAN NICOLAS SADR

KAPIL SINGHANI

KARA RENEE MC NANEY

KARAN GUPTA

KAREN L REMBIALKOWSKI

KAREN MCLAIN

KAREN RIVERS LYE

KARL ADAM LARSEN

KARL BRUNO HUTTER

| | |
|---|---|
| KARL ERIC BERNHARDT | KEELY JACKSON |
| KARL LARSEN | KEGAN J QUIMBY |
| KARL MICHAEL EVERS-HILLSTROM | KEIKO LYNN YOSHINO |
| KARLA RAE DICK | KEITH A FLUEGEL |
| KARRIEM ALI FARRAKHAN | KEITH ADAM STOLER |
| KARTER JOHN KLINGENBERG | KEITH ALEXANDER GALLEN |
| KARTHIK SOMA SUNDARAM | KEITH F ROGERS |
| KASEY DEAN HODGE | KEITH G DILGARD |
| KATARZYNA FEATHERSTONE | KEITH LAWRENCE |
| KATHERINE E ROCHE | KEITH LEE ZACHARSKI |
| KATHERINE H ZHANG | KEITH MICHAEL SUCKNO |
| KATHERINE HO | KEITH R BADYNA |
| KATHERINE MARGARET DAWSON | KEITH R ESPOSITO |
| KATHERINE VIRIGINIA SAKURAY | KEITH RICHARD ANDERSEN |
| KATHERYN MICHIKO RADCLIFFE | KEITH WALKER GUNN |
| KATHIRESAN MOORTHY | KEITH WILLIAM OSBORNE |
| KATHRYN ELISE MCCLELEN | KEITHRIN K WEATHERSPOON |
| KATHRYN ELIZABETH GREINER | KELLY ANN FABROS |
| KATHRYN EMMA STEINLY | KELLY ANN SCHUMAN |
| KATHRYN YOUNGS WILKINS | KELLY BRYN CLANCY |
| KATIE ELIZABETH KRAUSE | KELLY CHRISTOPHER PHILBIN |
| KATIE LYNN ROBERTSON | KELLY JAMES HOSKINSON |
| KAUSHAL KASHYAP | KELLY JEAN RIELY |
| KAUTILYA PRASAD | KELLY JO GAGNON |
| KAVIN IRAJ BAHRANI | KELLY RAY MCCALL |
| KAYLA ANN MCGUINNESS | KELSEE DANAE THARP |
| KEAGAN HYUNCHUL LEE | KELSEY ERIN MONAGHAN |
| KEATLY THOR HALDEMAN | KELTEN CHRISTIAN TSCHANZ |

KELUN ZHANG

KELVEN K QUICK

KELVIN LEE

KELVIN OSWALDO ALVIZURES

KEN AKIRA ARAKI

KEN FILSON

KEN JUDSON MCCALEB

KEN K VARKEY

KENDALL JAMES BELLINI

KENDALL KEN FUKUMOTO

KENDRICK ROBERT BENNETT

KENJI SUGIMOTO

KENNETH  WEST

KENNETH B KEBBEKUS

KENNETH CHARLES GILL

KENNETH E TORRES

KENNETH FIELDS

KENNETH H SPIELVOGEL

KENNETH HYOGUN PARK

KENNETH J. MAZER AND WENDY A. MAZER REVOCABLE LIVING TRUST

KENNETH JAMES MATSON

KENNETH JOSEPH HECK

KENNETH KEXIN LI

KENNETH LEE WAYNESCOTT

KENNETH LLOYD TULLOSS

KENNETH MANUEL HEREDIA

KENNETH MICHAEL ZERVOS

KENNETH NGUYEN

KENNETH P GIBSON

KENNETH RAYMOND DOOLEY

KENNETH ROCKY HALTERMAN

KENNETH ROY ULIBARRI

KENNETH SCOTT HUBBARD

KENNETH SOLOMON KAO

KENNETH TAKFAI LAM

KENNETH W RISTAU

KENNETH WELLS SAIN

KENNETH WONJO CHUNG

KENNIA BLANC

KENNNETH TIMOTHY JR LLOYD

KENT  BERDAHL

KENT AARON KILDEA

KENT AKIRA SAKUDA

KENT OKAWA

KERATI APILAKVANICHAKIT

KEREM CAN TURGUTLU

KERMIT ROOSEVELT

KERRY ISAIAH EGELER

KEVAN M SADIGH

KEVE FAMILY LIMITED PARTNERSHIP

KEVIN ALAN ARP

KEVIN ALEXANDER MAUTTE

KEVIN ALLEN MCCARTHA

KEVIN ANDREW ROACH

KEVIN ANG YU

KEVIN BRIAN BALL

KEVIN BRIAN KILEY

KEVIN CAREY MCLAIN

KEVIN D WILLIS

KEVIN DANIEL COMEAU

KEVIN DANIEL MANRIQUE

KEVIN DAVID RUTKOWSKI

KEVIN DEAN CHANG

KEVIN E DAUGHERTY

KEVIN EARL BRADBURY

KEVIN EDWARD FAGAN

KEVIN FRAY

KEVIN G WHALE

KEVIN HARANTA

KEVIN HO

KEVIN HUYEN ANH NGUYEN

KEVIN HWANG

KEVIN JAMES COLLINS

KEVIN JAMES MCGARVEY

KEVIN JAMES MCKEEVER

KEVIN JAMES PALMER

KEVIN JAY SCHULTZ

KEVIN JOHN MO

KEVIN JUDSON MITCHELL

KEVIN KHOANAM NGUYEN

KEVIN KIM

KEVIN KING

KEVIN KIYOSHI HIRAKI

KEVIN KRUSCHWITZ

KEVIN L DAVENPORT

KEVIN L WONG

KEVIN LEE KING

KEVIN LEE PALMER

KEVIN LEONARD L'ECUYER

KEVIN LEWIS

KEVIN LITTLEFIELD

KEVIN M ROCHE

KEVIN MATTHEW YODER

KEVIN MAXWELL WHITE

KEVIN MICHAEL COYLE

KEVIN MICHAEL FERNANDES

KEVIN MICHAEL GILTZ

KEVIN MICHAEL WHITTEMORE

KEVIN MICHAEL YOUNG

KEVIN MIXON HOUK

KEVIN NEIL WOLFE

KEVIN NOAH HABERMAN

KEVIN P BROGLE

KEVIN P SHEEHAN

KEVIN PAO-HSI WU

KEVIN PATRICK ARROWOOD

KEVIN PATRICK BENOIT

KEVIN PATRICK HOURIHAN

KEVIN PATRICK MC LAUGHLIN

KEVIN PATRICK MCMULLEN

KEVIN PAUL HOWARD

KEVIN PEDRAM SHAABANI

| | |
|---|---|
| KEVIN PRICE | KHATUNA TOPADZE BELOV |
| KEVIN RAY FARPELLA | KHOA ANH NGUYEN |
| KEVIN RICHARD REGNER | KHOA HUU NGO |
| KEVIN ROBERT BUCKLEY | KHOA VIET NGUYEN |
| KEVIN S OLIVA | KHOI LONG TRAN |
| KEVIN SANCHEZ VIDA | KHURRUM ROHANI |
| KEVIN SCOTT HARRIS | KIANA ASGARI |
| KEVIN SCOTT SEATON | KIEFER BRYAN WAIGHT |
| KEVIN T HONG | KIERAN TERENCE ODONOGHUE |
| KEVIN TODD CLAUDEANOS | KIET Q TRAN |
| KEVIN TYLER KUZAVA | KIET TRAN |
| KEVIN TZU-KONG HUANG | KIMBERLEY  GANTZ |
| KEVIN W QUIGLEY | KIMBERLY DAWN MOSES |
| KEVIN WAYNE ADAMS | KIMBERLY DAWN MOST |
| KEVIN WAYNE LAHTI | KIMBERLY DAWN WESTRA |
| KEVIN WAYNE WALDRON | KIMBERLY JANE RAJALA BLOOD |
| KEVIN XAVIER RIVAS RAMOS | KIMBERLY KAY CRAIG |
| KEVIN Y ZENG | KIMBERLY MARIE COURTNEY |
| KEVIN YOON | KIMBERLY PAIGE ANDERSON |
| KEVIN ZINN | KIMBERLY TOAN |
| KHAI TRINH PHAM | KIMIA CARLOS |
| KHALED ABOLNAGA | KING STARR MOON |
| KHALED ATTAR | KIOK KIM |
| KHALID M ASLAM | KIRA MAE HIBBERT |
| KHANG NGUYEN | KIRBY GARDNER TRAPOLINO |
| KHANH DUY NGUYEN | KIRILL DMITRY LANGER |
| KHANH ERIK ABRAMSON | KIRIN L MURPHY |
| KHANH LE PHAM | KIRK BRANDON GROVES |

KIRK DOUGLAS ROSIN

KIRK TSAI

KIYOMI KANEDA

KIYONG KIM

KNAACK ABRAHAM ISAAC

KNEPPER HEATING & AIR CONDITIONING INC.

KNP  DIGITAL

KOH EUN KIM

KOLE CHRISTIAN ENRIGHT

KOLTON CHARLES LYE

KONG WUI LI

KORRINE  THORNELL

KOUROSH KHALILMANESH

KPM FAMILY LLC

KRANTI RUMALLA

KREGG GERALD DANUSER

KRENAR SADIK HAXHIU

KRIANGSAK CHATANANTAVET

KRIS HENDERSON KIRK

KRISABELLE ANN BELANDRES TAN

KRISHNA PRAKASH KALLAKURI

KRISHNAM RAJU INDUKURI

KRISLI DIMO

KRISTA BERRY GOERING

KRISTEN MARIE DROZKY

KRISTEN MING WOO

KRISTIAAN LEWIS MADIOU

KRISTIAN BJORNE GRANT

KRISTIAN JOHN HOUCK

KRISTIN DONALD SOWERSBY

KRISTIN MARIE GRANT

KRISTIN NICOLE NAGASHIMA

KRISTIN SAE APONTE

KRISTINA KREBS

KRISTINA ROZINA BONHOMME

KRISTOFER MARK GOGGIN

KRISTOFFER L DOVER

KRISTOPHER ALLEN DAVIDSON

KRISTOPHER PIERCE KLAICH

KRUNALKUM VALLABHDAS KOTHARI

KRYSSIA M NASSAR

KUJIRA  LLC

KUMAREN GOVINDARAJAN

KUNAL PRADEEP JHAVER

KUNJ ANAND THACKER

KUNKEA J SENG

KURT ALAN JENKINS

KURT ANDREW ZUCH

KURT AUGUST WITZKE

KURT JAMES PFANNENSTIEL

KURT RANDALL ORNDORFF

KURT RICHARD DENNINGHOFF

KURTIS JAMES CARLSON

KURTIS TIMOTHY DAVIS

KWOK-CHIEN CHOY

KY FRANCIS CARBAUGH

| | |
|---|---|
| KYELYNN SY CHIONG | KYRIAKOS KAMBANIS |
| KYLE ALAN HAWKINS | KYUNG MO KANG |
| KYLE ALEXANDER OLIVER | KYUNG SIK SUH |
| KYLE ANDREW PETTERSEN | KYUNGHYUN KIM |
| KYLE ARMSTRONG PURVIS | LAFAYETTE CHILDS |
| KYLE AVERY ELLIOTT SMITH | LAI WEI |
| KYLE BRUCE SETTLE | LAIKUEN IVY CHAN |
| KYLE CALEB ALLEN | LAKESIDE PARTNER HOLDINGS LTD   LLC |
| KYLE CHRISTOPHER UHLES | LAKSHMI SAI LALITHA GURAZAD |
| KYLE DAHL | LAKSHMI VENKATA RAM GOLI |
| KYLE DANIEL GIBSON | LAM FAMILY TRUST DATED JULY 1   2021 |
| KYLE DOUGLAS MORSE | LAM SON TU |
| KYLE HUANG | LAMAILEDE MOORE |
| KYLE JACOB CHARBONNET | LAMONP JOYAN MITCHELL |
| KYLE JAMES KINNEY | LAMONT RUSSELL |
| KYLE JOHN MOONEY | LAN NGOC TRAN |
| KYLE JOSEPH RUSCIANO | LANCE ANGUS |
| KYLE KHELLAF | LANCE AUSTIN CURREY |
| KYLE MACK OLNEY | LANCE DANIEL ELCHLEPP |
| KYLE MATTHEW JOHNSON | LANCE DIETZ |
| KYLE NELSON LINDAHL | LANCE JOHN ROBERTS |
| KYLE ROBIN FARMERY | LANCE LUIS LAMORE |
| KYLE ROGER BLOMQUIST | LANCE RANDALL MOHR |
| KYLE RUSSEL BERRY | LANDON JOHN MELLOR |
| KYLE STEPHEN STOJEK | LANDON JUSTIN ELENGOLD |
| KYLE THOMAS MEINHOLD | LANDON MITCHELL LOTZ |
| KYLE WILLIAM MACDONALD | LANE M KAUDER |
| KYLE WOLFGANG PROCTOR | LANETTE KATHLEEN FERGUSON |

LANNIN JAMES ZOLTENKO

LANTZ ERIC HICKS

LARISA ROYKHMAN

LARRY ADAM REESE

LARRY ANGELO THOMPSON

LARRY GLADE COLTON

LARRY JACK CARAVELLO

LARRY RODRIGUEZ

LARS JOHN GUSTAFSON

LARS ROGERS PATENAUDE

LARY ANDREW BURTON

LATINO BANARIA

LAURA A ZENTMAIER

LAURA ANNE WEIGOLD

LAURA GARBER GAMSE

LAURA LEE CAINE

LAURA LEE FINN

LAURA LYN DRONEN-SMITH

LAUREN ELIZABETH BAILEY

LAUREN NICOLE SICKLES

LAUREN STEPHANIE DE SYLVA

LAUREN VALASHINAS

LAUREN VICTORIA BUCKLEY

LAURENCE THOMAS BAXTER

LAURENT ALEXANDRE LYONS

LAURIN CHRISTINE LEONARD

LAURYN SAYURI TOM

LAVARD LARKS

LAW OFFICES OF STEFAN COLEMAN  P.A

LAWRENCE CHARLES PORTER

LAWRENCE DESHON CURRY

LAWRENCE FRED MICHELSON

LAWRENCE KNIGHT LAVANWAY

LAWRENCE M MADUZIA

LAWRENCE OLIVER TROXELL

LAWRENCE WILLIAM LEBLANC

LAWTON EARL GRINTER

LAZARO NELSON SANCHEZ-PINTO

LCA-LPA VENTURES 401K PSP

LEA ANN KJOME

LEAH GRACE KATTA

LEAH NICOLE JONAS

LEAMSI J COLLAZO

LEE ALLEN HURST

LEE JAMES DONAHOE

LEE JIA WEN

LEE LIYOUNG CHANG

LEE M SOMBRIGHT

LEE MICHEAL FREY

LEE MORIN

LEE VINCENT JOHNSON

LEE WASKEVICH

LEI YE

LEI ZHENG

LEIAH FERNANDEZ

LEIF J SHERMAN CURTIS

| | |
|---|---|
| LEIF NABIL JONES | LEV SOLAR |
| LEIGH C ANDERSON | LEVELUP CONSULTING GROUP  LLC |
| LELAND A WHITE | LEVI HALLEY COOPER |
| LEMAR ASHHAR | LEVI SHEMTOV |
| LEN DONELL MILLER | LEWIS MINGCHOI YUNG |
| LENA ANYANWU | LEWIS RICHARD KAWECKI |
| LENA CHU | LEWIS ROBERT HOLMES |
| LENA CLARICE CHAMPLIN | LEX BRANSON HARRINGTON |
| LENDEL AUGUSTO VAZ LUCAS | LIAM CHRISTOPHER WESTBROOK |
| LEO MENG TAH SHUM | LIANA DACEY NEFF |
| LEON CURTIS CHEN | LIANA SUNNY AHN |
| LEONARD JOSEPH BECRAFT | LIANGYEU CHERN |
| LEONARD MARK SWEBE | LIBORIO  SANTACROCE |
| LEONARD NICK GAMBOA | LIEL LANKARI |
| LEONARD PAUL BRITT | LIEW LYON |
| LEONARD STEPHEN STERN | LIGHT & SHADOW LABS |
| LEONARDO FASCIONE | LIHAO LI |
| LEONARDO MORA | LILA SAIDIAN |
| LEONARDO SANTINI | LILING ZHENG |
| LEOPOLD ANTHONY POTSIADLO | LILIYA BRENNER |
| LEQO INC | LILLIAN MARISA TWOMEY |
| LEROY HAROLD SCHWUCHOW | LILLY TAN |
| LES ELDON HUSBAND | LINA P CARO |
| LESLIE CITLALLI ACEVEDO | LINCOLN CHARLES STUART |
| LESLIE E RABER | LINDA CARRIE LEHSTEN |
| LESLIE M DE LEON MATOS | LINDA IRENE WONG |
| LETUONG THI HOANG | LINDA LOUISE PREUS |
| LEV PERSITS | LINDA MARIE MASON |

LINDALE LIVINGSTON LEWIS

LINDSAY ELIZABETH LEIGH

LINDSEY JOY DALLANEGRA

LINGLONG ZHU

LINH PHUONG NGUYEN

LINHCHI BAO NGUYEN

LINO JUAN VALDEZ

LINO RAZURI

LINOY ALEXANDER

LINUS PAGE CHOU

LIOR RAVIV

LISA ANN LOWHAM

LISA DIANE HARPER

LISA KIM NELSON

LISA MARIE ALDEN

LISA PAULINE BITTNER

LISA SUE TRIONFO

LITTLE ALAMITO PROPERTY GROUP  LLC

LLEWELLYN CHARLES PEARCE

LLOYD MITCHEL DAVIS

LLOYD THOMAS SHEPHERD

LOGAN CYRUS ZARE

LOGAN DANIEL DAUTENHAHN

LOGAN MELANSON

LOGAN SETH COFFEY

LOGAN TOSHINAGA MATSUOKA

LOHN MERRITT JOHNSON

LOIC GERARD SEVERIN

LON MICHAEL BALTER

LONG DE LIN

LONNIE ALLEN WILLIAMS HARRELL

LONNIE WESTON HENSLEY

LORI ANN BIXLER

LORI MICHELLE MATOESIAN

LOTUS INVESTMENT HOLDINGS

LOUCAS ANAGNOSTOU

LOUIS HUANG

LOUIS J ANAGNOSTOPULOS

LOUIS RASKIN

LOUIS WALTERIO CAMARILLO

LUANN COZZENS VITELLO

LUBNA LUNDY

LUCA ROBBIANO

LUCAS AGUIAR

LUCAS C MCCUE

LUCAS CHARLES HAMMOND

LUCAS DAWSON

LUCAS EARL PHILLIPS

LUCAS EDWARD HARTLEY

LUCAS JAMES CHRISTIANSEN

LUCAS JAMES KING

LUCAS JAY PRIOLO

LUCAS MANUEL GAUTIER

LUCAS MICHAEL BURKE

LUCAS MICHAEL ROBBINS

LUCAS REGELIN

| | |
|---|---|
| LUCAS ZACHARY BAEHR | LUKE GREGORY PETRY |
| LUCIA OXENTENKO | LUKE J WARD |
| LUCIEN MICHAEL EZROS | LUKE KIM |
| LUCINDA CAVALLO | LUKE OHBA |
| LUCIO ALTOMARE | LUKE RYAN TOBIS |
| LUCKY DOG  LLC | LUKE STEPHEN CANNON |
| LUCYNA CONSTANZE CYGANEK | LUKE THOMAS WHOLEY |
| LUDWING JOSUE ORTEGA MALDONADO | LUKE WILLIAM MATTERN |
| LUIS  YEPEZ CARMONA | LULL MAIKELE MENGESHA |
| LUIS ALFONSO  MEDINA FUENMAYOR | LUNDI CHEN SENG |
| LUIS ANDRES MUNOZ | LUOSHA HAN |
| LUIS ANTONIO GARCIA ALCANTARA | LUTE GIA NGUYEN |
| LUIS ANTONIO GONZALEZ ARTEAGA | LUXOLO  FINANCIAL |
| LUIS C FERREIRA | LUZ ZAVALA-SALCEDO |
| LUIS ENRIQUE ALLEN | LY TRAN |
| LUIS FERNANDO PANTIN | LYDIA JIHYE HWANG |
| LUIS GALVAN | LYDIA KATE DOUGLAS |
| LUIS IGNACIO BETHENCOURT | LYLE SCOTT KAMM |
| LUIS MANUEL ESCOBAR | LYNDA MCNAIR |
| LUIS MIGUEL HERNANDEZ MUNOZ | LYNN EUGENE MORSE |
| LUIS OSCAR TORRES | LYNN HAWKINS SEAQUIST |
| LUIS RAMON NAVES ALCARAZ | LYNN MARIE MACKIE |
| LUKAS DYLAN COKER | LYON ALEXANDER SOLNTSEV |
| LUKE AARON CASSIDY | M AND M INVESTMENT CO.  LLC |
| LUKE ALEXANDER MOORE | M JASON JENNINGS |
| LUKE ALLEN HEINRICHS | MAAZIN HASSAN SHERIF |
| LUKE DANIEL BROYLES | MACKENZIE ALEXANDER LATIMER |
| LUKE EDWARD BADALATY | MACKENZIE CHASE MILLER |

MACKENZIE FRANCIS LORDEN

MADAN GODAR

MADELON SETTLE CHOICE

MADHU KOLLU

MADHUSUDHAN CHANDRAKUMAR

MADISON SAMPLE

MADISON TRUST COMPANY  CUSTODIAN
FBO FREDERICK JAMES WALBURN IRA
M21111401

MAGDALENE ELIZABETH KOREEN

MAGGIE LINEA MC CARRON

MAGNUS YUAN DA YANG

MAHADEO SINGH

MAHER BARSOUM

MAHIDHAR SUGURU

MAIKA TADASHI MURASHIGE

MAIRA EVELYN CLANCY

MAJED MOUSA AWAD

MAKHMUD IBRAGIMOV

MAKOTO ISHIDA

MAKSYM I SHYMANSKYI

MALACHI JACOB HEDER

MALAK MICHELAMINHANNA MEKHAEL

MALAV MAHENDRASINH THAKOR

MALCOLM DOUGLAS FROOME

MALLIKARJUN VEMULA

MALLIKARJUNA SIDDANAGOU PATIL

MAN WAI WONG

MANAS D TAVARGERI

MANDALENE JAYNE MIRKHAH

MANDY FAY LIAO

MANFRED JACOB

MANIK NARAINSINGHANI

MANIK NARAINSINGHANI

MANISH AHUJA

MANMEET SINGH BEDI

MANMOHAN GOPALUNI

MANRAJ SINGH KAELEY

MANSOUR RAHMATI

MANU KALIA

MANUEL ANTONIO RIVERADELAVEGA

MANUEL ARCADIO RAMIREZ

MANUEL DAVID ORTEGA

MANUEL JOSE GILDELREAL

MANUEL MADERO

MANUEL MARCUS LEAL

MANYVONE SIPASEUTH

MARC A BASKIN

MARC A VESECKY

MARC ANDREWS

MARC ANTHONY MNICH

MARC CHRISTOPHER BELLISARIO

MARC DAVID BIROU

MARC ERIC HOLUBOW

MARC F GUTIERREZ

MARC GEORGE ROTHMAN

MARC H SHACHTMAN

MARC LEE MILLER

MARC N HERMANN

MARC R RIENAS

MARC RANDALL HODULICH

MARC RICHARD POST

MARC SAMUEL COHEN

MARC THOMAS MATTHEWS JR

MARC TUFONO LADAS

MARC W BRICKER

MARC WADE MCKIRAHAN V

MARC WAYNE DANIELS

MARC WILLIAM ST PIERRE

MARC WILLIAM ZYWCZUK

MARCEL HOWARD DA S

MARCELA LESSA FISCHER

MARCELLA BETH NICHOLS

MARCELLO THOMAS TALLARIGO

MARCIN CZECH

MARCIN JAKUB POPOWSKI

MARCO ANTONIO LOPEZ

MARCO P CASAS CORDERO

MARCOS AURELIO RIOS

MARCOS ESTEBAN RIVERA COLON

MARCUS AIDAN FOLEY

MARCUS ALEXANDER LARA

MARCUS ANTHONY HOUSE

MARCUS BRADLEY SISK

MARCUS COLBY DOWNING

MARCUS DEANE HANSEN

MARCUS EDWARD GASSEI

MARCUS EDWARD LA MARCHE

MARCUS JOHN PINCHERA

MARCUS JONATHON WILSON

MARCUS JOSEPH SIMONETTI

MARCUS LIEL ARREDONDO

MARCUS STARK

MARCY M GINKEL

MAREK KADZIELAWSKI

MAREK T DRAG

MARGARITA ANALUISA MARCANO DE
LOPEZ

MARGARITA IVY QUINONES-DIAZ

MARGERY ELIZABETH HAGER

MARGUERITE ANNE PELLISSIER
MARGUERITE PARSONS HOLLINGSWORTH

MARIA A CULLEN

MARIA GILBERTI

MARIA PARAISO TOLERAN

MARIA PAULA TOLMOS

MARIA TERESA MANDRY

MARIAH GRACE DELAGRANGE

MARIAH GRACE VITORIA

MARIANA CRISTINA SALAS GARCIA

MARIANNE ELIZABETH CANTWELL

MARIANNE LYN ROGERS

MARIANNE SHERIE BLAND

MARIANO BALTASAR DE LOS SANTOS

MARIANO CORTES

MARIBEL AQUINO ALFONTE

MARIBEL ERPELO APARENTADO

MARIBEL ORDONEZ

MARICELA CORONADO

MARIE MICHELLE TAN

MARILOU DOTSON

MARILYN E TORRES

MARINO EDUARDO REYES

MARIO DANIEL MARIN

MARIO EDUARDO NARANJO TOVAR

MARIO HARRISON ASP

MARIO ROBERTO LECHA OTAEGUI

MARIO ZETTER

MARISENA PENELOPE PEPPER

MARISOL VAZQUEZ SALINAS

MARISSA SEILER

MARIUS SEVERIN DECTE TEMZEM

MARIUSZ SOBCZAK

MARJAN TALLE

MARK A KIRKCONNELL

MARK AARON ALLEY

MARK ADAM DEBOWSKI

MARK ADRAIN VIGIL

MARK ALAN BABASA

MARK ALLEN CHRISTIANSEN

MARK ALLEN HARLAN

MARK ALLEN REES

MARK ANDREW KETTERER

MARK ANDREW WOLINSKI

MARK ANTHONY II MITCHELL

MARK ANTHONY MARINO

MARK ANTHONY VASQUEZ

MARK BENDUL

MARK BENJAMIN WOMBLE

MARK BIEKER

MARK CHRISTOPHER SWAINE

MARK D NINCI

MARK D SCHEY

MARK DAVID BUTTS

MARK DAVID DELLASANTA

MARK DAVID DION

MARK DAVID JOHNSON

MARK DEGERONIMO

MARK DELAFUENTE NAGAYO

MARK DOUGLAS CRAWFORD

MARK E FANNING

MARK E SOUVIGNY

MARK EDWARD ANDERSON

MARK EDWARD TROKEY

MARK ERNEST NEMECIO

MARK EVERETT ZULLO

MARK FELDMAN

MARK FINELLI

MARK FRANCIS BUETTNER

MARK FREDRIC KANARICK

MARK G ZACHEIS

MARK GEOFFREY HIDE

MARK GERARD POHLKAMP

MARK GRBIC

MARK GUILLAUME

MARK HAROLD BOGIE

MARK HUGHES HAMRIC

MARK JOHN ATTWELL

MARK JOHN FREY

MARK JOSEPH BROWN

MARK KENDRICK FRY

MARK KENJI TSUSHIMA

MARK KENNETH DUHAIME

MARK L SIMONDS

MARK LANIER HARRELSON

MARK LEE MOUTON

MARK LEWIS MARTIN

MARK MOSS

MARK NELSON SISO

MARK NIXON CASEY

MARK PATRICK GUSTAFSON

MARK PATRICK ODLAND

MARK R SCHIAVO

MARK RHODE MATTEN

MARK RICHARDSON SANDUSKY

MARK ROBERT HUTCHINS

MARK ROBERT MAZZA

MARK ROBERT WEBBER

MARK RUSSELL REDEKER

MARK S ANDRAWIS

MARK SANEI

MARK SCOTT UHLES

MARK SCOTT WIENER

MARK SHAIN MERRILL

MARK SIMON JASPER

MARK SIY DEE

MARK STAFFORD DOWSETT

MARK STEPHEN WESSON

MARK STEVEN RICHTER

MARK TERRY PEHRSON

MARK THOMAS NAGLE

MARK THOMAS ROBINSON

MARK TODD MAXWELL

MARK VAUGHAN STOPPS

MARK VERNON ROTTLER

MARK VINCENT PAUL

MARK WAGGONER MORI

MARK WALTER HOSTETTER

MARK WESTERFIELD

MARK WILLIAM ANDRES

MARK ZAAL ZAWAIDEH

MARKEL KIETH SCROGGINS

MARKHAM PERRY NOLAN

MARKO IHOR MELYMUKA

MARLON ELLIOTT BURKE

MARLON GEORGE SMIKLE

MARLON MONROE CLARK

MARSHALL BLAINE WILSON

MARSHALL MYRICK

MARTA MARIA HELENA SVENSSON SANDAHL

MARTIN ANDREW GASPARE

MARTIN BERNHARD SCHOLZ

MARTIN BOMBAC

MARTIN DEILMANN

MARTIN HOA TRAN

MARTIN L NAVARRO

MARTIN NUSSPAUMER VINENT

MARTIN OÂ€™GRADY

MARTIN R STAUFFER

MARTIN THOMAS JOHNSTON

MARTYNAS KARYS

MARVIN FAJARDO CHAN

MARWAN MARK ASSAF

MARY ANH TU NGUYEN

MARY BRACY

MARY D MELLOH

MARY GOODMAN

MARY LAVINIA WAKEFIELD

MARY LOUISE CAIRE

MARY SYLVIA GALINDO

MARY WILLIAMS

MARYAM HEIDARI BEISAFAR

MARZBAN MICHAEL HAYYERI

MASABUMI CHANO

MASON CHRISTIAN WANGLER

MASROOR ABDUL-QADIR KHAN

MASTERROHIT SURESH KAMBLE

MATEO ANTHONY LEVY

MATHEW LYN THOMAS

MATHEW RAY RUBALCABA

MATHEW RENALD BRUNEAU

MATHEW TED SALAZAR

MATHIEU RONALD POLLENZ

MATHIJS F STORMS

MATT DYLAN

MATT MCCABE

MATT MCCLANAHAN

MATT UPHAM   LLC

MATTAN SHRAGER

MATTEO BERTASA

MATTHEW  DAVID SCHWEGLER

MATTHEW A HOMICH

MATTHEW AARON GILLIARD

MATTHEW ADAM MATEJCIC

MATTHEW ADAM TUNNEY

MATTHEW ADAM WALRATH

MATTHEW ALAN JOHNSON

MATTHEW ALFRED BINET

MATTHEW ALLAN TIETZ

MATTHEW ALLEN WICKSTRAND

MATTHEW ANDY ROSS

MATTHEW ARON TASSINARI

MATTHEW ARTHUR ALLEN WHITMAN

MATTHEW BERT THOMPSON

MATTHEW BRIAN SANDERSON

MATTHEW BRIAN WINGER

MATTHEW BRYAN PUNTIGAM

MATTHEW CASEY SCHWINGEL

MATTHEW CHARLES JOHN COOK

MATTHEW CHRISTOPHE REED

MATTHEW CHRISTOPHER UPHAM

MATTHEW CHRISTY STEPHENS

MATTHEW CRAIG STEPHENSON

MATTHEW CROSS

MATTHEW DAVID CHEN

MATTHEW DAVID FITTS

MATTHEW DAVID GOODKNIGHT

MATTHEW DAVID POPOVICH

MATTHEW DAVID RICHARDSON

MATTHEW DEAN JOSTEN

MATTHEW DEVIN CALDWELL

MATTHEW DONALD TORNQUIST

MATTHEW DOUGLAS ROBB

MATTHEW E MUELLER

MATTHEW EDWARD MROTEK

MATTHEW EVAN SCOTT

MATTHEW FELIX LEONAWICZ

MATTHEW FRIEND AUSFAHL

MATTHEW FROST SOULIER

MATTHEW GERALD MEYER

MATTHEW GLENN ROSENFELD

MATTHEW GOOD

MATTHEW GUY INMAN

MATTHEW HAMMOND

MATTHEW HEATH BARTON

MATTHEW HUNTER DIEHL

MATTHEW J KOJALO

MATTHEW J MULHERN

MATTHEW J PINTO

MATTHEW J SMITH

MATTHEW JACKSON WHITEHEAD

MATTHEW JAMES ALVITI

MATTHEW JAMES ARNOLD

MATTHEW JAMES CEREN

MATTHEW JAMES KILGORE

MATTHEW JAMES OEHRLEIN

MATTHEW JAMES PETERSON

MATTHEW JOHN JOHNSON

MATTHEW JOHN KINSELLA

MATTHEW JOHN ROBINSON

MATTHEW JOHN VANDERVLIET

MATTHEW JONATHAN CONNER

MATTHEW JOSEPH FERRANTE

MATTHEW JOSEPH JACKSON

MATTHEW JOSEPH LECHOWICZ

MATTHEW JOSEPH SCHWARTZ

MATTHEW JOSEPH WALLER

MATTHEW JOSHUA GRABE

| | |
|---|---|
| MATTHEW JUSTIN HERNANDEZ | MATTHEW ROBERT WOODS |
| MATTHEW KEITH JEWETT | MATTHEW ROCCO FARRELL |
| MATTHEW KENT EAGAN | MATTHEW RYAN COLLETTA |
| MATTHEW LATHAM | MATTHEW RYAN GUTIERREZ |
| MATTHEW LAWRENCE CUTLER | MATTHEW RYAN HOLLADAY |
| MATTHEW LAWRENCE MATTERN | MATTHEW RYAN HOLLAND |
| MATTHEW LEAMAN TELINDE | MATTHEW RYAN MALLET |
| MATTHEW LELAND HARRISON | MATTHEW RYAN MORRIS |
| MATTHEW LOGAN MILLER | MATTHEW S AUCUNAS |
| MATTHEW M PIDGE | MATTHEW S ROBAR |
| MATTHEW MARK MALOUF | MATTHEW SCOTT ANDERSON |
| MATTHEW MARTIN WILCOX | MATTHEW SCOTT GRIMES |
| MATTHEW MICHAEL PAUL | MATTHEW STEPHEN CRISP |
| MATTHEW MICHAEL REGO | MATTHEW STEPHEN HEARD |
| MATTHEW MICHAEL VALVANO | MATTHEW STEPHEN HOLLAND |
| MATTHEW NATHAN KEPNES | MATTHEW STEPHEN STEINER |
| MATTHEW NATHANAEL MUNCY | MATTHEW TERRENCE BURGESS |
| MATTHEW NIELSON DORRINGTON | MATTHEW THOMAS CUNNINGHAM |
| MATTHEW P MCDERMOTT | MATTHEW THOMAS FOLEY |
| MATTHEW PATRICK MURPHY | MATTHEW THOMAS HALL |
| MATTHEW PAUL GREVING | MATTHEW THOMAS MCCABE |
| MATTHEW REUBEN MARGOLIS | MATTHEW TODD FREUDENRICH |
| MATTHEW RICHARD COBUZIO | MATTHEW TYLER NICHOLS |
| MATTHEW RICHARD ELLER | MATTHEW WALTERREID LINDELL |
| MATTHEW ROBERT  MILLARD | MATTHEW WILLIAM ANDERSON |
| MATTHEW ROBERT ANDERSON | MATTHEW WILLIAM DAMIANI |
| MATTHEW ROBERT COSTA | MATTHEW WILLIAM KIEFFER |
| MATTHEW ROBERT GRAHN | MATTHEW WILLIAM LATHROM |

MATTHIAS SPIKE GRANER GALLAS

MATTI BLECHER

MATTIA LIVERANI

MATTS CARLGREN

MAULIK KANTILAL PATEL

MAUNTY ANDER WRIGHT

MAURICE KELVIN LAWTON

MAX ALEXANDER BOTBOL

MAX B. W. LOPEZ

MAX BRENNAN WEINER

MAX DAEL BEAUVOIR

MAX LU

MAX RAFAEL WAICH EIDELMAN

MAX ROSALES

MAX WILLIAM PUIDAK

MAXIM BUCKINGHAM ARNOLD

MAXIM BUROV

MAXIM KONDRASHOV

MAXIMILIAN FLETCHER FEIDELSON

MAXIMILIAN MICHAEL SCHADEGG

MAXINE J CHOU

MAXWELL RYAN LUO

MAYA AYELET BALLIS

MAYAMA DOLLEH KESSELLY

MAYUR H SUCHDEV

MAYURESH HEGDE

MAZIAR SOBBI

MAZYAR KHERADMAND

MBAO   RD LLC

MCKINLEY MICHAEL OLSEN

MEAGHAN ROCHELLE KARABATSOS

MEDXPRODUCTIONS   INC.

MEGAN E BENZIO

MEGHAN MARIE MCHUGH

MEHDI HEMMATI

MEHDI HOSSEINBOR

MEHRAD ESLAMI

MEHUL KISHORBHAI PATEL

MEI LING WEI

ME-KC HOLDINGS   LLC

MEKEDELAWIT TAMRAT YILMA

MELANIE ESTRELLADO HEU

MELINDA  URBANO

MELINDA ANNE HARRIS

MELISSA ANN LICARI

MELISSA ANNE EBELING

MELISSA KAY HANLON

MELISSA MARIA GREWING

MELISSA SMITH

MELVIN LAWRENCE FRANTY

MERAUN KIM

MERAV REGEV ARKIN

MERILOU ATHENS-BARNEKOW

MERRI DEBRA SILVERSTEIN

MERRITT GEORGE PATTON BARBER

MERTEN ENTERPRISES LLC

| | |
|---|---|
| MHINVESTMENTS84  LLC | MICHAEL ANTHONY HERNANDEZ |
| MICAH DIRK CARTER | MICHAEL ANTHONY KESSLER |
| MICAH HOLDEN BOOTH | MICHAEL ANTHONY NORMAN |
| MICAH LABAN RIGGAN | MICHAEL ANTHONY PARKER |
| MICAH LEWIS LOTHER | MICHAEL ANTHONY PUGLIESE |
| MICAH SMITH | MICHAEL ANTHONY RINALDI |
| MICHAEL  FOREM | MICHAEL ANTHONY ROATIS |
| MICHAEL  VAN MILTENBURG | MICHAEL ANTHONY SINGER |
| MICHAEL A DADAY | MICHAEL ARTHUR BAIRD |
| MICHAEL A KILINSKIS | MICHAEL ARTHUR KAPLAN |
| MICHAEL AARON  MUSCO | MICHAEL ARTURO FREGOSO |
| MICHAEL AARON IOFFE | MICHAEL B GASTALDO |
| MICHAEL AARON KING | MICHAEL B MEISNER |
| MICHAEL AARON SUJEK | MICHAEL BEI KUANG CHAU |
| MICHAEL ADAM JARMUZ | MICHAEL BERNARD DURKAN |
| MICHAEL ALAN GRUBER | MICHAEL BILCA |
| MICHAEL ALAN PERRIE | MICHAEL BODE |
| MICHAEL ALAN TYKOSKI | MICHAEL BRAGAR |
| MICHAEL ALEXANDER BATES | MICHAEL BRANDON LIGHT |
| MICHAEL ALLEN KOCH | MICHAEL BRANDON PAROT FAUSTINO |
| MICHAEL ALLEN NEWMAN | MICHAEL BRENDON DUMAS |
| MICHAEL ANDREW BROADWAY | MICHAEL BROWN |
| MICHAEL ANDREW DEPUGH | MICHAEL BURCH |
| MICHAEL ANDREW FERNANDES | MICHAEL C MURRAY |
| MICHAEL ANDREW WURM | MICHAEL C SPLENDORE |
| MICHAEL ANTHONY CARBONARA | MICHAEL C TRIVERS |
| MICHAEL ANTHONY COLONNELLO | MICHAEL C WILSON |
| MICHAEL ANTHONY ENRIGHT | MICHAEL CARL PALMIERI |

MICHAEL CHAN

MICHAEL CHARLES PROUT

MICHAEL CHO YI

MICHAEL CHRISTOPHER BROWN

MICHAEL CHRISTOPHER HU

MICHAEL CLARENCE ILLIES

MICHAEL CLARK GIBSON

MICHAEL CLAYTON COMISH

MICHAEL CLEVE MARCHMAN

MICHAEL COLLINS DOOGUE

MICHAEL COONEY

MICHAEL CURTIS JOE KAI

MICHAEL D LU

MICHAEL DALE NICE

MICHAEL DAVID ALLMAN

MICHAEL DAVID BROWN

MICHAEL DAVID FARNEY

MICHAEL DAVID FRIO

MICHAEL DAVID IMBER

MICHAEL DAVID MCCRADY

MICHAEL DAVID SUBIDO

MICHAEL DAVIS

MICHAEL DEAN PYE

MICHAEL DEAN RIEMAN

MICHAEL DELLA PIA

MICHAEL DOMENIC ANDERSON

MICHAEL DOMINICK MULEA

MICHAEL DONALD EVANS

MICHAEL DWAYNE PETTYJOHN

MICHAEL E MONTALBANO

MICHAEL EARNEST TORBERT

MICHAEL EDWARD FALGER

MICHAEL EDWARD WELCH

MICHAEL EDWIN PATSON

MICHAEL ELLIOT ANDERSON

MICHAEL FRANCIS BRUNNER

MICHAEL FRANCO TAVEIRA

MICHAEL FULL

MICHAEL GARNER WAKEFIELD

MICHAEL GARY BLISS

MICHAEL GIBSON GEER

MICHAEL GLEN SENOFF

MICHAEL H PRUNER

MICHAEL H RYBAS

MICHAEL HENRY BLOCK

MICHAEL HENRY DELA CRUZ

MICHAEL HOVRALUCK

MICHAEL J BARRUTIA

MICHAEL J BOBKO

MICHAEL J BUCKWALTER

MICHAEL J LABOMBARD

MICHAEL J LUCAS

MICHAEL JACOB CARLSON

MICHAEL JAMES BAROSH

MICHAEL JAMES EMMICK

MICHAEL JAMES GIANOUTSOS

MICHAEL JAMES GOLDSMITH

MICHAEL JAMES GRENIER

MICHAEL JAMES HOLDRIDGE

MICHAEL JAMES IRVING

MICHAEL JAMES RICHARD

MICHAEL JAMES SINGLETARY

MICHAEL JAMES STEVENS

MICHAEL JAMES VINAL

MICHAEL JASON  SIEGEL

MICHAEL JASON MOROWITZ

MICHAEL JAY DEMERS

MICHAEL JENSHUNG WANG

MICHAEL JOHN CONTE

MICHAEL JOHN GUZZARDO

MICHAEL JOHN MCCORKLE

MICHAEL JOHN MURPHY

MICHAEL JOHN PAVLOVICK

MICHAEL JOHN PHILLIPS

MICHAEL JOHN ROGERS

MICHAEL JOHN SCHAFFER

MICHAEL JOHN STEARNE

MICHAEL JOSEPH DITULLIO

MICHAEL JOSEPH DOMINGUEZ

MICHAEL JOSEPH GOODALL

MICHAEL JOSEPH MCLAUGHLIN

MICHAEL JOSEPH OVADIA

MICHAEL JOSEPH RYAN

MICHAEL JOSEPH SNOWMAN

MICHAEL JOSEPH TIGHE

MICHAEL JOSEPH VACCARELLI

MICHAEL JOSEPH VAUGHN

MICHAEL KENNY

MICHAEL KEVIN SIERZANT

MICHAEL KHOIANH NGUYEN

MICHAEL L OSULLIVAN

MICHAEL L YOUNG

MICHAEL LAWRENCE MURRAY

MICHAEL LEE DAIELLO JR

MICHAEL LEE KEGLEY

MICHAEL LEE KNUTSON

MICHAEL LEE MULLER

MICHAEL LEE PYON

MICHAEL LEE SCHAIMAN

MICHAEL LEVALLE  LACEY

MICHAEL LEWIS BELKIN

MICHAEL LEWIS SMITH

MICHAEL LOUIS VERDEROSE

MICHAEL MARTIN CZERWINSKI

MICHAEL MARTIN TENKATE

MICHAEL MAURICE HOFFMANN

MICHAEL MCDONALD SWISHER

MICHAEL MCGOOGAN

MICHAEL MERRITT MCCLOY

MICHAEL MITCHELL MCDANIEL

MICHAEL MOURICE MICHAEL

MICHAEL NGUYEN

| | |
|---|---|
| MICHAEL NICHOLAS DAMBROSIA | MICHAEL ROBERT SALMON |
| MICHAEL NICHOLAS ROBBE | MICHAEL ROBERT WASKI |
| MICHAEL NINO | MICHAEL ROBERT WITTMEYER |
| MICHAEL NOBILE | MICHAEL ROY KOTELES |
| MICHAEL NOONAN | MICHAEL ROY ZAMORA |
| MICHAEL OLABAMIGBE OLUBAJO | MICHAEL RYAN JOHNSON |
| MICHAEL OLENCHAK | MICHAEL RYAN NEMKE |
| MICHAEL OLIVER HARRIS-LOVE | MICHAEL S CARREIRO |
| MICHAEL OSWALD UNDERMAN | MICHAEL S CONFORTI |
| MICHAEL P KENISH | MICHAEL S MAZZOTTA |
| MICHAEL P KNOTT | MICHAEL SALVATORE SORRENTINO |
| MICHAEL P WEBSTER | MICHAEL SCOTT BROZMAN |
| MICHAEL PAK | MICHAEL SCOTT FRESHKO |
| MICHAEL PATRICK CALLAHAN | MICHAEL SCOTT KELLY |
| MICHAEL PATRICK COOK | MICHAEL SCOTT KUNKEL |
| MICHAEL PATRICK ENABNIT | MICHAEL SCOTT LEBHAR |
| MICHAEL PATRICK SANT | MICHAEL SCOTT ROE |
| MICHAEL PEDERSEN DANIELS | MICHAEL SCOTT VANACKER |
| MICHAEL PUI WAI LAM | MICHAEL SHNAIDMAN |
| MICHAEL QIZHONG DENG | MICHAEL SIRKO |
| MICHAEL R BENTLEY | MICHAEL SON |
| MICHAEL R BENZAKEN | MICHAEL STEPHEN CONEY |
| MICHAEL R HENNEK | MICHAEL STEPHEN F MORAHAN |
| MICHAEL R KRUG | MICHAEL T BIELINSKI |
| MICHAEL RAYMOND SCHOELLER | MICHAEL T CORY |
| MICHAEL RICHARD PRIDDY | MICHAEL T JOHNSON |
| MICHAEL ROA-ESPINAL | MICHAEL TAEWUN MOON |
| MICHAEL ROBERT ANDERSON | MICHAEL TERRENCE BOARDMAN |

| | |
|---|---|
| MICHAEL THEODORE STAFF | MICHELE MARIE WINNINGHAM |
| MICHAEL THOMAS BISHA | MICHELLE GARBER |
| MICHAEL THOMAS BOWLES | MICHELLE JIA KIM |
| MICHAEL THOMAS GROSBERG | MICHELLE KRISTINE WEEKLEY |
| MICHAEL THOMAS MADRID | MICHELLE MITCHELL |
| MICHAEL THOMAS ROZELL | MIGUEL A ALBARRAN |
| MICHAEL THOMAS TOWNSEND | MIGUEL ANGEL RIVERA SERRANO |
| MICHAEL THOMAS TUTTLE | MIGUEL D BAEZ GARCIA |
| MICHAEL TODD WILHITE | MIGUEL HENRY DE ARCOS |
| MICHAEL TOMIAKI KNOWLES | MIGUEL TRUJILLO |
| MICHAEL V HARDIEK | MIHAELA ADINA PRESTON |
| MICHAEL VICTORY TRIEU | MIHAIL ROTARU |
| MICHAEL W REDER | MIHAIL RUMENOV MIHAYLOV |
| MICHAEL WALTER KING | MIHRAN E SIREKAN |
| MICHAEL WARREN REILLEY | MIKE BOUDET |
| MICHAEL WILLIAM CULLINA | MIKE DURAND |
| MICHAEL WILLIAM RUSSELL | MIKE GRIEBEL |
| MICHAEL WILLIS | MIKE HO |
| MICHAEL WONG | MIKE MALYY |
| MICHAEL WONHEE LEE | MIKE MARKOVIC |
| MICHAEL WOODRUFF DAYNES | MIKE SEUNGSOCK RHEE |
| MICHAEL ZICONG TING | MIKE URC |
| MICHAEL ZILBERLEYB | MIKE W GERMANO JR |
| MICHAL STRAZNICKY | MIKEL VICTORIA JACINTO |
| MICHEAL CHESTER CIFANI | MIKHAIL DMITRIYEVICH SILIN |
| MICHEAL DENNIS ANGELI | MIKHAIL VLADIMIROVICH LOSHKAREV |
| MICHEL ENRIQUE SCHOEMAKER | MIKHEIL MAHMOUD MOUCHARRAFIE |
| MICHELE H MILLER | MIKIMARU HIRAMA |

| | |
|---|---|
| MIKOS K MILLS | MITCHELL ROBERT WEBB |
| MILES CLARKE | MITCHELL WILLIAM FELDERHOFF |
| MILES PETER OBRIEN | MIXNFT  LLC |
| MILES ST JOHN PASCHINI | MJACKSON RD  LLC |
| MILES THOMAS BROWN | MJW INVESTMENT  TRUST |
| MILIND NANDANKAR | MOHAMED M ELDIB |
| MILLION KASSAY ABRAHAM | MOHAMED SANJAY KAMOO |
| MILLY YI LAN HU | MOHAMMAD ABU TALHA |
| MIN HYUN LEE | MOHAMMAD DANIAL |
| MINAMI CHUN | MOHAMMAD FATTAHI |
| MINH CONG TRUONG | MOHAMMED SHAMARI |
| MINH DIEU VUONG | MOHSEN KHALIL |
| MINHT PHUONG | MOKROHOND BTC  LLC |
| MINHUT MAI ZAGHA | MOLLIE  OUMA |
| MINQI BAO | MOLLIE ANN TINNEY |
| MINWEI MICHAEL LEI | MOLLY SPENDTHRIFT TRUST |
| MIROSLAW D KOWALCZYK | MONDEL RAY FARNSWORTH |
| MIRZA MOEZ NAGJI | MONGVAN THI HO |
| MISA JANELLE KURANO | MONICA GRAHAM |
| MISSAK MICHAEL SARKISSIAN | MONICA JANE SURRENA |
| MISTY DEAN ROBERTS | MONIKA KOSA |
| MITAN TRAN | MONIKA SPOKAS |
| MITCH BOYD | MONIQUE KASSANDRA BASS |
| MITCHELL BUCK DELGADO | MORDECHAI L TOKAYER |
| MITCHELL GUDMUNDSSON | MORDEHAY DARWISH |
| MITCHELL JAMES ZAHAREWICZ | MORDY JIM NWANOKWALE |
| MITCHELL LEE | MORGAN B STARKEY |
| MITCHELL PATRICK BROOKS | MORGAN ELIZABETH GONDER |

MORGAN HARRISON HODGES

MORGAN S BARBER

MORIAH ELAINE PAGE

MORRIS LYNN JESSOP

MOSHE ARI BRAYMAN

MOSHE GOURARIE

MUHAMMAD JAWAD POPALZAI

MUKUND SRIDHAR

MULE ZHANG

MUNEEBA PIRZADA

MUNENORI JONATHAN HINO

MUNGKORN TOSOMBOON

MUNZIR ADIL MUKHTAR

MURAD HANNA KAKISH

MURALIKRISHNA CHIRUMAMILLA

MURAT KENAN

MURAT N UYGUN

MURJ20210307  LLC

MURPHY MICHAEL OHEARN STEINER

MURUGESHAN KONGANAPURAMMANI

MUTABLE CAPITAL LLC

MVR INC

MYCHAL M JACKSON

MYKOLA VRUTSKY

MYLES DANIEL BLUMBERG

MYONG SUK SHIM

NAAMLEELA FREE JONES

NABIL MOUSSA AWADA

NADIA FAITH MIDDLETON

NADINE GIBBES CHAMBERS

NAGARJUN TUMKUR RENUKA
MANJUNATH

NAHEED NOORANI

NAJEEB SIDDIQUI

NAN ZHOU

NANA DOORECK

NANCY BARRIOS

NANCY BORRERO

NANCY THANH NHUT ZAGHA

NANCY WHITE SKALLERUP

NANCY ZHAO

NANXI NANQIAN LIU

NAOMI ARIANA DOWNEY

NAOMI I EICHENBAUM

NAOR MAYER

NAREK JULIEN BEGHIAN

NARINDER SINGH BUDHIRAJA

NATALIA SHPERUN

NATALIE RAE SHEILD

NATALIE SCHOOF ELLIOTT

NATASHA CLARE PRUSA

NATHAN ARTHUR YOUNG

NATHAN CHRISTOPHER HOFFMAN

NATHAN CIELIESKA

NATHAN COLEMAN OCONNOR

NATHAN DANIEL PORTER

NATHAN DANIEL RUNKE

**NATHAN DOUGLAS DAVIS**

**NATHAN ELDON DANIELSON**

**NATHAN FU**

**NATHAN GARRETT BLAINE**

**NATHAN HOA LUUTUYEN**

**NATHAN HOI-KING KWAN**

**NATHAN JOSEPH MIELNIK**

**NATHAN LEE SIMPSON**

**NATHAN LEO LANDRY**

**NATHAN LEV PODRID**

**NATHAN MICHAEL TAYLOR**

**NATHAN ODEGARD**

**NATHAN PATRICK HINES**

**NATHAN PAUL BATTAN**

**NATHAN PETER HALKO**

**NATHAN RICHARDPAUL BOUCHER**

**NATHAN RUSSELL THORNTON**

**NATHAN SCOT CAMPBELL**

**NATHAN T OSTRYE**

**NATHAN THOMAS BOYD**

**NATHAN THOMAS MAYFIELD**

**NATHAN W ANDRESHAK**

**NATHAN WILLIAM CHILTON**

**NATHAN WILLIAM COLLIER**

**NATHANAEL YONGTHYE CHOW**

**NATHANIAL ROBERT FISHEL**

**NATHANIEL  BEAR**

**NATHANIEL DAT HO**

**NATHANIEL FRANK RASTETTER**

**NATHANIEL JAMES WRIGHT**

**NATHANIEL JASON CLARK**

**NATHANIEL JOON DOH**

**NATHANIEL PERRY**

**NATHANIEL W CERCAVSCHI**

**NAV INDER SINGH GILL**

**NAVID AGHILI**

**NAVJOT SINGH CHEEMA**

**NAYAN KS RAO**

**NAZARALI N DHAMANI**

**NAZILA PARSI**

**NBISHUNDIAL  RD LLC**

**NEAL PATRICK PATALINGHUG**

**NEEL K TIKU**

**NEEL KAUSHIK PANCHOLI**

**NEHA KALANTRI LIAO**

**NEIL ALAN BOURGEOIS**

**NEIL MUNRO TARDELLA**

**NEIL NAVEEN CHOPRA**

**NEIL PATRICK CORMICAN**

**NEIL RAYMOND VOIGT**

**NEIL RICHARD ORMANDY**

**NEIL SHEA**

**NELSON G YACOUBIAN**

**NELSON HOI TAM**

**NELSON KWONG CHI YEUNG**

**NENA MARIE DOMINGUEZ**

| | |
|---|---|
| NENAD MITIC | NICHOLAS G DUFF |
| NEPHI DANIEL EVANS | NICHOLAS G TSICHLIS |
| NEVEN PAUL BAJLO | NICHOLAS GEORGE SUTTELL |
| NEW HOPE LEGACY  TRUST | NICHOLAS GERALD BECHARD |
| NEXT STEP INVEST PARTNERSHIP | NICHOLAS HALLAS |
| NGHIEP V LAI | NICHOLAS J TANTILLO |
| NGON DONG DAO | NICHOLAS JAMES EBERLIN |
| NHA HUYENNGOC NGUYEN | NICHOLAS JAMES ESCALONA |
| NHIEN THOAI LE | NICHOLAS JAMES HILL |
| NICHOLAI VANIA LAZAREV | NICHOLAS JAMES TRAVIS |
| NICHOLAS ALEXANDER CARPOUSIS | NICHOLAS JAY SHAPPELL |
| NICHOLAS ALEXANDER PARIS | NICHOLAS JOHN BRANDT |
| NICHOLAS ANTHONY MODAWAR | NICHOLAS JOHN LANGER |
| NICHOLAS BAILEY | NICHOLAS JOHN LAURIE |
| NICHOLAS CHRISTOPHER CLARK | NICHOLAS JOHN LAVENGOOD |
| NICHOLAS CLARK CARRUTHERS | NICHOLAS JOHN STALKER |
| NICHOLAS CLAYTON LEE | NICHOLAS JOSEPH BRINCKS |
| NICHOLAS DAVID BACIGALUPO | NICHOLAS JOSEPH TIEHEN |
| NICHOLAS DAVID DURAN | NICHOLAS JUDE SAGLIMBENI |
| NICHOLAS DAVID WRIGHT | NICHOLAS KARL BALLAS |
| NICHOLAS DELMONICO | NICHOLAS KOVACEVICH |
| NICHOLAS DEVIN BROWN | NICHOLAS KOWAL PHILIPIDES |
| NICHOLAS E HARVEY | NICHOLAS M LAWLER |
| NICHOLAS EDWARD MONROE | NICHOLAS MICAH EDWARDS |
| NICHOLAS EDWARD TRICE | NICHOLAS MICHAEL GOOD |
| NICHOLAS ELIOTT RODRIGUEZ | NICHOLAS PATRICK MC CLAY |
| NICHOLAS FERGUSON | NICHOLAS PATRICK WALL |
| NICHOLAS FRANCESCO ZERVOS | NICHOLAS PAUL SHEEHAN |

NICHOLAS PETERSON

NICHOLAS R CHIARULLI

NICHOLAS R PISCOPO

NICHOLAS RICHARO FERRARI

NICHOLAS RYAN BACIU

NICHOLAS S FIORE

NICHOLAS SAMUEL COLLIAS

NICHOLAS SEAN HALVORSEN

NICHOLAS SHEVELYOV

NICHOLAS STEPHEN PIROLLO

NICHOLAS TAYLOR STELFOX

NICHOLAS WARREN LOUI

NICHOLAS WAYNE FLATBUSH

NICHOLAS YOSHIO MILLER

NICHOLAS ZOZAYA

NICK OBRZUT

NICKLAS DAVID KIMMINAU

NICKOLAS LAWRENCE HARKNESS

NICO CHARLES PERUZZI

NICOLAI OGANOV

NICOLAS ALBERT LINGGAJAYA

NICOLAS ALEJANDRO HAEDO

NICOLAS DANIEL CHOUARD

NICOLAS FERNANDEZ GONZALEZ

NICOLAS FERNANDO CABRERA

NICOLAS LEMIEUX

NICOLAS R HETCHER

NICOLAS RAMON CHAIREZ

NICOLAS SZCZEDRIN

NICOLAS WARREN RUSSELL

NICOLE A DANLEY

NICOLE ANDREA COELHO

NICOLE BYRNE CUNEO

NICOLE FORRESTER

NICOLE MARIE DUNCAN

NICOLO ANTONIO GALANTE

NIGEL  ADUBOFOUR

NIGEL JOHN OSWALD

NIGEL T RICHARDS

NIHANA PORBANDERWALA

NIITETE QUARMINA MANTE

NIKA ERWIN

NIKHIL JAGDISH BANGAD

NIKHIL KALRA

NIKI NG

NIKI PHILLIPS

NIKKI GIOVANNI JOHNSON

NIKOLAOS PANTELIS LAVIDAS

NIKOLAS KOLB SEVERSON

NIKOLAY ALEKSANDROVICH VARBANETS

NIKOLAY N LUNGU

NIKOLETA MAVRIGIANNAKI

NILA MARIE BAIR

NILADRI MAL

NILE CHRISTOPHER HINRICHS

NILESHKUMAR ISUDAS MACWAN

NILFREDO OMAR TOMAS GONZALEZ

NILI PERSITS

NILS MOLINA

NIMA NIA

NIMAI RAMESHWARRAO NANGUNOORI

NIMESH PRAVIN GANDHI

NIMESH SATISH SHAH

NIMROD REICHENBERG

NIR ETGAR

NISARG A SHAH

NISHA SHAH RITCHIE

NISSIM COHEN SABBAN

NOA RAHAT

NOAH ALEXANDER ROGERS

NOAH BENJAMIN MARGOLIS

NOAH BRANDON HEBERT

NOAH DANIEL HARTMAN

NOAH DENTZEL

NOAH HUGHES PACK

NOAH MICHAEL ENERSON

NOAH SAMUEL GAUTHIER

NOAH STEVEN ADELAINE

NOAH STEVEN GLOVER

NOAH YAVITCH

NOAM HAMEIRI

NOE BARGAS

NOEL B BROWN

NOEL HEYDEN

NOEL KEITH CRAWFORD

NOLAN ROBERT  WELLS

NOMADEGY   LLC

NONOY SUGUITAN

NORCAL CAPITAL LLC

NORHEIM ENTERPRISES   LLC

NORIKO TAKEDA ROVNER

NORIMASA YOSHIDA

NORMAN JOSEPH DELAPOUYADE

NORMAN K LEE

NORMAN R HIRSCH

NORTH AMERICAN ALLIANCE LLC

NUTAO JIANG

NZINGA MACHEO MCCRARYSWADER

OBSIDIAN  EXPRESS  LLC

ODDBEAKER LLC

ODED COHEN

OFER GANOT

OLAMIDE TAIWO KAYODE

OLASHENI ABIMBOLA OGUNMOLA

OLEG BELOTSKY

OLEG KATCHER

OLEKSANDR LEONENKO

OLEKSANDR OVSIIENKO

OLEKSIY ZYERNOV

OLGA KRICHEVSKAYA

OLGA SHPERUN

OLIVER CRUZ

OLIVER DILLON

OLIVER F NERY

OLIVER G CARBONELL

OLIVER GRISWOLD TOWNSEND

OLIVER HUBERTUS LIESEGANG-STOIBER

OLIVER ROBERT COSTOLLOE

OLIVER WALTER PAUSCH

OLIVIA MARIA LOPEZ

OLNEY HO

OLUBUKOLA AWOBIFA

OLUFUNSO O OGUNJUMO

OMAR A RAMOS VASQUEZ

OMAR AKRAM CHAMBLEE

OMAR ARTURO ALVAREZ MACIAS

OMAR ASCHA

OMAR G SILLAS

OMAR KHALED SOBHY

OMAR LEONARDO MORA

OMAR LOYA MATA

OMAR MASOOM BHAM

OMAR RAMOS

ON CHUN CHING

OO7 CAPITAL  LLC

OR AMZALEG

ORI TABAK

ORION KELLY WILLIS

ORLANDO I PEREZ

ORVIL KENNETH GUNTER III

OSAMA ALASSI

OSAMU MANABE

OSBORNE RHINE CHEN

OSCAR ALEKSANDER RIVERA

OSCAR ALEXANDER TOL

OSCAR ANDRES GONZALEZ

OSCAR FONT

OSCAR HERNAN TOVAR ARGUETA

OSCAR THOMPSON CASSITY

OSCAR VILLARREAL

OSMAR LEONARDO NUNEZ-VILCHES

OSMIN SALOMON FRANCO

OSVALDO ALFREDO CARRARA

OTHMANE HACHIMI ALAOUI

OTIS A DAVIS

OTIS BRUCE MURRELL

OTIS FUNKMEYER

OURENSAL  TRUST

OWEN EDWARD TANNER

OZAIR N KHAN

OZLEM T BAS

PAAL ROLAND WIK

PABLO MONTIEL ZAYAGO

PABLO PALACIOS

PACE BRADLEY FORSETH

PAEKAN CLAUDIN

PAK HO CHIN

PALM LEGACY  INC

| | |
|---|---|
| PAMELA DER | PATRICK JAMES RAGSDALE |
| PAMELA GAY STARNES | PATRICK JOHN OHAYER |
| PAMELA L FEDER | PATRICK JOSEPH BELLINI |
| PAMELA L MINNICK | PATRICK JOSEPH CORDER |
| PAMELA STAR MACKNIGHT | PATRICK L RYAN |
| PANIT HOMPLUEM | PATRICK L ZIMMERMAN |
| PANKAJ MAHTAB JAIN | PATRICK MARC DODD |
| PAOLA MONTIEL | PATRICK MCKENZIE KELLEY |
| PAOLO SANDRONE | PATRICK MICHAEL CIRCKIRILLO |
| PARAMESHWAR H KOLLENGODE | PATRICK MICHAEL REED |
| PARAMJIT KAUR GILL | PATRICK REILLEY |
| PARIN RASHMIN DEDHIA | PATRICK RYAN HAMILTON |
| PARTH RAJENDRA PATEL | PATRICK SEAN HARRIS |
| PASCAL BOCTOR | PATRICK SELAN |
| PATRICIA ANN KARI | PATRICK TERUO WALSH |
| PATRICIA LYNN JONES | PATRICK TODD MCCOY |
| PATRICIA MARIE WILLERS | PATRICK TREY HIERS |
| PATRICK  WESTMAN | PATTARAPORN PUTTAMONGKOL |
| PATRICK AMARI MATHEWS | PATTY MARIE BATH |
| PATRICK C WILEY | PAUL  RAMSEY |
| PATRICK CHANG | PAUL AARON FISHER |
| PATRICK CURRY ARNOLD | PAUL ALAN SHORSTEIN |
| PATRICK DAVID WHITNEY | PAUL ALEXANDER SCOTT |
| PATRICK HAN JOON KIM | PAUL ALEXANDER TOOFAN |
| PATRICK HIEP NHAT PHAM | PAUL ALFRED KUCHUKIAN |
| PATRICK HIGHLAND | PAUL ANDREW BEVINS |
| PATRICK JAMES CLABBY | PAUL ANDREW LUNNEBERG |
| PATRICK JAMES NORTH | PAUL ANDREW STRAUB |

| | |
|---|---|
| PAUL ANTHONY MARCHETTI | PAUL JON HOWE |
| PAUL BRIAN NELSON | PAUL KEPLER SCHWEGLER |
| PAUL C KELLY | PAUL KIM |
| PAUL CARMINE GAMBARDELLA III | PAUL LAWRENCE  GAJESKI |
| PAUL CASLIN | PAUL M LOEFFLER |
| PAUL CHEN | PAUL MAX WHISLER |
| PAUL CHRISTOPHER SZEWS | PAUL MICHAEL CALEB |
| PAUL COFFEY | PAUL MICHAEL LABAND |
| PAUL DANIEL STORVICK | PAUL MICHAEL PAGE |
| PAUL DARIO JEQUINTO | PAUL MICHAEL SEVANICH |
| PAUL DARNELL MC NEAL | PAUL MICHAEL VITIELLO |
| PAUL DAVID DEVOTO | PAUL N CHIAPURIS |
| PAUL DAVIDSON | PAUL N DANIELS |
| PAUL DININ | PAUL NICHOLAS NORTH |
| PAUL DOUGLAS ROBISON | PAUL PETER PHILIP LEWIS |
| PAUL EDWARD LEBLEU | PAUL PU GU |
| PAUL EDWARD MERRY | PAUL ROBERT SHARER |
| PAUL EDWARD SMITH | PAUL SCOTT GAMBLE |
| PAUL EDWIN PETERSON | PAUL SEIICHI KONDO |
| PAUL ERIC BACA | PAUL STEPHEN MESSER |
| PAUL FRANKLIN DORMODY | PAUL STUART CHAN |
| PAUL FREEDMAN | PAUL WAYNE CUPP |
| PAUL GENE LAYNE | PAUL WESLEY BADCHKAM |
| PAUL HAGEN GRANTHAM | PAUL WILLIAM FREDERICK |
| PAUL HOWARD RITTER | PAUL WOOD |
| PAUL HYUN KYUN KIM | PAUL WROBEL |
| PAUL J SINIBALDI | PAULA CHRISTINE COPPOLA |
| PAUL JEFFREY DEDIOS CRUZ | PAULA LYNN IVERSEN |

PAULA MULLER

PAULO FERRIOLS KAMINSKI

PAYAZI RD  LLC

PAZ PARAMDEEP DHODY

PEAK ASSET MANAGEMENT  LLC

PEDRO HENRIQUE THEODORO

PEDRO MARIN MERCADO

PEGGY ANN WHITE SPECIAL NEEDS  TRUST

PEIKEN TIEN

PELLI OLIVIA WANG

PENG CHA

PENG PENG

PENGYU TSENG

PER OLA HENFRIDSSON

PERFECTO DE CASTRO CERVANA

PERRY ALEXANDER BELL

PERWAIZ HUSSAIN RAHIM

PETALYN MARIE SWART

PETER  DANIEL CASAS

PETER A LOGUE

PETER A UNGUREANU

PETER ALEX FACINELLI

PETER ANDREW ROSCONI

PETER ANGELO FINOCCHIARO

PETER BALAZS

PETER C ROTONDO

PETER CASIMIR JUIRIS

PETER CHRISTOPHER LACINE

PETER CHUNG NGUYEN

PETER CURTIS MAGIC

PETER DELBOVE

PETER GAO

PETER GLENN ANDERSON

PETER HALLOCK

PETER HELANDER

PETER HUDONG PHU

PETER HYUK JUN LEE

PETER J POLOMBO III

PETER J SULLIVAN

PETER JAMES BURNSIDE

PETER JAMES SPERLING

PETER JAMES TANNER

PETER JOHN MOYER

PETER JOHN PETELA

PETER JOSEPH WAINSCOTT

PETER KARL MULFINGER

PETER KIM HISLE

PETER KWADWO OWUSU-OPOKU

PETER M CHMIEL

PETER MATTHEW CZEPIEL

PETER MICHAEL HOSTETLER

PETER MICHAEL LICAVOLI

PETER MIJATOVICH

PETER MINYOUNG PARK

PETER N LEMBESSIS

PETER PRUSINOWSKI

PETER QUINTON KEHLE

PETER RASUM

PETER ROBERT KRON

PETER RONALD RANOLA

PETER STEPHEN EDWARDS

PETER SUH

PETER SUNG JOON KIM

PETER THOMAS SACCO

PETER VAN JUSTIN MCALLISTER

PETER WILLYS VAN NEWHYZEN

PETKO LAZAROV DIMITROV

PETROS GEORGE TSOUKATOS

PHANI KUMAR GRANDHISILA

PHIL BAO DIEP

PHILIP ALBERT MCELROY

PHILIP ALEXANDER GARFAGNOLI

PHILIP ANDREW RONESS

PHILIP ASHGON AYAZI

PHILIP AUSTIN STOEHR

PHILIP CLIFFORD DAVIS JR

PHILIP DAGOSTINO

PHILIP DEREK CLARK

PHILIP EDWARD BEARD II

PHILIP FRANK SIGNORILE

PHILIP HAVEN HEAVENER

PHILIP IEE-LIAN KUO

PHILIP JAMES MESSNER

PHILIP JAY LUDINGTON

PHILIP JOHN ELIADES

PHILIP JOSEPH FICKEL

PHILIP JOSHUA MONDY

PHILIP KNITTEL

PHILIP MICHAEL THOMAS WRIGHT

PHILIP MONTANUS

PHILIP PARAN PEDRO

PHILIP STANLEY DAVIS

PHILIP STEVENSON

PHILIP SUNG KIM

PHILIPP ALBRECHT BLIEDUNG

PHILIPP PAUL LLOYD

PHILIPPE ANDRE FAUCONNIER-BANK

PHILIPPE SUY

PHILLIP  DYSART

PHILLIP AHN

PHILLIP ALAN DINWIDDIE

PHILLIP ANTHONY PUSATERI

PHILLIP COURTNIER

PHILLIP D SYKES

PHILLIP EDWARD LEWIS

PHILLIP GRADY HAMILL

PHILLIP LEE

PHILLIP LEON HAYWOOD JR

PHILLIP LOUIS BEADLE

PHILLIP MALCOLM WISMER

PHILLIP MARTINGRETKIEREWICZ
CRABLE

PHILLIP SUK OH

PHONAMENON MANAGEMENT GROUP LLC

PHONG THE TRUONG

PHOUVIENG SOUVANTHONG

PHUONG DIEM-THI NGUYEN

PHUONG NGOC NGUYEN

PIERCE MULVANEY

PIERCE WILLIAM STEGMAN

PIERRE KAZAZIAN

PIERSON EDWARD CURTIS

PIETER MATTHEW NICOLAS BORST

PIETRO VINCENT LICARI

PINANK NIKHIL MASHRUWALA

PING WANG

PING ZHOU

PINGJI LIN

PINHAN CHEN

PINTOO MEGHRAJ PABNANI

PIOTR SKRZYNIARZ

PIRO POLO

PIYAPORN BUNLERSSAK

PKTEER  LLC

PO CHEE LEUNG

PO SHING NG

PO SUAN LEONG

POLO MA

POMEST  INC.

PORIA MIANABI

PORNENILA SHANNON
LIEMTHONGSAMOUT

POWER BLOCK COIN  LLC

PRABHAKARAN PRASHOB

PRADEEP PRABHAKARAN

PRAKASH RANGANATHAN

PRASHANT KASHI

PRASHANT KUMAR JAIN

PRASHANTH BUSA

PREMRANJAN PRASAD SINGH

PRESTON CALEB NEIDERMYER

PRESTON CARLOS WENGERT

PRESTON JAMES ECKHARDT

PRESTON RAY MILLER

PRITHVI KRISHNA REDDY VUPPULA

PRIYOM M HAIDER

PROSPERITY STORY  LLC

PUKAR CHANDRA HAMAL

PUNEET SANGAT SINGH BHANDAL

PUREVSUREN  TOMER

PURVAG P PATEL

QI DI HU

QIAO XI ZHOU

QINGYU XU

QUANG DUY DAO

QUENTIN DEREIMS

QUIN PRIGIONI REUSS

QUINCY WONG

QUINN ALLEN VOLLMERT

QUITOS MAXIMILLIANO RUIZ

QUOC CUONG ERWIN TRAN

QUYNH THITHUY PHAM

R JASON KLEIN

R WOLSTENHOLME

RABIAH FAHR ALSIBAI

RACHEL AMAR

RACHEL ANNE LOPEZ CORTES

RACHEL ELIZABETH CONTA

RACHEL ERICA ANDREW

RACHEL LYNN VRIEZEMA

RACHEL SAMANTHA KAPUL

RACHIT GUPTA

RACHIT KSHETRAPAL

RACQUEL G BILAL

RADAMES RODRIGUEZ

RAED SABER ELAYDI

RAFAEL DESTELLA

RAFAEL MAYA

RAFA'EL ZAYIN HAKIYM-BEY

RAFAELA STAVRO

RAFI MAX LEIBOWITZ

RAFI VAZKEN DEMIRJIAN

RAGHAV GOVINDARAJ KASHI

RAGHAVA PAMULAPATI

RAGHAVA PAMULAPATI

RAGHAVA PAMULAPATI

RAGHAVA PAMULAPATI

RAGNEEL REDDY BIJJULA

RAHEEL CHOHAN

RAHIM AWE

RAHIM K KAROVALIA

RAHIM K THOMAS

RAHIM LADAK

RAHUL DEV SARMA

RAIFORD DOUGLAS BROOKSHIRE

RAIMONDO ANDRE SARDO

RAJ KISHORE RAVI

RAJ VASWANI

RAJAN CHOWHAN

RAJAN SANTHANAM

RAJAT SHARMA

RAJENDRAKUMAR GOVINDBHAI PATEL

RAJKUMAR RAVICHANDRAN

RAKESH GADOO

RALPH A REAVES

RALPH ANDREW DAVIS

RALPH C DEFREITAS

RALPH ROGER SMITH

RALPH WILSON

RAMA RAJU KANCHA

RAMA RONALD MALINE

RAMAKRISH PINNINTI

RAMAKRISHNA GOWDA

RAMGAUTHAM KRISHNAMURTHY

RAMINE MIRDAMADI

RAMON ALBERTO ALVAREZ

RAMON ENRIQUE JR DAVILA

RAMON MOISES ORTIZ

RAMZI AUDEH

RAN GIVATI

RANDA OULID AISSA VILLARD

RANDAL BRUCE QUESENBERRY

RANDALL BRANT BARTON

RANDALL D HUNT

RANDALL LEE DEAN

RANDALL SCOTT MCGEHEE

RANDALL SCOTT TRZASKA

RANDEL BROWN CRYPTO VENTURES LLC

RANDOLPH BEN CLYMER

RANDY AMIR ABDOU

RANDY GOMEZ

RANDY J DUFOUR

RANDY JARED ROSA

RANDY JAY SMITH

RANDY MICHAEL MANEK

RANDY STEVEN KART

RANDY UNGERSMA

RANGANATHA REDDY BUCHAIAHGARI

RANIL SYLVESTER JACOB

RANJANA DHARMARAJ

RANJANA REGUNATHA SARMA

RANJITH REDDY SURAPU REDDY

RATNAKAR PAWAR

RAUDEL HERNANDEZ MACIAS

RAUL ALEXANDER MENDOZA

RAUL CHAVEZ

RAUL DAVID VILLEGAS

RAUL ERIC RAMOS

RAUL JIMENEZ

RAUL MICHAEL HERNANDEZ

RAVI BAHAL

RAVI GARG

RAVI MURTHY

RAVI RYAN ABUVALA

RAVI TEJ KAVALIPATI

RAVI TEJA KOMMINENI

RAVI VALLEM

RAVIN PRAKASH BUSHA ELANGO

RAVINDRA GANGADAT

RAVINESH LAL

RAVITEJA KAPARAPU

RAY ARIAVAND

RAY CHARLES LYMAN

RAYMIE NOMURA

RAYMOND ALBERT KESSLER

RAYMOND EDWARD PHARES

RAYMOND FORTIER

RAYMOND FRANCIS MARTINELLI

RAYMOND HART

RAYMOND HSU

RAYMOND JOHN NEVILLE

RAYMOND L TURNER-CALDWELL

RAYMOND OSBORNE

RAYMOND TORO

RAYMOND VINCENT ROSALES

RAYMOND YI ZHU

RAYMOND YU-FAI CHAN

RAYMUNDO  SHOATS SR

RAYMUNDO PEREZREYES

RAYNOR TREY HOYT

REA ELIZABETH          CRUZ ABANIEL

REBECA TRUDITH PACHON

REBECCA ANN MEWS

REBECCA BLAZAK

REBECCA NOACK EGAN

REBECCA WILSON

RECO VICENTE PRIANTO

REED WALKER

REERAN KIM

REFUGIO MAGANA VILLASENOR

REGINALD ANTOINE PANALIGAN

REI YOUNG JANG

REID COLMAN KAPLAN

REID THOMAS BRADT

REKHA HAYNES

REMO KOUSINS

REMON CHRISTOPHER MILLER

RENATO ANZALONE

RENE GARIEPY

RENE MARTINEZ DELGADO

RENE MAURICIO REYES

RENE RATANAK CHHIM

RENE SIMON CRUZ JR

RENEE KATHLEEN FOX

RENEWABLE  TRANSPORT SERVICES

RENITA SHAILABHATIA KAUSHAL

RENZO GIOVANNY ORDONEZ BARDALES

REX GARRETT KOLLER

REX KEN HOLDEN

REY OKAMOTO

REYES HERRERA

REYN TAKEO TERANISHI

REYNALD LOUIE EBREO JIMENEZ

REZA SEYED MORTEZAEI

RH MONTGOMERY PROPERTIES INC

RHETT A CUNNINGHAM

RHETT NICHOLAS ORTMANN

RHETT R WILBORN

RHONDA LEA BROWN LLC

RHONDA PRICE

RHYANN ASHCROFT STAUFFER

RIAZ RAHMAN RAHIM

RICARDO A PADRON

RICARDO BEAS

RICARDO CLESCA

RICARDO CUEVAS

RICARDO GAMBOA

RICARDO JAVIER NATER

**RICARDO JOSE MARTINEZ**

**RICARDO RAMIREZ RODRIGUEZ**

**RICHARD  CAYER III**

**RICHARD  PASKO**

**RICHARD A HILDEBRANDT**

**RICHARD A SHARKEY**

**RICHARD A TILGHMAN**

**RICHARD ADRIAN KELLY**

**RICHARD ALAN BENNETT**

**RICHARD ALBERTO KOZA**

**RICHARD ALLEN BEESLEY**

**RICHARD ALLEN BROWNSTEIN**

**RICHARD ALLEN OLSON**

**RICHARD ANDREW ERICH**

**RICHARD ANH NGUYEN**

**RICHARD ANTHONY CLARE MORALES**

**RICHARD ANTHONY LANSDALE**

**RICHARD ARLIE ALLEN**

**RICHARD ARTHUR EMERY III**

**RICHARD ASHBY GRAVES**

**RICHARD B ROBISON**

**RICHARD BACON**

**RICHARD CHIEN**

**RICHARD CLARENCE RADER**

**RICHARD DANIEL DE COURSY**

**RICHARD DEAN GUTIERREZ**

**RICHARD DEAN HODGE**

**RICHARD EDWARD  ROSS**

**RICHARD EDWARD STARK**

**RICHARD ETIENNE**

**RICHARD F XU**

**RICHARD FERNANDEZ**

**RICHARD FERTIG**

**RICHARD GLENN KURTZ**

**RICHARD GRAY LASSITER**

**RICHARD H. MONTGOMERY III IRREVOCABLE TRUST FBO WILLIAM J. MONTGOMERY U/A/D 8/15/2008 TRUST**

**RICHARD HENLEY 4TH MONTGOMERY**

**RICHARD HUANG**

**RICHARD JOHN KNAPP**

**RICHARD JOHN RYAN**

**RICHARD JOSE ESTEVEZ**

**RICHARD K LEW**

**RICHARD KRISAK**

**RICHARD LEE CHOJNACKI**

**RICHARD LEE MARCHBANKS**

**RICHARD LEONARD GOERWITZ III**

**RICHARD LIN TZE MASON**

**RICHARD LOREN RAHN**

**RICHARD MICHAEL WELCH**

**RICHARD P MILGRIM**

**RICHARD PAUL SULAKA**

**RICHARD POWERS KUHNE**

**RICHARD RANDOLPH PHILLIPS**

**RICHARD RAYMOND MC KENZIE**

**RICHARD ROBERT SEARLE**

| | |
|---|---|
| RICHARD ROWE | RIVERA SOTO CARLOS ALBERTO |
| RICHARD SANGJIN SHIM | RL FURROW FTG  LLC |
| RICHARD SCOTT EMENHEISER | ROBBIE DEAN SONDREAL |
| RICHARD SCOTTANDREW SCHALO | ROBBIE DOUGLAS WOLFF |
| RICHARD SYLVESTER SWIONTEK | ROBBIE EARL DHONT |
| RICHARD TROY LAGE | ROBER MICHEL GARCIA |
| RICHARD VINCENT EASTERLING | ROBERT A DEVITO |
| RICHARDSON CASSELMAN LUTES | ROBERT ALAN CASE |
| RICK NEAL LEWIS | ROBERT ALAN HORNBACKER |
| RICK WINDSOR VALENTINE | ROBERT ALAN KOSHAREK |
| RICKY ANTHONY UNTERMEYER | ROBERT ALEJANDRO MEARNS |
| RICKY DEWAYNE PHIFER | ROBERT ALLEN BERRY |
| RICKY ESCHOL WILDER | ROBERT ALLEN RAMIREZ |
| RICO DANIEL RODRIGUEZ | ROBERT ALLEN SCHMEIZER |
| RICO S LAVENDER | ROBERT ANDREW CHARLESWORTH |
| RIHAN RAHMAN | ROBERT ANIBAL GUERRERO |
| RIK HIROTO RIKIMARU | ROBERT ANTHONY WATERS |
| RIKESH THAPA | ROBERT AUBREY GORALSKI |
| RIKI KAWAGUCHI | ROBERT BERTRAND LEVEE |
| RILEY JAMES MCCABE | ROBERT BLAKE STANTON |
| RILEY JAMES VIGLUCCI BARTLETT | ROBERT BRANDON SMITH |
| RILEY L LAMONTAGNE | ROBERT BRANDON VETTOREL |
| RILEY NASH FARNSWORTH | ROBERT BRENDAN QUAID |
| RILEY STEVEN HUGHES | ROBERT BRIAN LINTON |
| RILEY TAYLOR KLEEN | ROBERT BRIAN MONICAL |
| RIO FUJITA | ROBERT C NATALE |
| RISHI RAJ YADAV | ROBERT C PORCELLI |
| RITCHIE H STEED | ROBERT CHENG YANG HUANG |

ROBERT COLBY PARRO

ROBERT COLE BAILLIE

ROBERT CROZER CASSELMAN

ROBERT D NEWMAN

ROBERT D ZEMSER

ROBERT DANIEL BIRELY

ROBERT DAVID HART

ROBERT DAVID HUME II

ROBERT DAVID MARDEN

ROBERT DEWITT GUEST

ROBERT DONAHOE

ROBERT DUBIEL

ROBERT E RICKETT

ROBERT E STLEDGER

ROBERT EARL WASHINGTON

ROBERT EDWARD BURNHAM

ROBERT EDWARD JR CUMINGS

ROBERT EMERSON PARK

ROBERT GARY BASNETT

ROBERT GRADY QUEEN

ROBERT GRAY POWELL

ROBERT HARRISON FAICKNEY

ROBERT HELI RAMIA

ROBERT HIROSHI MOROTO

ROBERT HO

ROBERT IRIAS

ROBERT ISHO

ROBERT J DOHERTY

ROBERT J ZANNOTTI

ROBERT JAMES MORLOCK

ROBERT JAMES PITZ

ROBERT JAMES ROSS

ROBERT JAVIER ABALOS

ROBERT JEFFREY GRIFFITH

ROBERT JOHN FEDERER

ROBERT JOHN WALLACE

ROBERT JOSEPH ATKINSON

ROBERT JOSEPH BRODNER

ROBERT JOSEPH NUSSBAUMER

ROBERT JULIAN JARAMILLO

ROBERT KEILHOLTZ MUELLER

ROBERT KEVIN BUTRYN

ROBERT LANE TIPPENS

ROBERT LAWRENCE LITTLE

ROBERT LAWRENCE THIBAULT

ROBERT LEE BERKE

ROBERT LEE HARRIS

ROBERT LEE JR BILLINGS

ROBERT LEWIS REDMAN

ROBERT LLOYD EHRET

ROBERT M STEUER

ROBERT MICHAEL BARTLETT

ROBERT MICHAEL BEATY

ROBERT MICHAEL BEDICK

ROBERT MICHAEL MONSEES

ROBERT MICHAEL REH

| | |
|---|---|
| **ROBERT MICHAEL WOODS** | **ROBERT THOMAS BURNS** |
| **ROBERT MILES MATHESON** | **ROBERT TODD HUGHLETT** |
| **ROBERT MONTGOMERY JUNCOSA** | **ROBERT TYLER RIST** |
| **ROBERT NATHAN CHRISTIANSEN** | **ROBERT WAYNE CAPPS** |
| **ROBERT NEAL BREEDEN** | **ROBERT WILLIAM DOERNER** |
| **ROBERT NEVINS JOSEPH WILLARD** | **ROBERT WU** |
| **ROBERT NICHOLAS THIELE** | **ROBERTO A GONZALEZ OLIVO** |
| **ROBERT OLUFS** | **ROBERTO RAMIREZ** |
| **ROBERT PATRICK PEACE** | **ROBERTO RAPHAEL DE ANDRADE DELLI** |
| **ROBERT PAUL TAYLOR II** | **ROBIN B JORDAN** |
| **ROBERT PETER RICHIE** | **ROBIN HABIJONO** |
| **ROBERT PRICE FRISCH** | **ROBIN LEE MABARY** |
| **ROBERT R DEKANSKI** | **ROBIN RAYMOND ROWLAND** |
| **ROBERT RAINEY** | **ROBINSON CHARLES WOOD** |
| **ROBERT RALPH BINONIEMI** | **ROBORIS  LLC** |
| **ROBERT RANDALL PHILLIPS** | **ROBYN NORRIS CASADY** |
| **ROBERT RAZVAN REDFORD** | **ROCHELLE DIEZ** |
| **ROBERT REINER GLOECKNER** | **ROCHELLE LEE LIAN** |
| **ROBERT RICHARD FEOLE** | **RODELL AUSTIN SPAKE** |
| **ROBERT RUSSELL WILKINS** | **RODNEY CARL JOHNSON** |
| **ROBERT S CHUN** | **RODRIGO ALEJANDRO MILLAN MILLAN** |
| **ROBERT S KENNARD** | **RODRIGO RAMOS ALVAREZ** |
| **ROBERT SCOTT VANOSS** | **RODRIGO RUBEN SANTIAGONIEVES** |
| **ROBERT SHEETS** | **RODRIQUEZ DANGRA NEAL** |
| **ROBERT SHUNI WANG** | **ROGELIO AROMIN** |
| **ROBERT STANLEY EGAN** | **ROGER ALBRECHT DELACRUZ** |
| **ROBERT STEPHEN HYSLOP** | **ROGER ANTHONY GRAYSON** |
| **ROBERT STEVEN FLORES** | **ROGER ARMAND ABEJEAN** |

ROGER CURTIS CLINKSCALES

ROGER HSU

ROGER HUGH MILLER

ROGER JAMES ALEXANDER

ROGER JOSEPH KUO

ROGER LEE SUTTON

ROHAN R CHITTUR

ROHAN SHARMA

ROI HABERER

ROLAND ERVIN VELUNTA

ROLAND MENDOZA BERCASIO

ROLAND SHEN

ROLANDO H MILLER

ROMAN BULGAKOV

ROMAN JULIAN FEOLA

ROMAN KHAVES

ROMAN SMISHKEWYCH

ROMEO ARELLANO

ROMMEL SARDAR GOOD

RON C KIRBY

RON SOEUM

RONALD B MUHAMMAD

RONALD DEBIASSE JR.

RONALD EDWARD GAYNOR

RONALD EDWARD JEWELL

RONALD EUGENE ALLEN

RONALD GONZALES SALVADOR

RONALD JEROME WATTS

RONALD JOSEPH LOCKINGTON

RONALD JOSEPH SMOLINSKI

RONALD JOSHUA GILERMAN

RONALD L PULLEN

RONALD LAWRENCE BUCKLEY

RONALD LEE BATES

RONALD LEE HENDRICKS

RONALD LEE WEBER

RONALD M JOHNSON

RONALD MIKHAIL ANGSIY

RONALD NATHAN SASAKI

RONALD OLIVER SCHUBERT

RONALD STEVEN CARDONA

RONALD TIMOTHY LYNG

RONALD VARNADO

RONALD WAYNE SMITH

RONNIE ALEXANDER RENFROW

RONNIE KRIST PIROVINO

RONNIE LOU HERNANDEZ

RORY MATTHEW WARD

ROSALIE GOLBAHAR

ROSE CARMEL BURGOS REMITIO

ROSE MARIANNE ROSENFELD

ROSEMARIE DIANNE HARTER

ROSHAN SUNKARA

ROSHANDIP SINGH

ROSS EDWARD KONESKY

**ROSS JAMES WYLIE**

**ROSS JEROME SHERIDAN**

**ROSS PARK HOWDLE**

**ROSS PETERSON**

**ROSS T YINGLING**

**ROSS WAYNE ANDERSON**

**ROY BERG**

**ROY EDWARD LEINONEN**

**ROY GENE RUSSELL**

**ROY NEAL RANDOLPH**

**ROYCE CLINTON LEWIS**

**ROYEE ZVI ATADGY**

**RRR SECURITIES  LLC**

**RUBEN ALEXANDER GIOSA**

**RUBEN SOTO**

**RUDDIE JOSEPH JEFFERSON**

**RUDOLF MEAUX**

**RUDOLF WILLIAM WOLF**

**RUEBEN DANCARRANZA AQUINO**

**RUI WANG**

**RUOYUN LI**

**RUPAM GUPTA**

**RUSSELL ARMAND-CHARLES BARIL**

**RUSSELL B COOVER**

**RUSSELL CLINTON HEETER**

**RUSSELL EVANS**

**RUSSELL J DICELLO**

**RUSSELL JACK COHEN**

**RUSSELL JAY BARNES**

**RUSSELL JEROME MOORE**

**RUSSELL LANE BOYD**

**RUSSELL LEE DAIGLE**

**RUSSELL SCOTT CANOUSE**

**RUSSELL STEPHEN HAAKE**

**RUSSELL WESH**

**RUSSO CARMINE ANASTASIO**

**RY STERLING YENNIE**

**RYAN ADAMS DROLET**

**RYAN ALAN GORHAM**

**RYAN ALBERT NICOLAY**

**RYAN ALEXANDER OBRIEN**

**RYAN ALEXANDER SOMPLASKY**

**RYAN ANDREW PATERSON**

**RYAN ANDREW QUINLEY**

**RYAN ANTHONY KOHRIG**

**RYAN ANTHONY PHILLIPS**

**RYAN ANTHONY SCHROEDER**

**RYAN AUGUSTUS LONGTON**

**RYAN BERYL MESTON**

**RYAN BOWLES INVESTMENT  TRUST**

**RYAN BUELL**

**RYAN BUFORD HUNT**

**RYAN CARL WAGNER**

**RYAN CARLO ARATA**

**RYAN CHARLES SCHWARZKOPF**

**RYAN CHARLES UNDERWOOD**

RYAN CHAU

RYAN CHRISTIAN SCHATZMAN

RYAN CHRISTOPHER JOHNSON

RYAN CHRISTOPHER SANNA

RYAN CLINT MARTIN

RYAN D ARMEZZANI

RYAN DARYL BEGLAU

RYAN DAVID CHRISTOPHE LUCKEN

RYAN DAVID MOUNAIME

RYAN DENNIS FRIEDER

RYAN DON REPH

RYAN DOOLEY

RYAN EARLE LINK

RYAN EDWARD DEVINE

RYAN EDWARD KLOPFER

RYAN EDWARD MASON

RYAN EDWARD RINALDO

RYAN ELDRED CAMPBELL

RYAN ERIC CARPENTER

RYAN EUGENE YOUNG

RYAN FRANCIS MARINO

RYAN FRANKLIN FARR

RYAN FREDERICK FLEISCHMANN

RYAN GARRETT KIEHN-YEATS

RYAN GAVIN MCCULLOCH

RYAN GEOFFREY WEATHERILT

RYAN GREGORY BOWLES

RYAN GUPTA

RYAN HENRY GOUGH

RYAN HOUSTON GORDON

RYAN I BETESH

RYAN IAN WASSERMAN

RYAN J LAVERTY

RYAN JACOB MORGAN

RYAN JAMES CHILIA

RYAN JAMES LASSEN

RYAN JAMES RUNCHEY

RYAN JOHN MCDERMOTT

RYAN JOHN RILEY

RYAN JOHN VANHORN

RYAN JOSEPH ACHTERBERG

RYAN JOSEPH PRAMER

RYAN K BRAGLIA

RYAN KAPLAN

RYAN KIRBY PEER

RYAN LARRY HOLZER

RYAN LEE MCMILLAN

RYAN LEIGH ABRAMOW

RYAN M POBOY

RYAN MATTHEW KEE

RYAN MATTHEW SPARKS

RYAN MATTHEW SWANN

RYAN MICHAEL FARRELL

RYAN MICHAEL ISEMAN

RYAN MICHAEL KEINTZ

RYAN MICHAEL LITWILLER

| | |
|---|---|
| RYAN MICHAEL PENNELLA | RYAN WESTON SHIFLETT |
| RYAN MICHAEL SCOTTING | RYAN WILLIAM BRAUN |
| RYAN MICHAEL STECKLER | RYAN WILLIAM GOYER |
| RYAN MICHAEL ZAHNISER | RYAN Y CHUA |
| RYAN PATRICK HALLFORD | RYAN YUKIO NAKAIMA |
| RYAN PATRICK SERRATO | RYAN ZEDRICK HAZLITT |
| RYAN PAUL LARSON | RYOTA KAWAMURA |
| RYAN PAUL MILLER | RYOTA SEKINE |
| RYAN PHILLIP VERNON | S&T 401K INVESTMENTS  LLC |
| RYAN R ALTMAN | SAAD QURESHI |
| RYAN RAND VISCONTI | SAAD SAMMY ELIDRISSI |
| RYAN RAYMOND SCHAUSS | SABRINA BERENGERE CLERIE |
| RYAN RICHARD BORO | SABRINA FRANCESE |
| RYAN RICHARDS | SACHIN MOHAN |
| RYAN RODDEN | SADRUDDIN SHERALI LAKHANI |
| RYAN S FONTENOT | SAEHOON W PAK |
| RYAN SAEED KAYVAN | SAEHYUN KIM |
| RYAN SCOTT BLEDSOE | SAGIE MORDECHAI BEN-GURION |
| RYAN SIGMUND NGUYEN | SAHAR AKBARZADEH |
| RYAN SIGMUND NGUYEN | SAHEL YAMINI |
| RYAN SIMONS | SAHIL ASIM |
| RYAN STEPHEN ORBAN | SAHIL KIRAN PATEL |
| RYAN STEVEN HSIEH | SAHIL ZULFIQUAR KHOJA |
| RYAN T DO | SAI CHEONG GARY TAM |
| RYAN TAYLOR DILLARD | SAI MOUNIK YERUSU |
| RYAN THOMAS JOHANSEN | SAI SATYA PRASAD MAMIDI |
| RYAN TYLER JOHNSON | SAI SRINIVAS SUNKARA |
| RYAN WERTH | SAJEEVE ABRAHAM MATHEW |

SAJNI C PATEL

SAKHOM MA HUGHES

SALADIN ALLAH

SALAMEH ELIAS MAAIA

SALEEM ABDELMUTI

SALIM PYAREALLY LAKDAWALA

SALIM SHERALI MITHA

SALVADOR BARRAZA JR

SALVADOR EDUARDO PAREDES

SALVADOR LOU LITUANAS

SALVADOR MUNOZ VERAS

SALVATORE THOMAS TIRONE III

SAM PENIAK

SAM S JOZANI

SAMA SEAN BABILAA

SAMANTHA L KIFER

SAMANTHA PORTER GRINNEY

SAMEER A GHAZNAVI

SAMEER ASHOK OSWAL

SAMEER KAREEM KHOJA

SAMER HUSNI KURAISHI

SAMIR Y GENID

SAMIT R DESAI

SAMMY HUH

SAMNANG SAMRETH

SAMSON KHAMO PIUS

SAMUEL A WEINROTT

SAMUEL BERRY

SAMUEL CARLOS RODARTE

SAMUEL COLE VANDERBILT

SAMUEL CRAIG NEWBERRY

SAMUEL DEAN HUGO

SAMUEL EDWARD STAFFORD

SAMUEL ELLIOT WACHSPRESS

SAMUEL ERNIE SABORI

SAMUEL HOUSTON LIMBONG

SAMUEL JAMES IVEY

SAMUEL LEO ASKEW III

SAMUEL LEWIS GREEN

SAMUEL MICHAEL GARZA

SAMUEL NATHAN WATTS

SAMUEL OFA MANU

SAMUEL PHILLIP  JONES

SAMUEL RICHARD WEEKS

SAMUEL SANCHEZ

SAMUEL SCOTT EMPFIELD

SAMUEL SEE SOUTHAVONGSA

SAMUEL SHAMYUHL KIM

SAMUEL STEVEN KOLBOVSKY

SAMUEL STUART HART

SAMUEL TAYLOR HELLEN

SAMUEL TAYLOR SHIPLEY

SAMUEL ULLOA

SAMUEL VINOTH KUMA A CHITHARI

SAMUEL WILLIAM MASSEY

SAMUEL ZACHARY MITZNER

SAMY ASADI

SAN LO

SANATH HARI SAMBAMOORTHI

SANDEEP KUMAR REDDY AUDUNOORI

SANDEEP P GHAEL

SANDEEP VARMA ALLURI

SANDRA BAUMEISTER

SANDRA BEACH ERICKSON

SANDRA ELIZABETH BARTLETT

SANDRA JEAN KNUTH

SANDRA MCCARTHY MEEKS

SANDRA N GITAU MIKLAS

SANDRA NAOMI PANDURO

SANDY WASHINGTON-GIBBS

SANELA KAPULAR

SANELA PETROVIC

SANG H CHUNG

SANG KEUN CHI

SANJAY PREMSWARUP RATTAN

SANJAY VITHAL PATEL

SANJAY WAHI

SANJEET RAM CHAUDHARY

SANJEEV GIRI

SANJEEVA KUMAR BHASHYAM

SANJIV PRABHUNANDAN

SANKET B CHAUHAN

SANTIAGO RIVERA TORRES

SANTOSH KUMAR DWARAKANATH

SANTOSH KUMAR PUROHIT

SANTOSH PRANEETH BANDA

SAPAN VIBHAKAR MODY

SARA DE NEERGAARD BUCK

SARA JEAN SAUVE

SARA LYNN DUBE

SARA NUANQING HUANG

SARA S UNDERWOOD

SARAH APSEY

SARAH DE JONG

SARAH K SCHAFFER

SARAH KATHLEEN FALCONER

SARAH MARIE VALLEJO

SARAH NAM

SARITA KRITI KANAMARLAPUDI

SASI BHUSHAN KODATHALA

SASIKUMAR PURUSHOTHAMAN

SASSAN STEVEN KHATIBLOO

SAT VAN

SATHISH RAO KOTESHWAR

SATHYA WIJAYA KANG

SATIN ROSELEE CRABLE

SATINI WANIDA BOONLUE

SATISH DAHAL

SATOSHI ASANO

SATWIK RANJAN DESHPANDE

SATYANARAYANA DILLIKAR

SAUL D GARCIA SANTIAGO

SAUMAN ARMAN RAFII

SAURABH KATARIA

SAURIN MANOJKUMAR SHAH

SAWYER BENNETT RICE

SAWYER TATE ROGERS

SAY HO TEOH

SCAL REAL ESTATE  LLC

SCORPIO AN TRAN

SCOT STANLEY VERMILLION

SCOTT A KUHN

SCOTT ALAN HUFFMAN

SCOTT ALAN HUFFMAN

SCOTT ALAN KLETTKE

SCOTT ALAN KOLLMORGEN

SCOTT ALLAN MOORE

SCOTT ALLEN ZIMMERMAN

SCOTT ANDREW GEERTSEN

SCOTT ANTHONY NORRIS

SCOTT ANTHONY PEONIO

SCOTT ANTHONY WEISGERBER

SCOTT B SCHECHTER

SCOTT CRAIG SCHMEIZER

SCOTT DAVID JOHNSON

SCOTT EUGENE CHILDERS

SCOTT FORSYTH MICKEY

SCOTT FRANCIS STAPLEFORD

SCOTT FRANK BONORA

SCOTT HAUSWIRTH

SCOTT HENRY FRAY

SCOTT HERBERT MCKENNEY

SCOTT HOWARD MEEUWSEN

SCOTT J LURIE

SCOTT JACK FLETCHER

SCOTT KING

SCOTT LAWRENCE PORTER

SCOTT M EBY

SCOTT MARSICANO

SCOTT MATHEW JAMOO

SCOTT MATTHEW ANDERSON

SCOTT MICHAEL EDMONDS

SCOTT MICHAEL GRIFFIS

SCOTT MICHAEL GROSS

SCOTT MICHAEL HARBERTSON

SCOTT MICHAEL KAPUN

SCOTT MICHAEL KOHL

SCOTT MUNDORFF

SCOTT NOHYUN KIM

SCOTT PATERSON

SCOTT PATRICK ROBINSON

SCOTT PAUL GRASSO

SCOTT PHILIP JEAN

SCOTT RANDOLPH BLYTH

SCOTT ROBERT RASLEY

SCOTT RONALD HOFFER

SCOTT RUFFNER LATHAM

SCOTT RYAN BALL

SCOTT RYAN JAMES

SCOTT SCHICHTL

SCOTT SEBASTIAN SHILLCOCK

SCOTT STEVEN BARTAL

SCOTT TRAVER OVALD

SCOTT VICTOR  TUSA

SCOTT VICTOR BRETON

SCOTT WILLIAM BERRY

SCOTT YALE

SDG IMPACT FUND INC

SEAHORSE EXPRESS LLC

SEAN A MACALUSO

SEAN ADRIAN MARIN

SEAN ALLEN SMITH

SEAN BEDFORD MILLER

SEAN BERTSCH STONER

SEAN BYRNS YARNELL

SEAN C LANKTREE

SEAN CHRISTOPHER MELISSARI

SEAN COVERT MURPHY

SEAN DAMON LINNAN

SEAN DAVID DALTON

SEAN JOHNSON

SEAN M LUNKENHEIMER

SEAN MICHAEL GAFFNEY

SEAN MICHAEL GREENWALDT

SEAN MICHAEL HINZE

SEAN MICHAEL MULLIN

SEAN MICHAEL REITMAN

SEAN MICHAEL RICE

SEAN MICHAEL SULLIVAN

SEAN ONYIYECHI EKEKWE

SEAN P CAGLE

SEAN P DONAHUE

SEAN PAUL YOUNG

SEAN PHILLIP ABRAHAMSEN

SEAN PIERCE DLAGARZA

SEAN PURCELL

SEAN RUSSELL MADSEN

SEAN SHYANG JONG

SEAN THOMAS IMPULLITTI

SEBASTIAN ALONSO ARMIJO

SEBASTIAN AROCA

SEBASTIAN JAMES CIANCIO

SEBASTIAN MICHAEL  WILSON

SEBASTIEN RENEJEAN WALLEZ

SEBASTIEN UHALDE

SEFTON KINCAID

SELAMAWIT HABTESELASSIE MULUGETA

SELCUK GUN

SELWAN BANGEAN ABDULLAH

SEN TIAN

SENTHIL G NATARAJAN

SENTHIL KUMAR POOSHAPPAN

SEONG PIL HAN

SEONGYUL KANG

SEPEHR FARHAND

SEPHY BENJAMIN BOUNAN

SERGE  SYB

SERGEI IGOREVICH VOITENKO

SERGEY PORUCHIKOV

SERGIO DEJESUS ANZALDO CORTEZ

SERGIO DIAZ

SERGIO LUIS SELVA

SERGIO RAMON SOTOLONGO

SERGIO SELVA

SERHAN ULKUMEN

SERVIO LUIS LOPEZ JAIMES

SETH A DORENBUSH

SETH ALLEN GRAY

SETH DANIEL HALL

SETH HAROLD ANDERSON

SETH J ANNABEL

SETH MICHAEL BOYER

SETH RAYMOND WIJNHAMER

SETH ROBERT BLACKSBURG

SETH WILSON SPANOGLE

SETRAG KHOSHAFIAN

SETU DUTTA

SEYDINA O GUIRO

SEZGIN SEZER

SHAHAB RAZIQ

SHAHAN LUKE KHOSHAFIAN

SHAHAR AVI ABRAMS

SHAHDOR BARANDAK

SHAHEEN MOHAMMED A ALHUMAYDHI

SHAHIN  DEJBAKHSH

SHAHRIAR BOBBY DAVARI

SHAHROOZ HEKMATPOUR

SHAHZADA MANSOOR

SHAI LIVNE

SHAI STEINBERG

SHAIJU THOTTAPPILLIL MATHEW

SHAIN ROBERT SYLVAN LAFAZAN

SHAKIR AMMAN CANNON-MOYE

SHAN LALANJI LIYANAGE

SHANE CURTIS WACHLIN

SHANE DALE WILSON

SHANE EDWARD FARR

SHANE HERMAN ABINETTE

SHANE LEE CLABORN

SHANE MICHAEL ALEXANDER DA SILVA

SHANE OWENS

SHANE PATRICK DENTON

SHANE RICHARD RIDLING

SHANE SURRENDRA PRASHAD

SHANE TYLER DUNN

SHANELENRE CALAGUAS AVILA

SHANEMICHAEL PIERS

SHANKAR DEVKOTA

SHANKAR MAHESHWARAIAH

SHANNON DAVID JONES

SHANNON DOLF BETTELHEIM

SHANNON MICHAEL SONES

SHANT AGOP DABBAGHIAN

SHAOBO LIU

SHARAM DANESH

SHARAVANAN RAMAKRISHNAN NULL

SHARON  EDELSTEIN

SHARON ARLEEN FEIN

SHARON LEE HALE

SHATERAH VERNELL HALL

SHAUN COLBORN STANLEY

SHAUN KENNETH BIBERSTON

SHAUN KEVIN FISHER

SHAUN MICHAEL ANDREWS

SHAUN MICHAEL FELCHER

SHAUN SHERMAN

SHAWN ARMAN CHOUINARD

SHAWN C CARPENTER

SHAWN C CARR

SHAWN CHAN

SHAWN CONNER LOUGHRAN

SHAWN H UEUNTEN

SHAWN M MCDONOUGH

SHAWN MICHAEL HAYES

SHAWN MICHAEL ROOT

SHAWN POHAKU CAMPBELL

SHAWN RYAN LARNER

SHAYAN A NOUSHABADI

SHEA DUNDA

SHEILA BONITA MYERS

SHELDON ALEXANDER YOUNG

SHELDON HARPER

SHELDON MUSTARD

SHELDON NIALL-SHANE MARTIN

SHELDON WANG ZHAI

SHELDON WAYNE DAVIS

SHELLEY RENEE SEITZ

SHELLY L KILMER

SHELTON DAYLEY KNUDSEN

SHEMAR ANTHONY WILLIAMS

SHENG XU

SHENG ZHENG

SHEPHERD N HAN

SHERI CHARISE WEBSTER

SHERRI DIONNE BRITTAIN

SHERWIN MORADA

SHERWOOD RANDOLPH ROPER

SHERYL RAINEY

SHI WAI YU

SHICHENG GE

SHIH CHUAN KU

SHIKHAR SAXENA

SHILO J GOOD

SHILPA KAMALA SUGUNA GOLLAPUDI

SHINHEE JOY SON

SHIRIN ELISA HARRELL

SHIRLEY ALCISO DEE

SHIVENDRA KUMAR

SHLOMO AHARON GOLDIN

SHLOMO KOFMAN

SHUBHAM GUPTA

SHUBHAM LAHOTI

SIDAVONE KHAMPHADY

SIDIKIE SORIE

SIDNEY TYRONE LORICK

SIERRA LYNN KATOW

SIJIA LIANG

SILPA PINGALI

SIMEON TONY CHOKOISKY

SIMIT YOGESH DESAI

SIMON EDUARDO ARENAS

SIMON G MOBBS

SIMON IAN WHITE

SIMONE HANRAADS

SINA AMIR JOORABCHI

SINAE ERIN KIM

SIZHONG ZHANG

SJ TECH CONSULTING TRUST

SKP INVESTMENTS  LLC

SKYLER WAYNE PINCH

SLAWOMIR P LAPINSKI

SLOAN REED SPILLER

SMAJIL SELIMAGIC

SO YEON SHARON OH

SOFIA KOO

SOFIA QUY PHAM

SOHAIL MAMDANI

SOHAM JAYESH DESAI

SOLEDAD CUEVAS RUIZ

SOLO DIGITAL VENTURES  LP

SOLOMON GAREDEW

SOLOMON KASSIE TADESSE

SOLOMON SCHON

SOMCHAI BUNLERSSAK

SOMSHRI PATNAIK

SONATA JARASUNAITE POLANCO

SONG Y PARK

SONNY KA LO

SOO CHUL YU

SOON SUNG HONG

SOPHIA VARELLA

SORAYA KYAMUMI ARINZECHI

SOU-CHING WU

SOUFIANE KHOUCHANE

SOUHAIL MICHAEL KARRAM

SPENCER C ALLEN

SPENCER CLARK SIBERT

SPENCER COLE FREIDENRICH

SPENCER CRAFT SUSSMAN

SPENCER KENNETH JONES

SPENCER LEE MANN

SPENCER MICHAEL SCHMIDER

SPENSER TIMOTHY PAUL

SPRING VALLEY REVOCABLE LIVING
TRUST  U/A DTD 4/29/1998

SPYRIDON ANTONOPOULOS

SRAVAN KUMAR ARAVELLY

SRDJAN RELJIN

SREEJITH MADHAVAN

SREEKANTH PUVVULA

SRI ANANDA PRATEEKA

SRIDHAR JALLAPURAM

SRIDHAR VISHWANATHAN IYER

SRIHARI JAGAN VASISTA

SRIKANTH RAVINUTHULA

SRINIVAS TAKURI

SRINIVASA RAO GUNDIMEDA

SRINIVASAN VIMALANATHAN

STABLECOIN INDEX LP

STACY ALLEN MCDANIEL

STACY ANN DAVIDS

STACY LYNN BAHNER

STAFFAN HARALD BERG

STANCE WILLIAM SCHUDY

STANLEY A DEBELAK

STANLEY ALEXANDER HUDSON

STANLEY ANTHONY NASRAWAY

STANLEY P TYLKA

STANLEY SMITH

STAV BOTTNER

STEFAN LORENZ YOUNG

STEFAN RICHARD WENDELL RIECK

STEFANIE L TRAFECANTY

STEFANIE SKYE WILLIS

STEFFAN DAVIES

STEPHAN JOSEF DEUTSCH

STEPHAN VICTOR  WALCHUK

STEPHANE BERNARD MARCEL REYNAERT

STEPHANE VILLARD

STEPHANIE CAROLYN LAYMAN

STEPHANIE JO YEAGER

STEPHANIE MAKISHIMA

STEPHANIE MARINA ROE

STEPHANY HENRY

STEPHEN A KAHN

STEPHEN AARON BELL

STEPHEN ADIEL CAMARGO MEDINA

STEPHEN ALLEN BROUILLARD

STEPHEN ANTHONY GERARDI

STEPHEN ARCHIBALD

STEPHEN BRADFORD NABERS

STEPHEN BRIAN JOHNSON

STEPHEN BRUCE WESSON

STEPHEN C MOCKUS

STEPHEN DANIEL BLALOCK

STEPHEN EDWARD FUGES

STEPHEN FRANCIS DANIELS

STEPHEN FRANCIS SO

| | |
|---|---|
| STEPHEN FREDERICK KNUDSEN | STEPHEN W SUN |
| STEPHEN GARY KRIEGER | STEPHEN WAYNE WATTS |
| STEPHEN GEORGE FITZMAIER | STEPHEN WILLIAM PRINCE |
| STEPHEN IVAN LEVENBERG | STEPHEN WILLIAMS JOHNSON |
| STEPHEN J LUISTRO | STERLING ALAN SELOVER |
| STEPHEN JACOB SANDERS | STERLING WELDON KILLION |
| STEPHEN JAMES HUNT | STEVE AKOPYAN |
| STEPHEN JO ANTHONY PEREZ | STEVE DANG |
| STEPHEN JOSEPH PADGETT | STEVE KIKI |
| STEPHEN K BENZIO | STEVE KRUSE |
| STEPHEN KYLE YOUNG | STEVE KURNJU KIM |
| STEPHEN M LEWANDOWSKI | STEVE LABO |
| STEPHEN MANN | STEVE MICHAEL BLANCO |
| STEPHEN MARK  MELNYCHUK | STEVE MICHAEL HAWKINS |
| STEPHEN MARTIN O DONNELL | STEVE SALVATORE LONGOBARDO |
| STEPHEN MATTHEW ADKINS | STEVE T WENG |
| STEPHEN MC AFEE BROCKER | STEVE YI |
| STEPHEN MICHAEL FRENCH | STEVEN  VINCENT |
| STEPHEN MICHAEL LAND | STEVEN ADAM MAEX |
| STEPHEN MICHAEL LEARY | STEVEN ALLAN KRUCKENBERG |
| STEPHEN MICHAEL PETERS | STEVEN ANDREW SEDGWICK |
| STEPHEN MICHAEL SWANSON | STEVEN ANTHONY VISONE |
| STEPHEN NORBERT DREIKOSEN | STEVEN ANTOINE GRIIN |
| STEPHEN RYAN SAUNDERS | STEVEN BERNARD IDELS |
| STEPHEN S FRANCO | STEVEN BRADLEY BOWEN |
| STEPHEN SHAWBING YANG | STEVEN C ZANG |
| STEPHEN THOMAS SCHREIBER | STEVEN C ZANG |
| STEPHEN TYLER NEGLEY | STEVEN CHI HUNG TONG |

| | |
|---|---|
| STEVEN CHONGQING FAN | STEVEN JESS TINCHER |
| STEVEN CRAIG NAMM | STEVEN JOHN CARAVELLA |
| STEVEN CRAIG TRACY | STEVEN JOHN ORAS |
| STEVEN D GOLUB | STEVEN JON IV DEDINA |
| STEVEN DALE TAYLOR | STEVEN JOSEPH GORDON |
| STEVEN DANIEL KOTIK | STEVEN JUSTIN DOLINSKY |
| STEVEN DEL HAWKINS | STEVEN KAZUO SHIMBO |
| STEVEN DENNIS SOOBY | STEVEN L SCHLUTER |
| STEVEN DENNIS SOOBY | STEVEN L T SMITH |
| STEVEN EDWARD MIRACLE | STEVEN LONG ZHOU |
| STEVEN ELLSWORTH THOEMKE | STEVEN LYNN GILMAN |
| STEVEN ERIC BROGLIE | STEVEN LYNN GREGERSON |
| STEVEN ERIC MASON | STEVEN M CHAGNON |
| STEVEN F MONTEMARANO | STEVEN M SALINAS |
| STEVEN GARY ANDERSON | STEVEN MICHAEL CALANDRA |
| STEVEN GEORGE GERHARDT | STEVEN MICHAEL DAY |
| STEVEN GORSKI | STEVEN MICHAEL GRAHAM |
| STEVEN GREGORY DAGG | STEVEN MICHAEL PASSANTINO |
| STEVEN GRIN | STEVEN MIRABELLO |
| STEVEN HAEHNICHEN | STEVEN MYLOT LEE |
| STEVEN HIRDSHI ONO | STEVEN OLIVER SALGUERO |
| STEVEN HOWARD KAUFF | STEVEN OLLIVER |
| STEVEN HYUN SOO KIM | STEVEN P ABRAMOW |
| STEVEN J BEACHY | STEVEN PATRICK MACEK |
| STEVEN J CHIEN | STEVEN PHU DUC HONG |
| STEVEN J DASILVA | STEVEN RAY HORTON |
| STEVEN JAY KELLUM | STEVEN RAYMOND OAK |
| STEVEN JEROME SOWA | STEVEN RYAN GILDERSLEVE |

| | |
|---|---|
| STEVEN SUMAYA | SUMAN GANGA |
| STEVEN TIMOTHY PIRNIK | SUMATHI BALASUBRAMANIAN |
| STEVEN TYLER REED | SUMEET KUMAR |
| STEVEN W ROSADO | SUMIT KUMAR DUA |
| STEVEN WAYNE TOLLESON | SUMMER CLAIR VAN DER WESTHUYZEN |
| STEVEN WILLIAM HANCOCK | SUMTER MARTIN PENDERGRAST JR |
| STEVEN WILLIAM SOLIS | SUNDEEP RAJU GOKARAJU |
| STEVEN WINTZE CHEN | SUNEEL VELURI |
| STEVEN ZHIYUAN YANG | SUNG SIK KIM |
| STEVEN ZIYI WANG | SUNG WON SHIN |
| STEWART JAMES COHUNE | SUNG YUN CLARA CHO |
| STREAMSIDE SOLUTIONS  LLC | SUNGJIN KIM |
| STRUAN ALISTAIRJUDE VAZ | SUNITA YALAMARTY |
| STUART CARMICHAEL HUPP | SUNNY KUNDRA |
| STUART DONALD BROWN | SUNNY SHENG CHANG |
| STUART DOUGLAS HARRISON BAKER | SUNY BEHAR PARKER |
| STUART GEORGE HISTON | SURAIYA MANASIA |
| STUART JOHN PORTER | SURESH BOMMASAMUDRA |
| STUART ROGER BROWN | SURESH KUMAR NANDWANI |
| STUART W NICOLL | SURESH T PALIWAL |
| SUBHAS HAJERI | SUSAN ATLAS KELLEY |
| SUBHASH SIMHAMBHATLA | SUSAN DOOLITTLE |
| SUDEEP SANGAMREDDI | SUSAN EILEEN CAGGIANO |
| SUDEEP SWARNAPURI | SUSAN JANE NORTON |
| SUDHEER KUMAR MOLUGU | SUSAN LEE BALLEW |
| SUJENDRA S SAWANT | SUSAN MARGUERITE TEN-KATE |
| SUK HWAN OU | SUSAN MARIE SHEEN |
| SUKHRAJ SINGH SOHAL | SUSAN SHEUNG HU |

| | |
|---|---|
| SUSANNAH LIN | TALBERT GERALD DSOUZA |
| SUSHANTH SAMALA | TALI SCHNEIDER |
| SUZANNE E MONREAL | TAMARA HUGHES WENDT |
| SUZANNE M ALEXION | TAMARA JEAN BUCHAN |
| SUZANNE M MERRILL | TAMARA NICOLE GRAHAM |
| SUZIE HEWITT | TAMER AHMED KASSEM |
| SWATHI YEMMANUR | TAMILSELVAN  RADHAKRISHNAN |
| SWATI SHARMA | TAMIR NISIM ALIMA |
| SYDNEY DEGLAU CEREN | TAMOTSU TOME |
| SYED AREFINUL HAQUE | TAN DUY HOANG |
| SYLAS COLE STACY | TAN JUNXIAN  GABRIEL |
| SZE LEI LEONG | TANAY CHOUDHARY |
| SZE-WING LEE | TANER NALBANT |
| TAAMIKA C POLLARD | TANMAY RAMESH SAWANT |
| TABSHOPCOM  LLC | TANNER CLAYTON KAY |
| TAD DOUGLAS SCHOEDEL | TANNER LEE STOFFREGEN |
| TADAS KUNICKAS | TANNER LYNN BIGLER |
| TAE H HAM | TANNER YANGWEI ZANE |
| TAE HOON CHOI | TANUS SHIDID |
| TAE KWANG KIM | TANYA ANN HUBBELL MCALLISTER |
| TAELOR BLAYNE WORRELL | TAP ROOT  LP |
| TAHIR ZAMAN | TARA MICHEL DALY |
| TAI SARTPRASIT | TARA SULLIVAN COLLIER |
| TAILI AKILI THOMPSON | TAREK BEN MOUSSA |
| TAINA LEIGH JOSEPH | TARIK JAMIL THAMI |
| TAK HUNG YEUNG | TARINI SAI TALLURI |
| TAL M ZIV | TARIQ LALABHAI VORA |
| TALAL SHARAIHA | TARN TARAN SHANT |

TARUN PRABHAT

TASSANEEYA SAENGBURAN

TATE THOMAS UECKER

TATEKUNI ITO

TATSURO IRIE

TAWFIQ ALKILANI

TAYLOR ALLEN WEST

TAYLOR ANDREW STUBBS

TAYLOR CUSHMAN ROSE

TAYLOR GEOFFREY ROTH

TAYLOR GRIER LEWIS

TAYLOR JOHN GIPPLE

TAYLOR JOSEPH TREMBLE

TAYLOR JUSTUS VASQUEZ

TAYLOR RICHARD WALTON

TCP INVESTMENTS  LLC

TEC VIVA INVESTMENTS  LLC

TED ANTHONY ARCINIEGA

TED NGUYEN

TEDDY SI YOUN

TEJAS RAMDAS SHIRBHATE

TEJVIR SINGH

TELIX SEBASTIAN

TENZIN NYIMA

TEOTIMO AGUINALDO GARCIA

TERENCE C COPPOLA

TERRENCE ANTHONY DEIS

TERRI GOEMAN

TEVIN GAMBLE

THADDEUS AARON GALA

THAER F SABLA

THAIBINH HUU NGUYEN

THANG HONG NGUYEN

THANG VAN HO

THANH TRA MAC

THARSEO INVESTMENTS LLC

THE ARTIZENRY  INC.

THE JAMIE L. BRIGGS TRUST  U/A/D 6/8/17

THE LY FAMILY  TRUST

THE MOOM  TRUST

THE SHITAL K. PATEL TRUST DATED
OCTOBER 12  2021 FBO SAHIL S.  PATEL

THE SHITAL K. PATEL TRUST DATED
OCTOBER 13 2021  FBO SHAAN S. PATEL

THE SHITAL K. PATEL TRUST DATED
OCTOBER 14  2021 FBO SAAVI S. PATEL

THE VIEN TRAN PHAM

THE WALL PANEL COMPANY  LLC

THEODORE JACKSON STROM

THEODORE KIM

THEODORE MICHEL NOUTSOS

THEODORE ROMAINE GERRING

THEODORE SAMUEL ELONIS

THERESA M FITZPATRICK

THERESE TING TING WONG

THIANPHAT SUMSUNG WILLIAMS

THOMAS ALBERT DIFIORE

THOMAS ALEXANDER REVY

THOMAS ALLEN COSS

THOMAS ALLEN HAMLETT

THOMAS ALLEN MOHR

THOMAS ANDREAS MATKOVITS

THOMAS ANTHONY IPPOLITO

THOMAS AUBREY HALL

THOMAS BERT MALLORY

THOMAS BRIGHT BUFORD

THOMAS BRUCE OBRIEN

THOMAS CARL SCAGLIONE

THOMAS CHARLES COUCH

THOMAS CHARLES KRCMARIC

THOMAS CLARK OBRIEN

THOMAS DANIEL HARBERT

THOMAS DEAN FIKAR

THOMAS E GOSSELIN

THOMAS E RICE

THOMAS EDWARD CAREY

THOMAS EDWIN MCCANN

THOMAS EUGENE TAYLOR

THOMAS FINDLAN

THOMAS FONDA THASITES

THOMAS FRANCIS FRITZ

THOMAS FRANKLIN MEREDITH

THOMAS FREDRICK PHILLIPS

THOMAS GAETANO GARGANO

THOMAS GARBARINO

THOMAS GERALD SERRES

THOMAS GLENN CARPENTER

THOMAS GREGORY CLEARWATER

THOMAS HARPOINTNER

THOMAS HOWARD STREET

THOMAS IAN-GOODSON RICCA

THOMAS J AN

THOMAS J BERNTHAL

THOMAS JAY BAHN

THOMAS JOEL MENDEZ

THOMAS JOSEPH EDWARDS

THOMAS JOSEPH KAUFMANN

THOMAS JOSEPH LUTMER

THOMAS KIRBY BOLIN

THOMAS M KNIGHTLY

THOMAS MICHAEL MIKSIC

THOMAS MICHAEL UZELMEIER

THOMAS NIEMI

THOMAS PATRICK KANE

THOMAS RICHARD MC NALLY

THOMAS ROARK

THOMAS ROBERT VOLK

THOMAS ROSTON IV BARRETT

THOMAS RYAN BAKER

THOMAS RYAN MURTAGH

THOMAS SCOTT DUNN

THOMAS SCOTT MONSON

THOMAS STEPHEN KOJOE YIRENKYI

THOMAS UHM

| | |
|---|---|
| THOMAS VYHONSKY | TIMOTHY EDWARD AYER |
| THOMAS WADE HARRISON | TIMOTHY EDWARD DEGNER |
| THOMAS WALKEY | TIMOTHY EMANUEL BRYANT |
| THOMAS WAYNE CARRARA | TIMOTHY GEORGE CONROW JR |
| THOMAS WILLIAM BYRNE | TIMOTHY GORDON JOHNSON |
| THOMAS WILLIAM WILLIAMS | TIMOTHY HIU KI LAM |
| THOMAS YOUNG TABER | TIMOTHY ISAAC NAJERA |
| THOMAS ZERILLI | TIMOTHY JAMES DAVIS |
| THUHA NGUYEN DEVLIN | TIMOTHY JAMES KOLB |
| THURSTON JAY POTTINGER | TIMOTHY JAY BRADLEY |
| THYANNA KAY VOISINE | TIMOTHY JAY VANDERWEIDE |
| TIAN QIANG HUANG | TIMOTHY JOHN WEIMER |
| TIANA LOUISE HAMPTON | TIMOTHY JOSEPH SWEENEY |
| TIANJIAO JU ZHANG | TIMOTHY LANE HAYS |
| TIANJIN CHEN | TIMOTHY LEE HINZE |
| TIFFANY MARIE FINE | TIMOTHY LEE MYERS |
| TIMAAHD M BARNES | TIMOTHY LYONS ALEXANDER |
| TIMBRE HEIDI CIERPKE | TIMOTHY M GORSKI |
| TIMMY LEE SORENSEN | TIMOTHY MICHAEL MCCLELLAN |
| TIMOTHY ALAN MORSE | TIMOTHY MICHAEL QUAIN |
| TIMOTHY ALDEN COOL | TIMOTHY MICHAEL SOBO |
| TIMOTHY ALLAN GILDAY | TIMOTHY OHARA |
| TIMOTHY ANDREW BECKER | TIMOTHY PATRICK HEALEY JR. |
| TIMOTHY BACA | TIMOTHY PATRICK WOODSON |
| TIMOTHY CHAD DAWSON | TIMOTHY PAUL KRELLWITZ |
| TIMOTHY CHARLES HOLSWORTH | TIMOTHY PAUL STENZEL |
| TIMOTHY D FOLDY-PORTO | TIMOTHY ROSS JUDAY |
| TIMOTHY EARL YATES | TIMOTHY SCOTT DAWSON |

TIMOTHY SHAWN ELIZONDO

TIMOTHY TITUS TRISNADI

TIMOTHY W GRAVES

TITO CRUZ

TOBIAS TIMOTHY FALZONE

TOBY JAMES MASON

TOD W PLANERT

TODD AARON TRUDO

TODD AUSTIN TIBBETTS

TODD BARNETT GORDON

TODD DALE BRUSCHWEIN

TODD DANIEL VAN DYKE

TODD DUANE CARLSON

TODD EDWARD SEPP

TODD GLASS

TODD H TESSMER

TODD HARRINGTON CANFIELD

TODD JASON GOLDFARB

TODD JOSEPH BOHLING

TODD JUSTIN CRAMER

TODD L HEIBERG

TODD LAWRENCE HEIBERG

TODD LAWRENCE HEIBERG

TODD LEWIS JENKINS

TODD MATTHEW HORWATH

TODD MICHAEL SHEEHAN

TODD ROBERT VAN ARSDALE

TODD T KREBS  (SOLE PROPRIETOR)

TODD THOMAS SLASOR

TODD TULLY KREBS

TODD WILLIAM FISK

TOLULOPE AKINOLA OYENIYI

TOM BISBEE

TOM G HARRIS

TOM KIKONYOGO

TOM LEE ZAFFT

TOMAS GUTIERREZ

TOMAS PRATTS

TOMAS VARNELIS

TOMASZ KRUPINSKI

TOMMIE MILES JONES

TOMMY JOE PARRISH

TOMOKO OBI

TOMUHISA SUN

TONE SVETELJ

TONI HOOD

TONI SUDIMAC

TONIO ORLANDO CASTRO

TONY CHIEN CHIA LIN

TONY DUY LE

TONY POLK

TONY ROBINSON RENESCA

TONY T HUNG

TONY YOUNG RIM

TOPFLIGHT  LLC

TORE NAUTA

| | |
|---|---|
| TORREY DION CUTHBERT | TRAVIS R GRAGA |
| TORY LAMONT REIGN | TRAVIS RAY BERTRAM |
| TORY MEYER | TRAVIS ROBERT HESS |
| TRACEY STEVEN STARK | TRAVIS SHAWN WATSON |
| TRACI L KISSINGER | TRENT MICHAEL JOHNSON |
| TRACY ELIZABETH BROWNE | TRENT TIANYI YANG |
| TRACY L FOSTER | TRENTON LEE SHORT |
| TRACY LYNE STUART | TRENTON STRATFORD MICHEL |
| TRACY SIYUAN LIU | TRENTON WADE STRONG |
| TRACY TRANG HOANG | TREVAUN BLU TURNER |
| TRAM ANH NGOC NGUYEN | TREVIN MARCEL PICK |
| TRANG THANH HOANG | TREVOR ALAN FINNEY |
| TRAVIS ALEXANDER BRICKER | TREVOR D CRUTCHER |
| TRAVIS ALEXANDER HARTKE | TREVOR DWIGHT TALBERT |
| TRAVIS ANTHONY  MASON | TREVOR ELLIOTT ALLER |
| TRAVIS D KNAUF | TREVOR J BROWNLEE |
| TRAVIS DALE RICHARDSON | TREVOR JAMAL NEELY |
| TRAVIS DIERINGER | TREVOR JASON GAYLORD |
| TRAVIS FREDERICK SANCHEZ | TREVOR JOSEPH ZINK |
| TRAVIS GREGORY KEENEY | TREVOR MICHAEL SCHUESLER |
| TRAVIS JACQUES WENTWORTH | TREVOR SCOTT BARNES |
| TRAVIS JOHN PALM | TREVOR SHAUN SLATER |
| TRAVIS JON TOUROO | TREY MCKINNEY JONES |
| TRAVIS JUSTIN TURNER | TRI DUC NGUYEN |
| TRAVIS LEE HECK | TRI HUU HO |
| TRAVIS LEE WRIGHT | TRI MINH NGUYEN |
| TRAVIS MCCOY | TRIA PEGGY SUE MURILLO |
| TRAVIS MICHAEL HEIDORF | TRIANGULUM CAPITAL LLC |

TRIEU THI TRAN

TRIGG S THORSTENSON

TRISTAN GUIDO FLANNERY

TRISTAN JAMES KELLER-FINN

TRISTAN STONE WILLIAMS

TRISTAN T SAW

TRISTATE HOLDINGS  LLC.

TRISTON ANTHONY THOM

TRON W BLACK

TROY ALAN STUMPH

TROY ANTHONY GIESSELMAN

TROY B OSINOFF

TROY EVAN SANDLER

TROY JACOB LOPARCO

TROY PARKER BROOKS

TRUNG MINH DZU

TRUPTI KAUSHIK JHAVERI

TUAN TUONG LAM

TUCKER BENJAMIN DIVINE TRIGGS

TUCKER JAMES OLSON

TUNIS MICHAEL DEVRIES

TURNPAGE INVESTMENTS  LLC

TUSITALA JUSTIN BRUNSON

TYE JOSEPH RIDOLFI

TYLER ALAN RICKARDS

TYLER ALLEN ABSHER

TYLER ANTHONY MARTIN

TYLER ANTHONY SUAREZ

TYLER AUSTIN MCMURRAY

TYLER BRENDALL

TYLER CHRISTIAN COLEMAN

TYLER DANE ROBB SPRAGUE

TYLER DANIEL SCHLUENDER

TYLER DEAN BEAUCHAMP

TYLER DEANDRE ROMERO

TYLER DOUGLASS MARTIN

TYLER EDWARD GLODT
TYLER FREDERICK MARLEY

TYLER GORDON GOTTSTEIN

TYLER J HAPGOOD

TYLER JAMES BOTSFORD

TYLER JAMES COLES

TYLER JAMES DORION

TYLER JAMES ELWELL

TYLER JAMES MOYER

TYLER JAMES VO

TYLER JOHN TWOREK

TYLER JOSEPH ALLEN

TYLER JOSEPH SIMAYS

TYLER MARSHALL PROUT

TYLER MICHAEL ZELLER

TYLER MITCHELL OPRASEUTH

TYLER MORROW SMITH

TYLER NILES TRANT

TYLER OSAMU YAMASHITA

TYLER PAUL ASHTON

TYLER RANDALL CALL

TYLER RYAN CORNELL

TYLER SAXON SOULE

TYLER SCOTT BUCHANAN

TYLER SLAYTON BEARDSLEY

TYLER STEPHEN HAYS

TYLER THOMAS SMITH

TYLOR JAMES WELTER

TYLYNNE AMBER MCCAULEY

TYRON TREMAYNE SUTTON

TYSON FOIANINI

TYSON GLENN BLACKNEY

TYSON GLENN BLACKNEY

TYSON JAMES SPOELMA

TYSON MCMICHAEL ASHENFELTER

TZE XIONG

TZU CHIN WANG

UBAKA E ONUORAH

UBIK GROUP  INC

UCHARAPORN  LAMBATOS

UDAY KRISHNA GHATIKAR

UKRIT WONGPANICH

ULRIC JEROME PATTILLO

ULRIKA CECILIA HUGHES

UMAIR FEROZ VIRANI

UMESH CHINTAMAN KARANDIKAR

UMIT KAZIM BAYINDIR

UMUT BALLI

URI ERAN

URIEL FROYLAN AVINA

USA BOX SOLUTIONS   LLC

UTKARSH SACHAAN

VAGRAM SHALVARDZHYAN

VAL  MASTERS

VAL GARTH SUNDBERG

VALENNIS GARCIA

VALENTIN KOMAROVSKIY

VALERE DELORME GAUTHIER

VALERIA CHISCA

VALERIA KHOLOSTENKO

VALERIE LYNN MIRANDA

VALERY CAROLINA VALENCIA MARZOL

VANERA NERA KEOHAVONG

VANESSA GAO RANGSIS

VANESSA M MIDDLEBROOKS

VANESSA MAGNANINI GUZZI

VANYA YOORS

VARAG ISHKHAN GHARIBJANIAN

VARUN CHAWLA

VASILEIOS STACHTOS

VAUGHN ALEXANDER TERPAK

VED PRAKASH MISHRA

VENKATA BONIGALA

VENKATA KRISHNAMRAJU MANTHENA

VENKATESH DHANAJAYAM
BABURAJENDRAN

VENKATESH RAJKUMAR

VENUGOPAL PANUGANTI

VERNIE LLOYD WILLIAMS

VERONICA ELENA PUERTA

VERONICA MARY SMITH

VETON VEJSELI

VIC ALAIN TIRTA

VICKEN MOSES

VICKI SUE HALL
VICTOR ACUNA

VICTOR ANTHONY BENEMELIS

VICTOR CATALAN

VICTOR CHI TRAN

VICTOR HUGO HENRIQUEZ

VICTOR HUGO ORTIZ- MIJANGOS

VICTOR JAY KUBICEK

VICTOR JESSE COTA

VICTOR MANUEL MARRERO

VICTOR MANUEL VEDOVATO

VICTOR NAVA

VICTOR O LAUGHLEN

VICTOR OVIDIU PAULESCU

VICTOR VLADIMIROVICH ZOUBENKO

VICTOR VU NGUYEN

VICTOR WONG

VICTORIA COLEMAN

VICTORIA MARIE HOLLINGSHEAD

VICTORINO PANIAGUA

VID FIKFAK

VIDYANAND DHANDE

VIKRAM CHOPRA

VINAY KALRA

VINAY KUMAR JUNEJA

VINAY-KUMAR PALLERLA

VINCENT ALLEN CALIANNO

VINCENT ANGELO MASTRO

VINCENT BRANDON ERZOSA

VINCENT F GODIN

VINCENT JAMES MACRI

VINCENT LU

VINCENT MICHAEL PARENTI

VINCENT WADE CONTRERAS

VINCENT WALTERS

VINCENT WIII DORTONA

VINCENT WILHELM VAUGHN STRADER

VINH Q DANG

VINH QUANG HUYNH

VINODKUMA BEJAWADA

VINSTON GUILLAUME

VIOREL POPTILE

VISHAL ABROL

VISHAL HASMUKH PATEL

VISHAL SARODE

VISHALCHANDRA KESHAV SEN

VISHWAS PATIL

VISVAMBHAR DAS HAUSNER

VITO BRUNO

| | |
|---|---|
| VIVEK RAKESH THAKKAR | WAQAS KHALID KEEN |
| VIVEK THATHAMATH | WARINTHORN CHATTHONGKAM |
| VIVEK VENKAT RAMAN | WARNER EDRICK JONES |
| VIVEKKUMAR VIJAYKUMAR PATEL | WARREN DAVID UMALI |
| VIVIAN YEUNG | WARREN HARLEN SALTZ |
| VIVIANA ASHLEY SORGE | WARREN KELLEN MYERS |
| VLAD RADU SERBAN | WARREN WU |
| VLADIMIR KUPRIYAN | WASEEM SHABOUT |
| VLADIMIR SHULMAN | WASIM MICHAEL ASSAF |
| VLADIMIR VLADIMIR PANIOUCHKINE | WAYNE EDWARD WALTERS |
| VLADISLAV ADZIC | WAYNE JEROME HERR |
| VOE ALLEN BRYSON | WAYNE K YUEN |
| VORN MOM | WAYNE KOLTER HOY |
| VOU QUIEN LUY | WBRR TRUST INVESTMENTS  LLC |
| VP INVESTMENTS & ASSETS LLC | WEAVE MARKETS LP |
| VRUSHANK SAWANT | WEI CHEE CHEN |
| WADE AARON TAPSFIELD | WEI W CHEN |
| WAHAB KAZI | WEITONG LU |
| WAI KIT LAU | WEI-TUNG CINDY KEEN |
| WALLACE WALTER PECK | WEN C JEN |
| WALTER BEASLEY | WEN WEI |
| WALTER DENNIS DAVILA | WENQIAN SHAN |
| WALTER GRAHAM ARADER | WESLEY BLAINE WALLACE |
| WALTER NEIGHBORS | WESLEY BURTON BERG |
| WALTER RANDOLPH COLLANY | WESLEY C GREEN |
| WALTER WILLIAM OAKDEN | WESLEY COLTER BROCKMAN |
| WANAKA HOLDINGS  LLC | WESLEY GEUNHYUK CHANG |
| WANETTE CHUN BYSTRY | WESLEY GREGG GILLESPIE |

**WESLEY REED**

**WESLEY VARGHESE GEORGE**

**WESTEN LEE NORRIS**

**WESTERN EXPLORER  LLC**

**WESTMOUNT LLC**

**WESTON FORREST FRANCIS BETTNER**

**WESTON SANDLAND**

**WHITNEY OREAR ROSS**

**WIFREDO ANDRES FERNANDEZ**

**WILBUR ALLEN**

**WILFRED CASTRO**

**WILFREDO VELEZ RODRIGUEZ**

**WILL THOMAS MCCANN**

**WILLARD PIERCE**

**WILLIAM A BRIN**

**WILLIAM ALLEN MCINTYRE**

**WILLIAM ARTHUR MOLER**

**WILLIAM B CHANG**

**WILLIAM BARRON KIEFFER**

**WILLIAM BENNETT**

**WILLIAM BRENT KEELING**

**WILLIAM BRUCE VAN WINKLE**

**WILLIAM C ENNIS**

**WILLIAM CHANCE MCNUTT**

**WILLIAM CHARLES HARE**

**WILLIAM CHARLES SAUNDERS**

**WILLIAM CHARLES WHITE**

**WILLIAM CLAY PENN**

**WILLIAM CUNDIFF**

**WILLIAM CURT SIMMONS**

**WILLIAM CURTIS WHITENDALE**

**WILLIAM DAVID EVERETT TURNER**

**WILLIAM DAVID MAXEY**

**WILLIAM DAVID PEREZ II**

**WILLIAM DOUGLAS DREVO**

**WILLIAM DUBEL**

**WILLIAM EARL TAYLOR**

**WILLIAM EBNER GOOD**

**WILLIAM ENGEL III**

**WILLIAM EVERETTE OLSON**

**WILLIAM FLOOD  KLEMMER**

**WILLIAM FOLWELL  JR COMLY**

**WILLIAM FORTUNE JAY**

**WILLIAM FRANCIS DWYER III**

**WILLIAM FRANKLIN FAY**

**WILLIAM GARBER**

**WILLIAM GEORGE KUTE**

**WILLIAM GEORGE MEDAWAR**

**WILLIAM HANSEN BONDE III**

**WILLIAM HARRISON PARKER**

**WILLIAM HUEBNER MILNE**

**WILLIAM J DILLON**

**WILLIAM J HOLLINGSWORTH**

**WILLIAM J SULLIVAN**

**WILLIAM J. MONTGOMERY  REVOCABLE
TRUST U/A/D 12/16/2011**

**WILLIAM JACK MIDDLETON**

WILLIAM JACOB ROBERTS

WILLIAM JACOB ROBERTS

WILLIAM JAMES DULLEA

WILLIAM JAMES LEVENBERG

WILLIAM JOHN SORENSEN

WILLIAM JOSEPH JUNGBAUER

WILLIAM JOSEPH KENNARD

WILLIAM KENNETH FOLKERTS
WILLIAM KNIGHT

WILLIAM KYLE PATTESON DE MICHAELIS

WILLIAM LAMAR DAVENPORT

WILLIAM LAMONT STUBBS

WILLIAM LANE VERLENDEN IV

WILLIAM LEONARD REYNOLDS

WILLIAM M CARNES

WILLIAM MARLETT LLC

WILLIAM MARTIN SUMMERELL

WILLIAM MATTHEW HARVEY

WILLIAM MICHAEL  CROSKEY

WILLIAM MICHAEL BUCHER

WILLIAM MICHAEL CUMMINGS

WILLIAM MICHAEL JOHNSON

WILLIAM MICHAEL ROGERS

WILLIAM MICHAEL ROGERS

WILLIAM MICHAEL WAGNER

WILLIAM MORGAN DAYTON

WILLIAM NELSON WRIGHT

WILLIAM PARKER

WILLIAM PATRICK EDDY

WILLIAM PAUL MARLETT

WILLIAM PAUL STADWISER

WILLIAM PETER MEERYECK

WILLIAM R SLATER

WILLIAM RANDOLPH HEARNE

WILLIAM RAYMOND PELLERIN

WILLIAM RICHARD DIPAOLO

WILLIAM ROBERT HAMMOND

WILLIAM ROGERS CAMPBELL

WILLIAM ROSTEK

WILLIAM SCOTT FISCHER-COLBRIE

WILLIAM SPRAGUE TRASK

WILLIAM STEPHENS

WILLIAM STUDEBAKER JOHNSON

WILLIAM TAN

WILLIAM THOMAS BALLANTYNE HEAPS

WILLIAM THOMAS KLUMP

WILLIAM TODD VAUDREUIL

WILLIAM TRAVIS PRICE

WILLIAM WALTER OHAYER

WILLIAM WAYNE HEMINGHOUS

WILLIAM ZACHARY VERNON

WILLIAM ZHOU

WILLIAN JASON HARVARD

WILLIE JIE LONG

WILLIE LEE THOMPSON

WILLIE PETTWAY

WILLIS EUGENE BRYANT

WILSON CLEVELAND CARTER

WILSON PHOENG

WING SAN YEUNG

WINNIE SZE LOK TANG

WLADIMIR BLANC

WOLFGANG MARCUS HOFMANN

WOODLEY DESIR

WOODWORTH BERNHARDI CLUM III

WYATT EM KELLEY

WYNNFORD KONG

XAVIER ARRAZOLA

XAVIER EDUARDO ALONZO

XAVIER JAMAUL JONES

XAVIER NEGRON

XAVIER OMAR LEAL

XAVIER OREN SHAW

XAVIER RUBIO

XEBA HOLCOMB ZAREIE

XIANG WEN

XIAO JIANG

XIAOCHUN LIU

XIAOLEI CHU

XIAONA SCHIPANI

XIAORONG FENG

XIN SONG

XIN ZHANG

XINHAN WU

XINZHI YANG

XSHABADUX INVESTMENTS LLC

XUE WEN HUANG

XUONG XAN CHU

YAIR RAPHAEL WEIZMAN

YAKOV E KUTSOVSKY

YAN I ISAYEV

YAN ZHANG

YANG WEI

YANIK HARSHEY JAYARAM

YANISLEYDIS RAMOS

YANKO ATANASOV FINDZHIKOV

YANXING WANG RALBOVSKY

YAO TONG

YASH BABULAL LUNAGARIA

YASH PREMKUMAR BAJPAI

YASIN YAQOOBI

YASMIN CRYSTAL SANTOS

YASMINE NASIM PETTY

YASSER F AZIZ

YATHIRAJ SHETTY YEKKAR-DAYANANDA

YAUHENI CHUDZILOUSKI

YAVUZ KALEOGLU

YECHIEL SHALOM BITTON

YEHUDA NAGAR

YELIZ KOSEOGLU

YEVHENII MARCHENKO

YI AN LIN

YI DING

YI PING INA HO

YI QUN GUO

YIFAN YE

YIH SUN KHOO

YINFENG LIU

YINGYING HUANG

YIPENG MA

YISHUEN  HUANG

YITZHAK NAGAR

YOAV PARAG

YOCHAI MATAN ROBKIN

YOEAU SLIVKOFF

YOLIMAR ESPERANZA GARZA
HERNANDEZ

YONAS Y MERHAZION

YONG GI YOON

YOSHIHIRO EZOE

YOSHIMI WATTS

YOSIEF WELDENDRI WELDEGEBRIEL

YOUNG CHO

YOUNG SUNG MOON

YOUSEF ALAA EDDINE AL-KHALIDI

YOUSEF MASHAYEKH

YOUSSEF MAHMOUD CHATILA

YU LU

YUAN CHEN

YUANFAN WANG

YUANYUAN COZZENS

YUE KONG LAU

YUEHSU KU

YUFENG  LONG

YUJIA HU

YUKA YAHAGI

YUN Y CHOE

YUNG AL PARQUE

YUNJOO CHO BROWN

YURI A URRUTIA

YURIY P KRAYNOV

YUSUF GOMEL

YVETTE MENENDEZ

YVONNE NGUYEN LE

ZACHARIAH NATHANIEL SMITH

ZACHARIAH QUELLA PANNKUK

ZACHARY A CHAMPIGNY

ZACHARY AARON DAVIDSON

ZACHARY ADAM MACDOUGALL

ZACHARY ALEXANDER GREENE

ZACHARY ALEXANDER HARRIS

ZACHARY ALLAN HERMSTAD

ZACHARY ALLEN SIKICH

ZACHARY ALLEN SPEAKER

ZACHARY ALLEN WALLINGFORD

ZACHARY BENIAH TRENT

ZACHARY CHARLES JONES

ZACHARY CHRISTIAN KIRK

ZACHARY D EMERICK

ZACHARY DANIEL HURLEY

ZACHARY ETHAN MAYFIELD

ZACHARY JAMES GARDNER

ZACHARY JAY WILKS

ZACHARY JONATHAN SMITH

ZACHARY JORDAN GLEICHER

ZACHARY JOSEPH STREET

ZACHARY LAWRENCE FEARON

ZACHARY LINCOLN AHLERS

ZACHARY LUCAS

ZACHARY M MCPHERSON

ZACHARY P PADILLA

ZACHARY PAUL VONIDERSTEIN

ZACHARY ROSS TROTMAN

ZACHARY RUSSELL FETTER

ZACHARY RYAN JACOBSON

ZACHARY SAMUEL ISER

ZACHARY SCOTT GREENWALD

ZACHARY THOMAS SWINNEY

ZACHARY THOMAS THOMPSON

ZACHARY THOR HULTMANN

ZACHARY URIAH KRAMER

ZACHARY WILLIAM BROTHERTON

ZACHERY DAVID LEACH

ZACHERY STEPHEN WYDICK

ZACKARY TYLER ALMEIDA

ZAIHAI YU

ZAIN E LODHIA

ZAW MOE LWIN

ZEESHAN ABDUL RAUF

ZHENGZHENG LI

ZHENMING ZHAO

ZHI CHAO CHEN

ZHONGYUAN XUE

ZILYA TRES

ZIV SHAFIR

ZIYI YANG

ZORAN ASANIN

ZSUZSANNA NICOLE HARRISON

ZURY DABBAH

ZUYANG LIU