**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 12, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Litigation Administrator's Motion to Extend the Class 6A Treatment B Affirmative Cause of Action Deadline Under the Plan** (Docket No. 7245)

Dated: July 16, 2024

_Janira Sanabria_
Janira N. Sanabria

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 16th day of July 2024 by Janira N. Sanabria.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# Exhibit A

**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| BELKYS J RODRIGUEZ FALCON | ON FILE |
| BENJAMIN MICHAEL GOLDBERG | ON FILE |
| BRETT EARL MCCURDY | ON FILE |
| BRIAN DOUGLAS LANGSBARD | ON FILE |
| BRIAN THOMAS SNYDER | ON FILE |
| BRITTANY SHAWN HAMLETT | ON FILE |
| CHRISTOPHE ALLEN LAMPEL | ON FILE |
| DAVID J BOTTON | ON FILE |
| DAVID THOMAS HEASLIP | ON FILE |
| ELIAS ANTOINE FARHAT | ON FILE |
| ERIK DANIEL GEHMAN | ON FILE |
| ERIK LEE RASKY | ON FILE |
| JEFFERY GIBSON | ON FILE |
| JONATHAN ANDREW CULBERT | ON FILE |
| JOSEPH ABRAHAM KURIAN | ON FILE |
| JOSHUA KANE WAGNER | ON FILE |
| KEVIN JOHN MO | ON FILE |
| KEVIN SCOTT HARRIS | ON FILE |
| KIEFER BRYAN WAIGHT | ON FILE |
| KRISTEN MARIE DROZKY | ON FILE |
| LAURIN CHRISTINE LEONARD | ON FILE |
| LOIC GERARD SEVERIN | ON FILE |
| MAKHMUD IBRAGIMOV | ON FILE |
| MARLON ELLIOTT BURKE | ON FILE |
| MAX ROSALES | ON FILE |
| MICHAEL DOMINICK MULEA | ON FILE |
| MICHAEL EARNEST TORBERT | ON FILE |
| MICHAEL SCOTT VANACKER | ON FILE |
| MICHAEL T BIELINSKI | ON FILE |
| OTIS FUNKMEYER | ON FILE |
| PATTARAPORN PUTTAMONGKOL | ON FILE |
| PAUL ANDREW BEVINS | ON FILE |
| RYAN CHRISTOPHER SANNA | ON FILE |
| RYAN MATTHEW SPARKS | ON FILE |
| SABRINA BERENGERE CLERIE | ON FILE |
| SALVADOR LOU LITUANAS | ON FILE |
| SETH MICHAEL BOYER | ON FILE |
| SHANE TYLER DUNN | ON FILE |
| STEVE KRUSE | ON FILE |
| SUK HWAN OU | ON FILE |
| SUMTER MARTIN PENDERGRAST JR | ON FILE |