| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:     (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:     (212) 446-4900 | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:     (312) 862-2000 |
| | Facsimile:     (312) 862-2200 |

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | |
| | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**POST-EFFECTIVE DATE DEBTORS' DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, the above-captioned post-effective date debtors (collectively, the "Post-Effective Date Debtors," and prior to the Effective Date, the "Debtors") hereby designate the items listed below (together with all exhibits, schedules, and other attachments thereto, the "Additional Designations") to be included in the record in connection with Dimity Kirsanov's (the "Appellant") appeal to the United States District Court for the Southern District of New York [Case

---

[1] The Post-Effective Date Debtors in these Chapter 11 Cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

No. 1:24-cv-05201-MMG] from the *Memorandum Opinion and Order Denying Dimitry Kirsanov's Motion to Revoke Confirmation Order* [Docket No. 4941].

**Designation of Additional Items to Be Included in the Record on Appeal**

On July 10, 2024, the Appellant filed the *Appellant's Designation of the Record and Statement of Issues to Be Presented on Appeal* [Docket No. 7162] (the "Appellant's Designation").  As the Appellant's Designation omits relevant pleadings and other documents that would make the record complete, the Post-Effective Date Debtors hereby respectfully designate the following documents for inclusion in the record on appeal: [2]

| Docket No.[3] | Docket Entry |
|---|---|
| Docket No. 1291 | Memorandum of Law / Debtors' Memorandum of Law Regarding Phase I Custody and Withhold Issues (related document(s) [1044]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 2902 | Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 2149 | Statement / Notice of Potential Increase to Amount of Distributable Custody Assets (related document(s) [1958], [2148]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |

---

[2]  The Post-Effective Date Debtors submit that the Appellant's Designation and statement of issues includes documents and issues outside the proper scope of appeal.  Nonetheless, in the interest of judicial efficiency, the Post-Effective Date Debtors do not move to strike items from the record at this point prior to Appellant's filing of an appeal brief in recognition of Appellant's *pro se* status and in light of the fact that Appellant may not ultimately seek to refer to the items designated in Appellant's Designation.  The Post-Effective Date Debtors include in this Additional Designation certain documents that the Appellant omitted in Appellant's Designation notwithstanding that the Post Effective Date Debtors contend that they are outside of the scope of a proper appeal.  The Post-Effective Date Debtors reserve their rights to supplement or amend the statements of issues to be presented on appeal and/or to designate additional items for inclusion as part of the record for the appeal. The Post-Effective Date Debtors further reserve their right to argue that any of the documents designated by the Appellant are not relevant to the issues on appeal.

[3]  Unless otherwise indicated, all docket numbers refer to the docket in *In re Celsius Network et al.*, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.).

| | |
|---|---|
| Docket No. 2176 | Statement / Notice of Withdrawals Opening for Eligible Custody Users (related document(s) [2149], [1958]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3356 | Statement / Notice of Discovery Schedule for Confirmation Hearing (related document(s) [3337], [3332], [3319]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3580 | Declaration of Maxwell Galka on behalf of The Official Committee of Unsecured Creditors in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network, LLC and Its Debtor Affiliates (related document(s) [3319]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Docket No. 3586 | Declaration / Declaration of Allison Hoeinghaus in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s) [3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3588 | Declaration / Declaration of Joel E. Cohen in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s) [3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3591 | Declaration / Declaration of Steven Kokinos in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s) [3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3592 | Declaration / Declaration of Ryan Kielty in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s) [3577], [846]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3604 | Memorandum of Law / Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtors Affiliates and Omnibus Reply to Objections Thereto (related document(s) [3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3606 | Notice of Proposed Order / Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates (related document(s) [3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) |

| | |
|---|---|
| Docket No. 3609 | Memorandum of Law / Debtors' (Revised) Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto (related document(s) [3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3628 | Letter to The Honorable Martin Glenn, Re: Custody CEL Valuation, etc. Filed by Dimitry Kirsanov. (Suarez, Aurea) |
| Docket No. 3630 | Statement / Notice of Filing of Debtors' Confirmation Hearing Presentation filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) |
| Docket No. 3653 | Declaration /Supplemental Declaration of Robert Campagna in Support of Confirmation of the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s) [3582]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3741 | Letter to The Honorable Martin Glenn Re: I do believe a 1127(a) violation did occur and I would motion to request a hearing the matter, etc. (related document(s) [1420]) Filed by Dimitry Kirsanov. (Suarez, Aurea) |
| Docket No. 3828 | Objection (related document(s) [3802]) filed by Dimitry Kirsanov. (Suarez, Aurea) |
| Docket No. 3830 | Letter to The Honorable Martin Glenn Re: In Support of Johan Bronge's line of questioning regarding asset ownership. Filed by Dimitry Kirsanov. (Suarez, Aurea) |
| Docket No. 3857 | Declaration / Supplemental Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s) [841], [3560], [3574], [3319]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Docket No. 3923 | Order signed on 10/26/2023 Granting Requests to Make Closing Arguments (related document(s) [3879], [3851]) (Bush, Brent) |
| Docket No. 3926 | Order, Signed on 10/27/2023, Granting Requests to Make Closing Arguments (Modification #1). (related document(s) [3923]) (Anderson, Deanna) |

| | |
|---|---|
| New York, New York<br>Dated:  July 24, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br>                       chris.koenig@kirkland.com<br>                       dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |