Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
333 West Wolf Point Plaza  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:    (312) 862-2200  

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Post-Effective Date Debtors. | ) (Jointly Administered) |
| | ) |

**AGENDA FOR HEARING TO BE HELD**
**JULY 29, 2024, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| **Time and Date of Hearing:** | July 29, 2024, at 2:00 p.m. (prevailing Eastern Time) (the "**Hearing**") |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | The Hearing will be held in a hybrid format before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

|  |  |
|---|---|
|  | Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. |
|  | No testimony is expected during the Hearing. With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. |
|  | With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on July 26, 2024).** |
|  | This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

**I.    Status Update on Distributions.**

**II.   Update on Avoidance Actions.**

        Related Documents:

        (1)    Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 7534].

**III.  Uncontested Matters.**

    1.    **Litigation Administrator's Motion to Extend Time.** Litigation Administrator's Motion to Extend the Class 6A Treatment B Affirmative Cause of Action Deadline Under the Plan [Docket No. 7245].

Objection Deadline: The deadline to object was July 22, 2024 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1) Certification of No Objection Regarding Litigation Administrator's Motion to Extend the Class 6A Treatment B Affirmative Cause of Action Deadline Under the Plan [Docket No. 7455].

Status: This matter is going forward.

## IV. Contested Matters.

1. **Motion for Further Distribution**. Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 4911].

   Objection Deadline: The deadline to object was June 20, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   (1) Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4974].

   (2) Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7535].

   Related Documents:

   (1) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4866].

   (2) Affidavit of Laura Faller McNeil in Support of Faller Creditors' Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4912].

(3) Declaration of Jeremy Tilsner in Support of the Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4976].

(4) Declaration of Christopher Ferraro, Plan Administrator, in Support of Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7536].

(5) Declaration of Robert Campagna in Support of the Post-Effective Date Debtors' Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order (I) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 7537].

(6) Declaration of Roger Bartlett in Support of the Post-Effective Date Debtors' Objection to the Motion Seeking Entry of an Order (I) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 7538].

(7) Joinder of Clypeum, Inc. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4916].

(8) Joinder of Jinwes LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4917].

(9) Joinder of Jones Asset Protection Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4918].

(10) Joinder of VP Investments & Assets LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4919].

(11) Joinder of Jukes Property Solutions Limited in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4920].

(12)  Joinder of VP Investments & Assets LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4921].

(13)  Joinder of Siddhartha Super Pty Ltd ATF Colagiuri Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4922].

(14)  Joinder of Get Streamlined Limited / James Matthews in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4923].

(15)  Joinder of PR Crypto Fund-I LP in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4928].

(16)  Joinder of Ibertrade Representaciones SL in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4929].

(17)  Joinder of E & KL Murphy Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4934].

(18)  Joinder of Racecenter Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4935].

(19)  Joinder of DLS Memorial LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4938].

(20)  Joinder of Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4939].

(21)  Joinder of Digitaurus Pty Ltd ATF Vann Family Superannuation Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4940].

(22) Joinder of Masens Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4944].

(23) Joinder of Good Forrest Super Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4945].

(24) Joinder of the Trustee for Simba Discretionary Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4946].

(25) Joinder of Karma Organization LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4947].

(26) Joinder of Art_Rod_LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4950].

(27) Joinder of Paule Bennett Family Super Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4952].

(28) Joinder of Deka Andres Ependyoun International Incorporated in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4953].

(29) Joinder of Wilks SMSF Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4954].

(30) Amended Joinder of Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4956].

(31) Joinder of Cvolchko RD LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4958].

(32) Joinder of Craig Volchko 401k in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4959].

(33) Joinder of JDW Investment Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4961].

(34) Joinder of Luke Orr Family Super Fund Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4963].

(35) Joinder of Dungey Family Super Fund Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4964].

(36) Joinder of Hermoso Capital Fund LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4966].

(37) Joinder of Hermoso Capital Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4967].

(38) Joinder of Project Influencers Capital LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4968].

(39) Joinder of Hermoso Capital Fund LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4971].

(40) Joinder of Hermoso Capital Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4972].

(41) Amended Joinder as a Result of Wire Transfer Being Reversed Five (5) Days Later. Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4985].

(42) Joinder of Joseph Sullivan and Xshabadux Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under

        Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4986].

(43)    Joinder of Oehme Family Super Pty Ltd Atf Oehme Family Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5194].

(44)    Joinder of Illume Capital Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5195].

(45)    Joinder of Flavell Pty Ltd the Trustee for H Flavell Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5196].

(46)    Joinder of Masens Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5197].

(47)    Joinder of Steinberger Pty Ltd Cetin Investments Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5594].

(48)    Joinder of Teachers 2 Teachers LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and Granting Related Relief [Docket No. 6569].

**Status**:  This matter is going forward.

2.    **Motion of Australian Corporate Creditors**.  Motion to Direct Celsius to Issue Australian Corporate Creditors with Bitcoin (BTC) and Ether (ETH), not USD Cash, for those who Remain Unpaid their Distributions in the Amounts of Cryptocurrency that they Would Have Received for their Claims as at the 15 January 2024 Prices Fixed by Celsius, or in the Alternative, Motion to Compel that Celsius be Directed to Issue Bankruptcy Proceeds to Australian Corporate Creditors Only in USD Wire Transfers Rather than Checks, ect. [sic] [Docket No. 6892].

Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further

Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7535].

Related Documents:

(1) Declaration of Christopher Ferraro, Plan Administrator, in Support of Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7536].

Status: This matter is going forward.

3. **Motion to Compel Disclosure of Litigation Oversight Committee Members.** Motion to Compel Disclosure of Litigation Overnight Committee Member Biographies and Compensation [Docket No. 7430].

Objection Deadline: The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Status: This matter is going forward.

V. **Adversary Proceedings.**

1. **Celsius Network Limited v. Fabric Ventures Group SARL (Adv. Proc. No. 23-01002).** Hybrid Pretrial Conference.

    Related Documents:

    (1) Complaint against Fabric Ventures Group SARL [Docket No. 1].

    Status: This matter is going forward.

2. **Celsius Mining LLC v. Mawson Infrastructure Group Inc. et al (Adv. Proc. No. 23-01202).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to Redact and File Under Seal Certain Portions of the Exhibits Attached to the Motion for Leave to File First Amended Complaint Against Mawson Infrastructure Group Inc., Luna Squares, LLC and Cosmos Infrastructure LLC [Docket No. 35].

    Objection Deadline: The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

9

Related Documents:  None.

Status:  This matter is going forward.

3. **Celsius Mining LLC v. Mawson Infrastructure Group Inc. et al (Adv. Proc. No. 23-01202).** Plaintiff's Motion for Leave to File First Amended Complaint [Docket No. 37].

   Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   (1) Opposition by Defendants Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure LLC to Plaintiff's Motion for Leave to File First Amended Complaint [Docket No. 39].

   Related Documents:

   (1) Amended Adversary Complaint [Docket No. 36].

   Status:  This matter is going forward.

4. **Celsius Network LLC v. Nickel Digital Asset Fund SPC – Digital Asset Arbitrage SPC – Institutional (Adv. Proc. No. 24-03986).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Nickel Digital Asset Fund SPC – Digital Asset Arbitrage SPC – Institutional [Docket No. 2].

   Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:  None.

   Related Documents:

   (1) Complaint against Nickel Digital Asset Fund SPC – Digital Asset Arbitrage SPC – Institutional [Docket No. 1].

   Status:  This matter is going forward.

5. **Celsius Network LLC v. Nascent LP (Adv. Proc. No. 24-03987).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Nascent LP [Docket No. 2].

   Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:  None.

Related Documents:

(1)    Complaint Against Nascent LP [Docket No. 1].

Status:  This matter is going forward.

6. **Celsius Network LLC v. Point95 Global (Hong Kong) Limited (Adv. Proc. No. 24-03990).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Point95 Global (Hong Kong) Limited [Docket No. 2].

Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Complaint Against Point95 Global (Hong Kong) Limited [Docket No. 1].

Status:  This matter is going forward.

7. **Celsius Network LLC v. 168 Trading Limited (Adv. Proc. No. 24-03991).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against 168 Trading Limited [Docket No. 2].

Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Complaint Against 168 Trading Limited [Docket No. 1].

Status:  This matter is going forward.

8. **Celsius Network LLC v. Onchain Custodian Pte. Ltd. (Adv. Proc. No. 24-03993).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Onchain Custodian Pte. Ltd. [Docket No. 2].

Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Complaint Against Onchain Custodian Pte. Ltd. [Docket No. 1].

Status:  This matter is going forward.

9.  **Celsius Network LLC v. B2C2 LTD (Adv. Proc. No. 24-03995).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against B2C2 LTD [Docket No. 2].

Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Complaint Against B2C2 LTD [Docket No. 1].

Status:  This matter is going forward.

10. **Celsius Network LLC v. Matrix Port Technologies (Hong Kong) Limited (Adv. Proc. No. 24-03996).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Matrix Port Technologies (Hong Kong) Limited [Docket No. 2].

Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Complaint Against Matrix Port Technologies (Hong Kong) Limited [Docket No. 1].

Status:  This matter is going forward.

11. **Celsius Network LLC v. Symbolic Capital Partners Ltd (Adv. Proc. No. 24-03997).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Symbolic Capital Partners Ltd [Docket No. 2].

Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

    Related Documents:

    (1)    Complaint Against Symbolic Capital Partner Ltd [Docket No. 7507].

    Status:  This matter is going forward.

12. **Celsius Network LLC v. Blockchain Access UK Limited (Adv. Proc. No. 24-03998).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Blockchain Access UK Limited [Docket No. 2].

    Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None.

    Related Documents:

    (1)    Complaint Against Blockchain Access UK Limited [Docket No. 1].

    Status:  This matter is going forward.

13. **Celsius Network LLC v. Tower BC Limited (Adv. Proc. No. 24-03999).** Plaintiff's Motion for Entry of an Order Authorizing the Plaintiff to File Under Seal Certain Exhibits to Plaintiff's Complaint Against Tower BC Limited [Docket No. 2].

    Objection Deadline:  The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None.

    Related Documents:

    (1)    Complaint Against Tower BC Limited [Docket No. 1].

    Status:  This matter is going forward.

**VI.  Adjourned Matters.**

1. **RSM Final Fee Application**. Final Fee Application of RSM US LLP for Allowance of Compensation and Reimbursement of Expenses for Certain Audit Services for the Final Period from August 1, 2023 Through November 9, 2023 [Docket No. 4264].

    Objection Deadline:  The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1) Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

(2) Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

(3) Stipulation and (Proposed) Order Regarding Final Fee Application of RSM US LLP [Docket No. 7523].

(4) Stipulation and Order Regarding Final Fee Application of RSM US LLP [Docket No. 7524].

Status:  This matter has been adjourned to a date to be determined by the Court as a Stipulation and Order have been entered.

*[Remainder of page left intentionally blank]*

| | |
|---|---|
| New York, New York<br>Dated: July 25, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br>                       chris.koenig@kirkland.com<br>                       dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |

15