July 30, 2024

Honourable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RE: Celsius Network Redistribution

Case No. 22-10964

Dear Judge Martin Glenn,

This is a follow up on Docket No. 4836, where I explained how Stretto has failed at every turn to wire funds to me, even though I have provided accurate wire information multiple times.  I'm not an international creditor so it shouldn't be that difficult.  To follow is the email chain I have had with them where they finally seemed to concede that I was providing accurate information and said "Thank you for providing this information. We anticipate wire transfers to be sent out in the coming week."  That email was on June 5th and was the last communication I received from them.  No wire transfer happened.  Also, no further communication to apologize or explain why they failed to make this distribution was offered.  After that as you can see in the email chain, they went silent and have ignored me since.

I implore you to please intervene.  Since they seem to have cut off all communication, I'm not sure where things stand with any distributions.

Please note that the only edits to the email chain were to omit personal information to hopefully suppress further phishing attempts.

Sincerely,
B. Russ

 Gmail  **Brent Russ <XXXXX@gmail.com>**

## Long overdue distribution
9 messages

**Brent Russ** <XXXXX@gmail.com> To: celsiusdistribution@stretto.com  Wed, Jun 5, 2024 at 10:54 AM

Hello,

Are you going to just mail me a check at this point?  The lack of communication makes me assume you can't figure out how to complete a wire transfer.  Wire instructions were submitted multiple times, yet I am still waiting with no response.

Thank you,
Brent Russ

Brent D Russ LLC

---

**Celsius Distribution** <celsiusdistribution@stretto.com>  Wed, Jun 5, 2024 at 2:44 PM
Reply-To: Celsius Distribution <celsiusdistribution@stretto.com>
To: XXXXX@gmail.com

Hello,

Thank you for contacting Support.

If you have previously submitted a Wire Transfer form (*before* May 22nd), we kindly ask you to submit it one more time. **Only your re-submitted Wire Transfer Form will be used to process your USD claim distribution.**

Based on our records and in the email we recently provided to you, **please re-submit the Wire Form ensuring all the information is entered correctly.**

During our review, we show that the data was rejected due to: *Invalid beneficiary bank id or beneficiary bank country code.*

**Please note:**
Every field is designated for specific information related to your banking information and should be correctly provided.
For example, there is a specific field for you to provide your Beneficiary Bank Account #. If you provide the wrong information or include additional information that is not mentioned, it will not be accepted.

As mentioned in the Wire Transfer Form, when you provide "Country," you must only provide the Alpha-2 country codes format. Alpha-2 country codes can be found on the IBAN website.

**Please carefully follow the steps referenced in our article: How To Complete the Wire Transfer Form.**
*If needed, we have also included a sample Wire Transfer Form for reference, within the above mentioned article.*

> On Fri, Mar 1 at 5:20 PM , Celsius Distribution <celsiusdistribution@stretto.com> wrote:
> Hi BRENT D,
>
> Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible.
>
> Any wire information that has been submitted is in the process of being reviewed by Celsius. Once that process is completed, initial wire payments will be made. Please continue to monitor your email address for communications from Stretto as updates become available.
>
> **We *strongly suggest* you refer to the Distributions FAQ if you have questions or need assistance with this process before contacting support.** We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.
>
> The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.
>
> **Stay Alert**
>
> Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order

or on-the-record instruction by the Court.

Stretto

> On Wed, Feb 28 at 10:55 AM , BRENT D <XXXXX@gmail.com> wrote:
> I submitted my wire transfer info last Friday.  When will you send the distribution?  The longer you drag this out, the more behind I fall in value since you decided to not send my distribution in BTC and ETH.  It is ridiculous how long you have been dragging this out!

---

**Brent Russ** <XXXXX@gmail.com>  　　　　　　　　　　　　　　　　　　　　　　　Wed, Jun 5, 2024 at 3:57 PM
To: Celsius Distribution <celsiusdistribution@stretto.com>

I did resubmit my wiring instructions ON May 22nd, as soon as I received your email to do so, which was for the 3rd time.  Before I did so, I went to my credit union to verify the information I was submitting was correct.  Attached is a letter from XXXXXX Credit Union, signed by the branch manager verifying that the information I provided is correct.  I am in the US, so the Alpha-2 country code is US.  I bank with XXXXXXXXX, so that is the correct Bank Name.  As verified by XXXXXX Credit Union and confirmed in the letter they provided, I went over the instructions in detail with the Credit Union manager and verified that all information was correct.  If you cannot figure out how to wire the funds to my account with XXXXXX Credit Union, please don't delay and just mail a check.  I don't know how I can make the instructions any more clear.  Please take the time to actually look at the letter I attached, which substantiates my position on the matter.

Thank you,
Brent

Brent D Russ LLC

[Quoted text hidden]

> **Letter from XXXXXX Credit Union - Brent Russ LLC Wire Instructions.pdf**
> 329K

---

**Celsius Distribution** <celsiusdistribution@stretto.com>  　　　　　　　　　　　　　Wed, Jun 5, 2024 at 5:05 PM
Reply-To: Celsius Distribution <celsiusdistribution@stretto.com>
To: XXXXX@gmail.com

Hello,

Thank you for providing this information. We anticipate wire transfers to be sent out in the coming week. Your patience in this matter is very much appreciated.

Regards,
Stretto

> On Wed, Jun 5 at 3:57 PM , BRENT D RUSS LLC <XXXXX@gmail.com> wrote:
> **[External Email]**
> [Quoted text hidden]

---

**Brent Russ** <XXXXX@gmail.com>  　　　　　　　　　　　　　　　　　　　　　　　Mon, Jun 17, 2024 at 10:52 AM
To: Celsius Distribution <celsiusdistribution@stretto.com>

The time you projected for the wire transfer has passed.  Do you have a new update as to when you expect to send the wire?

Thanks,
Brent
[Quoted text hidden]

---

**Brent Russ** <XXXXX@gmail.com>  　　　　　　　　　　　　　　　　　　　　　　　Fri, Jun 21, 2024 at 8:14 AM
To: Celsius Distribution <celsiusdistribution@stretto.com>

Since you have not yet responded from Monday's email, I'm just following up, requesting an update for the wire transfer.

Brent
[Quoted text hidden]

---

**Brent Russ** <XXXXX@gmail.com>  　　　　　　　　　　　　　　　　　　　　　　　Tue, Jun 25, 2024 at 11:13 AM
To: Celsius Distribution <celsiusdistribution@stretto.com>

Once again, since there was no response to Friday's follow-up email, I'm asking that you please respond with updates.  If you cannot figure out how to do a wire transfer, please proceed with mailing a check!

[Quoted text hidden]

---

**Brent Russ** <XXXXX@gmail.com>  Wed, Jun 26, 2024 at 9:23 AM
To: Celsius Distribution <celsiusdistribution@stretto.com>

Since you did not respond yesterday, I'm emailing you again.  At this point, your lack of responses and inaction regarding the wire transfer could be interpreted as malfeasance.

[Quoted text hidden]

---

**Brent Russ** <XXXXX@gmail.com>  Tue, Jul 2, 2024 at 2:03 PM
To: Celsius Distribution <celsiusdistribution@stretto.com>

Would you please update me to let me know when you expect to do the wire transfer?

Sincerely,
Brent D Russ LLC

[Quoted text hidden]