**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 26, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Agenda for Hearing to Be Held July 29, 2024, at 2:00 P.M. (Prevailing Eastern Time)** (Docket No. 7554)

Dated: July 31, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 31st day of July 2024 by Janira N. Sanabria.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# Exhibit A

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| NAME+C:I | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ALCHEMY CAPITAL PARTNERS LP | | ON FILE | | | | |
| ALCHEMY CAPITAL PARTNERS LP | JOHN D. BECK | HOGAN LOVELLS US LLP | 390 MADISON AVENUE | NEW YORK | NY | 10017 |
| ALEXANDER MASHINSKY | | ON FILE | | | | |
| AM VENTURES HOLDING INC. | | ON FILE | | | | |
| AM VENTURES HOLDINGS INC. | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556-1425 |
| ASHLEY O'BRIEN | | ON FILE | | | | |
| BEAUDRY, JEREMIE | | ON FILE | | | | |
| BITS OF SUNSHINE LLC | | ON FILE | | | | |
| BITS OF SUNSHINE LLC | | ON FILE | | | | |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST SUITE 2700 | LOS ANGELES | CA | 90071 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 |
| DARREN YARWOOD | | ON FILE | | | | |
| FOUR THIRTEEN LLC | | ON FILE | | | | |
| FOUR THIRTEEN LLC | | ON FILE | | | | |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | | ON FILE | | | | |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | 2050 M STREET NW | WASHINGTON | DC | 20036 |
| HANOCH GOLDSTEIN | | ON FILE | | | | |
| HANOCH GOLDSTEIN | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| KOALA 1 LLC | | ON FILE | | | | |
| KOALA 2 LLC | | ON FILE | | | | |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | 1185 AVENUE OF THE AMERICAS, 34TH FLOOR | NEW YORK | NY | 10036 |
| KOALA 2 LLC | | ON FILE | | | | |
| KOALA 3 LLC | | ON FILE | | | | |
| KOALA1, LLC | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556-1425 |
| KOALA3 LLC | | ON FILE | | | | |
| MASHINSKY, KRISSY | | ON FILE | | | | |
| NIR ATAR | | | | | | |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| RONI COHEN PAVON | | ON FILE | | | | |
| RONI COHEN PAVON | | ON FILE | | | | |
| RONI COHEN PAVON | | ON FILE | | | | |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | 415 EAST 52ND STREET SUITE 3 | NEW YORK | NY | 10022 |
| SHAHAR PETER | | ON FILE | | | | |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | 390 MADISON AVENUE | NEW YORK | NY | 10017 |
| TREUTLER, JOHANNES | | ON FILE | | | | |
| URATA-THOMPSON, HARUMI | | ON FILE | | | | |
| YARDEN NOY | | ON FILE | | | | |
| YARWOOD, DARREN | | ON FILE | | | | |

# **Exhibit B**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ALCHEMY CAPITAL PARTNERS LP | | | ON FILE |
| ALCHEMY CAPITAL PARTNERS LP | JOHN D. BECK | HOGAN LOVELLS US LLP | JOHN.BECK@HOGANLOVELLS.COM |
| ALEXANDER MASHINSKY | | | ON FILE |
| AM VENTURES HOLDING INC. | | | ON FILE |
| AM VENTURES HOLDINGS INC. | | | ON FILE |
| ASHLEY O'BRIEN | | | ON FILE |
| BEAUDRY, JEREMIE | | | ON FILE |
| BITS OF SUNSHINE LLC | | | ON FILE |
| BITS OF SUNSHINE LLC | | | ON FILE |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| FOUR THIRTEEN LLC | | | ON FILE |
| FOUR THIRTEEN LLC | | | ON FILE |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | DANFLIMAN@PAULHASTINGS.COM AVIWEITZMAN@PAULHASTINGS.COM LEOTSAO@PAULHASTINGS.COM AVILUFT@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | | | ON FILE |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | AVIWEITZMAN@PAULHASTINGS.COM JOSHUAKAHANE@PAULHASTINGS.COM NATASHANICHOLSONGAVIRIA@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | LEOTSAO@PAULHASTINGS.COM |
| HANOCH GOLDSTEIN | | | ON FILE |
| HANOCH GOLDSTEIN | | | ON FILE |
| HARUMI URATA-THOMPSON | | | ON FILE |
| HARUMI URATA-THOMPSON | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| KOALA 1 LLC | | | ON FILE |
| KOALA 2 LLC | | | ON FILE |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | MHANDLER@KSLAW.COM LNATHANSON@KSLAW.COM |
| KOALA 2 LLC | | | ON FILE |
| KOALA 3 LLC | | | ON FILE |
| KOALA1, LLC | | | ON FILE |
| KOALA3 LLC | | | ON FILE |
| MASHINSKY, KRISSY | | | ON FILE |
| NIR ATAR | | | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 2

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| RONI COHEN PAVON | | | ON FILE |
| RONI COHEN PAVON | | | ON FILE |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | PIETER.VANTOL@HOGANLOVLLES.COM |
| TREUTLER, JOHANNES | | | ON FILE |
| URATA-THOMPSON, HARUMI | | | ON FILE |
| YARDEN NOY | | | ON FILE |
| YARWOOD, DARREN | | | ON FILE |